**CERTIFICATION PURSUANT
TO FEDERAL SECURITIES LAWS**

1. I, _Mr. Amit Mochtar, C.E.O_ / _Mrs. Idit Cohen, Director_, on behalf of AMI - Government Employees Provident Fund Management Company Ltd. ("AMI"), with authority to bind AMI and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Alphabet Inc. ("Alphabet" or the "Company") and authorize the filing of similar complaint on AMI's behalf.

3. AMI did not purchase or acquire Alphabet securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. AMI is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Alphabet stock during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the transactions listed in Schedule A reflect all of AMI's transactions in Alphabet stock during the Class Period.

6. During the three-year period preceding the date on which this Certification is signed, AMI has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7. AMI agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

AMI-GOVERNMENT
EMPLOYEES PROVIDENT FUND MANAGEMENT
COMPANY LTD

_____
(Print Name)
On behalf of
AMI - Government Employees Provident Fund Management Company Ltd.

Executed ___9/3/2023___
(Date)