**Alphabet Inc. (GOOG, GOOGL)**                    **AMI - Government Employees Provident Fund Management Company Ltd**

**List of Purchases and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase | GOOGL | 5/17/2021 | 770 | $2,286.2980 |
| Purchase | GOOGL | 4/27/2022 | 121 | $2,291.8552 |
| Sold | GOOGL | 1/7/2022 | (50) | $2,750.0000 |
| Received; 20:1 Split | GOOGL | 7/18/2022 | 15,979 | |