## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, Ken Rudominer, as Chairman of the Board of Trustees of the City of Fort Lauderdale Police & Firefighters' Retirement System (the "Retirement System"), with authority to bind the Retirement System and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Alphabet Inc. ("Alphabet" or the "Company") and authorize the filing of a similar Complaint on behalf of the Retirement System.

3. The Retirement System did not purchase or acquire Alphabet securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. The Retirement System is willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired Alphabet securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. The attached sheet lists all of the Retirement System's transactions in the Alphabet securities that are the subject of this litigation during the Class Period.

6. During the three-year period preceding the date on which this Certification is signed, the Retirement System has served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following actions:

- *Hadian v. Fate Therapeutics Inc. et al.*, 3:23-cv-00111 (S.D. Cal.);

- *City of Fort Lauderdale Police and Firefighters' Retirement System v. Pegasystems Inc. et al.*, 1:22-cv-00578 (E.D. Va.);[1]

---

[1] Subsequently transferred to U.S. District Court for the District of Massachusetts (*City of Fort Lauderdale Police and Firefighters' Retirement System v. Pegasystems Inc. et al.*, 1:22-cv-11220 (D. Mass.)).

- *In re SelectQuote, Inc. Securities Litigation*, 1:21-cv-06903 (S.D.N.Y.);

- *In re Emergent Biosolutions Inc. Securities Litigation*, 8:21-cv-00955 (D. Md.); and

- *Chauhan v. Intercept Pharmaceuticals, Inc.*, 1:21-cv-00036 (S.D.N.Y.).

7. The Retirement System agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed ___July 10, 2023___
              (Date)

_____K. Rudominer_____
(Signature)

Ken Rudominer
**Chairman of Board of Trustees**
**City of Fort Lauderdale Police & Firefighters'**
**Retirement System**