**Alphabet Inc. (GOOG, GOOGL)**  　　　　　　　　　　　　　　　　　　　　　　　　**City of Fort Lauderdale Police & Fire Retirement System**

List of Purchases and Sales

| Account | Security ID | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|---|
| Account 1 | US02079K3059 | Purchase | 12/1/2020 | 65 | $1,809.6362 |
| Account 1 | US02079K3059 | Purchase | 6/3/2021 | 24 | $2,347.9038 |
| Account 1 | US02079K3059 | Purchase | 11/11/2021 | 41 | $2,916.3418 |
| Account 1 | US02079K3059 | Purchase | 12/8/2021 | 152 | $2,963.7300 |
| Account 1 | US02079K3059 | Purchase | 3/18/2022 | 143 | $2,722.5100 |
| Account 1 | US02079K3059 | Purchase | 4/7/2022 | 51 | $2,733.4406 |
| Account 1 | US02079K3059 | Purchase | 4/12/2022 | 24 | $2,551.4498 |
| Account 1 | US02079K3059 | Sale | 3/16/2020 | (28) | $1,128.5200 |
| Account 1 | US02079K3059 | Sale | 4/1/2021 | (35) | $2,114.1485 |
| Account 1 | US02079K3059 | Sale | 4/13/2021 | (9) | $2,254.5225 |
| Account 1 | US02079K3059 | Sale | 4/29/2021 | (37) | $2,393.7049 |
| Account 1 | US02079K3059 | Sale | 2/2/2022 | (89) | $2,976.9828 |
| Account 1 | US02079K3059 | Sale | 7/8/2022 | (10) | $2,353.3100 |
| Account 1 | US02079K3059 | Sale | 10/12/2022 | (9,200) | $98.3000 |
| Account 1 | US02079K1079 | Purchase | 12/1/2020 | 47 | $1,813.8348 |
| Account 1 | US02079K1079 | Purchase | 6/3/2021 | 20 | $2,398.2993 |
| Account 1 | US02079K1079 | Purchase | 11/15/2021 | 31 | $2,991.4817 |
| Account 1 | US02079K1079 | Purchase | 12/8/2021 | 117 | $2,974.4100 |
| Account 1 | US02079K1079 | Purchase | 4/12/2022 | 17 | $2,566.4441 |
| Account 1 | US02079K1079 | Sale | 4/1/2021 | (11) | $2,125.7800 |
| Account 1 | US02079K1079 | Sale | 4/13/2021 | (8) | $2,268.3900 |
| Account 1 | US02079K1079 | Sale | 4/29/2021 | (36) | $2,429.6596 |
| Account 1 | US02079K1079 | Sale | 4/6/2022 | (24) | $2,762.2285 |
| Account 1 | US02079K1079 | Sale | 10/12/2022 | (5,440) | $98.3000 |
| Account 2 | US02079K3059 | Purchase | 5/5/2021 | 408 | $2,314.7700 |
| Account 2 | US02079K3059 | Purchase | 5/10/2021 | 161 | $2,310.4848 |
| Account 2 | US02079K3059 | Purchase | 4/29/2022 | 9 | $2,293.3100 |
| Account 2 | US02079K3059 | Purchase | 9/2/2022 | 534 | $107.7580 |
| Account 2 | US02079K3059 | Purchase | 10/31/2022 | 4 | $94.5400 |
| Account 2 | US02079K3059 | Purchase | 11/30/2022 | 173 | $99.3900 |
| Account 2 | US02079K3059 | Purchase | 12/28/2022 | 7,299 | $86.2879 |
| Account 2 | US02079K3059 | Sale | 2/3/2022 | (9) | $2,866.9000 |
| Account 2 | US02079K3059 | Sale | 7/6/2022 | (19) | $2,295.6950 |
| Account 2 | US02079K3059 | Sale | 3/31/2023 | (731) | $103.2679 |
| Account 2 | US02079K3059 | Sale | 4/6/2023 | (1,131) | $108.3572 |
| Account 2 | US02079K1079 | Purchase | 5/5/2021 | 395 | $2,356.7400 |
| Account 2 | US02079K1079 | Purchase | 4/29/2022 | 1 | $2,312.9900 |
| Account 2 | US02079K1079 | Sale | 5/10/2021 | (257) | $2,356.9304 |
| Account 2 | US02079K1079 | Sale | 7/30/2021 | (23) | $2,704.0223 |
| Account 2 | US02079K1079 | Sale | 8/31/2021 | (31) | $2,907.8700 |
| Account 2 | US02079K1079 | Sale | 10/26/2021 | (29) | $2,792.5394 |
| Account 2 | US02079K1079 | Sale | 2/3/2022 | (15) | $2,860.9300 |
| Account 2 | US02079K1079 | Sale | 10/31/2022 | (2) | $94.6200 |
| Account 2 | US02079K1079 | Sale | 12/28/2022 | (818) | $86.6592 |
| Account 3 | US02079K3059 | Sale | 6/30/2020 | (150) | $1,402.1339 |
| Account 3 | US02079K3059 | Sale | 7/1/2020 | (150) | $1,436.2529 |
| Account 3 | US02079K3059 | Sale | 1/15/2021 | (60) | $1,741.3350 |
| Account 3 | US02079K3059 | Sale | 2/5/2021 | (800) | $2,088.8300 |
| Account 4 | US02079K3059 | Purchase | 10/13/2022 | 2,586 | $97.7592 |
| Account 4 | US02079K3059 | Purchase | 12/21/2022 | 3,320 | $89.5800 |
| Account 4 | US02079K3059 | Purchase | 12/28/2022 | 4,284 | $87.5054 |
| Account 4 | US02079K1079 | Purchase | 12/21/2022 | 3,020 | $90.2500 |
| Account 4 | US02079K1079 | Sale | 10/13/2022 | (5,440) | $98.5376 |
| Account 4 | US02079K1079 | Sale | 12/28/2022 | (3,020) | $87.3395 |