## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. The undersigned, More Mutual Funds Management (2013) LTD, makes this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. More Mutual Funds has reviewed a Complaint against Alphabet Inc. ("Alphabet" or the "Company") and authorizes the filing of a comparable Complaint on its behalf.

3. More Mutual Funds did not purchase or acquire Alphabet securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. More Mutual Funds is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Alphabet securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. More Mutual Funds understands that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of More Mutual Funds' current knowledge, the transactions listed in Schedule A reflect all of its transactions in the Alphabet securities that are the subject of this litigation.

6. During the three-year period preceding the date on which this Certification is signed, More Mutual Funds has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7. More Mutual Funds agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.  More Mutual Funds hereby declares under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
More Mutual Funds Management (2013) LTD

Executed  July 25, 2023  by
           (date)

Yotav Costica  Meir Gridish
           (signatory)