Alphabet Inc. (GOOG, GOOGL)                                                                                   More Mutual Funds Management (2013) LTD

## List of Purchases and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| **Account 1** | | | | |
| Purchase | GOOGL | 4/21/2021 | 75 | $2,275.0131 |
| Purchase | GOOGL | 6/7/2021 | 40 | $2,385.3800 |
| Purchase | GOOGL | 7/15/2021 | 115 | $2,572.9800 |
| Purchase | GOOGL | 1/7/2022 | 70 | $2,741.6351 |
| Purchase | GOOGL | 3/29/2022 | 100 | $2,867.9882 |
| Sale | GOOGL | 5/25/2022 | (100) | $2,116.1000 |
| Received; 20:1 Split | GOOGL | 7/18/2022 | 5,700 | |
| Purchase | GOOG | 3/30/2020 | 50 | $1,133.9300 |
| Purchase | GOOG | 8/25/2022 | 2,000 | $115.1500 |
| Purchase | GOOG | 1/23/2023 | 1,500 | $100.9307 |
| Sale | GOOG | 2/26/2020 | (60) | $1,383.6000 |
| Sale | GOOG | 3/3/2020 | (150) | $1,374.5300 |
| Sale | GOOG | 3/12/2020 | (50) | $1,126.0000 |
| Sale | GOOG | 4/21/2020 | (100) | $1,216.2000 |
| Sale | GOOG | 4/28/2020 | (52) | $1,234.2898 |
| Sale | GOOG | 9/17/2020 | (18) | $1,496.0000 |
| Sale | GOOG | 10/2/2020 | (50) | $1,460.3500 |
| Sale | GOOG | 10/19/2020 | (30) | $1,558.7000 |
| **Account 2** | | | | |
| Purchase | GOOGL | 10/8/2020 | 175 | $1,465.4500 |
| Purchase | GOOGL | 6/7/2021 | 40 | $2,385.3800 |
| Purchase | GOOGL | 6/22/2021 | 20 | $2,435.0000 |
| Purchase | GOOGL | 7/15/2021 | 60 | $2,572.9800 |
| Purchase | GOOGL | 8/31/2021 | 30 | $2,902.9400 |
| Purchase | GOOGL | 11/1/2021 | 6 | $2,960.9200 |
| Purchase | GOOGL | 3/16/2022 | 50 | $2,637.6599 |
| Sale | GOOGL | 10/6/2020 | (175) | $1,475.5000 |
| Sale | GOOGL | 10/12/2021 | (25) | $2,733.7994 |
| Sale | GOOGL | 10/12/2021 | (1) | $2,725.6800 |
| Sale | GOOGL | 1/18/2022 | (30) | $2,723.7899 |
| Sale | GOOGL | 6/13/2022 | (40) | $2,140.1527 |
| Sale | GOOGL | 11/30/2022 | (500) | $94.8200 |
| Received; 20:1 Split | GOOGL | 7/18/2022 | 2,090 | |
| Purchase | GOOG | 5/13/2020 | 4 | $1,380.6000 |
| Purchase | GOOG | 5/26/2020 | 200 | $1,439.0000 |
| Purchase | GOOG | 6/1/2020 | 200 | $1,433.4800 |
| Purchase | GOOG | 7/14/2020 | 18 | $1,490.0500 |
| Purchase | GOOG | 9/6/2022 | 700 | $107.4300 |
| Purchase | GOOG | 9/7/2022 | 1,000 | $107.7800 |
| Sale | GOOG | 6/9/2020 | (50) | $1,456.0200 |
| Sale | GOOG | 6/24/2020 | (50) | $1,453.1300 |
| Sale | GOOG | 7/23/2020 | (50) | $1,510.5742 |
| Sale | GOOG | 9/16/2020 | (75) | $1,535.7487 |
| Sale | GOOG | 10/12/2020 | (175) | $1,544.0530 |
| Sale | GOOG | 6/3/2021 | (3) | $2,395.0200 |
| Sale | GOOG | 8/31/2021 | (27) | $2,917.6900 |
| Sale | GOOG | 11/28/2022 | (300) | $96.4332 |
| **Account 3** | | | | |
| Purchase | GOOGL | 3/31/2020 | 5 | $1,140.0000 |
| Purchase | GOOGL | 4/1/2020 | 5 | $1,120.0000 |
| Purchase | GOOGL | 5/18/2020 | 5 | $1,386.7800 |
| Purchase | GOOGL | 6/17/2020 | 5 | $1,447.0000 |
| Purchase | GOOGL | 6/17/2020 | 10 | $1,461.6200 |
| Purchase | GOOGL | 6/26/2020 | 5 | $1,373.7000 |
| Purchase | GOOGL | 5/3/2021 | 5 | $2,377.0000 |
| Purchase | GOOGL | 9/9/2021 | 10 | $2,870.0000 |
| Purchase | GOOGL | 9/9/2021 | 10 | $2,871.1099 |
| Purchase | GOOGL | 9/9/2021 | 20 | $2,865.0000 |
| Purchase | GOOGL | 9/13/2021 | 20 | $2,835.0000 |
| Purchase | GOOGL | 9/20/2021 | 40 | $2,745.0000 |
| Purchase | GOOGL | 9/28/2021 | 20 | $2,714.0000 |
| Purchase | GOOGL | 9/29/2021 | 20 | $2,700.0000 |

