POMERANTZ LLP
Jeremy A. Lieberman (admitted *pro hac vice*)
Emma Gilmore (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com

*Counsel for Plaintiffs and for the Proposed
Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ALPHABET INC., GOOGLE LLC, SUNDAR PICHAI, RUTH M. PORAT, PHILIPP SCHINDLER, and KENT WALKER<br><br>    Defendants. | Case No. 3:23-CV-01186-RS<br><br><br>Date:      December 21, 2023<br>Time:      1:30 p.m.<br>Location:  Courtroom 3 – 17th Floor<br>Judge:     Richard Seeborg |

**DECLARATION OF EMMA GILMORE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS AMENDED COMPLAINT**

I, Emma Gilmore, declare as follows:

1.  I am a partner with the law firm Pomerantz LLP and admitted *pro hac vice* to practice in the Northern District of California District Court. I am counsel for Lead Plaintiffs Menora Mivtachim Insurance Ltd. ("Menora Insurance") and Menora Mivtachim Pensions and Gemel Ltd. ("Menora Pensions and Gemel" and, together with Menora Insurance, "Menora") and additional Named Plaintiffs AMI - Government Employees Provident Fund Management Company Ltd., City of Fort Lauderdale Police & Fire Retirement System, and More Mutual Funds Management (2013) Ltd. (collectively, "Plaintiffs") in the above-captioned matter. I have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify to the matters stated herein. This declaration is submitted in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Complaint.

2.  Attached as Exhibit 1 is a true and correct copy of Alphabet's stock price history and the value of the NASDAQ Composite Index as reported by NASDAQ for the following period: November 2020 through May 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 6th of November, 2023.

*/s/ Emma Gilmore*
Emma Gilmore

DECLARATION OF EMMA GILMORE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT - 3:23-cv-01186-RS