BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELISE LOPEZ, State Bar No. 324199
elise.lopez@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Alphabet Inc., Google LLC,
Sundar Pichai, Ruth M. Porat, Philipp Schindler,
and Kent Walker*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET INC., GOOGLE LLC, SUNDAR PICHAI, RUTH M. PORAT, PHILIPP SCHINDLER, and KENT WALKER,<br><br>Defendants. | Case No.: 3:23-cv-01186-RS<br><br>**DECLARATION OF ELISE LOPEZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |

LOPEZ DECL. ISO MTD
CASE NO. 3:23-cv-01186-RS

## DECLARATION OF ELISE LOPEZ

I, Elise Lopez, declare as follows:

1.    I am duly admitted to practice in the State of California and an attorney with the law firm Freshfields Bruckhaus Deringer US LLP.  I am counsel for Defendants Alphabet Inc., Google LLC, Sundar Pichai, Ruth M. Porat, Philipp Schindler, and Kent Walker (collectively, "Defendants") in the above-captioned matter.  I have personal knowledge of the matters stated herein.  If called as a witness, I could and would competently testify to the matters stated herein.  This declaration is submitted in support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

2.    In connection with Defendants' Request for Judicial Notice in Support of their Motion to Dismiss, Defendants submitted Ex. J, a document reflecting the history of Alphabet's stock price that also inadvertently included the stock price of NASDAQ, Inc. rather than the value of the NASDAQ composite index, for the period of November 2020 through April 2023.  *See* ECF 58-11.  Defendants only discovered the error after filing the exhibit.

3.    In order to correct the error identified in Exhibit J, Defendants attach here a true and correct copy of corrected Ex. J, which reflects Alphabet's stock price history and the value of the NASDAQ index for the period of November 2020 through April 2023, as reported by NASDAQ.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Redwood City, California, this 11th of December, 2023.

/s/ Elise Lopez
Elise Lopez

1

LOPEZ DECL. ISO MTD
CASE NO. 3:23-cv-01186-RS