UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>Defendants. | Case No.  23-cv-01186-RFL<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE CHART OF ALLEGATIONS AND CONTINUING HEARING ON MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 46, 58 |

Plaintiffs are ordered to prepare a statement-by-statement chart of the information required by 15 U.S.C. § 78u-4(b)(1) and (2) that specifically identifies: (A) each statement or action alleged in the operative complaint to have been false or misleading, (B) the reasons the statement or action was false, misleading, or deceptive when made, and (C) if an allegation regarding the statement or omission is made on information and belief, all facts on which the belief is formed.  The chart must clearly identify which statements or omissions are attributable to which Defendants, and include a detailed statement of the facts giving rise to a strong inference that each defendant acted with the required state of mind.  Plaintiffs should also summarize their allegations regarding what each Defendant knew with regard to the statement or omission, and when they knew it.  For guidance on the format for such a chart, the Court directs Plaintiffs to review *In re NVIDIA Corp. Sec. Litig.*, 18-cv-07669-HSG, Dkt. No. 149-2.  Plaintiffs shall file the chart by **March 12, 2024.**

The hearing on the motion to dismiss, currently set for March 5, 2024, is **CONTINUED** to **March 26, 2024, at 10:00 a.m.** in Courtroom 15 in the San Francisco Courthouse.

**IT IS SO ORDERED.**

1

2

Dated: February 27, 2024

RITA F. LIN
United States District Judge