1

2

3

4

5

6

POMERANTZ LLP
Jeremy A. Lieberman (admitted pro hac vice)
Emma Gilmore (admitted pro hac vice)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com

7

8

*Counsel for Plaintiffs and for the Proposed Class*

**GRANTED**

Judge Rita F. Lin

4/16/2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Counsel is directed to use the Zoom webinar link on the Court's web page to participate.

9

10

11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

12

13

14

15

16

AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

Case No.: 3:23-CV-01186-RFL

**EMERGENCY REQUEST TO APPEAR AT THE APRIL 16, 2024 HEARING REMOTELY**

17

18

19

20

ALPHABET INC., GOOGLE LLC, SUNDAR PICHAI, RUTH M. PORAT, PHILIPP SCHINDLER, and KENT WALKER,

Defendants.

21

22

23

24

25

26

27

28

EMERGENCY REQUEST TO APPEAR AT THE APRIL 16, 2024 HEARING REMOTELY
CASE NO. 3:23-cv-01186-RFL

1    Plaintiffs make an emergency request to allow attorney Jeremy Lieberman to appear at the

2  April 16, 2024 hearing on Defendants' Motion to Dismiss Plaintiffs' Amended Complaint remotely,

3  via videoconference or teleconference. Mr. Lieberman was scheduled to fly from New York to San

4  Francisco this evening on United Airlines flight 555.  Due to maintenance repairs on the plane, the

5  flight was delayed by several hours, during which time passengers were assured a number of times

6  that it would indeed depart that evening.  At approximately 12:30 A.M. this morning, United Airlines

7  announced that the flight was cancelled.  Given the late hour, there were no alternate flights to San

8  Francisco available to enable Mr. Lieberman to attend the hearing in person by 10:00 A.M. Pacific

9  Time. While Mr. Lieberman's partner, Emma Gilmore, will attend the hearing in person, she has only

10 prepared to address Plaintiffs' Opposition to Defendants' Request for Judicial Notice. Mr. Lieberman

11 had prepared to address all other aspects of Defendants' Motion.  In light of the foregoing, Plaintiffs

12 respectfully request that the Court allow Mr. Lieberman to appear remotely, via videoconference or

13 teleconference, whichever is more convenient for the Court. Plaintiffs apologize for any

14 inconvenience this causes the Court and appreciate the Court's consideration of this request.

15   Plaintiffs' counsel have attempted to contact counsel for Defendants to inform them of this

16 request but, given the late hour, they have yet to respond.

17

18                                Respectfully submitted,

19 Dated: April 16, 2024          POMERANTZ LLP

20
                                 */s/ Jeremy Lieberman*
21                               Jeremy A. Lieberman (admitted *pro hac vice*)
                                 Emma Gilmore (admitted *pro hac vice)*
22                               Villi Shteyn (admitted *pro hac vice)*
                                 600 Third Avenue, 20th Floor
23                               New York, New York 10016
                                 Telephone: (212) 661-1100
24                               Facsimile: (917) 463-1044
                                 jalieberman@pomlaw.com
25                               egilmore@pomlaw.com
                                 vshteyn@pomlaw.com
26
27                               Jennifer Pafiti (SBN 282790)
                                 1100 Glendon Avenue, 15th Floor
28                               Los Angeles, California 90024

1
EMERGENCY REQUEST TO APPEAR AT THE APRIL 16, 2024 HEARING REMOTELY
CASE NO. 3:23-cv-01186-RFL

1

2

Telephone: (310) 405-7190
jpafiti@pomlaw.com

3

Orly Guy
Eitan Lavie

4

Ariel Sharon 4, 34th Floor
Givatayim, Israel 5320047

5

Telephone: +972 (0) 3 624 0240

6

Facsimile: +972 (0) 3 624 0111
oguy@pomlaw.com

7

eitan@pomlaw.com

8

*Counsel for Plaintiffs and for the Proposed Class*

9

KLAUSNER KAUFMAN JENSEN & LEVINSON

10

Robert D. Klausner
7080 NW 4th Street

11

Plantation, FL 33317
Tel: (954) 916-1202

12

Fax: (954) 916-1232
bob@robertdklausner.com

13

14

*Additional Counsel for Plaintiff City of Fort Lauderdale Police & Fire Retirement System*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
EMERGENCY REQUEST TO APPEAR AT THE APRIL 16, 2024 HEARING REMOTELY
CASE NO. 3:23-cv-01186-RFL