BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELISE LOPEZ, State Bar No. 324199
elise.lopez@freshfields.com
ELENA HADJIMICHAEL, State Bar No. 355715
elena.hadjimichael@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Alphabet Inc., Google LLC,
Sundar Pichai, Ruth M. Porat, Philipp Schindler,
and Kent Walker*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET INC., GOOGLE LLC, SUNDAR PICHAI, RUTH M. PORAT, PHILIPP SCHINDLER, and KENT WALKER,<br><br>Defendants. | Case No.: 3:23-cv-01186-RFL<br><br>**DECLARATION OF ELISE LOPEZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:        Tuesday, Feb. 11, 2025<br>Time:        10:00 AM<br>Location:   Courtroom 15 – 18th Floor<br>Judge:       Rita F. Lin |

LOPEZ DECL. ISO MOTION TO DISMISS SECOND AMENDED COMPL.
CASE NO. 3:23-CV-01186-RFL

**DECLARATION OF ELISE LOPEZ**

I, Elise Lopez, declare as follows:

1.      I am duly admitted to practice in the State of California and an attorney with the law firm Freshfields US LLP. I am counsel for Alphabet Inc., Google LLC, Sundar Pichai, Ruth M. Porat, Philipp Schindler, and Kent Walker (collectively, the "Defendants") in the above-captioned matter. I have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify to the matters stated herein. This declaration is submitted in support of the Defendants' Motion to Dismiss Second Amended Complaint.

2.      Attached as Ex. A is a true and correct copy of the following article: Djordje Gligorijevic et al., *Bid Shading in the Brave New World of First-Price Auctions*, PROCEEDINGS OF THE 29TH ACM INT'L CONF. ON INFO. AND KNOWLEDGE MGMT. (Oct. 19–23, 2020), available at https://arxiv.org/abs/2009.01360.

3.      Attached as Ex. B is a true and correct copy of the Network Bidding Agreement executed between Google LLC; Google Ireland Limited; Facebook, Inc.; and Facebook Ireland Limited on September 24, 2018.

4.      Attached as Ex. C is a true and correct copy of the following blog post: Sam Cox, *Simplifying programmatic: first price auctions for Google Ad Manager*, GOOGLE (Mar. 6, 2019), available at https://blog.google/products/admanager/simplifying-programmatic-first-price-auctions-google-ad-manager/.

5.      Attached as Ex. D is a true and correct copy of the following blog post: Jason Bigler, *Rolling out first price auctions to Google Ad Manager partners*, GOOGLE (Sept. 5, 2019), available at https://blog.google/products/admanager/rolling-out-first-price-auctions-google-ad-manager-partners/.

6.      Attached as Ex. E is a true and correct copy of Google's webpage titled "How Open Bidding Works," as captured by the Wayback Machine on September 29, 2020.

7.      Attached as Ex. F is a true and correct copy of Google's webpage titled "How Open Bidding Works," as captured by the Wayback Machine on November 25, 2020.

8.      Attached as Ex. G is a true and correct copy of Google's webpage titled "How Open Bidding Works," as captured by the Wayback Machine on February 1, 2022.

-1-
LOPEZ DECL. ISO MOTION TO DISMISS SECOND AMENDED COMPL.
CASE NO. 3:23-CV-01186-RFL

9.      Attached as Ex. H is a true and correct copy of Google's current webpage titled "How Open Bidding Works," available at https://support.google.com/admanager/answer/7128958?hl=en (last visited Nov. 8, 2024).

10.      Attached as Ex. I is a true and correct copy of Alphabet's stock price history and the value of the NASDAQ index for the period of November 2020 through April 2023, as reported by NASDAQ.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood City, CA on November 8, 2024.

By: /s/ Elise Lopez
Elise Lopez

-2-