# EXHIBIT F

The Wayback Machine - https://web.archive.org/web/20201125053430/https://support.google.com/admanager/answer/7128958?hl=en

Learn the basics

# How Open Bidding works

Learn the life cycle of an Open Bidding request



*Only available in Google Ad Manager 360.*

Each Open Bidding interaction between a publisher and their demand partners is handled by Ad Manager in what is called a "server-to-server" integration. This article describes the life cycle of an ad request targeted by an Open Bidding yield group.

- The Open Bidding process
- Auction dynamics
- Payments

View related Skillshop training course

## The Open Bidding process

### 1. An ad request is triggered and information is passed to the Ad Manager ad server

Requests are sent to Ad Manager using Google Publisher Tags, the Google Mobile Ads SDK, or the IMA SDK. Along with each request, information about the user, device and targeting is passed to Ad Manager. Learn more

### 2. Ad Manager runs a unified auction to determine the best yield

The steps below are completed synchronously on the server-side as part of the ad selection process.

*2a. Ad Manager selects the best trafficked line item to compete in the unified auction*

Using targeting and delivery pacing information, Ad Manager catalogs all eligible line items booked in the Ad Manager ad server and selects the best line item to compete via dynamic allocation in the unified auction.

*2b. Ad Manager sends a bid request to targeted yield partners*

Ad Manager uses yield groups to identify the list of exchanges and networks to compete in the unified auction. Yield groups contain targeting similar to line items and include a combination of Ad Exchange, third-party exchanges and/or Mediation ad networks. For each Open Bidding yield partner assigned to an eligible yield group, Ad Manager sends a bid request to collect their highest bids.

> Requests marked as child-directed in compliance with the Children's Online Privacy Protection Act ⧉ (COPPA) are not sent to Open Bidding yield partners.

| What happens if multiple yield groups are eligible for the same request? ⌄ |
| --- |
| What happens if requested ad sizes don't match the yield group targeting? ⌄ |
| What information is sent to buyers with each Open Bidding request? ⌄ |
| How do Ad Exchange or AdSense line items and yield groups compete? ⌄ |

*2c. Targeted yield partners run their own auction and returns their most competitive bid to Ad Manager*

1

Yield partners utilize their own Open Bidding integration to receive the bid request from Ad Manager, run an auction according to the information provided in the request, and return their most competitive bid to Ad Manager.

*2d. Ad Manager hosts a unified auction and selects a winner*

Ad Manager hosts a unified auction, comparing yield partner bids, the Ad Exchange bid and other direct line items via dynamic allocation to ensure that each impression maximizes yield.

### 3. A creative or Mediation list is returned to the publisher

After dynamic allocation and the unified auction has completed, the Ad Manager ad server returns the winning asset to the publisher for display.

- If an Ad Manager line item wins the unified auction, the Ad Manager creative is returned to the publisher.

- If an Open Bidding or Authorized Buyers demand partner wins the Ad Manager unified auction, the buyer's creative is returned to the publisher.

- If a Mediation yield partner wins the Ad Manager unified auction, a Mediation list, or "chain," is returned to the publisher that includes Mediation yield partners with a CPM higher than the highest Authorized Buyers or Open Bidding yield partner bid. The publisher's mobile app will then call each partner in the list in order for a creative to display. Learn more about Mediation for mobile apps

 If the default CPM for a Mediation yield partner is defined as higher than the highest bid from an Open Bidding yield partner, the Mediation yield partner will have a first look to fill the impression with no guarantee they will return a bid at the default CPM price. Ensure that your default CPM values for Mediation yield partners is set realistically to optimize competition.

## Auction dynamics

The real-time bids (RTB) from yield partners compete as part of dynamic allocation in a unified auction. The best Ad Manager line item rate, expected Mediation yields and yield partner bids are compared at the same time and the top bid wins the auction. Authorized Buyers and yield partners bid once for each impression.

All participants in the unified auction, including Authorized Buyers and third-party yield partners, compete equally for each impression on a net basis. Participating exchanges run their own auction independently and then submit their bid into the unified auction.

Ad Manager sends the reserve price for the unified auction to all eligible Authorized Buyers and Open Bidding participants (including third-party exchanges or networks). The reserve price is at least the maximum of the temporary CPM calculated by Ad Manager for the best eligible guaranteed line item or the floor price configured by the publisher (as may be adjusted, at the publisher's option, by various Ad Manager optimizations). The reserve price is not set by either the value CPMs of remnant line items that are competing for the impression or any bids received from any Authorized Buyers or Open Bidders for the impression. No auction participant receives any information about any other party's bids prior to completion of the auction.

> **Example**
>
> There are three buyers. Authorized Buyer 1 bids $3.00, Authorized Buyer 2 bids $1.00, and a third-party exchange bids $2.00 on an impression. The winner of the unified auction would be Authorized Buyer 1, as $3.00 is the highest bid submitted.

The highest net bid (which takes into account Ad Manager's revenue share) wins. The channel through which a bid is received (for example, whether through Google Ads or Display & Video 360, a third-party Authorized Buyer, Open Bidding yield partner, or a remnant line item) does not otherwise affect the determination of the winning bidder.

Learn more about unified pricing rules and the auction rules.

Give feedback about this article

Was this helpful?