# EXHIBIT I

**Alphabet's Stock Price History from November 2020 through April 2023**

| GOOG | | GOOGL | | NASDAQ (COMP) | |
|---|---|---|---|---|---|
| Date | Close/Last | Date | Close/Last | Date | Close/Last |
| 11/2/2020 | $81.30 | 11/2/2020 | $81.22 | 11/2/2020 | 10957.61 |
| 11/3/2020 | $82.51 | 11/3/2020 | $82.28 | 11/3/2020 | 11160.57 |
| 11/4/2020 | $87.46 | 11/4/2020 | $87.29 | 11/4/2020 | 11590.78 |
| 11/5/2020 | $88.17 | 11/5/2020 | $88.13 | 11/5/2020 | 11890.93 |
| 11/6/2020 | $88.09 | 11/6/2020 | $87.99 | 11/6/2020 | 11895.23 |
| 11/9/2020 | $88.15 | 11/9/2020 | $88.07 | 11/9/2020 | 11713.78 |
| 11/10/2020 | $87.02 | 11/10/2020 | $86.89 | 11/10/2020 | 11553.86 |
| 11/11/2020 | $87.6 | 11/11/2020 | $87.36 | 11/11/2020 | 11786.43 |
| 11/12/2020 | $87.49 | 11/12/2020 | $87.14 | 11/12/2020 | 11709.59 |
| 11/13/2020 | $88.85 | 11/13/2020 | $88.61 | 11/13/2020 | 11829.29 |
| 11/16/2020 | $89.07 | 11/16/2020 | $88.70 | 11/16/2020 | 11924.13 |
| 11/17/2020 | $88.51 | 11/17/2020 | $88.08 | 11/17/2020 | 11899.34 |
| 11/18/2020 | $87.34 | 11/18/2020 | $87.03 | 11/18/2020 | 11801.60 |
| 11/19/2020 | $88.20 | 11/19/2020 | $87.93 | 11/19/2020 | 11904.71 |
| 11/20/2020 | $87.11 | 11/20/2020 | $86.82 | 11/20/2020 | 11854.97 |
| 11/23/2020 | $86.74 | 11/23/2020 | $86.38 | 11/23/2020 | 11881.17 |
| 11/24/2020 | $88.44 | 11/24/2020 | $88.20 | 11/24/2020 | 12037.33 |
| 11/25/2020 | $88.57 | 11/25/2020 | $88.21 | 11/25/2020 | 12094.40 |
| 11/27/2020 | $89.66 | 11/27/2020 | $89.35 | 11/27/2020 | 12205.85 |
| 11/30/2020 | $88.04 | 11/30/2020 | $87.72 | 11/30/2020 | 12198.74 |
| 12/1/2020 | $89.91 | 12/1/2020 | $89.77 | 12/1/2020 | 12355.11 |
| 12/2/2020 | $91.40 | 12/2/2020 | $91.25 | 12/2/2020 | 12349.37 |
| 12/3/2020 | $91.34 | 12/3/2020 | $91.09 | 12/3/2020 | 12377.18 |
| 12/4/2020 | $91.40 | 12/4/2020 | $91.19 | 12/4/2020 | 12464.23 |
| 12/7/2020 | $90.97 | 12/7/2020 | $90.85 | 12/7/2020 | 12519.95 |
| 12/8/2020 | $90.93 | 12/8/2020 | $90.57 | 12/8/2020 | 12582.77 |
| 12/9/2020 | $89.21 | 12/9/2020 | $88.89 | 12/9/2020 | 12338.95 |
| 12/10/2020 | $88.77 | 12/10/2020 | $88.38 | 12/10/2020 | 12405.81 |
| 12/11/2020 | $89.09 | 12/11/2020 | $88.74 | 12/11/2020 | 12377.87 |
| 12/14/2020 | $88.00 | 12/14/2020 | $87.61 | 12/14/2020 | 12440.04 |
| 12/15/2020 | $88.39 | 12/15/2020 | $88.05 | 12/15/2020 | 12595.06 |
| 12/16/2020 | $88.15 | 12/16/2020 | $87.86 | 12/16/2020 | 12658.19 |
| 12/17/2020 | $87.40 | 12/17/2020 | $87.03 | 12/17/2020 | 12764.75 |
| 12/18/2020 | $86.55 | 12/18/2020 | $86.31 | 12/18/2020 | 12755.64 |
| 12/21/2020 | $86.97 | 12/21/2020 | $86.73 | 12/21/2020 | 12742.52 |
| 12/22/2020 | $86.18 | 12/22/2020 | $86.01 | 12/22/2020 | 12807.92 |
| 12/23/2020 | $86.62 | 12/23/2020 | $86.41 | 12/23/2020 | 12771.11 |
| 12/24/2020 | $86.94 | 12/24/2020 | $86.71 | 12/24/2020 | 12804.73 |
| 12/28/2020 | $88.80 | 12/28/2020 | $88.70 | 12/28/2020 | 12899.42 |
| 12/29/2020 | $87.94 | 12/29/2020 | $87.89 | 12/29/2020 | 12850.22 |
| 12/30/2020 | $86.98 | 12/30/2020 | $86.81 | 12/30/2020 | 12870.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/31/2020 | $87.59 | 12/31/2020 | $87.63 | 12/31/2020 | 12888.28 |
| 1/4/2021 | $86.41 | 1/4/2021 | $86.31 | 1/4/2021 | 12698.45 |
| 1/5/2021 | $87.05 | 1/5/2021 | $87.00 | 1/5/2021 | 12818.96 |
| 1/6/2021 | $86.76 | 1/6/2021 | $86.14 | 1/6/2021 | 12740.79 |
| 1/7/2021 | $89.36 | 1/7/2021 | $88.72 | 1/7/2021 | 13067.48 |
| 1/8/2021 | $90.36 | 1/8/2021 | $89.89 | 1/8/2021 | 13201.98 |
| 1/11/2021 | $88.34 | 1/11/2021 | $87.81 | 1/11/2021 | 13036.43 |
| 1/12/2021 | $87.33 | 1/12/2021 | $86.87 | 1/12/2021 | 13072.43 |
| 1/13/2021 | $87.72 | 1/13/2021 | $87.36 | 1/13/2021 | 13128.95 |
| 1/14/2021 | $87.01 | 1/14/2021 | $86.55 | 1/14/2021 | 13112.64 |
| 1/15/2021 | $86.81 | 1/15/2021 | $86.38 | 1/15/2021 | 12998.50 |
| 1/19/2021 | $89.54 | 1/19/2021 | $89.22 | 1/19/2021 | 13197.18 |
| 1/20/2021 | $94.35 | 1/20/2021 | $94.00 | 1/20/2021 | 13457.25 |
| 1/21/2021 | $94.56 | 1/21/2021 | $94.21 | 1/21/2021 | 13530.91 |
| 1/22/2021 | $95.05 | 1/22/2021 | $94.63 | 1/22/2021 | 13543.06 |
| 1/25/2021 | $94.97 | 1/25/2021 | $94.71 | 1/25/2021 | 13635.99 |
| 1/26/2021 | $95.86 | 1/26/2021 | $95.40 | 1/26/2021 | 13626.06 |
| 1/27/2021 | $91.54 | 1/27/2021 | $90.95 | 1/27/2021 | 13270.60 |
| 1/28/2021 | $93.16 | 1/28/2021 | $92.66 | 1/28/2021 | 13337.16 |
| 1/29/2021 | $91.79 | 1/29/2021 | $91.37 | 1/29/2021 | 13070.69 |
| 2/1/2021 | $95.07 | 2/1/2021 | $94.65 | 2/1/2021 | 13403.39 |
| 2/2/2021 | $96.38 | 2/2/2021 | $95.96 | 2/2/2021 | 13612.78 |
| 2/3/2021 | $103.50 | 2/3/2021 | $102.94 | 2/3/2021 | 13610.54 |
| 2/4/2021 | $103.12 | 2/4/2021 | $102.68 | 2/4/2021 | 13777.74 |
| 2/5/2021 | $104.90 | 2/5/2021 | $104.44 | 2/5/2021 | 13856.30 |
| 2/8/2021 | $104.65 | 2/8/2021 | $104.23 | 2/8/2021 | 13987.64 |
| 2/9/2021 | $104.18 | 2/9/2021 | $103.77 | 2/9/2021 | 14007.70 |
| 2/10/2021 | $104.77 | 2/10/2021 | $104.32 | 2/10/2021 | 13972.53 |
| 2/11/2021 | $104.79 | 2/11/2021 | $104.44 | 2/11/2021 | 14025.77 |
| 2/12/2021 | $105.21 | 2/12/2021 | $104.75 | 2/12/2021 | 14095.47 |
| 2/16/2021 | $106.10 | 2/16/2021 | $105.54 | 2/16/2021 | 14047.50 |
| 2/17/2021 | $106.42 | 2/17/2021 | $105.93 | 2/17/2021 | 13965.49 |
| 2/18/2021 | $105.86 | 2/18/2021 | $105.29 | 2/18/2021 | 13865.36 |
| 2/19/2021 | $105.06 | 2/19/2021 | $104.44 | 2/19/2021 | 13874.46 |
| 2/22/2021 | $103.24 | 2/22/2021 | $102.71 | 2/22/2021 | 13533.05 |
| 2/23/2021 | $103.54 | 2/23/2021 | $103.01 | 2/23/2021 | 13465.20 |
| 2/24/2021 | $104.76 | 2/24/2021 | $104.19 | 2/24/2021 | 13597.97 |
| 2/25/2021 | $101.57 | 2/25/2021 | $100.80 | 2/25/2021 | 13119.43 |
| 2/26/2021 | $101.84 | 2/26/2021 | $101.10 | 2/26/2021 | 13192.35 |
| 3/1/2021 | $104.08 | 3/1/2021 | $103.48 | 3/1/2021 | 13588.83 |
| 3/2/2021 | $103.79 | 3/2/2021 | $103.22 | 3/2/2021 | 13358.79 |
| 3/3/2021 | $101.34 | 3/3/2021 | $100.57 | 3/3/2021 | 12997.75 |
| 3/4/2021 | $102.45 | 3/4/2021 | $101.70 | 3/4/2021 | 12723.47 |

