UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>Defendants. | Case No.  23-cv-01186-RFL<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 108 |

Pursuant to the Court's order granting in part and denying in part motion to dismiss (Dkt. No. 108), judgment is entered in favor of Defendants Porat, Schindler, and Walker, and against Plaintiffs.


Dated: March 24, 2025


Mark B. Busby
Clerk, United States District Court


By: _____

Melinda K. Lock, Deputy Clerk to
the Honorable Rita F. Lin