BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELISE LOPEZ, State Bar No. 324199
elise.lopez@freshfields.com
ELENA HADJIMICHAEL, State Bar No. 355715
elena.hadjimichael@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>Defendants. | Case No.: 3:23-cv-01186-RFL<br><br>**DECLARATION OF ELISE LOPEZ IN SUPPORT OF DEFENDANTS' MOTION TO CERTIFY QUESTIONS FOR INTERLOCUTORY APPEAL**<br><br>Date:    June 17, 2025<br>Time:    10:00 AM<br>Location: Courtroom 15 – 18th Floor<br>Judge:   Rita F. Lin |

## DECLARATION OF ELISE LOPEZ

I, Elise Lopez, declare as follows:

1.    I am duly admitted to practice in the State of California and an attorney with the law firm Freshfields US LLP. I am counsel for Alphabet Inc., Google LLC, and Sundar Pichai (the "Defendants") in the above-captioned matter. I have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify to the matters stated herein. This declaration is submitted in support of the Defendants' Motion to Certify Questions for Interlocutory Appeal.

2.    Attached as Exhibit 1 is a true and correct copy of the following report: *Securities Class Action Filings; 2024 Year in Review*, published on January 29, 2025 by Cornerstone Research.

3.    Attached as Exhibit 2 is a true and correct copy of the following article: Richard A. Cazier et al., *Are Lengthy and Boilerplate Risk Factor Disclosures Inadequate? An Examination of Judicial and Regulatory Assessments of Risk Factor Language* (Kelley Sch. of Bus. Rsch. Paper No. 18-43, Dec. 10, 2019), available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3167611.

4.    Attached as Exhibit 3 is a true and correct copy of the following report: *Analyst's Notes: Analysis by Joseph Bonner*, published on October 30, 2020 by Argus Research Company.

5.    Attached as Exhibit 4 is a true and correct copy of the following article: James Farrell, *Here's what tech CEOs are telling Congress in antitrust probe*, SILICON ANGLE (July 29, 2020), available at https://siliconangle.com/2020/07/29/heres-what-tech-ceos-will-tell-congress-wednesday-antitrust-probe.

6.    Attached as Exhibit 5 is a true and correct copy of the following article: *Google ADS Bidding Strategies Explained [Updated 2020]*, AUGURIAN (Oct. 14, 2020), available at https://augurian.com/blog/adwords-bid-strategy-types-explained/.

7.    Attached as Exhibit 6 is a true and correct copy of the following blog post: Claire Jarrett, *What's Coming to Google Ads in 2021*, CLAIRE JARRETT (Oct. 18, 2024), available at https://www.clairejarrett.com/whats-coming-to-google-ads-in-2021/.

1

8.    Attached as Exhibit 7 is a true and correct copy of the following blog post: Anete Jodzevica, *A Guide to Unified Auction for Publishers*, SETUPAD (Apr. 28, 2023), available at: https://setupad.com/blog/unified-auction/#how-unified-auctions-work-.

9.    Attached as Exhibit 8 is a true and correct copy of the following article: Will Douglas Heaven, *The open-source AI boom is built on Big Tech's handouts. How long will it last?*, MIT TECH. REV. (May 12, 2023), available at https://www.technologyreview.com/2023/05/12/1072950/open-source-ai-google-openai-eleuther-meta/.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood City, CA on this 12th day of May, 2025.


By:  */s/ Elise Lopez*
Elise Lopez

2

LOPEZ DECL. ISO DEFS' MOTION
TO CERTIFY QUESTIONS FOR INTERLOCUTORY APPEAL
CASE NO. 3:23-CV-01186-RFL