# EXHIBIT 3



NASDAQ: GOOGL
# ALPHABET INC
Report created Nov 2, 2020  **Page 1 OF 7**

Alphabet, formerly called Google, maintains the largest online index of websites accessible through automated search technology and generates revenue through online advertising, cloud services, and hardware. Google is now an operating segment of Alphabet. The company was founded in 1998 by Sergey Brin and Larry Page and went public in 2004.

## Analyst's Notes

*Analysis by Joseph Bonner, CFA, October 30, 2020*

**ARGUS RATING: BUY**

- Raising target to $1850
- Alphabet reported 22% operating income growth on 15% revenue growth in 3Q20.
- Advertising revenue rose almost 10% to $37.1 billion, with 6.5% growth from Google Search & Other and stellar 32.4% growth from YouTube.
- Management remains cautious about the future due to the uncertain macroeconomic environment, though the company clearly showed signs of recovery in the third quarter.
- We are raising our 2020 GAAP EPS estimate to $50.86 from $40.78 and our 2021 forecast to $57.03 from $53.96.

**INVESTMENT THESIS**

We are maintaining our BUY rating on Alphabet Inc. (NGS: GOOGL) and raising our target price to $1850 from $1620.

We see Alphabet as one of the tech industry's leaders, along with Facebook, Apple, Amazon, and Microsoft. These companies have come to dominate new developments in mobile, public cloud, and big data analytics, as well as emerging areas such as artificial intelligence and virtual/augmented reality.

The Department of Justice antitrust complaint against the company, filed on October 20, had been hanging over GOOGL shares for many months, so the actual filing was not much of a surprise. We think the DOJ's case is serious, though it will probably take years to play out and may be difficult to prove in court. While not good news for Alphabet, the DOJ complaint is now at least a fact rather than a rumor.

Although COVID-19 is impacting Alphabet's advertising business in the near term, and the depth and duration of the pandemic are unclear, there are very few businesses with the resources and reach of Alphabet. The company has the financial resources to weather the storm and may come out even stronger after the crisis recedes. Alphabet has been cutting costs in the crisis, though the company will continue to invest in core drivers like Search, Machine Learning, and Google Cloud.

GOOGL shares appear attractively valued given the company's rapidly expanding

## Market Data
Pricing reflects previous trading week's closing price.



| FY ends Dec 31 | 2018 | | | | 2019 | | | | 2020 | | | | 2021 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| **EPS ($) Quarterly** | 12.49 | 4.54 | 13.06 | 12.77 | 9.50 | 14.21 | 10.12 | 15.35 | 9.88 | 10.13 | 16.40 | 14.48 | 13.23 | 12.31 | 15.57 | 15.92 |
| **Annual** | 43.70 | | | | 49.16 | | | | 50.86 (Estimate) | | | | 57.03 (Estimate) | | | |
| **Revenue ($ in Bil.) Quarterly** | 31.1 | 32.7 | 33.7 | 39.3 | 36.3 | 38.9 | 40.5 | 46.1 | 41.2 | 38.3 | 46.2 | 52.3 | 45.9 | 42.7 | 51.9 | 59.0 |
| **Annual** | 136.8 | | | | 161.9 | | | | 177.9 (Estimate) | | | | 199.4 (Estimate) | | | |

**Please see important information about this report on page 7**

©2020 Argus Research Company

### Argus Recommendations



| | SELL | HOLD | BUY |
|---|---|---|---|
| **Twelve Month Rating** | | | BUY |
| **Five Year Rating** | | | BUY |

| | Under Weight | Market Weight | Over Weight |
|---|---|---|---|
| **Sector Rating** | | | Over Weight |

Argus assigns a 12-month BUY, HOLD, or SELL rating to each stock under coverage.

- BUY-rated stocks are expected to outperform the market (the benchmark S&P 500 Index) on a risk-adjusted basis over the next year.
- HOLD-rated stocks are expected to perform in line with the market.
- SELL-rated stocks are expected to underperform the market on a risk-adjusted basis.

