# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>Defendants. | Case No. 3:23-CV-01186-RFL |

**PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS ALPHABET INC., GOOGLE LLC, AND SUNDAR PICHAI**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Lead Plaintiffs Menora Mivtachim Insurance Ltd. and Menora Mivtachim Pensions and Gemel Ltd. and additional Named Plaintiffs AMI - Government Employees Provident Fund Management Company Ltd., City of Fort Lauderdale Police & Fire Retirement System, and More Mutual Funds Management (2013) Ltd. (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby request that Defendants Alphabet, Inc. ("Alphabet" or the "Company"), Google LLC ("Google") and Sundar Pichai ("Pichai") (collectively, the "Defendants"), produce for inspection all Documents described below, within your actual or constructive possession, custody or control, in accordance with the following definitions and instructions at the offices of Pomerantz LLP, 600 Third Avenue, 20th Floor, New York, New York 10016 within thirty (30) days of the date of service or at such other location or on such other date as the parties may agree or the Court may order.

1

**RELEVANT TIME PERIOD**

Unless otherwise indicated, the time period covered by these Requests is from January 1, 2017 through December 31, 2023 (the "Relevant Time Period"). To the extent any Request indicates that this time period does not apply, the Request is not limited by this time period. If, however, information generated before or after the Relevant Time Period is necessary for a correct or complete understanding of these Document Requests, the documents shall be disclosed. If any document is undated and the date of its preparation cannot be determined, the document shall be disclosed if otherwise responsive to these Document Requests.

**DOCUMENT REQUESTS**

1.      Documents sufficient to show the overall organizational, corporate, and operating structure of Alphabet and Google and its consolidated subsidiaries, Including organizational charts and other Documents that Identify the employees and reporting structure within Alphabet and Google.

2.      All Documents and Communications Concerning the Network Bidding Agreement, including All Documents and Communications Concerning All drafts, versions, redlines, and amendments to the Network Bidding Agreement, before and after its execution. For the avoidance of doubt, this Request includes but is not limited to All Documents and Communications between You and Facebook.

3.      The Network Bidding Agreement and All drafts, versions, redlines, and amendments to the Network Bidding Agreement, before and after its execution.

4.      All Documents and Communications Concerning Facebook's participation (including whether contemplated, discussed, proposed, and/or actual participation) in Header Bidding.

12

circulated in connection with such meetings (including All drafts) Concerning Alphabet and/or Google's ad tech business.

19. All Documents and Communications between Alphabet or Google and/or its agents, on the one hand, and analysts, investors, and/or members of the media, on the other hand, Concerning the Network Bidding Agreement, Ad Tech Products, Ad Tech Auction Mechanics, the ad tech business, including All Documents and Communications Concerning the allegations in the Complaint, and the announcements and/or disclosures made at ¶¶259-278 of the Complaint.

20. All Documents and Communications Concerning the allegations made at paragraphs 259-278 of the Complaint, including the actual or potential impact of the disclosures on Alphabet's stock price.

21. All Documents that Defendants intend to rely on, or use, to oppose any application to certify a class in this Action.

22. All Documents and Communications constituting or concerning Any insurance policy, indemnification or hold harmless agreement, or other source that may be used to defend or satisfy all or part of Any possible monetary liability in connection with Any of the claims asserted in this Action.

23. For all policies or agreements identified in connection with the request above, Documents sufficient to Identify the amount of insurance coverage that has been depleted or remains on such policies or agreements.

24. All Documents produced to You in connection with this Action by anyone other than Plaintiffs. This Request is not limited to the Relevant Time Period.

25. Documents sufficient to show Alphabet's and Google's policies, procedures, or

practices concerning record retention and destruction, legal holds, and preservation of Documents, Including ESI, following the issuance of a legal hold notice.

26.     Documents sufficient to Identify each Person who received Any legal hold, preservation notice, or the equivalent thereof with respect to Documents potentially related to the subject matter of this Action, including the date(s) on which they received such Communication(s).

27.     All Documents and Communications Concerning All investigation(s) conducted into Alphabet's or Google's policies, procedures, or practices concerning record retention and destruction, legal holds, and/or preservation of Documents.

28.     All Documents and Communications Concerning the instruction, direction, approval, authorization, ratification, and/or implementation of any deletion policy at Alphabet and/or Google for Documents and Communications, including for any Chat Documents and Communications.

Dated: June 11, 2025                                  POMERANTZ LLP

By:  */s/ Emma Gilmore*

Jeremy A. Lieberman (admitted *pro hac vice*)
Emma Gilmore (admitted *pro hac vice*)
Villi Shteyn (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
vshteyn@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190