UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALPHABET INC., et al., <br><br> Defendants. | Case No.: 23-cv-01186-RFL <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' DISCOVERY REQUESTS** <br><br> The Honorable Rita F. Lin |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' DISCOVERY REQUESTS

WHEREAS, on May 15, 2025, the Court's Scheduling Order (ECF No. 121) denied Defendants' request for staged discovery and ordered production of discovery to the full extent permitted by Federal Rule of Civil Procedure 26.

WHEREAS, Defendants have not produced discovery in accordance with the Scheduling Order and as required by Federal Rule of Civil Procedure 26.

WHEREAS, the Court has considered the motion of Lead Plaintiffs Menora Mivtachim Insurance Ltd. and Menora Mivtachim Pensions and Gemel Ltd., and additional Named Plaintiffs AMI - Government Employees Provident Fund Management Company Ltd. and City of Fort Lauderdale Police & Fire Retirement System (collectively, "Plaintiffs") for entry of an Order compelling Defendants Alphabet Inc., Google LLC, and Sundar Pichai (collectively,

"Defendants") to produce documents and communications responsive to Plaintiffs' First Set of Requests for Production ("RFPs"),[1] and the Court hereby orders that:

1. Plaintiffs' motion is **GRANTED**;

2. The Scheduling Order (ECF No. 121) does not permit staged, circumscribed, or in any way limited discovery. The Scheduling Order entitles Plaintiffs to the full breadth of their discovery rights as permitted under Fed. R. Civ. P. 26. Defendants are directed to comply with all discovery obligations as reflected in the Scheduling Order and the Federal Rules of Civil Procedure;

3. Unless otherwise indicated, the Relevant Time Period covered by the RFPs in Plaintiffs' First Set of Requests for Production is February 1, 2017 (when Google's advantages over bidding participants started and negotiations with Facebook are alleged to have begun) to January 23, 2023 (the end of the Class Period);

4. For **RFP 25**, Defendants shall produce Documents sufficient to show Alphabet's and Google's policies, procedures, or practices concerning record retention and destruction, legal holds, and preservation of Documents, including electronically stored information ("ESI"), following the issuance of a legal hold notice;

5. For **RFP 27**, Defendants shall produce all Documents and Communications concerning All investigation(s) conducted into Alphabet's or Google's policies, procedures, or practices concerning record retention and destruction, legal holds, and/or preservation of Documents.

6. For **RFP 28**, Defendants shall produce all Documents and Communications concerning the instruction, direction, approval, authorization, ratification, and/or implementation of any deletion policy at Alphabet and/or Google for Documents and Communications, including for any Chat Documents and Communications.

---

[1] "Request(s)" or "RFP(s)" refer to Plaintiffs' First Set of Requests for Production to Defendants, dated June 11, 2025.

[PROPOSED] ORDER GRANTING PLAINTIFFS' DISCOVERY REQUESTS - 3:23-cv-01186-RFL

IT IS SO ORDERED.

Dated: _____                    _____
                                        The Honorable Rita F. Lin
                                        United States District Judge