| | | | | |
|---|---|---|---|---|
| Purchase | GOOGL | 9/30/2021 | 20 | $2,700.9550 |
| Purchase | GOOGL | 10/4/2021 | 10 | $2,625.0000 |
| Purchase | GOOGL | 10/4/2021 | 10 | $2,626.0000 |
| Purchase | GOOGL | 10/25/2021 | 10 | $2,735.0000 |
| Purchase | GOOGL | 1/24/2022 | 15 | $2,535.0000 |
| Purchase | GOOGL | 3/7/2022 | 5 | $2,555.0000 |
| Purchase | GOOGL | 3/15/2022 | 10 | $2,558.6699 |
| Purchase | GOOGL | 4/22/2022 | 5 | $2,399.6500 |
| Sale | GOOGL | 2/4/2021 | (5) | $2,042.0000 |
| Sale | GOOGL | 7/20/2022 | (500) | $114.0562 |
| Sale | GOOGL | 7/20/2022 | (500) | $113.7900 |
| Sale | GOOGL | 12/6/2022 | (500) | $97.1260 |
| Sale | GOOGL | 12/6/2022 | (100) | $97.3400 |
| Received; 20:1 Split | GOOGL | 7/18/2022 | 5,035 | |
| | | | | |
| Purchase | GOOG | 3/16/2022 | 210 | $2,649.5554 |
| Purchase | GOOG | 4/11/2022 | 10 | $2,612.0000 |
| Purchase | GOOG | 4/26/2022 | 10 | $2,390.0000 |
| Sale | GOOG | 7/20/2022 | (500) | $114.9751 |
| Sale | GOOG | 7/20/2022 | (500) | $114.9062 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 4,370 | |
| | | | | |
| Account 4 | | | | |
| Purchase | GOOGL | 2/11/2020 | 10 | $1,527.1560 |
| Purchase | GOOGL | 2/19/2020 | 10 | $1,528.4290 |
| Purchase | GOOGL | 4/1/2020 | 10 | $1,127.0000 |
| Purchase | GOOGL | 5/18/2020 | 25 | $1,364.1800 |
| Purchase | GOOGL | 5/26/2020 | 50 | $1,441.9600 |
| Purchase | GOOGL | 6/18/2020 | 50 | $1,438.9800 |
| Purchase | GOOGL | 7/14/2021 | 550 | $2,569.3114 |
| Purchase | GOOGL | 8/19/2021 | 100 | $2,707.4161 |
| Sale | GOOGL | 2/27/2020 | (5) | $1,359.1400 |
| Sale | GOOGL | 7/14/2020 | (150) | $1,504.3833 |
| Sale | GOOGL | 10/4/2021 | (50) | $2,719.2100 |
| Sale | GOOGL | 11/22/2021 | (50) | $2,976.3019 |
| Sale | GOOGL | 1/18/2022 | (50) | $2,723.5455 |
| Sale | GOOGL | 5/6/2022 | (150) | $2,312.2927 |