**Alphabet's Stock Price History from November 2020 through April 2023**

| | | | | | |
|---|---|---|---|---|---|
| 3/5/2021 | $105.43 | 3/5/2021 | $104.85 | 3/5/2021 | 12920.15 |
| 3/8/2021 | $101.21 | 3/8/2021 | $100.38 | 3/8/2021 | 12609.16 |
| 3/9/2021 | $102.64 | 3/9/2021 | $102.02 | 3/9/2021 | 13073.82 |
| 3/10/2021 | $102.75 | 3/10/2021 | $101.81 | 3/10/2021 | 13068.83 |
| 3/11/2021 | $105.74 | 3/11/2021 | $105.03 | 3/11/2021 | 13398.67 |
| 3/12/2021 | $103.10 | 3/12/2021 | $102.50 | 3/12/2021 | 13319.86 |
| 3/15/2021 | $103.32 | 3/15/2021 | $102.72 | 3/15/2021 | 13459.71 |
| 3/16/2021 | $104.63 | 3/16/2021 | $104.19 | 3/16/2021 | 13471.57 |
| 3/17/2021 | $104.55 | 3/17/2021 | $104.11 | 3/17/2021 | 13525.20 |
| 3/18/2021 | $101.81 | 3/18/2021 | $101.07 | 3/18/2021 | 13116.17 |
| 3/19/2021 | $102.16 | 3/19/2021 | $101.35 | 3/19/2021 | 13215.24 |
| 3/22/2021 | $101.93 | 3/22/2021 | $101.53 | 3/22/2021 | 13377.54 |
| 3/23/2021 | $102.65 | 3/23/2021 | $102.07 | 3/23/2021 | 13227.70 |
| 3/24/2021 | $102.25 | 3/24/2021 | $101.63 | 3/24/2021 | 12961.89 |
| 3/25/2021 | $102.22 | 3/25/2021 | $101.62 | 3/25/2021 | 12977.68 |
| 3/26/2021 | $101.78 | 3/26/2021 | $101.24 | 3/26/2021 | 13138.72 |
| 3/29/2021 | $102.80 | 3/29/2021 | $102.29 | 3/29/2021 | 13059.65 |
| 3/30/2021 | $102.78 | 3/30/2021 | $102.32 | 3/30/2021 | 13045.39 |
| 3/31/2021 | $103.43 | 3/31/2021 | $103.13 | 3/31/2021 | 13246.87 |
| 4/1/2021 | $106.89 | 4/1/2021 | $106.49 | 4/1/2021 | 13480.11 |
| 4/5/2021 | $111.28 | 4/5/2021 | $110.95 | 4/5/2021 | 13705.59 |
| 4/6/2021 | $111.24 | 4/6/2021 | $110.46 | 4/6/2021 | 13698.38 |
| 4/7/2021 | $112.48 | 4/7/2021 | $111.95 | 4/7/2021 | 13688.84 |
| 4/8/2021 | $113.27 | 4/8/2021 | $112.52 | 4/8/2021 | 13829.31 |
| 4/9/2021 | $114.29 | 4/9/2021 | $113.53 | 4/9/2021 | 13900.19 |
| 4/12/2021 | $112.74 | 4/12/2021 | $112.23 | 4/12/2021 | 13850.00 |
| 4/13/2021 | $113.36 | 4/13/2021 | $112.72 | 4/13/2021 | 13996.10 |
| 4/14/2021 | $112.74 | 4/14/2021 | $112.10 | 4/14/2021 | 13857.84 |
| 4/15/2021 | $114.83 | 4/15/2021 | $114.26 | 4/15/2021 | 14038.76 |
| 4/16/2021 | $114.89 | 4/16/2021 | $114.14 | 4/16/2021 | 14052.34 |
| 4/19/2021 | $115.12 | 4/19/2021 | $114.49 | 4/19/2021 | 13914.77 |
| 4/20/2021 | $114.68 | 4/20/2021 | $113.95 | 4/20/2021 | 13786.27 |
| 4/21/2021 | $114.66 | 4/21/2021 | $113.92 | 4/21/2021 | 13950.22 |
| 4/22/2021 | $113.40 | 4/22/2021 | $112.63 | 4/22/2021 | 13818.41 |
| 4/23/2021 | $115.77 | 4/23/2021 | $115.00 | 4/23/2021 | 14016.81 |
| 4/26/2021 | $116.34 | 4/26/2021 | $115.50 | 4/26/2021 | 14138.78 |
| 4/27/2021 | $115.36 | 4/27/2021 | $114.55 | 4/27/2021 | 14090.22 |
| 4/28/2021 | $119.00 | 4/28/2021 | $117.95 | 4/28/2021 | 14051.03 |
| 4/29/2021 | $121.49 | 4/29/2021 | $119.64 | 4/29/2021 | 14082.55 |
| 4/30/2021 | $120.51 | 4/30/2021 | $117.68 | 4/30/2021 | 13962.68 |
| 5/3/2021 | $119.76 | 5/3/2021 | $117.15 | 5/3/2021 | 13895.12 |
| 5/4/2021 | $117.71 | 5/4/2021 | $115.34 | 5/4/2021 | 13633.50 |
| 5/5/2021 | $117.84 | 5/5/2021 | $115.74 | 5/5/2021 | 13582.42 |

**Alphabet's Stock Price History from November 2020 through April 2023**

| | | | | | |
|---|---|---|---|---|---|
| 5/6/2021 | $119.07 | 5/6/2021 | $116.87 | 5/6/2021 | 13632.84 |
| 5/7/2021 | $119.93 | 5/7/2021 | $117.60 | 5/7/2021 | 13752.24 |
| 5/10/2021 | $117.08 | 5/10/2021 | $114.59 | 5/10/2021 | 13401.86 |
| 5/11/2021 | $115.44 | 5/11/2021 | $113.50 | 5/11/2021 | 13389.43 |
| 5/12/2021 | $111.95 | 5/12/2021 | $110.01 | 5/12/2021 | 13031.68 |
| 5/13/2021 | $113.10 | 5/13/2021 | $111.45 | 5/13/2021 | 13124.99 |
| 5/14/2021 | $115.81 | 5/14/2021 | $113.92 | 5/14/2021 | 13379.05 |
| 5/17/2021 | $116.07 | 5/17/2021 | $114.45 | 5/17/2021 | 13379.05 |
| 5/18/2021 | $115.17 | 5/18/2021 | $113.12 | 5/18/2021 | 13303.64 |
| 5/19/2021 | $115.44 | 5/19/2021 | $113.58 | 5/19/2021 | 13299.74 |
| 5/20/2021 | $117.80 | 5/20/2021 | $115.35 | 5/20/2021 | 13535.74 |
| 5/21/2021 | $117.26 | 5/21/2021 | $114.71 | 5/21/2021 | 13470.99 |
| 5/24/2021 | $120.33 | 5/24/2021 | $118.05 | 5/24/2021 | 13661.17 |
| 5/25/2021 | $120.45 | 5/25/2021 | $118.14 | 5/25/2021 | 13657.17 |
| 5/26/2021 | $121.68 | 5/26/2021 | $119.02 | 5/26/2021 | 13738.00 |
| 5/27/2021 | $120.13 | 5/27/2021 | $118.13 | 5/27/2021 | 13736.28 |
| 5/28/2021 | $120.58 | 5/28/2021 | $117.84 | 5/28/2021 | 13748.74 |
| 6/1/2021 | $121.49 | 6/1/2021 | $119.06 | 6/1/2021 | 13736.48 |
| 6/2/2021 | $121.06 | 6/2/2021 | $118.53 | 6/2/2021 | 13756.33 |
| 6/3/2021 | $120.23 | 6/3/2021 | $117.38 | 6/3/2021 | 13614.51 |
| 6/4/2021 | $122.59 | 6/4/2021 | $119.68 | 6/4/2021 | 13814.49 |
| 6/7/2021 | $123.30 | 6/7/2021 | $120.12 | 6/7/2021 | 13881.72 |
| 6/8/2021 | $124.14 | 6/8/2021 | $119.92 | 6/8/2021 | 13924.91 |
| 6/9/2021 | $124.57 | 6/9/2021 | $120.40 | 6/9/2021 | 13911.75 |
| 6/10/2021 | $126.08 | 6/10/2021 | $121.76 | 6/10/2021 | 14020.33 |
| 6/11/2021 | $125.70 | 6/11/2021 | $121.51 | 6/11/2021 | 14069.42 |
| 6/14/2021 | $126.35 | 6/14/2021 | $122.45 | 6/14/2021 | 14174.14 |
| 6/15/2021 | $126.03 | 6/15/2021 | $121.42 | 6/15/2021 | 14072.86 |
| 6/16/2021 | $125.70 | 6/16/2021 | $120.77 | 6/16/2021 | 14039.68 |
| 6/17/2021 | $126.37 | 6/17/2021 | $121.74 | 6/17/2021 | 14161.35 |
| 6/18/2021 | $125.57 | 6/18/2021 | $120.11 | 6/18/2021 | 14030.38 |
| 6/21/2021 | $126.46 | 6/21/2021 | $121.81 | 6/21/2021 | 14141.48 |
| 6/22/2021 | $127.00 | 6/22/2021 | $122.33 | 6/22/2021 | 14253.27 |
| 6/23/2021 | $126.46 | 6/23/2021 | $122.13 | 6/23/2021 | 14271.73 |
| 6/24/2021 | $127.28 | 6/24/2021 | $122.50 | 6/24/2021 | 14369.71 |
| 6/25/2021 | $127.00 | 6/25/2021 | $122.51 | 6/25/2021 | 14360.39 |
| 6/28/2021 | $126.82 | 6/28/2021 | $122.54 | 6/28/2021 | 14500.51 |
| 6/29/2021 | $126.02 | 6/29/2021 | $122.27 | 6/29/2021 | 14528.33 |
| 6/30/2021 | $125.32 | 6/30/2021 | $122.09 | 6/30/2021 | 14503.95 |
| 7/1/2021 | $126.37 | 7/1/2021 | $122.44 | 7/1/2021 | 14522.38 |
| 7/2/2021 | $128.72 | 7/2/2021 | $125.26 | 7/2/2021 | 14639.33 |
| 7/6/2021 | $129.77 | 7/6/2021 | $126.19 | 7/6/2021 | 14663.64 |
| 7/7/2021 | $130.08 | 7/7/2021 | $126.47 | 7/7/2021 | 14665.06 |