**The distribution of ratings across Argus' entire company universe is: 64% Buy, 36% Hold, 0% Sell.**

## Key Statistics

Key Statistics pricing data reflects previous trading day's closing price. Other applicable data are trailing 12-months unless otherwise specified

**Market Overview**

| | |
|---|---|
| Price | **$1.62 Thousand** |
| Target Price | **$1.85 Thousand** |
| 52 Week Price Range | **$1.01 Thousand to $1.73 Thousand** |
| Shares Outstanding | **300.64 Million** |
| Dividend | **$0.00** |

**Sector Overview**

| | |
|---|---|
| Sector | **Communication Services** |
| Sector Rating | **OVER WEIGHT** |
| Total % of S&P 500 Market Cap. | **10.00%** |

**Financial Strength**

| | |
|---|---|
| Financial Strength Rating | **HIGH** |
| Debt/Capital Ratio | **7.3%** |
| Return on Equity | **13.0%** |
| Net Margin | **20.8%** |
| Payout Ratio | **--** |
| Current Ratio | **3.37** |
| Revenue | **$171.70 Billion** |
| After-Tax Income | **$35.71 Billion** |

**Valuation**

| | |
|---|---|
| Current FY P/E | **31.78** |
| Prior FY P/E | **32.87** |
| Price/Sales | **2.83** |
| Price/Book | **5.14** |
| Book Value/Share | **$314.17** |
| Market Capitalization | **$485.87 Billion** |

**Forecasted Growth**

| | |
|---|---|
| 1 Year EPS Growth Forecast | **3.46%** |
| 5 Year EPS Growth Forecast | **17.00%** |
| 1 Year Dividend Growth Forecast | **N/A** |

**Risk**

| | |
|---|---|
| Beta | **0.89** |
| Institutional Ownership | **78.30%** |

**Argus** Analyst Report

0001





## Analyst's Notes ...Continued

businesses.

### RECENT DEVELOPMENTS

Alphabet reported 3Q20 results on October 29 after the market close. Revenue beat the consensus by $2.7 billion and GAAP EPS beat the consensus by $4.98. Alphabet provides almost no actual guidance, so large variances from consensus are no surprise. However, 3Q results did show a sharp snapback from a tough 2Q, when the company reported a decline in revenue for the first time in its history. They were also welcome news for investors following the U.S. Department of Justice's antitrust complaint just ten days earlier. GOOGL shares rose about 5% intraday on October 30.

Excluding traffic acquisition costs (TAC), consolidated net revenue increased 15.1%, with positive foreign exchange movements adding one percentage point to growth. Google Advertising revenue rose almost 10% to $37.1 billion, with 6.5% growth from Google Search & Other, and stellar 32.4% growth from YouTube. Google Cloud and Google Other revenue also reported robust growth of 35% and 45%, respectively. Google Other is comprised of revenue from the Google Play application store, Google hardware sales, and YouTube nonadvertising (subscription) sales.

As usual, management provided some additional color on the call with respect to revenue drivers. The COVID-19 pandemic severely impacted the global advertising industry in 2Q20, with whole industry verticals - travel, lodging, food service, entertainment, and retail - crashing, and even less affected enterprises reducing advertising spending. In 3Q, Google saw a strong recovery in spending as advertisers adapted to the new e-commerce paradigm. Google also noted strength in the nonadvertising businesses, particularly Google Cloud and Google Play.

Traffic acquisition costs (TAC) as a percentage of advertising revenue fell 10 basis points year-over-year to 22%. The rate of increase in TAC had moderated since 1Q18 as the mix has moved more toward lower-TAC Google-owned properties, a positive indicator for Google.

The cost of revenue rose 20% from the prior year. Other cost of revenue, excluding TAC, rose 28.5% year-over-year and included data center and other operations and content acquisition costs for YouTube TV ad-supported content. Third-quarter operating income rose 22% and the operating margin expanded by 160 basis points to 24.3%. We expect management to continue to invest in the key growth areas of Search, Machine Learning, and Google Cloud.

The much maligned 'Other Bets' segment, i.e., Google Fiber, Waymo, and Verily Life Science, among other smaller start-ups, again deepened its operating loss to $1.1 billion in 3Q20 from $941 million in 3Q19. However, Waymo became the first fully autonomous ride hailing service open to the public on October 8 in Phoenix, Arizona. GAAP diluted EPS rose 62% to $16.40 from $10.12 in 3Q19. The bottom line was boosted by $2.1 billion in