| Received; 20:1 Split | GOOGL | 7/18/2022 | 6,650 | |
| | | | | |
| Purchase | GOOG | 5/4/2020 | 10 | $1,308.2300 |
| Purchase | GOOG | 7/20/2020 | 50 | $1,532.7800 |
| Purchase | GOOG | 8/12/2020 | 150 | $1,503.9900 |
| Purchase | GOOG | 10/5/2020 | 50 | $1,466.2100 |
| Purchase | GOOG | 3/16/2022 | 534 | $2,649.5554 |
| Sale | GOOG | 4/28/2020 | (10) | $1,234.7900 |
| Sale | GOOG | 9/16/2020 | (100) | $1,539.2300 |
| Sale | GOOG | 10/2/2020 | (150) | $1,460.3500 |
| Sale | GOOG | 3/21/2022 | (534) | $2,719.7468 |
| | | | | |
| Account 5 | | | | |
| Purchase | GOOGL | 2/4/2020 | 10 | $1,424.0000 |
| Purchase | GOOGL | 2/24/2020 | 10 | $1,423.0000 |
| Purchase | GOOGL | 2/24/2020 | 15 | $1,418.0000 |
| Purchase | GOOGL | 2/24/2020 | 20 | $1,417.5000 |
| Purchase | GOOGL | 2/25/2020 | 20 | $1,384.1700 |
| Purchase | GOOGL | 2/27/2020 | 25 | $1,334.0000 |
| Purchase | GOOGL | 3/3/2020 | 20 | $1,342.0000 |
| Purchase | GOOGL | 4/1/2020 | 20 | $1,123.0000 |
| Purchase | GOOGL | 4/9/2020 | 10 | $1,195.0000 |
| Purchase | GOOGL | 4/9/2020 | 20 | $1,213.0000 |
| Purchase | GOOGL | 4/28/2020 | 30 | $1,241.0000 |
| Purchase | GOOGL | 5/12/2020 | 30 | $1,380.0000 |
| Purchase | GOOGL | 5/13/2020 | 35 | $1,332.5600 |
| Purchase | GOOGL | 6/4/2020 | 25 | $1,414.8500 |
| Purchase | GOOGL | 6/9/2020 | 30 | $1,460.0000 |
| Purchase | GOOGL | 6/11/2020 | 40 | $1,408.0000 |
| Purchase | GOOGL | 6/12/2020 | 30 | $1,392.0000 |
| Purchase | GOOGL | 6/18/2020 | 40 | $1,434.8300 |
| Purchase | GOOGL | 6/18/2020 | 200 | $1,431.9850 |
| Purchase | GOOGL | 6/19/2020 | 35 | $1,426.5353 |
| Purchase | GOOGL | 6/19/2020 | 40 | $1,425.5960 |
| Purchase | GOOGL | 6/22/2020 | 30 | $1,422.0000 |
| Purchase | GOOGL | 6/24/2020 | 30 | $1,431.0000 |
| Purchase | GOOGL | 6/26/2020 | 40 | $1,383.0000 |