**Alphabet's Stock Price History from November 2020 through April 2023**

| | | | | | |
|---|---|---|---|---|---|
| 7/8/2021 | $129.18 | 7/8/2021 | $125.04 | 7/8/2021 | 14559.78 |
| 7/9/2021 | $129.57 | 7/9/2021 | $125.52 | 7/9/2021 | 14701.92 |
| 7/12/2021 | $130.56 | 7/12/2021 | $126.98 | 7/12/2021 | 14733.24 |
| 7/13/2021 | $130.99 | 7/13/2021 | $127.34 | 7/13/2021 | 14677.65 |
| 7/14/2021 | $132.08 | 7/14/2021 | $128.24 | 7/14/2021 | 14644.95 |
| 7/15/2021 | $131.27 | 7/15/2021 | $127.01 | 7/15/2021 | 14543.13 |
| 7/16/2021 | $131.85 | 7/16/2021 | $126.97 | 7/16/2021 | 14427.24 |
| 7/19/2021 | $129.25 | 7/19/2021 | $124.58 | 7/19/2021 | 14274.98 |
| 7/20/2021 | $131.10 | 7/20/2021 | $126.21 | 7/20/2021 | 14498.88 |
| 7/21/2021 | $132.60 | 7/21/2021 | $127.55 | 7/21/2021 | 14631.95 |
| 7/22/2021 | $133.33 | 7/22/2021 | $128.42 | 7/22/2021 | 14684.60 |
| 7/23/2021 | $137.82 | 7/23/2021 | $133.02 | 7/23/2021 | 14836.99 |
| 7/26/2021 | $139.64 | 7/26/2021 | $134.04 | 7/26/2021 | 14840.71 |
| 7/27/2021 | $136.80 | 7/27/2021 | $131.90 | 7/27/2021 | 14660.58 |
| 7/28/2021 | $136.38 | 7/28/2021 | $136.09 | 7/28/2021 | 14762.58 |
| 7/29/2021 | $136.54 | 7/29/2021 | $135.78 | 7/29/2021 | 14778.26 |
| 7/30/2021 | $135.22 | 7/30/2021 | $134.73 | 7/30/2021 | 14672.68 |
| 8/2/2021 | $135.99 | 8/2/2021 | $134.85 | 8/2/2021 | 14681.07 |
| 8/3/2021 | $136.28 | 8/3/2021 | $135.63 | 8/3/2021 | 14761.29 |
| 8/4/2021 | $136.03 | 8/4/2021 | $135.13 | 8/4/2021 | 14780.53 |
| 8/5/2021 | $136.94 | 8/5/2021 | $136.25 | 8/5/2021 | 14895.12 |
| 8/6/2021 | $137.04 | 8/6/2021 | $135.74 | 8/6/2021 | 14835.76 |
| 8/9/2021 | $138.00 | 8/9/2021 | $136.91 | 8/9/2021 | 14860.18 |
| 8/10/2021 | $138.10 | 8/10/2021 | $136.81 | 8/10/2021 | 14788.09 |
| 8/11/2021 | $137.69 | 8/11/2021 | $136.28 | 8/11/2021 | 14765.14 |
| 8/12/2021 | $138.39 | 8/12/2021 | $137.19 | 8/12/2021 | 14816.26 |
| 8/13/2021 | $138.41 | 8/13/2021 | $137.73 | 8/13/2021 | 14822.90 |
| 8/16/2021 | $138.92 | 8/16/2021 | $138.31 | 8/16/2021 | 14793.76 |
| 8/17/2021 | $137.30 | 8/17/2021 | $136.66 | 8/17/2021 | 14656.18 |
| 8/18/2021 | $136.57 | 8/18/2021 | $135.45 | 8/18/2021 | 14525.91 |
| 8/19/2021 | $136.91 | 8/19/2021 | $135.68 | 8/19/2021 | 14541.79 |
| 8/20/2021 | $138.44 | 8/20/2021 | $137.43 | 8/20/2021 | 14714.66 |
| 8/23/2021 | $141.10 | 8/23/2021 | $140.04 | 8/23/2021 | 14942.65 |
| 8/24/2021 | $142.40 | 8/24/2021 | $141.26 | 8/24/2021 | 15019.80 |
| 8/25/2021 | $142.95 | 8/25/2021 | $142.08 | 8/25/2021 | 15041.86 |
| 8/26/2021 | $142.12 | 8/26/2021 | $141.44 | 8/26/2021 | 14945.81 |
| 8/27/2021 | $144.55 | 8/27/2021 | $144.00 | 8/27/2021 | 15129.50 |
| 8/30/2021 | $145.47 | 8/30/2021 | $144.59 | 8/30/2021 | 15265.89 |
| 8/31/2021 | $145.46 | 8/31/2021 | $144.70 | 8/31/2021 | 15259.24 |
| 9/1/2021 | $145.84 | 9/1/2021 | $145.22 | 9/1/2021 | 15309.38 |
| 9/2/2021 | $144.22 | 9/2/2021 | $143.29 | 9/2/2021 | 15331.18 |
| 9/3/2021 | $144.78 | 9/3/2021 | $143.74 | 9/3/2021 | 15363.52 |
| 9/7/2021 | $145.52 | 9/7/2021 | $144.28 | 9/7/2021 | 15374.33 |