## Growth & Valuation Analysis

### GROWTH ANALYSIS

| ($ in Millions, except per share data) | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|
| Revenue | 74,989 | 90,272 | 110,855 | 136,819 | 161,857 |
| COGS | 28,164 | 35,138 | 45,583 | 59,549 | 71,896 |
| Gross Profit | 46,825 | 55,134 | 65,272 | 77,270 | 89,961 |
| SG&A | 15,183 | 17,470 | 19,733 | 23,256 | 28,015 |
| R&D | 12,282 | 13,948 | 16,625 | 21,419 | 26,018 |
| Operating Income | 19,360 | 23,716 | 28,914 | 32,595 | 35,928 |
| Interest Expense | -895 | -1,096 | -1,203 | -1,764 | -2,327 |
| Pretax Income | 19,651 | 24,150 | 27,193 | 34,913 | 39,625 |
| Income Taxes | 3,303 | 4,672 | 14,531 | 4,177 | 5,282 |
| Tax Rate (%) | 17 | 19 | 53 | 12 | 13 |
| Net Income | 16,348 | 19,478 | 12,662 | 30,736 | 34,343 |
| Diluted Shares Outstanding | 693 | 699 | 704 | 703 | 699 |
| EPS | 22.84 | 27.85 | 18.00 | 43.70 | 49.16 |
| Dividend | — | — | — | — | — |

### GROWTH RATES (%)

| | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|
| Revenue | 13.0 | 33.5 | 22.9 | 23.4 | 17.9 |
| Operating Income | 17.4 | 22.5 | 21.9 | 12.7 | 10.2 |
| Net Income | 15.6 | 19.1 | -35.0 | 142.7 | 11.7 |
| EPS | 15.2 | 21.9 | -35.4 | 142.8 | 12.5 |
| Dividend | — | — | — | — | — |
| Sustainable Growth Rate | 14.8 | 15.2 | 14.4 | 11.5 | 17.9 |

### VALUATION ANALYSIS

| | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|
| Price: High | $798.69 | $839.00 | $1,086.49 | $1,291.44 | $1,367.07 |
| Price: Low | $490.91 | $672.66 | $796.89 | $977.66 | $1,022.37 |
| Price/Sales: High-Low | 7.4 - 4.5 | 6.5 - 5.2 | 6.9 - 5.1 | 6.6 - 5.0 | 5.9 - 4.4 |
| P/E: High-Low | 35.0 - 21.5 | 30.1 - 24.2 | 60.4 - 44.3 | 29.6 - 22.4 | 27.8 - 20.8 |
| Price/Cash Flow: High-Low | 21.2 - 13.1 | 17.9 - 14.4 | 21.1 - 15.4 | 20.1 - 15.2 | 18.0 - 13.5 |

## Financial & Risk Analysis

### FINANCIAL STRENGTH

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| Cash ($ in Millions) | 10,715 | 16,701 | 18,498 |
| Working Capital ($ in Millions) | 100,125 | 101,056 | 107,357 |
| Current Ratio | 5.14 | 3.92 | 3.37 |
| LT Debt/Equity Ratio (%) | 2.6 | 2.3 | 7.3 |
| Total Debt/Equity Ratio (%) | 2.6 | 2.3 | 7.9 |

### RATIOS (%)

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| Gross Profit Margin | 58.9 | 56.5 | 55.6 |
| Operating Margin | 26.1 | 23.8 | 22.2 |
| Net Margin | 11.4 | 22.5 | 21.2 |
| Return On Assets | 6.9 | 14.3 | 13.5 |
| Return On Equity | 8.7 | 18.6 | 18.1 |

### RISK ANALYSIS

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| Cash Cycle (days) | 36.8 | 34.9 | 32.2 |
| Cash Flow/Cap Ex | 2.8 | 1.9 | 2.3 |
| Oper. Income/Int. Exp. (ratio) | 250.5 | 307.3 | 397.3 |
| Payout Ratio | | | |

The data contained on this page of this report has been provided by Morningstar, Inc. (© 2020 Morningstar, Inc. All Rights Reserved). This data (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results. This data is set forth herein for historical reference only and is not necessarily used in Argus' analysis of the stock set forth on this page of this report or any other stock or other security. All earnings figures are in GAAP.



## Analyst's Notes...Continued

'Other Income,' reflecting the value of unrealized gains in investments.

The U.S. Justice Department filed its long-awaited antitrust complaint against Alphabet's Google division on October 20. The DOJ's complaint was joined by eleven other U.S. states led by Republican Attorneys General.