| | | | | |
|---|---|---|---|---|
| Purchase | GOOGL | 7/16/2020 | 20 | $1,494.0000 |
| Purchase | GOOGL | 7/23/2020 | 30 | $1,515.0000 |
| Purchase | GOOGL | 7/24/2020 | 30 | $1,510.0000 |
| Purchase | GOOGL | 9/4/2020 | 40 | $1,585.0000 |
| Purchase | GOOGL | 9/21/2020 | 50 | $1,425.0000 |
| Purchase | GOOGL | 10/16/2020 | 100 | $1,630.0000 |
| Purchase | GOOGL | 10/30/2020 | 60 | $1,615.0000 |
| Purchase | GOOGL | 11/11/2020 | 30 | $1,750.0000 |
| Purchase | GOOGL | 11/18/2020 | 40 | $1,755.8647 |
| Purchase | GOOGL | 11/20/2020 | 50 | $1,754.2702 |
| Purchase | GOOGL | 12/16/2020 | 40 | $1,756.4060 |
| Purchase | GOOGL | 12/22/2020 | 500 | $2,200.0000 |
| Purchase | GOOGL | 1/15/2021 | 50 | $1,729.0000 |
| Purchase | GOOGL | 1/15/2021 | 100 | $1,750.0000 |
| Purchase | GOOGL | 1/27/2021 | 70 | $1,827.7620 |
| Purchase | GOOGL | 1/28/2021 | 80 | $1,805.0000 |
| Purchase | GOOGL | 4/28/2021 | 90 | $2,400.0000 |
| Purchase | GOOGL | 9/20/2021 | 55 | $2,741.7191 |
| Purchase | GOOGL | 11/4/2021 | 120 | $2,971.8827 |
| Purchase | GOOGL | 11/15/2021 | 100 | $2,972.0000 |
| Purchase | GOOGL | 12/3/2021 | 100 | $2,900.0000 |
| Purchase | GOOGL | 3/1/2022 | 260 | $2,697.9900 |
| Purchase | GOOGL | 3/7/2022 | 100 | $2,562.1397 |
| Purchase | GOOGL | 3/9/2022 | 200 | $2,601.3376 |
| Purchase | GOOGL | 6/14/2022 | 50 | $2,130.7000 |
| Purchase | GOOGL | 6/23/2022 | 20 | $2,249.9099 |
| Purchase | GOOGL | 6/23/2022 | 30 | $2,241.0000 |
| Purchase | GOOGL | 6/23/2022 | 50 | $2,225.0000 |
| Purchase | GOOGL | 6/23/2022 | 50 | $2,244.9799 |
| Purchase | GOOGL | 6/28/2022 | 10 | $2,282.9799 |
| Purchase | GOOGL | 6/28/2022 | 10 | $2,310.0800 |
| Purchase | GOOGL | 8/1/2022 | 1,600 | $115.2296 |
| Purchase | GOOGL | 8/24/2022 | 2,850 | $114.0536 |
| Sale | GOOGL | 6/18/2020 | (150) | $1,432.5000 |
| Sale | GOOGL | 6/19/2020 | (100) | $1,400.0000 |
| Sale | GOOGL | 9/23/2020 | (50) | $1,457.0000 |
| Sale | GOOGL | 10/5/2020 | (30) | $1,471.1500 |
| Sale | GOOGL | 11/20/2020 | (200) | $1,680.0000 |
| Sale | GOOGL | 12/2/2020 | (500) | $1,824.4400 |
| Sale | GOOGL | 4/16/2021 | (200) | $2,000.0000 |
| Sale | GOOGL | 6/4/2021 | (200) | $2,360.0000 |
| Sale | GOOGL | 10/15/2021 | (200) | $2,700.0000 |
| Sale | GOOGL | 12/15/2021 | (120) | $2,865.1139 |
| Sale | GOOGL | 1/7/2022 | (70) | $2,739.7094 |
| Sale | GOOGL | 1/24/2022 | (100) | $2,519.5600 |
| Sale | GOOGL | 7/20/2022 | (2,600) | $114.1582 |
| Sale | GOOGL | 7/20/2022 | (50) | $114.6300 |
| Sale | GOOGL | 7/21/2022 | (5,500) | $113.6692 |
| Received; 20:1 Split | GOOGL | 7/18/2022 | 32,680 | |
| Purchase | GOOG | 4/21/2020 | 50 | $1,232.0000 |
| Purchase | GOOG | 5/27/2020 | 100 | $1,407.2796 |
| Purchase | GOOG | 6/16/2022 | 80 | $2,141.6750 |
| Sale | GOOG | 4/17/2020 | (100) | $1,200.0000 |
| Sale | GOOG | 9/18/2020 | (100) | $1,450.0000 |
| Sale | GOOG | 7/19/2022 | (1,600) | $113.9579 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 1,520 | |