5

**Alphabet's Stock Price History from November 2020 through April 2023**

| | | | | | |
|---|---|---|---|---|---|
| 9/8/2021 | $144.88 | 9/8/2021 | $143.69 | 9/8/2021 | 15286.64 |
| 9/9/2021 | $144.91 | 9/9/2021 | $143.54 | 9/9/2021 | 15248.25 |
| 9/10/2021 | $141.92 | 9/10/2021 | $140.88 | 9/10/2021 | 15115.49 |
| 9/13/2021 | $143.47 | 9/13/2021 | $142.33 | 9/13/2021 | 15105.58 |
| 9/14/2021 | $143.41 | 9/14/2021 | $142.54 | 9/14/2021 | 15037.76 |
| 9/15/2021 | $145.21 | 9/15/2021 | $144.43 | 9/15/2021 | 15161.53 |
| 9/16/2021 | $144.37 | 9/16/2021 | $143.61 | 9/16/2021 | 15181.92 |
| 9/17/2021 | $141.46 | 9/17/2021 | $140.80 | 9/17/2021 | 15043.97 |
| 9/20/2021 | $139.02 | 9/20/2021 | $138.72 | 9/20/2021 | 14713.90 |
| 9/21/2021 | $139.65 | 9/21/2021 | $139.03 | 9/21/2021 | 14746.40 |
| 9/22/2021 | $140.94 | 9/22/2021 | $140.28 | 9/22/2021 | 14896.85 |
| 9/23/2021 | $141.83 | 9/23/2021 | $141.22 | 9/23/2021 | 15052.24 |
| 9/24/2021 | $142.63 | 9/24/2021 | $142.22 | 9/24/2021 | 15047.70 |
| 9/27/2021 | $141.50 | 9/27/2021 | $141.07 | 9/27/2021 | 14969.97 |
| 9/28/2021 | $136.18 | 9/28/2021 | $135.83 | 9/28/2021 | 14546.68 |
| 9/29/2021 | $134.52 | 9/29/2021 | $134.35 | 9/29/2021 | 14512.44 |
| 9/30/2021 | $133.27 | 9/30/2021 | $133.68 | 9/30/2021 | 14448.58 |
| 10/1/2021 | $136.46 | 10/1/2021 | $136.54 | 10/1/2021 | 14566.70 |
| 10/4/2021 | $133.77 | 10/4/2021 | $133.66 | 10/4/2021 | 14255.48 |
| 10/5/2021 | $136.18 | 10/5/2021 | $136.02 | 10/5/2021 | 14433.83 |
| 10/6/2021 | $137.35 | 10/6/2021 | $137.57 | 10/6/2021 | 14501.91 |
| 10/7/2021 | $139.19 | 10/7/2021 | $139.23 | 10/7/2021 | 14654.02 |
| 10/8/2021 | $140.06 | 10/8/2021 | $139.79 | 10/8/2021 | 14579.54 |
| 10/11/2021 | $138.85 | 10/11/2021 | $138.91 | 10/11/2021 | 14486.20 |
| 10/12/2021 | $136.71 | 10/12/2021 | $136.45 | 10/12/2021 | 14465.92 |
| 10/13/2021 | $137.90 | 10/13/2021 | $137.58 | 10/13/2021 | 14571.64 |
| 10/14/2021 | $141.41 | 10/14/2021 | $141.15 | 10/14/2021 | 14823.43 |
| 10/15/2021 | $141.68 | 10/15/2021 | $141.37 | 10/15/2021 | 14897.34 |
| 10/18/2021 | $142.96 | 10/18/2021 | $142.78 | 10/18/2021 | 15021.81 |
| 10/19/2021 | $143.82 | 10/19/2021 | $143.24 | 10/19/2021 | 15129.09 |
| 10/20/2021 | $142.42 | 10/20/2021 | $141.77 | 10/20/2021 | 15121.68 |
| 10/21/2021 | $142.78 | 10/21/2021 | $141.89 | 10/21/2021 | 15215.70 |
| 10/22/2021 | $138.63 | 10/22/2021 | $137.57 | 10/22/2021 | 15090.20 |
| 10/25/2021 | $138.77 | 10/25/2021 | $137.45 | 10/25/2021 | 15226.71 |
| 10/26/2021 | $139.67 | 10/26/2021 | $139.31 | 10/26/2021 | 15235.71 |
| 10/27/2021 | $146.43 | 10/27/2021 | $146.22 | 10/27/2021 | 15235.84 |
| 10/28/2021 | $146.13 | 10/28/2021 | $145.85 | 10/28/2021 | 15448.12 |
| 10/29/2021 | $148.27 | 10/29/2021 | $148.05 | 10/29/2021 | 15498.39 |
| 11/1/2021 | $143.77 | 11/1/2021 | $143.50 | 11/1/2021 | 15595.92 |
| 11/2/2021 | $145.86 | 11/2/2021 | $145.43 | 11/2/2021 | 15649.60 |
| 11/3/2021 | $146.79 | 11/3/2021 | $146.60 | 11/3/2021 | 15811.58 |
| 11/4/2021 | $148.68 | 11/4/2021 | $148.27 | 11/4/2021 | 15940.31 |
| 11/5/2021 | $149.24 | 11/5/2021 | $148.85 | 11/5/2021 | 15971.59 |

| | | | | | |
|---|---|---|---|---|---|
| 11/8/2021 | $149.35 | 11/8/2021 | $149.03 | 11/8/2021 | 15982.36 |
| 11/9/2021 | $149.25 | 11/9/2021 | $148.92 | 11/9/2021 | 15886.54 |
| 11/10/2021 | $146.63 | 11/10/2021 | $145.89 | 11/10/2021 | 15622.71 |
| 11/11/2021 | $146.75 | 11/11/2021 | $145.77 | 11/11/2021 | 15704.28 |
| 11/12/2021 | $149.65 | 11/12/2021 | $148.68 | 11/12/2021 | 15860.96 |
| 11/15/2021 | $149.39 | 11/15/2021 | $148.45 | 11/15/2021 | 15853.85 |
| 11/16/2021 | $149.08 | 11/16/2021 | $147.88 | 11/16/2021 | 15973.86 |
| 11/17/2021 | $149.06 | 11/17/2021 | $148.05 | 11/17/2021 | 15921.57 |
| 11/18/2021 | $150.71 | 11/18/2021 | $149.84 | 11/18/2021 | 15993.71 |
| 11/19/2021 | $149.95 | 11/19/2021 | $148.93 | 11/19/2021 | 16057.44 |
| 11/22/2021 | $147.08 | 11/22/2021 | $146.30 | 11/22/2021 | 15854.76 |
| 11/23/2021 | $146.76 | 11/23/2021 | $145.78 | 11/23/2021 | 15775.14 |
| 11/24/2021 | $146.72 | 11/24/2021 | $146.12 | 11/24/2021 | 15845.23 |
| 11/26/2021 | $142.81 | 11/26/2021 | $142.18 | 11/26/2021 | 15491.66 |
| 11/29/2021 | $146.11 | 11/29/2021 | $145.53 | 11/29/2021 | 15782.83 |
| 11/30/2021 | $142.45 | 11/30/2021 | $141.90 | 11/30/2021 | 15537.69 |
| 12/1/2021 | $141.62 | 12/1/2021 | $141.05 | 12/1/2021 | 15254.05 |
| 12/2/2021 | $143.78 | 12/2/2021 | $142.97 | 12/2/2021 | 15381.32 |
| 12/3/2021 | $142.52 | 12/3/2021 | $142.00 | 12/3/2021 | 15085.47 |
| 12/6/2021 | $143.80 | 12/6/2021 | $143.16 | 12/6/2021 | 15225.15 |
| 12/7/2021 | $148.04 | 12/7/2021 | $147.27 | 12/7/2021 | 15686.92 |
| 12/8/2021 | $148.72 | 12/8/2021 | $148.19 | 12/8/2021 | 15786.99 |
| 12/9/2021 | $148.11 | 12/9/2021 | $147.64 | 12/9/2021 | 15517.37 |
| 12/10/2021 | $148.68 | 12/10/2021 | $148.00 | 12/10/2021 | 15630.60 |
| 12/13/2021 | $146.70 | 12/13/2021 | $145.83 | 12/13/2021 | 15413.28 |
| 12/14/2021 | $144.97 | 12/14/2021 | $143.91 | 12/14/2021 | 15237.64 |
| 12/15/2021 | $147.37 | 12/15/2021 | $146.44 | 12/15/2021 | 15565.58 |
| 12/16/2021 | $144.84 | 12/16/2021 | $144.45 | 12/16/2021 | 15180.43 |
| 12/17/2021 | $142.80 | 12/17/2021 | $141.73 | 12/17/2021 | 15169.68 |
| 12/20/2021 | $142.40 | 12/20/2021 | $141.61 | 12/20/2021 | 14980.94 |
| 12/21/2021 | $144.22 | 12/21/2021 | $143.47 | 12/21/2021 | 15341.09 |
| 12/22/2021 | $146.95 | 12/22/2021 | $146.42 | 12/22/2021 | 15521.89 |
| 12/23/2021 | $147.14 | 12/23/2021 | $146.92 | 12/23/2021 | 15653.37 |
| 12/27/2021 | $148.06 | 12/27/2021 | $147.91 | 12/27/2021 | 15871.26 |
| 12/28/2021 | $146.45 | 12/28/2021 | $146.69 | 12/28/2021 | 15781.72 |
| 12/29/2021 | $146.50 | 12/29/2021 | $146.66 | 12/29/2021 | 15766.22 |
| 12/30/2021 | $146.00 | 12/30/2021 | $146.20 | 12/30/2021 | 15741.56 |
| 12/31/2021 | $144.68 | 12/31/2021 | $144.85 | 12/31/2021 | 15644.97 |
| 1/3/2022 | $145.07 | 1/3/2022 | $144.99 | 1/3/2022 | 15832.80 |
| 1/4/2022 | $144.42 | 1/4/2022 | $144.40 | 1/4/2022 | 15622.72 |
| 1/5/2022 | $137.65 | 1/5/2022 | $137.78 | 1/5/2022 | 15100.17 |
| 1/6/2022 | $137.55 | 1/6/2022 | $137.75 | 1/6/2022 | 15080.86 |
| 1/7/2022 | $137.00 | 1/7/2022 | $137.02 | 1/7/2022 | 14935.90 |