The DOJ's complaint alleges that Google engaged in anticompetitive behavior in the search and search advertising markets through exclusionary agreements with distributors, including with Apple and others that have prevented competitors from gaining the necessary scale to compete in search. The complaint also alleges that Google's rules governing its own Android mobile operating system software have precluded competition. The complaint marshals a number of facts pointing to Google's 80%-90% share of search queries in the U.S. as evidence of the company's monopoly power. The complaint posits that this monopoly power inherently harms consumers by blocking the innovation that would come from robust competition. The DOJ is requesting remedies ranging from enjoining the behavior to 'structural relief,' i.e., breaking up Google. Indeed, the DOJ has flatly stated that 'nothing is off the table.'

While the case may take many years to play out, the DOJ will need to prove its allegations, including the alleged harm to consumers. It is well known that Google pays Apple billions each year for its placement as the preloaded default search engine employed by the Apple iOS Safari browser. The DOJ complaint alleges that this arrangement gives Google Search 'de facto exclusivity.' The obvious response to this allegation is that users may easily download just about any other search engine from Microsoft's Bing to Duck Go from the Apple App Store. The same is true for Android's Google Play store. The DOJ makes much of the fact that most users don't actually do this, but the reason may simply be that most users see the value in Google Search. Google will surely make other defenses. Google Search is free to consumers, so the DOJ will need to prove exactly where the consumer harm is. Given the rapid innovation cycle for Google Search, with often hundreds of both large and small changes every year, the DOJ's argument that Google is standing in the way of innovation may also be hard to prove. Finally, Google noted in a statement that Google Search is part of a highly competitive internet information market, with strong competitors like Facebook and with '60 percent of Americans' beginning searches for merchandise on Amazon.

We are somewhat surprised that the DOJ decided to pursue its antitrust complaint by going after Google Search instead of Google's dominance in search advertising technology - though a complaint in this area may also be forthcoming. In our view, it may be easier to prove anticompetitive behavior in the ad tech market than in search. As it will likely be years before anything definitive arises from the DOJ complaint; the stance of a possible new Biden administration could also change the course of the litigation. While Democrats have certainly been friendlier than Republicans to

## Peer & Industry Analysis

The graphics in this section are designed to allow investors to compare GOOGL versus its industry peers, the broader sector, and the market as a whole, as defined by the Argus Universe of Coverage.

- The scatterplot shows how GOOGL stacks up versus its peers on two key characteristics: long-term growth and value. In general, companies in the lower left-hand corner are more value-oriented, while those in the upper right-hand corner are more growth-oriented.
- The table builds on the scatterplot by displaying more financial information.
- The bar charts on the right take the analysis two steps further, by broadening the comparison groups into the sector level and the market as a whole. This tool is designed to help investors understand how GOOGL might fit into or modify a diversified portfolio.





| Ticker | Company | Market Cap ($ in Millions) | 5-yr Growth Rate (%) | Current FY P/E | Net Margin (%) | 1-yr EPS Growth (%) | Argus Rating |
|--------|---------|---------------------------|----------------------|----------------|----------------|---------------------|--------------|
| FB | Facebook Inc | 632,508 | 21.0 | 32.2 | 32.0 | 24.6 | BUY |
| GOOGL | Alphabet Inc | 485,873 | 17.0 | 31.8 | 20.8 | 12.1 | BUY |
| TWTR | Twitter Inc | 32,714 | 12.0 | 206.8 | -36.1 | 270.0 | BUY |
| PINS | Pinterest Inc | 30,115 | — | -535.9 | -26.8 | 254.5 | HOLD |
| **Peer Average** | | **295,303** | **16.7** | **-66.3** | **-2.5** | **140.3** | |

Please see important information about this report on page 7

©2020 Argus Research Company

**Argus** Analyst Report



## Analyst's Notes...Continued

Silicon Valley in the past, there is no guarantee that a new Democratic administration will go lighter on Google.

Alphabet's Google division had generally managed to keep a low profile while digital advertising rival Facebook has been repeatedly pummeled by government officials and the press for the mismanagement of user data and other transgressions. However, Alphabet/Google, along with peers Facebook, Apple, and Amazon, has faced its share of political criticism from both sides of the aisle. Aside from the DOJ case, Google was one of the named offenders in a House Judiciary Subcommittee report on its investigation of competition in digital markets. Alphabet CEO Sundar Pichai also joined his peers from Twitter and Facebook in testifying on Section 230 of the Communications Decency Act before the Senate Commerce Committee in late October. Section 230 protects internet service providers from being held liable for content posted by users. While the primary issues for political criticism have been around anticompetitive behavior and speech/political bias, other concerns include personal data privacy and Google's M&A practices.