Account 6

| | | | | |
|---|---|---|---|---|
| Purchase | GOOGL | 3/11/2020 | 2 | $1,225.0000 |
| Purchase | GOOGL | 11/11/2020 | 5 | $1,755.0000 |
| Purchase | GOOGL | 5/10/2021 | 5 | $2,301.0000 |
| Sale | GOOGL | 6/8/2020 | (2) | $1,430.0000 |
| Sale | GOOGL | 6/10/2020 | (1) | $1,470.0000 |
| Received; 20:1 Split | GOOGL | 7/18/2022 | 285 | |
| Purchase | GOOG | 3/16/2022 | 50 | $2,649.5554 |
| Sale | GOOG | 7/19/2022 | (100) | $111.7000 |
| Sale | GOOG | 7/19/2022 | (100) | $111.6000 |
| Sale | GOOG | 7/20/2022 | (200) | $115.0546 |
| Sale | GOOG | 11/29/2022 | (100) | $95.5000 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 950 | |

Account 7

| | | | | |
|---|---|---|---|---|
| Purchase | GOOGL | 1/5/2022 | 73 | $2,755.5000 |
| Sale | GOOGL | 1/27/2022 | (73) | $2,580.1000 |
| Purchase | GOOG | 1/5/2022 | 77 | $2,753.0700 |
| Sale | GOOG | 1/27/2022 | (77) | $2,582.4200 |
| _Account 8_ | | | | |
| Purchase | GOOGL | 7/14/2021 | 30 | $2,564.7400 |
| Purchase | GOOGL | 8/19/2021 | 10 | $2,707.1599 |
| Purchase | GOOGL | 8/24/2021 | 20 | $2,834.1399 |
| Purchase | GOOGL | 9/9/2021 | 30 | $2,876.8100 |
| Purchase | GOOGL | 10/28/2021 | 30 | $2,916.5460 |
| Purchase | GOOGL | 11/22/2021 | 10 | $2,964.0699 |
| Purchase | GOOGL | 5/10/2022 | 10 | $2,296.9699 |
| Purchase | GOOGL | 5/26/2022 | 90 | $2,116.6500 |
| Purchase | GOOGL | 6/21/2022 | 100 | $2,222.0567 |
| Purchase | GOOGL | 9/20/2022 | 200 | $101.9700 |
| Purchase | GOOGL | 10/3/2022 | 350 | $96.7200 |
| Purchase | GOOGL | 1/12/2023 | 200 | $91.5200 |
| Sale | GOOGL | 9/29/2021 | (15) | $2,703.2501 |
| Sale | GOOGL | 10/12/2021 | (5) | $2,728.7731 |
| Sale | GOOGL | 1/25/2022 | (10) | $2,574.8900 |
| Sale | GOOGL | 5/25/2022 | (200) | $2,106.5257 |
| Sale | GOOGL | 7/27/2022 | (500) | $110.3602 |
| Sale | GOOGL | 8/10/2022 | (300) | $119.7634 |
| Sale | GOOGL | 12/28/2022 | (150) | $87.0500 |
| Received; 20:1 Split | GOOGL | 7/18/2022 | 1,900 | split 20:1 |
| Purchase | GOOG | 11/14/2022 | 250 | $95.8800 |
| Sale | GOOG | 12/28/2022 | (20) | $87.4300 |
| _Account 9_ | | | | |
| Purchase | GOOG | 2/28/2022 | 22 | $2,665.6900 |
| Purchase | GOOG | 3/15/2022 | 8 | $2,572.8399 |
| Purchase | GOOG | 3/16/2022 | 4 | $2,649.5554 |
| Purchase | GOOG | 6/28/2022 | 6 | $2,346.6200 |
| Sale | GOOG | 1/3/2023 | (290) | $89.4200 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 760 | |
| _Account 10_ | | | | |
| Purchase | GOOG | 4/1/2020 | 190 | $1,108.0121 |
| Purchase | GOOG | 4/22/2020 | 110 | $1,262.2300 |
| Purchase | GOOG | 3/16/2022 | 400 | $2,649.5554 |
| Sale | GOOG | 5/3/2022 | (100) | $2,349.8300 |
| Sale | GOOG | 1/4/2023 | (5,000) | $88.7669 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 11,400 | |
| _Account 11_ | | | | |
| Purchase | GOOG | 3/16/2022 | 210 | $2,649.5554 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 3,990 | |
| _Account 12_ | | | | |
| Purchase | GOOG | 11/10/2020 | 5 | $1,740.5700 |
| Purchase | GOOG | 6/28/2022 | 3 | $2,322.2799 |
| Sale | GOOG | 9/29/2022 | (160) | $98.4100 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 152 | |
| _Account 13_ | | | | |
| Purchase | GOOG | 3/20/2020 | 200 | $1,120.4600 |
| Purchase | GOOG | 3/16/2022 | 217 | $2,649.5554 |
| Sale | GOOG | 4/22/2020 | (100) | $1,255.2700 |
| Sale | GOOG | 10/7/2020 | (300) | $1,440.9604 |
| Sale | GOOG | 6/7/2022 | (27) | $2,311.0000 |
| Sale | GOOG | 11/8/2022 | (2,300) | $89.2000 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 3,610 | |
| _Account 14_ | | | | |
| Purchase | GOOG | 3/16/2022 | 384 | $2,649.5554 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 9,671 | |
| _Account 15_ | | | | |
| Purchase | GOOG | 3/8/2021 | 15 | $2,095.5400 |
| Purchase | GOOG | 3/8/2021 | 25 | $2,101.1300 |
| Purchase | GOOG | 6/3/2021 | 13 | $2,395.0200 |