7

**Alphabet's Stock Price History from November 2020 through April 2023**

| | | | | | |
|---|---|---|---|---|---|
| 1/10/2022 | $138.57 | 1/10/2022 | $138.67 | 1/10/2022 | 14942.83 |
| 1/11/2022 | $140.02 | 1/11/2022 | $139.74 | 1/11/2022 | 15153.45 |
| 1/12/2022 | $141.65 | 1/12/2022 | $141.43 | 1/12/2022 | 15188.39 |
| 1/13/2022 | $139.13 | 1/13/2022 | $138.59 | 1/13/2022 | 14806.81 |
| 1/14/2022 | $139.79 | 1/14/2022 | $139.48 | 1/14/2022 | 14893.75 |
| 1/18/2022 | $136.29 | 1/18/2022 | $136.00 | 1/18/2022 | 14506.90 |
| 1/19/2022 | $135.65 | 1/19/2022 | $135.12 | 1/19/2022 | 14340.26 |
| 1/20/2022 | $133.51 | 1/20/2022 | $133.31 | 1/20/2022 | 14154.02 |
| 1/21/2022 | $130.09 | 1/21/2022 | $130.35 | 1/21/2022 | 13768.92 |
| 1/24/2022 | $130.37 | 1/24/2022 | $130.80 | 1/24/2022 | 13855.13 |
| 1/25/2022 | $126.74 | 1/25/2022 | $126.94 | 1/25/2022 | 13539.29 |
| 1/26/2022 | $129.24 | 1/26/2022 | $129.23 | 1/26/2022 | 13542.12 |
| 1/27/2022 | $129.12 | 1/27/2022 | $129.01 | 1/27/2022 | 13352.78 |
| 1/28/2022 | $133.29 | 1/28/2022 | $133.35 | 1/28/2022 | 13770.57 |
| 1/31/2022 | $135.70 | 1/31/2022 | $135.30 | 1/31/2022 | 14239.88 |
| 2/1/2022 | $137.88 | 2/1/2022 | $137.64 | 2/1/2022 | 14346.00 |
| 2/2/2022 | $148.04 | 2/2/2022 | $148.00 | 2/2/2022 | 14417.55 |
| 2/3/2022 | $142.65 | 2/3/2022 | $143.09 | 2/3/2022 | 13878.82 |
| 2/4/2022 | $143.02 | 2/4/2022 | $143.29 | 2/4/2022 | 14098.01 |
| 2/7/2022 | $138.94 | 2/7/2022 | $139.20 | 2/7/2022 | 14015.67 |
| 2/8/2022 | $139.21 | 2/8/2022 | $139.40 | 2/8/2022 | 14194.45 |
| 2/9/2022 | $141.45 | 2/9/2022 | $141.59 | 2/9/2022 | 14490.37 |
| 2/10/2022 | $138.60 | 2/10/2022 | $138.62 | 2/10/2022 | 14185.64 |
| 2/11/2022 | $134.13 | 2/11/2022 | $134.28 | 2/11/2022 | 13791.15 |
| 2/14/2022 | $135.30 | 2/14/2022 | $135.53 | 2/14/2022 | 13790.92 |
| 2/15/2022 | $136.43 | 2/15/2022 | $136.61 | 2/15/2022 | 14139.76 |
| 2/16/2022 | $137.49 | 2/16/2022 | $137.74 | 2/16/2022 | 14124.09 |
| 2/17/2022 | $132.31 | 2/17/2022 | $132.54 | 2/17/2022 | 13716.72 |
| 2/18/2022 | $130.47 | 2/18/2022 | $130.40 | 2/18/2022 | 13548.07 |
| 2/22/2022 | $129.40 | 2/22/2022 | $129.81 | 2/22/2022 | 13381.52 |
| 2/23/2022 | $127.59 | 2/23/2022 | $127.59 | 2/23/2022 | 13037.49 |
| 2/24/2022 | $132.67 | 2/24/2022 | $132.69 | 2/24/2022 | 13473.58 |
| 2/25/2022 | $134.52 | 2/25/2022 | $134.46 | 2/25/2022 | 13694.62 |
| 2/28/2022 | $134.89 | 2/28/2022 | $135.06 | 2/28/2022 | 13751.40 |
| 3/1/2022 | $134.17 | 3/1/2022 | $134.06 | 3/1/2022 | 13532.46 |
| 3/2/2022 | $134.75 | 3/2/2022 | $134.57 | 3/2/2022 | 13752.02 |
| 3/3/2022 | $134.31 | 3/3/2022 | $133.90 | 3/3/2022 | 13537.94 |
| 3/4/2022 | $132.12 | 3/4/2022 | $131.91 | 3/4/2022 | 13313.44 |
| 3/7/2022 | $126.46 | 3/7/2022 | $126.38 | 3/7/2022 | 12830.96 |
| 3/8/2022 | $127.28 | 3/8/2022 | $127.10 | 3/8/2022 | 12795.55 |
| 3/9/2022 | $133.87 | 3/9/2022 | $133.42 | 3/9/2022 | 13255.55 |
| 3/10/2022 | $132.68 | 3/10/2022 | $132.43 | 3/10/2022 | 13129.96 |
| 3/11/2022 | $130.48 | 3/11/2022 | $129.87 | 3/11/2022 | 12843.81 |

8

**Alphabet's Stock Price History from November 2020 through April 2023**

| | | | | | |
|---|---|---|---|---|---|
| 3/14/2022 | $126.74 | 3/14/2022 | $125.95 | 3/14/2022 | 12581.22 |
| 3/15/2022 | $129.66 | 3/15/2022 | $129.20 | 3/15/2022 | 12948.62 |
| 3/16/2022 | $133.69 | 3/16/2022 | $133.28 | 3/16/2022 | 13436.55 |
| 3/17/2022 | $134.60 | 3/17/2022 | $133.84 | 3/17/2022 | 13614.78 |
| 3/18/2022 | $136.80 | 3/18/2022 | $136.13 | 3/18/2022 | 13893.84 |
| 3/21/2022 | $136.48 | 3/21/2022 | $136.10 | 3/21/2022 | 13838.46 |
| 3/22/2022 | $140.28 | 3/22/2022 | $139.87 | 3/22/2022 | 14108.82 |
| 3/23/2022 | $138.50 | 3/23/2022 | $138.28 | 3/23/2022 | 13922.60 |
| 3/24/2022 | $141.31 | 3/24/2022 | $141.57 | 3/24/2022 | 14191.84 |
| 3/25/2022 | $141.52 | 3/25/2022 | $141.67 | 3/25/2022 | 14169.30 |
| 3/28/2022 | $141.95 | 3/28/2022 | $141.46 | 3/28/2022 | 14354.90 |
| 3/29/2022 | $143.25 | 3/29/2022 | $142.51 | 3/29/2022 | 14619.64 |
| 3/30/2022 | $142.64 | 3/30/2022 | $141.94 | 3/30/2022 | 14442.27 |
| 3/31/2022 | $139.65 | 3/31/2022 | $139.07 | 3/31/2022 | 14220.52 |
| 4/1/2022 | $140.70 | 4/1/2022 | $140.15 | 4/1/2022 | 14261.50 |
| 4/4/2022 | $143.64 | 4/4/2022 | $142.97 | 4/4/2022 | 14532.55 |
| 4/5/2022 | $141.06 | 4/5/2022 | $140.59 | 4/5/2022 | 14204.17 |
| 4/6/2022 | $137.18 | 4/6/2022 | $136.55 | 4/6/2022 | 13888.82 |
| 4/7/2022 | $136.47 | 4/7/2022 | $135.89 | 4/7/2022 | 13897.30 |
| 4/8/2022 | $134.01 | 4/8/2022 | $133.29 | 4/8/2022 | 13711.00 |
| 4/11/2022 | $129.80 | 4/11/2022 | $128.82 | 4/11/2022 | 13411.96 |
| 4/12/2022 | $128.37 | 4/12/2022 | $127.71 | 4/12/2022 | 13371.57 |
| 4/13/2022 | $130.29 | 4/13/2022 | $129.89 | 4/13/2022 | 13643.59 |
| 4/14/2022 | $127.25 | 4/14/2022 | $126.73 | 4/14/2022 | 13351.08 |
| 4/18/2022 | $127.96 | 4/18/2022 | $127.68 | 4/18/2022 | 13332.36 |
| 4/19/2022 | $130.53 | 4/19/2022 | $130.01 | 4/19/2022 | 13619.66 |
| 4/20/2022 | $128.25 | 4/20/2022 | $128.04 | 4/20/2022 | 13453.07 |
| 4/21/2022 | $124.94 | 4/21/2022 | $124.81 | 4/21/2022 | 13174.65 |
| 4/22/2022 | $119.61 | 4/22/2022 | $119.64 | 4/22/2022 | 12839.29 |
| 4/25/2022 | $123.25 | 4/25/2022 | $123.07 | 4/25/2022 | 13004.85 |
| 4/26/2022 | $119.51 | 4/26/2022 | $118.65 | 4/26/2022 | 12490.74 |
| 4/27/2022 | $115.02 | 4/27/2022 | $114.29 | 4/27/2022 | 12488.93 |
| 4/28/2022 | $119.41 | 4/28/2022 | $118.52 | 4/28/2022 | 12871.53 |
| 4/29/2022 | $114.97 | 4/29/2022 | $114.11 | 4/29/2022 | 12334.64 |
| 5/2/2022 | $117.16 | 5/2/2022 | $116.58 | 5/2/2022 | 12536.02 |
| 5/3/2022 | $118.13 | 5/3/2022 | $117.33 | 5/3/2022 | 12563.76 |
| 5/4/2022 | $122.58 | 5/4/2022 | $122.26 | 5/4/2022 | 12964.86 |
| 5/5/2022 | $116.75 | 5/5/2022 | $116.51 | 5/5/2022 | 12317.69 |
| 5/6/2022 | $115.66 | 5/6/2022 | $115.75 | 5/6/2022 | 12144.66 |
| 5/9/2022 | $113.08 | 5/9/2022 | $112.51 | 5/9/2022 | 11623.25 |
| 5/10/2022 | $114.58 | 5/10/2022 | $114.40 | 5/10/2022 | 11737.67 |
| 5/11/2022 | $113.96 | 5/11/2022 | $113.60 | 5/11/2022 | 11364.24 |
| 5/12/2022 | $113.16 | 5/12/2022 | $112.84 | 5/12/2022 | 11370.96 |