As might be expected of a company of Alphabet's size and cultural importance, the company has pivoted to address the COVID-19 crisis in multiple ways. Perhaps most important is the company's role in policing misinformation and conspiracy theories through Search and on YouTube. However, Alphabet/Google is also leveraging its unique computing and data insight capabilities in coordination with health authorities, powering testing sites in California, and using machine learning to aid in the search for a vaccine. The pandemic has indeed brought together the strangest of bedfellows, Google and arch-rival Apple, to partner in the development and release of a mobile application that would enable the contact tracing of those testing positive for the SARS-CoV-2 virus. While no

### RECENT DEVELOPMENTS

t a complete solution, a simple, downloadable application available on all Android and iOS devices in the U.S., not to mention worldwide, could become a game-changer in halting the spread of COVID-19 - though with the application just released in June, it has not yet been widely adopted. Alphabet and Apple have been cognizant of privacy concerns surrounding this technology. Like many other companies, Alphabet has also made charitable donations.

### EARNINGS & GROWTH ANALYSIS

We are raising our 2020 GAAP EPS estimate to $50.86 from $40.78 and our 2021 forecast to $57.03 from $53.96. Alphabet does not issue formal guidance. In addition, the ultimate impact of the pandemic on Alphabet's businesses remains unclear. Our estimates imply 8% EPS growth on average over the next two years. Our long-term earnings growth rate forecast is 17%.

Search advertising, whether on Google sites or through its third-party Google Network (on desktop or mobile), remains the crucial revenue driver, even as other businesses, like YouTube, Google Play and Google Cloud Platform (the so-called 'second wave') have ramped up. Management often notes that it manages for the long term and that quarterly results can be lumpy; however, it has only grudgingly released key performance indicators that might illustrate the health of its important advertising and nonadvertising businesses: YouTube, Google Cloud Platform, and hardware. The lack of relevant information leads to higher investor

uncertainty and risk, and could be a negative for GOOGL shares. Alphabet's decision to begin reporting Google Cloud Platform as a separate division in 4Q20 is a small step in the right direction.

Aside from advertising, Google is looking to apply its deep research into artificial intelligence across the company's platforms and applications. Its three primary 'bets' for the immediate future are YouTube, the Google Cloud Platform (GCP), and hardware. YouTube has taken a number of steps to move forward from issues surrounding the appearance of noxious content on the service. As usual, Google has responded with technical solutions, using AI to prevent advertising from being matched with inappropriate content and changing its platform rules around childrens' content. With GCP, Google has provided a steady stream of improvements, as it does with most of its products, and is working to differentiate its services through AI. It has also moved to provide discounts, competing on price against Amazon. In addition, it has made strategic acquisitions in the space.

Google is generally thought to be in third place in the hyper-scale public cloud market, well behind Amazon Web Services and Microsoft Azure. It is also partnering with multinational giants, as in its deals with SAP, Salesforce, and Cisco, to integrate business software systems into GCP. Management clearly views GCP as critical to the company's future and in 2018 hired new leadership for the business, replacing Diane Green with former Oracle executive Thomas Kurian. Mr. Kurian has been working to build up GCP's sales effort by ramping up the sales force. The plan is for GCP's sales team to triple in size over the next few years. Google has often been an also-ran in hardware, particularly compared to Apple, with its iPhone/iPad juggernaut, and even Amazon with its Kindle and Echo voice-activated home assistant. Google has been plugging away with another line of mobile and in-home devices, but has not yet come up with a must-have device.