| | | | | |
|---|---|---|---|---|
| Purchase | GOOG | 8/11/2021 | 17 | $2,765.0899 |
| Purchase | GOOG | 3/15/2022 | 20 | $2,566.7999 |
| Purchase | GOOG | 3/16/2022 | 6 | $2,649.5554 |
| Purchase | GOOG | 6/28/2022 | 34 | $2,347.2638 |
| Purchase | GOOG | 8/18/2022 | 100 | $120.3200 |
| Sale | GOOG | 11/30/2022 | (200) | $95.1000 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 2,470 | |
| | | | | |
| **Account 16** | | | | |
| Purchase | GOOG | 2/28/2022 | 92 | $2,665.6900 |
| Purchase | GOOG | 3/15/2022 | 18 | $2,571.9899 |
| Purchase | GOOG | 3/16/2022 | 110 | $2,649.5554 |
| Purchase | GOOG | 5/19/2022 | 130 | $2,236.8200 |
| Sale | GOOG | 9/22/2022 | (1,000) | $99.4600 |
| Sale | GOOG | 10/25/2022 | (1,500) | $104.0798 |
| Sale | GOOG | 11/30/2022 | (800) | $95.1000 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 6,650 | |
| | | | | |
| **Account 17** | | | | |
| Sale | GOOG | 4/22/2020 | (10) | $1,279.9501 |
| Sale | GOOG | 10/2/2020 | (5) | $1,462.0300 |
| Sale | GOOG | 11/16/2020 | (5) | $1,785.6200 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 285 | |
| | | | | |
| **Account 18** | | | | |
| Purchase | GOOG | 3/16/2022 | 500 | $2,649.5554 |
| Purchase | GOOG | 5/24/2022 | 100 | $2,050.0000 |
| Sale | GOOG | 6/6/2022 | (50) | $2,365.8401 |
| Sale | GOOG | 6/6/2022 | (50) | $2,358.0601 |
| Sale | GOOG | 7/20/2022 | (500) | $115.5315 |
| Sale | GOOG | 7/20/2022 | (500) | $114.9862 |
| Sale | GOOG | 7/20/2022 | (500) | $114.9102 |
| Sale | GOOG | 7/20/2022 | (500) | $114.7304 |
| Sale | GOOG | 7/20/2022 | (500) | $114.4253 |
| Sale | GOOG | 7/20/2022 | (500) | $114.2902 |
| Sale | GOOG | 7/20/2022 | (500) | $113.9602 |
| Sale | GOOG | 7/25/2022 | (500) | $109.4804 |
| Sale | GOOG | 12/7/2022 | (500) | $95.5500 |
| Sale | GOOG | 12/7/2022 | (500) | $95.3813 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 9,500 | |
| | | | | |
| **Account 19** | | | | |
| Purchase | GOOG | 4/1/2020 | 250 | $1,108.0121 |
| Purchase | GOOG | 3/16/2022 | 134 | $2,649.5554 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 7,752 | |
| | | | | |
| **Account 20** | | | | |
| Purchase | GOOG | 11/22/2021 | 30 | $3,007.7199 |
| Purchase | GOOG | 12/13/2021 | 90 | $2,968.8800 |
| Purchase | GOOG | 3/15/2022 | 40 | $2,572.8999 |
| Purchase | GOOG | 3/15/2022 | 50 | $2,585.8199 |
| Purchase | GOOG | 3/16/2022 | 32 | $2,649.5554 |
| Purchase | GOOG | 6/28/2022 | 38 | $2,349.5699 |
| Purchase | GOOG | 8/1/2022 | 600 | $115.5000 |
| Sale | GOOG | 12/7/2022 | (1,000) | $96.7500 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 5,320 | |
| | | | | |
| **Account 21** | | | | |
| Purchase | GOOG | 4/1/2020 | 40 | $1,108.0121 |
| Purchase | GOOG | 6/4/2020 | 30 | $1,430.4000 |
| Purchase | GOOG | 6/19/2020 | 50 | $1,441.5900 |
| Purchase | GOOG | 7/20/2021 | 29 | $2,607.8800 |
| Purchase | GOOG | 3/16/2022 | 86 | $2,649.5554 |
| Sale | GOOG | 8/18/2020 | (30) | $1,526.1800 |
| Sale | GOOG | 10/7/2020 | (30) | $1,440.9201 |
| Sale | GOOG | 11/24/2020 | (40) | $1,753.7204 |
| Sale | GOOG | 12/11/2020 | (60) | $1,763.0600 |
| Sale | GOOG | 4/19/2021 | (10) | $2,304.6600 |
| Sale | GOOG | 6/9/2021 | (29) | $2,492.6800 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 3,534 | |
| | | | | |
| **Account 22** | | | | |
| Sale | GOOG | 1/6/2020 | (2) | $1,383.0600 |
| Sale | GOOG | 1/21/2020 | (2) | $1,473.0300 |