| | | | | | |
|---|---|---|---|---|---|
| 5/13/2022 | $116.52 | 5/13/2022 | $116.05 | 5/13/2022 | 11805.00 |
| 5/16/2022 | $114.79 | 5/16/2022 | $114.45 | 5/16/2022 | 11662.79 |
| 5/17/2022 | $116.70 | 5/17/2022 | $116.47 | 5/17/2022 | 11984.52 |
| 5/18/2022 | $112.40 | 5/18/2022 | $111.90 | 5/18/2022 | 11418.15 |
| 5/19/2022 | $110.75 | 5/19/2022 | $110.38 | 5/19/2022 | 11388.50 |
| 5/20/2022 | $109.31 | 5/20/2022 | $108.91 | 5/20/2022 | 11354.62 |
| 5/23/2022 | $111.67 | 5/23/2022 | $111.49 | 5/23/2022 | 11535.27 |
| 5/24/2022 | $105.93 | 5/24/2022 | $105.97 | 5/24/2022 | 11264.45 |
| 5/25/2022 | $105.84 | 5/25/2022 | $105.81 | 5/25/2022 | 11434.74 |
| 5/26/2022 | $108.30 | 5/26/2022 | $107.79 | 5/26/2022 | 11740.65 |
| 5/27/2022 | $112.80 | 5/27/2022 | $112.32 | 5/27/2022 | 12131.13 |
| 5/31/2022 | $114.04 | 5/31/2022 | $113.76 | 5/31/2022 | 12081.39 |
| 6/1/2022 | $114.14 | 6/1/2022 | $113.89 | 6/1/2022 | 11994.46 |
| 6/2/2022 | $117.75 | 6/2/2022 | $117.62 | 6/2/2022 | 12316.90 |
| 6/3/2022 | $114.56 | 6/3/2022 | $114.54 | 6/3/2022 | 12012.73 |
| 6/6/2022 | $117.01 | 6/6/2022 | $116.82 | 6/6/2022 | 12061.37 |
| 6/7/2022 | $117.23 | 6/7/2022 | $117.15 | 6/7/2022 | 12175.23 |
| 6/8/2022 | $117.24 | 6/8/2022 | $117.19 | 6/8/2022 | 12086.27 |
| 6/9/2022 | $114.92 | 6/9/2022 | $114.84 | 6/9/2022 | 11754.23 |
| 6/10/2022 | $111.43 | 6/10/2022 | $111.16 | 6/10/2022 | 11340.02 |
| 6/13/2022 | $106.88 | 6/13/2022 | $106.39 | 6/13/2022 | 10809.23 |
| 6/14/2022 | $107.19 | 6/14/2022 | $106.72 | 6/14/2022 | 10828.35 |
| 6/15/2022 | $110.39 | 6/15/2022 | $109.76 | 6/15/2022 | 11099.15 |
| 6/16/2022 | $106.64 | 6/16/2022 | $106.03 | 6/16/2022 | 10646.10 |
| 6/17/2022 | $107.87 | 6/17/2022 | $107.14 | 6/17/2022 | 10798.35 |
| 6/21/2022 | $112.02 | 6/21/2022 | $111.54 | 6/21/2022 | 11069.30 |
| 6/22/2022 | $112.03 | 6/22/2022 | $111.49 | 6/22/2022 | 11053.08 |
| 6/23/2022 | $112.68 | 6/23/2022 | $112.24 | 6/23/2022 | 11232.19 |
| 6/24/2022 | $118.54 | 6/24/2022 | $117.98 | 6/24/2022 | 11607.62 |
| 6/27/2022 | $116.62 | 6/27/2022 | $115.83 | 6/27/2022 | 11524.55 |
| 6/28/2022 | $112.57 | 6/28/2022 | $112.01 | 6/28/2022 | 11181.54 |
| 6/29/2022 | $112.26 | 6/29/2022 | $111.70 | 6/29/2022 | 11177.89 |
| 6/30/2022 | $109.37 | 6/30/2022 | $108.96 | 6/30/2022 | 11028.74 |
| 7/1/2022 | $109.08 | 7/1/2022 | $108.74 | 7/1/2022 | 11127.85 |
| 7/5/2022 | $113.89 | 7/5/2022 | $113.26 | 7/5/2022 | 11322.24 |
| 7/6/2022 | $115.21 | 7/6/2022 | $114.57 | 7/6/2022 | 11361.85 |
| 7/7/2022 | $119.31 | 7/7/2022 | $118.78 | 7/7/2022 | 11621.35 |
| 7/8/2022 | $120.17 | 7/8/2022 | $119.35 | 7/8/2022 | 11635.31 |
| 7/11/2022 | $116.52 | 7/11/2022 | $115.68 | 7/11/2022 | 11372.60 |
| 7/12/2022 | $114.85 | 7/12/2022 | $114.02 | 7/12/2022 | 11264.73 |
| 7/13/2022 | $112.19 | 7/13/2022 | $111.35 | 7/13/2022 | 11247.58 |
| 7/14/2022 | $111.44 | 7/14/2022 | $110.37 | 7/14/2022 | 11251.19 |
| 7/15/2022 | $112.77 | 7/15/2022 | $111.78 | 7/15/2022 | 11452.42 |

| | | | | | |
|---|---|---|---|---|---|
| 7/18/2022 | $109.91 | 7/18/2022 | $109.03 | 7/18/2022 | 11360.05 |
| 7/19/2022 | $114.62 | 7/19/2022 | $113.81 | 7/19/2022 | 11713.15 |
| 7/20/2022 | $114.70 | 7/20/2022 | $113.90 | 7/20/2022 | 11897.65 |
| 7/21/2022 | $115.04 | 7/21/2022 | $114.34 | 7/21/2022 | 12059.61 |
| 7/22/2022 | $108.36 | 7/22/2022 | $107.90 | 7/22/2022 | 11834.11 |
| 7/25/2022 | $108.21 | 7/25/2022 | $107.51 | 7/25/2022 | 11782.67 |
| 7/26/2022 | $105.44 | 7/26/2022 | $105.02 | 7/26/2022 | 11562.57 |
| 7/27/2022 | $113.60 | 7/27/2022 | $113.06 | 7/27/2022 | 12032.42 |
| 7/28/2022 | $114.59 | 7/28/2022 | $114.22 | 7/28/2022 | 12162.59 |
| 7/29/2022 | $116.64 | 7/29/2022 | $116.32 | 7/29/2022 | 12390.69 |
| 8/1/2022 | $115.48 | 8/1/2022 | $114.86 | 8/1/2022 | 12368.98 |
| 8/2/2022 | $115.90 | 8/2/2022 | $115.13 | 8/2/2022 | 12348.76 |
| 8/3/2022 | $118.78 | 8/3/2022 | $118.08 | 8/3/2022 | 12668.16 |
| 8/4/2022 | $118.87 | 8/4/2022 | $118.19 | 8/4/2022 | 12720.58 |
| 8/5/2022 | $118.22 | 8/5/2022 | $117.47 | 8/5/2022 | 12657.55 |
| 8/8/2022 | $118.14 | 8/8/2022 | $117.30 | 8/8/2022 | 12644.46 |
| 8/9/2022 | $117.50 | 8/9/2022 | $116.63 | 8/9/2022 | 12493.93 |
| 8/10/2022 | $120.65 | 8/10/2022 | $119.70 | 8/10/2022 | 12854.80 |
| 8/11/2022 | $119.82 | 8/11/2022 | $118.84 | 8/11/2022 | 12779.91 |
| 8/12/2022 | $122.65 | 8/12/2022 | $121.68 | 8/12/2022 | 13047.19 |
| 8/15/2022 | $122.88 | 8/15/2022 | $122.08 | 8/15/2022 | 13128.05 |
| 8/16/2022 | $122.51 | 8/16/2022 | $121.70 | 8/16/2022 | 13102.55 |
| 8/17/2022 | $120.32 | 8/17/2022 | $119.55 | 8/17/2022 | 12938.12 |
| 8/18/2022 | $120.86 | 8/18/2022 | $120.17 | 8/18/2022 | 12965.34 |
| 8/19/2022 | $118.12 | 8/19/2022 | $117.21 | 8/19/2022 | 12705.22 |
| 8/22/2022 | $115.07 | 8/22/2022 | $114.24 | 8/22/2022 | 12381.57 |
| 8/23/2022 | $114.77 | 8/23/2022 | $113.86 | 8/23/2022 | 12381.30 |
| 8/24/2022 | $114.70 | 8/24/2022 | $113.69 | 8/24/2022 | 12431.53 |
| 8/25/2022 | $117.70 | 8/25/2022 | $116.65 | 8/25/2022 | 12639.27 |
| 8/26/2022 | $111.30 | 8/26/2022 | $110.34 | 8/26/2022 | 12141.71 |
| 8/29/2022 | $110.34 | 8/29/2022 | $109.42 | 8/29/2022 | 12017.67 |
| 8/30/2022 | $109.91 | 8/30/2022 | $108.94 | 8/30/2022 | 11883.14 |
| 8/31/2022 | $109.15 | 8/31/2022 | $108.22 | 8/31/2022 | 11816.20 |
| 9/1/2022 | $110.55 | 9/1/2022 | $109.74 | 9/1/2022 | 11785.13 |
| 9/2/2022 | $108.68 | 9/2/2022 | $107.85 | 9/2/2022 | 11630.86 |
| 9/6/2022 | $107.48 | 9/6/2022 | $106.81 | 9/6/2022 | 11544.91 |
| 9/7/2022 | $110.48 | 9/7/2022 | $109.45 | 9/7/2022 | 11791.90 |
| 9/8/2022 | $109.42 | 9/8/2022 | $108.38 | 9/8/2022 | 11862.13 |
| 9/9/2022 | $111.78 | 9/9/2022 | $110.65 | 9/9/2022 | 12112.31 |
| 9/12/2022 | $111.87 | 9/12/2022 | $110.86 | 9/12/2022 | 12266.41 |
| 9/13/2022 | $105.31 | 9/13/2022 | $104.32 | 9/13/2022 | 11633.57 |
| 9/14/2022 | $105.87 | 9/14/2022 | $105.00 | 9/14/2022 | 11719.68 |
| 9/15/2022 | $103.90 | 9/15/2022 | $102.91 | 9/15/2022 | 11552.36 |