Google's YouTube announced its new streaming television channel service, called 'YouTubeTV,' on February 28, 2017. It had previously been referred to as 'Unplugged.' The service, technically a virtual multichannel video program distribution service ('VMVPD'), became another formidable competitor in the over-the-top (OTT) streaming video market. This market already includes Hulu Live TV, Dish's Sling, and AT&T TVNow, as well as a host of other OTT services like Netflix, Amazon Prime Video, and Disney+. We say 'formidable' because YouTube users already spend over a billion hours a day watching its short-form content offerings; it thus has a huge potential customer base. YouTube TV got a leg up with its debut on both the Roku and Apple TV streaming devices. The company has also partnered with Verizon, the largest wireless provider in the U.S. and a possibly growing player in the 5G connected home market. YouTubeTV charges a $40 per month subscription fee for an initial lineup of 40 channels, including the major broadcast networks (CBS, NBC, ABC, and FOX) as well as an assortment of cable channels like the ESPN and FOX sports channels and nearly all of NBC/Universal's and FOX's other cable channels. YouTube TV subscribers have access to the content on YouTube's cheaper $9.95 per month content subscription service, YouTube Premium. On the 3Q call, CEO Pichai said that YouTube had over 30 million music and premium paid subscribers, while YouTube TV had 3 million paid subscribers.

On November 1, 2019, Alphabet's Google division agreed to acquire wearable fitness tracker maker Fitbit (FIT) for $2.1 billion





## Analyst's Notes...Continued

in cash ($7.35 per share). Fitbit, with a global user base of 28 million, plans to remain 'platform-agnostic,' i.e., available on both Android (Google) and iOS (Apple) devices. The deal is subject to regulatory and Fitbit shareholder approval. While we do not anticipate a problem with shareholder approval given the significant acquisition premium, regulatory approval could be challenging due to the ongoing U.S. and international investigations into Google, particularly related to antitrust issues. Google and Fitbit expect to complete the deal in 2020.

With the proposed acquisition, Google management is doubling down on its commitment to wearables. Google's track record in devices has been pretty feeble - even putting aside the Google Glass disaster several years ago. The company has developed products like the Pixel smartphone and expanded into in-home devices, smart speakers and wearables, though with relatively little success. For its part, Fitbit has a reasonably solid 24% share (according to Canalys) of the North American smartwatch market and a 10% global share, well behind Apple's 46% (according to Strategy Analytics). The popularity of the Android operating system with third-party watch/wearables makers might give Google a boost as it expands its wearable line. However, even if the acquisition wins regulatory approval, we remain skeptical about the ability of Alphabet/Google - despite its power as an online information/advertising aggregator - to compete successfully in a very different business where Apple is dominant.

### FINANCIAL STRENGTH & DIVIDEND

Our financial strength rating on Alphabet is High, our highest rating. The company's credit ratings are in the high A's, high-quality investment grade, with stable outlooks.

The company does not pay a dividend. Alphabet repurchased $2.25 billion of its stock in the first nine months of 2020, up from $12.3 billion in the same period last year. The share count fell about 2% from 3Q19. Google appears committed to continuing large share repurchases, and with $132.6 billion in cash on the balance sheet, certainly has the liquidity to do so.

### RISKS

Like all advertising-dependent companies, Alphabet could be severely hurt by the COVID-19 economic slowdown and the concomitant decline in ad spending; however, the rebound in 3Q is encouraging.

Like Microsoft and Intel before it, Alphabet has run into serious antitrust issues. The European Commission has issued adverse rulings and levied record-breaking fines with perhaps more to come. The U.S Department of Justice has filed an antitrust complaint against Alphabet's Google division. While these issues may take years to play out, Alphabet could one day be subject to onerous regulation and perhaps even to a forced breakup, as well as to additional fines. Even its current efforts to abide by recent EC rulings could provide openings for competitors to take market share.

Alphabet's internet advertising-based businesses are highly competitive and subject to rapid and disruptive technological change. Alphabet must keep up with, if not lead, such changes to remain relevant. The rapid adoption of mobile connectivity is a strong secular trend and Google competitor Facebook has developed a mobile advertising platform to challenge Google's hegemony in digital advertising. Another deep-pocketed tech competitor, Amazon, has also decided to move into the advertising

business, which threatens Alphabet/Google's industry position. Mobile search, particularly important to Alphabet/Google, remains a vibrant business. While mobile search queries are accelerating, mobile advertising typically carries a lower rate. Alphabet must find ways to profitably capitalize on emerging platforms in order to sustain its growth. R&D has been steadily climbing over the past three years - to 16.1% in 2019 from 15.7% in 2018 and 15% in 2017.