|  |  |  |  |  |
|---|---|---|---|---|
| Sale | GOOG | 2/3/2020 | (2) | $1,461.7700 |
| Sale | GOOG | 2/5/2020 | (4) | $1,450.6100 |

Account 23
| Purchase | GOOG | 3/16/2022 | 15 | $2,649.5554 |
|---|---|---|---|---|
| Received; 20:1 Split | GOOG | 7/18/2022 | 285 | |

Account 24
| Sale | GOOG | 4/22/2020 | (40) | $1,250.6402 |
|---|---|---|---|---|
| Sale | GOOG | 11/23/2020 | (30) | $1,749.6000 |
| Sale | GOOG | 1/11/2021 | (20) | $1,786.0700 |
| Sale | GOOG | 6/3/2021 | (25) | $2,395.0200 |

Account 25
| Purchase | GOOG | 7/14/2020 | 20 | $1,490.0500 |
|---|---|---|---|---|
| Sale | GOOG | 4/22/2020 | (10) | $1,250.6402 |
| Sale | GOOG | 11/23/2020 | (15) | $1,749.6000 |
| Sale | GOOG | 1/11/2021 | (5) | $1,786.0700 |
| Sale | GOOG | 4/28/2021 | (8) | $2,406.8200 |
| Sale | GOOG | 6/3/2021 | (8) | $2,395.0200 |

Account 26
| Purchase | GOOG | 4/1/2020 | 110 | $1,108.0121 |
|---|---|---|---|---|
| Purchase | GOOG | 3/15/2022 | 25 | $2,573.5899 |
| Purchase | GOOG | 3/16/2022 | 58 | $2,649.5554 |
| Sale | GOOG | 12/15/2022 | (1,900) | $91.5626 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 3,667 | |

Account 27
| Purchase | GOOG | 7/14/2020 | 10 | $1,490.0500 |
|---|---|---|---|---|
| Sale | GOOG | 4/22/2020 | (15) | $1,250.6402 |
| Sale | GOOG | 8/17/2020 | (10) | $1,514.6700 |
| Sale | GOOG | 10/8/2020 | (10) | $1,468.4000 |
| Sale | GOOG | 11/23/2020 | (10) | $1,749.6000 |
| Sale | GOOG | 4/28/2021 | (6) | $2,406.8200 |
| Sale | GOOG | 6/3/2021 | (6) | $2,395.0200 |
| Sale | GOOG | 6/7/2022 | (2) | $2,311.0000 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 304 | |