11

| | | | | | |
|---|---|---|---|---|---|
| 9/16/2022 | $103.63 | 9/16/2022 | $102.80 | 9/16/2022 | 11448.40 |
| 9/19/2022 | $103.85 | 9/19/2022 | $103.07 | 9/19/2022 | 11535.02 |
| 9/20/2022 | $101.83 | 9/20/2022 | $101.14 | 9/20/2022 | 11425.05 |
| 9/21/2022 | $100.01 | 9/21/2022 | $99.28 | 9/21/2022 | 11220.19 |
| 9/22/2022 | $100.57 | 9/22/2022 | $100.14 | 9/22/2022 | 11066.81 |
| 9/23/2022 | $99.17 | 9/23/2022 | $98.74 | 9/23/2022 | 10867.93 |
| 9/26/2022 | $98.81 | 9/26/2022 | $98.17 | 9/26/2022 | 10802.92 |
| 9/27/2022 | $98.09 | 9/27/2022 | $97.50 | 9/27/2022 | 10829.50 |
| 9/28/2022 | $100.74 | 9/28/2022 | $100.05 | 9/28/2022 | 11051.64 |
| 9/29/2022 | $98.09 | 9/29/2022 | $97.42 | 9/29/2022 | 10737.51 |
| 9/30/2022 | $96.15 | 9/30/2022 | $95.65 | 9/30/2022 | 10575.62 |
| 10/3/2022 | $99.30 | 10/3/2022 | $98.64 | 10/3/2022 | 10815.43 |
| 10/4/2022 | $102.41 | 10/4/2022 | $101.64 | 10/4/2022 | 11176.41 |
| 10/5/2022 | $102.22 | 10/5/2022 | $101.43 | 10/5/2022 | 11148.64 |
| 10/6/2022 | $102.24 | 10/6/2022 | $101.42 | 10/6/2022 | 11073.31 |
| 10/7/2022 | $99.57 | 10/7/2022 | $98.68 | 10/7/2022 | 10652.40 |
| 10/10/2022 | $98.71 | 10/10/2022 | $97.86 | 10/10/2022 | 10542.10 |
| 10/11/2022 | $98.05 | 10/11/2022 | $97.18 | 10/11/2022 | 10426.19 |
| 10/12/2022 | $98.30 | 10/12/2022 | $97.56 | 10/12/2022 | 10417.10 |
| 10/13/2022 | $99.71 | 10/13/2022 | $99.06 | 10/13/2022 | 10649.15 |
| 10/14/2022 | $97.18 | 10/14/2022 | $96.56 | 10/14/2022 | 10321.39 |
| 10/17/2022 | $100.78 | 10/17/2022 | $99.97 | 10/17/2022 | 10675.80 |
| 10/18/2022 | $101.39 | 10/18/2022 | $100.77 | 10/18/2022 | 10772.40 |
| 10/19/2022 | $100.29 | 10/19/2022 | $99.63 | 10/19/2022 | 10680.51 |
| 10/20/2022 | $100.53 | 10/20/2022 | $99.97 | 10/20/2022 | 10614.84 |
| 10/21/2022 | $101.48 | 10/21/2022 | $101.13 | 10/21/2022 | 10859.72 |
| 10/24/2022 | $102.97 | 10/24/2022 | $102.52 | 10/24/2022 | 10952.61 |
| 10/25/2022 | $104.93 | 10/25/2022 | $104.48 | 10/25/2022 | 11199.12 |
| 10/26/2022 | $94.82 | 10/26/2022 | $94.93 | 10/26/2022 | 10970.99 |
| 10/27/2022 | $92.60 | 10/27/2022 | $92.22 | 10/27/2022 | 10792.67 |
| 10/28/2022 | $96.58 | 10/28/2022 | $96.29 | 10/28/2022 | 11102.45 |
| 10/31/2022 | $94.66 | 10/31/2022 | $94.51 | 10/31/2022 | 10988.15 |
| 11/1/2022 | $90.50 | 11/1/2022 | $90.47 | 11/1/2022 | 10890.85 |
| 11/2/2022 | $87.07 | 11/2/2022 | $86.97 | 11/2/2022 | 10524.80 |
| 11/3/2022 | $83.49 | 11/3/2022 | $83.43 | 11/3/2022 | 10342.94 |
| 11/4/2022 | $86.70 | 11/4/2022 | $86.58 | 11/4/2022 | 10475.25 |
| 11/7/2022 | $88.65 | 11/7/2022 | $88.49 | 11/7/2022 | 10564.52 |
| 11/8/2022 | $88.91 | 11/8/2022 | $88.90 | 11/8/2022 | 10616.20 |
| 11/9/2022 | $87.40 | 11/9/2022 | $87.32 | 11/9/2022 | 10353.17 |
| 11/10/2022 | $94.17 | 11/10/2022 | $93.94 | 11/10/2022 | 11114.15 |
| 11/11/2022 | $96.73 | 11/11/2022 | $96.41 | 11/11/2022 | 11323.33 |
| 11/14/2022 | $96.03 | 11/14/2022 | $95.70 | 11/14/2022 | 11196.22 |
| 11/15/2022 | $98.72 | 11/15/2022 | $98.44 | 11/15/2022 | 11358.41 |

**Alphabet's Stock Price History from November 2020 through April 2023**

| | | | | | |
|---|---|---|---|---|---|
| 11/16/2022 | $98.99 | 11/16/2022 | $98.85 | 11/16/2022 | 11183.66 |
| 11/17/2022 | $98.50 | 11/17/2022 | $98.36 | 11/17/2022 | 11144.96 |
| 11/18/2022 | $97.80 | 11/18/2022 | $97.43 | 11/18/2022 | 11146.06 |
| 11/21/2022 | $95.83 | 11/21/2022 | $95.60 | 11/21/2022 | 11024.51 |
| 11/22/2022 | $97.33 | 11/22/2022 | $97.05 | 11/22/2022 | 11174.41 |
| 11/23/2022 | $98.82 | 11/23/2022 | $98.46 | 11/23/2022 | 11285.32 |
| 11/25/2022 | $97.60 | 11/25/2022 | $97.46 | 11/25/2022 | 11226.36 |
| 11/28/2022 | $96.25 | 11/28/2022 | $96.05 | 11/28/2022 | 11049.50 |
| 11/29/2022 | $95.44 | 11/29/2022 | $95.19 | 11/29/2022 | 10983.78 |
| 11/30/2022 | $101.45 | 11/30/2022 | $100.99 | 11/30/2022 | 11468.00 |
| 12/1/2022 | $101.28 | 12/1/2022 | $100.99 | 12/1/2022 | 11482.45 |
| 12/2/2022 | $100.83 | 12/2/2022 | $100.44 | 12/2/2022 | 11461.50 |
| 12/5/2022 | $99.87 | 12/5/2022 | $99.48 | 12/5/2022 | 11239.94 |
| 12/6/2022 | $97.31 | 12/6/2022 | $96.98 | 12/6/2022 | 11014.89 |
| 12/7/2022 | $95.15 | 12/7/2022 | $94.94 | 12/7/2022 | 10958.55 |
| 12/8/2022 | $93.95 | 12/8/2022 | $93.71 | 12/8/2022 | 11082.00 |
| 12/9/2022 | $93.07 | 12/9/2022 | $92.83 | 12/9/2022 | 11004.62 |
| 12/12/2022 | $93.56 | 12/12/2022 | $93.31 | 12/12/2022 | 11143.74 |
| 12/13/2022 | $95.85 | 12/13/2022 | $95.63 | 12/13/2022 | 11256.81 |
| 12/14/2022 | $95.31 | 12/14/2022 | $95.07 | 12/14/2022 | 11170.89 |
| 12/15/2022 | $91.20 | 12/15/2022 | $90.86 | 12/15/2022 | 10810.53 |
| 12/16/2022 | $90.86 | 12/16/2022 | $90.26 | 12/16/2022 | 10705.41 |
| 12/19/2022 | $89.15 | 12/19/2022 | $88.44 | 12/19/2022 | 10546.03 |
| 12/20/2022 | $89.63 | 12/20/2022 | $89.02 | 12/20/2022 | 10547.11 |
| 12/21/2022 | $90.25 | 12/21/2022 | $89.58 | 12/21/2022 | 10709.37 |
| 12/22/2022 | $88.26 | 12/22/2022 | $87.76 | 12/22/2022 | 10476.12 |
| 12/23/2022 | $89.81 | 12/23/2022 | $89.23 | 12/23/2022 | 10497.86 |
| 12/27/2022 | $87.93 | 12/27/2022 | $87.39 | 12/27/2022 | 10353.23 |
| 12/28/2022 | $86.46 | 12/28/2022 | $86.02 | 12/28/2022 | 10213.29 |
| 12/29/2022 | $88.95 | 12/29/2022 | $88.45 | 12/29/2022 | 10478.09 |
| 12/30/2022 | $88.73 | 12/30/2022 | $88.23 | 12/30/2022 | 10466.48 |
| 1/3/2023 | $89.70 | 1/3/2023 | $89.12 | 1/3/2023 | 10386.98 |
| 1/4/2023 | $88.71 | 1/4/2023 | $88.08 | 1/4/2023 | 10458.76 |
| 1/5/2023 | $86.77 | 1/5/2023 | $86.20 | 1/5/2023 | 10305.24 |
| 1/6/2023 | $88.16 | 1/6/2023 | $87.34 | 1/6/2023 | 10569.29 |
| 1/9/2023 | $88.80 | 1/9/2023 | $88.02 | 1/9/2023 | 10635.65 |
| 1/10/2023 | $89.24 | 1/10/2023 | $88.42 | 1/10/2023 | 10742.63 |
| 1/11/2023 | $92.26 | 1/11/2023 | $91.52 | 1/11/2023 | 10931.67 |
| 1/12/2023 | $91.91 | 1/12/2023 | $91.13 | 1/12/2023 | 11001.10 |
| 1/13/2023 | $92.80 | 1/13/2023 | $92.12 | 1/13/2023 | 11079.16 |
| 1/17/2023 | $92.16 | 1/17/2023 | $91.29 | 1/17/2023 | 11095.11 |
| 1/18/2023 | $91.78 | 1/18/2023 | $91.12 | 1/18/2023 | 10957.01 |
| 1/19/2023 | $93.91 | 1/19/2023 | $93.05 | 1/19/2023 | 10852.27 |