The Snowden revelations of National Security Administration spying on personal e-mails and communications collected from internet service providers, including Alphabet, was just the beginning of concerns about tech firms' use of personal data. The Cambridge Analytica and Russian troll scandals surrounding Facebook and Google's own data security issues could lead to greater regulation of all internet-related tech firms, as many nations are considering legislation that would restrict the use of personal data and ensure that this data remains stored within national boundaries. In particular, China passed a law in July 2017 mandating that all data from Chinese users be kept within its national boundaries. As illogical as this idea sounds given the global nature of the worldwide web, the threat of such laws to Alphabet's business is real. For example, Alphabet's capex and opex costs would increase substantially if it were required to maintain a data center in each country in which it operates rather than using its current regional data center model. We also note that Europe's General Data Protection Regulation (GDPR), which took effect on May 25, 2018, raises additional legal and compliance risks.

Alphabet's growth could slow if it is unable to acquire the technologies, talent, and customers that management believes are necessary to sustain long-term performance. Other risks relate to the integration of acquisitions and the retention of key personnel in the highly competitive internet technology sector. The company lost Regina Dugan, the head of Google's Advanced Technologies and Products Group, to Facebook, in April 2016 - another in a long line of senior executives who have moved on to other companies. These include Chief Business Officer Nikesh Aurora, who resigned in July 2014 to become COO of Japanese telecom SoftBank; Sheryl Sandberg, now the COO of Facebook; and Marissa Mayer, who became CEO of Yahoo. We think the reorganization into Alphabet was, in part, designed to stem the brain drain to other companies by giving business unit leaders more responsibility and freedom.

If Alphabet's financial results fall short of expectations in any given period, shareholders could quickly lose a significant portion of their investment. Indeed, momentum investors typically abandon a stock that is in decline, exacerbating the pullback. Investors should recognize that Alphabet's operating expenditures are driven by management's desire to capitalize on long-term growth opportunities - not by Wall Street's financial models or focus on quarterly results. Moreover, analysts have sometimes overestimated Alphabet's bottom line. Another risk for Alphabet is the growing complexity of managing global operations, with foreign exchange risk and hedging becoming a greater factor in the company's results.

Management does not provide forecasts and instead discusses the business only in general terms. This leads to large variances - positive or negative - between consensus estimates and actual results. In addition, while the first and fourth quarters are

**Please see important information about this report on page 7**

©2020 Argus Research Company

**Argus** Analyst Report





## Analyst's Notes...Continued

seasonally strong, the second and third quarters are seasonally slower - and the investment community may underestimate or overestimate these seasonal effects. Large negative variances to consensus are likely to hurt GOOGL shares.

Finally, management may not be able to efficiently guide the company's rapid growth. Competitive pressures are also likely to increase as Alphabet's rivals - Apple, Facebook, Amazon, Yahoo, and Microsoft - continue their attempts to capture market share in the online advertising space, enterprise cloud computing, streaming internet video and other competitive markets.

### COMPANY DESCRIPTION

Alphabet, formerly called Google, maintains the largest online index of websites accessible through automated search technology and generates revenue through online advertising, cloud services, and hardware. Google is now an operating segment of Alphabet. The company was founded in 1998 by Sergey Brin and Larry Page and went public in 2004.

Google's AdWords is an auction-based program that lets businesses display ads along with particular search results. Google's AdSense program enables websites in the company's network to serve targeted ads, based on search terms or web content, from AdWords advertisers. Most of the revenue generated through AdSense is shared with network partners. Alphabet also owns YouTube.com, the web-based video site, and has expanded into mobile telephony with its Android smartphone operating system. About 54% of Alphabet's revenue is generated outside the United States.

On April 3, 2014, Alphabet's new nonvoting class C shares began trading under the ticker 'GOOG.' Alphabet's publicly held class A shares switched to the ticker 'GOOGL.' The effect of the new class C share issuance was a noneconomic 2-for-1 stock split.

### VALUATION

Alphabet shares are up 16% year-to-date, much better than the 2.5% capital gain for the S&P 500 though below the 25% return for the S&P Interactive Media Industry Index and the 80% gain for the NYSE Fang+ Index. We believe that the shares remain attractively valued given the company's rapidly expanding businesses. Alphabet's lagging EV/EBITDA multiple of 20.2 is below the peer median of 22. The forward EV/EBITDA multiple of 14 is 1% below the peer average, compared to an average premium of 5% over the past two years. We are maintaining our BUY rating on GOOGL and raising our target price to $1850.

On October 30, BUY-rated GOOGL closed at $1616.11, up $59.23.