Account 28
| Purchase | GOOG | 2/18/2020 | 70 | $1,518.0000 |
|---|---|---|---|---|
| Purchase | GOOG | 3/20/2020 | 50 | $1,126.1480 |
| Purchase | GOOG | 2/17/2022 | 43 | $2,723.0000 |
| Purchase | GOOG | 2/28/2022 | 15 | $2,665.6900 |
| Purchase | GOOG | 3/15/2022 | 15 | $2,572.8199 |
| Purchase | GOOG | 3/16/2022 | 45 | $2,649.5554 |
| Purchase | GOOG | 7/5/2022 | 30 | $2,149.4300 |
| Sale | GOOG | 3/3/2020 | (40) | $1,401.7400 |
| Sale | GOOG | 4/27/2020 | (20) | $1,293.9500 |
| Sale | GOOG | 5/7/2020 | (30) | $1,364.3300 |
| Sale | GOOG | 10/7/2020 | (15) | $1,440.9201 |
| Sale | GOOG | 11/16/2020 | (15) | $1,793.0500 |
| Sale | GOOG | 12/11/2020 | (20) | $1,763.0600 |
| Sale | GOOG | 1/21/2021 | (5) | $1,906.2200 |
| Sale | GOOG | 5/24/2021 | (3) | $2,402.0000 |
| Sale | GOOG | 10/25/2022 | (300) | $103.2300 |
| Sale | GOOG | 12/15/2022 | (1,000) | $93.4700 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 3,610 | split 20:1 |

Account 29
| Purchase | GOOG | 2/18/2020 | 10 | $1,517.2000 |
|---|---|---|---|---|
| Purchase | GOOG | 5/13/2020 | 5 | $1,358.4200 |
| Purchase | GOOG | 6/11/2020 | 10 | $1,438.3300 |
| Purchase | GOOG | 11/2/2020 | 10 | $1,651.3330 |
| Purchase | GOOG | 1/25/2021 | 15 | $1,885.0500 |
| Purchase | GOOG | 3/8/2021 | 30 | $2,108.9800 |
| Purchase | GOOG | 5/14/2021 | 20 | $2,291.8300 |
| Purchase | GOOG | 5/18/2021 | 30 | $2,319.6100 |
| Purchase | GOOG | 5/27/2021 | 30 | $2,432.2900 |
| Purchase | GOOG | 1/24/2022 | 70 | $2,520.5500 |
| Purchase | GOOG | 3/16/2022 | 350 | $2,649.5554 |
| Sale | GOOG | 9/23/2022 | (3,000) | $99.0493 |
| Sale | GOOG | 10/25/2022 | (800) | $104.1606 |
| Sale | GOOG | 12/1/2022 | (500) | $101.8011 |

| | | | | |
|---|---|---|---|---|
| Sale | GOOG | 12/1/2022 | (500) | $101.7961 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 11,210 | |
| | | | | |
| Account 30 | | | | |
| Purchase | GOOG | 5/13/2020 | 4 | $1,381.6700 |
| Purchase | GOOG | 7/14/2020 | 12 | $1,490.0500 |
| Purchase | GOOG | 3/8/2021 | 17 | $2,101.1300 |
| Purchase | GOOG | 3/16/2022 | 29 | $2,649.5554 |
| Purchase | GOOG | 6/1/2022 | 11 | $2,298.6300 |
| Sale | GOOG | 4/22/2020 | (1) | $1,250.6402 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 1,425 | |
| | | | | |
| Account 31 | | | | |
| Purchase | GOOG | 7/20/2022 | 15 | $113.9800 |
| Purchase | GOOG | 8/3/2022 | 15 | $116.2900 |
| Purchase | GOOG | 11/16/2022 | 10 | $98.1300 |
| Purchase | GOOG | 1/23/2023 | 20 | $101.1100 |
| | | | | |
| Account 32 | | | | |
| Purchase | GOOG | 12/9/2021 | 1 | $2,961.0699 |
| Purchase | GOOG | 12/9/2021 | 1 | $2,985.3200 |
| Received; 20:1 Split | GOOG | 7/18/2022 | 38 | |