13

**Alphabet's Stock Price History from November 2020 through April 2023**

| | | | | | |
|---|---|---|---|---|---|
| 1/20/2023 | $99.28 | 1/20/2023 | $98.02 | 1/20/2023 | 11140.43 |
| 1/23/2023 | $101.21 | 1/23/2023 | $99.79 | 1/23/2023 | 11364.41 |
| 1/24/2023 | $99.21 | 1/24/2023 | $97.70 | 1/24/2023 | 11334.27 |
| 1/25/2023 | $96.73 | 1/25/2023 | $95.22 | 1/25/2023 | 11313.36 |
| 1/26/2023 | $99.16 | 1/26/2023 | $97.52 | 1/26/2023 | 11512.41 |
| 1/27/2023 | $100.71 | 1/27/2023 | $99.37 | 1/27/2023 | 11621.71 |
| 1/30/2023 | $97.95 | 1/30/2023 | $96.94 | 1/30/2023 | 11393.81 |
| 1/31/2023 | $99.87 | 1/31/2023 | $98.84 | 1/31/2023 | 11584.55 |
| 2/1/2023 | $101.43 | 2/1/2023 | $100.43 | 2/1/2023 | 11816.32 |
| 2/2/2023 | $108.80 | 2/2/2023 | $107.74 | 2/2/2023 | 12200.82 |
| 2/3/2023 | $105.22 | 2/3/2023 | $104.78 | 2/3/2023 | 12006.95 |
| 2/6/2023 | $103.47 | 2/6/2023 | $102.90 | 2/6/2023 | 11887.45 |
| 2/7/2023 | $108.04 | 2/7/2023 | $107.64 | 2/7/2023 | 12113.79 |
| 2/8/2023 | $100.00 | 2/8/2023 | $99.37 | 2/8/2023 | 11910.52 |
| 2/9/2023 | $95.46 | 2/9/2023 | $95.01 | 2/9/2023 | 11789.58 |
| 2/10/2023 | $94.86 | 2/10/2023 | $94.57 | 2/10/2023 | 11718.12 |
| 2/13/2023 | $95.00 | 2/13/2023 | $94.61 | 2/13/2023 | 11891.79 |
| 2/14/2023 | $94.95 | 2/14/2023 | $94.68 | 2/14/2023 | 11960.15 |
| 2/15/2023 | $97.10 | 2/15/2023 | $96.94 | 2/15/2023 | 12070.59 |
| 2/16/2023 | $95.78 | 2/16/2023 | $95.51 | 2/16/2023 | 11855.83 |
| 2/17/2023 | $94.59 | 2/17/2023 | $94.35 | 2/17/2023 | 11787.27 |
| 2/21/2023 | $92.05 | 2/21/2023 | $91.79 | 2/21/2023 | 11492.30 |
| 2/22/2023 | $91.80 | 2/22/2023 | $91.65 | 2/22/2023 | 11507.07 |
| 2/23/2023 | $91.07 | 2/23/2023 | $90.89 | 2/23/2023 | 11590.40 |
| 2/24/2023 | $89.35 | 2/24/2023 | $89.13 | 2/24/2023 | 11394.94 |
| 2/27/2023 | $90.10 | 2/27/2023 | $89.87 | 2/27/2023 | 11466.98 |
| 2/28/2023 | $90.30 | 2/28/2023 | $90.06 | 2/28/2023 | 11455.54 |
| 3/1/2023 | $90.51 | 3/1/2023 | $90.36 | 3/1/2023 | 11379.48 |
| 3/2/2023 | $92.31 | 3/2/2023 | $92.00 | 3/2/2023 | 11462.98 |
| 3/3/2023 | $94.02 | 3/3/2023 | $93.65 | 3/3/2023 | 11689.01 |
| 3/6/2023 | $95.58 | 3/6/2023 | $95.13 | 3/6/2023 | 11675.74 |
| 3/7/2023 | $94.17 | 3/7/2023 | $93.86 | 3/7/2023 | 11530.33 |
| 3/8/2023 | $94.65 | 3/8/2023 | $94.25 | 3/8/2023 | 11576.00 |
| 3/9/2023 | $92.66 | 3/9/2023 | $92.32 | 3/9/2023 | 11338.35 |
| 3/10/2023 | $91.01 | 3/10/2023 | $90.63 | 3/10/2023 | 11138.89 |
| 3/13/2023 | $91.66 | 3/13/2023 | $91.11 | 3/13/2023 | 11188.84 |
| 3/14/2023 | $94.25 | 3/14/2023 | $93.97 | 3/14/2023 | 11428.15 |
| 3/15/2023 | $96.55 | 3/15/2023 | $96.11 | 3/15/2023 | 11434.05 |
| 3/16/2023 | $101.07 | 3/16/2023 | $100.32 | 3/16/2023 | 11717.28 |
| 3/17/2023 | $102.46 | 3/17/2023 | $101.62 | 3/17/2023 | 11630.51 |
| 3/20/2023 | $101.93 | 3/20/2023 | $101.22 | 3/20/2023 | 11675.54 |
| 3/21/2023 | $105.84 | 3/21/2023 | $104.92 | 3/21/2023 | 11860.11 |
| 3/22/2023 | $104.22 | 3/22/2023 | $103.37 | 3/22/2023 | 11669.96 |

14

Alphabet's Stock Price History from November 2020 through April 2023

| | | | | | |
|---|---|---|---|---|---|
| 3/23/2023 | $106.26 | 3/23/2023 | $105.60 | 3/23/2023 | 11787.40 |
| 3/24/2023 | $106.06 | 3/24/2023 | $105.44 | 3/24/2023 | 11823.96 |
| 3/27/2023 | $103.06 | 3/27/2023 | $102.46 | 3/27/2023 | 11768.84 |
| 3/28/2023 | $101.36 | 3/28/2023 | $101.03 | 3/28/2023 | 11716.08 |
| 3/29/2023 | $101.90 | 3/29/2023 | $101.39 | 3/29/2023 | 11926.24 |
| 3/30/2023 | $101.32 | 3/30/2023 | $100.89 | 3/30/2023 | 12013.47 |
| 3/31/2023 | $104.00 | 3/31/2023 | $103.73 | 3/31/2023 | 12221.91 |
| 4/3/2023 | $104.91 | 4/3/2023 | $104.36 | 4/3/2023 | 12189.45 |
| 4/4/2023 | $105.12 | 4/4/2023 | $104.72 | 4/4/2023 | 12126.33 |
| 4/5/2023 | $104.95 | 4/5/2023 | $104.47 | 4/5/2023 | 11996.86 |
| 4/6/2023 | $108.90 | 4/6/2023 | $108.42 | 4/6/2023 | 12087.96 |
| 4/10/2023 | $106.95 | 4/10/2023 | $106.44 | 4/10/2023 | 12084.35 |
| 4/11/2023 | $106.12 | 4/11/2023 | $105.35 | 4/11/2023 | 12031.88 |
| 4/12/2023 | $105.22 | 4/12/2023 | $104.64 | 4/12/2023 | 11929.34 |
| 4/13/2023 | $108.19 | 4/13/2023 | $107.43 | 4/13/2023 | 12166.27 |
| 4/14/2023 | $109.46 | 4/14/2023 | $108.87 | 4/14/2023 | 12123.47 |
| 4/17/2023 | $106.42 | 4/17/2023 | $105.97 | 4/17/2023 | 12157.72 |
| 4/18/2023 | $105.12 | 4/18/2023 | $104.50 | 4/18/2023 | 12153.41 |
| 4/19/2023 | $105.02 | 4/19/2023 | $104.18 | 4/19/2023 | 12157.23 |
| 4/20/2023 | $105.90 | 4/20/2023 | $105.29 | 4/20/2023 | 12059.56 |
| 4/21/2023 | $105.91 | 4/21/2023 | $105.41 | 4/21/2023 | 12072.46 |
| 4/24/2023 | $106.78 | 4/24/2023 | $105.97 | 4/24/2023 | 12037.20 |
| 4/25/2023 | $104.61 | 4/25/2023 | $103.85 | 4/25/2023 | 11799.16 |
| 4/26/2023 | $104.45 | 4/26/2023 | $103.71 | 4/26/2023 | 11854.35 |
| 4/27/2023 | $108.37 | 4/27/2023 | $107.59 | 4/27/2023 | 12142.24 |
| 4/28/2023 | $108.22 | 4/28/2023 | $107.34 | 4/28/2023 | 12226.58 |