**Please see important information about this report on page 7**

©2020 Argus Research Company



## About Argus

Argus Research, founded by Economist Harold Dorsey in 1934, has built a top-down, fundamental system that is used by Argus analysts. This six-point system includes Industry Analysis, Growth Analysis, Financial Strength Analysis, Management Assessment, Risk Analysis and Valuation Analysis.

Utilizing forecasts from Argus' Economist, the Industry Analysis identifies industries expected to perform well over the next one-to-two years.

The Growth Analysis generates proprietary estimates for companies under coverage.

In the Financial Strength Analysis, analysts study ratios to understand profitability, liquidity and capital structure.

During the Management Assessment, analysts meet with and familiarize themselves with the processes of corporate management teams.

Quantitative trends and qualitative threats are assessed under the Risk Analysis.

And finally, Argus' Valuation Analysis model integrates a historical ratio matrix, discounted cash flow modeling, and peer comparison.

### THE ARGUS RESEARCH RATING SYSTEM

Argus uses three ratings for stocks: BUY, HOLD, and SELL. Stocks are rated relative to a benchmark, the S&P 500.

- A BUY-rated stock is expected to outperform the S&P 500 on a risk-adjusted basis over a 12-month period. To make this determination, Argus Analysts set target prices, use beta as the measure of risk, and compare expected risk-adjusted stock returns to the S&P 500 forecasts set by the Argus Market Strategist.
- A HOLD-rated stock is expected to perform in line with the S&P 500.
- A SELL-rated stock is expected to underperform the S&P 500.

## Argus Research Disclaimer

Argus Research Co. (ARC) is an independent investment research provider whose parent company, Argus Investors' Counsel, Inc. (AIC), is registered with the U.S. Securities and Exchange Commission. Argus Investors' Counsel is a subsidiary of The Argus Research Group, Inc. Neither The Argus Research Group nor any affiliate is a member of the FINRA or the SIPC. Argus Research is not a registered broker dealer and does not have investment banking operations. The Argus trademark, service mark and logo are the intellectual property of The Argus Research Group, Inc. The information contained in this research report is produced and copyrighted by Argus Research Co., and any unauthorized use, duplication, redistribution or disclosure is prohibited by law and can result in prosecution. The content of this report may be derived from Argus research reports, notes, or analyses. The opinions and information contained herein have been obtained or derived from sources believed to be reliable, but Argus makes no representation as to their timeliness, accuracy or completeness or for their fitness for any particular purpose. In addition, this content is not prepared subject to Canadian disclosure requirements. This report is not an offer to sell or a solicitation of an offer to buy any security. The information and material presented in this report are for general information only and do not specifically address individual investment objectives, financial situations or the particular needs of any specific person who may receive this report. Investing in any security or investment strategies discussed may not be suitable for you and it is recommended that you consult an independent investment advisor. Nothing in this report constitutes individual investment, legal or tax advice. Argus may issue or may have issued other reports that are inconsistent with or may reach different conclusions than those represented in this report, and all opinions are reflective of judgments made on the original date of publication. Argus is under no obligation to ensure that other reports are brought to the attention of any recipient of this report. Argus shall accept no liability for any loss arising from the use of this report, nor shall Argus treat all recipients of this report as customers simply by virtue of their receipt of this material. Investments involve risk and an investor may incur either profits or losses. Past performance should not be taken as an indication or guarantee of future performance. Argus has provided independent research since 1934. Argus officers, employees, agents and/or affiliates may have positions in stocks discussed in this report. No Argus officers, employees, agents and/or affiliates may serve as officers or directors of covered companies, or may own more than one percent of a covered company's stock. Argus Investors' Counsel (AIC), a portfolio management business based in Stamford, Connecticut, is a customer of Argus Research Co. (ARC), based in New York. Argus Investors' Counsel pays Argus Research Co. for research used in the management of the AIC core equity strategy and model portfolio and UIT products, and has the same access to Argus Research Co. reports as other customers. However, clients and prospective clients should note that Argus Investors' Counsel and Argus Research Co., as units of The Argus Research Group, have certain employees in common, including those with both research and portfolio management responsibilities, and that Argus Research Co. employees participate in the management and marketing of the AIC core equity strategy and UIT and model portfolio products.

## Morningstar Disclaimer

© 2020 Morningstar, Inc.  All Rights Reserved.  Certain financial information included in this report: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely.  Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information.  Past performance is no guarantee of future results.