BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELENA HADJIMICHAEL, State Bar No. 355715
elena.hadjimichael@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>ALPHABET INC., et al.,<br><br>Defendants. | Case No.: 3:23-cv-01186-RFL<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' DISCOVERY REQUEST**<br><br>Location:   Courtroom 15 – 18th Floor<br>Judge:      Rita F. Lin |

[PROPOSED] ORDER DENYING DISCOVERY REQUEST
CASE NO. 3:23-CV-01186-RFL

## [PROPOSED] ORDER

This matter came before the Court on the Parties' Joint Discovery Letter. Having considered the Letter, and good cause appearing therefor, the Court hereby orders:

1. Plaintiffs' request to expand the scope of the Court's May 15 Scheduling Order is DENIED;

2. Plaintiffs' request to extend the relevant time period is DENIED;

3. Plaintiffs' requests to resolve Requests for Production 25, 27, and 28 in Plaintiffs' favor are DENIED.

   IT IS SO ORDERED.

Dated: _____          _____
                                               Hon. Rita F. Lin
                                               United States District Judge

[PROPOSED] ORDER DENYING DISCOVERY REQUEST  -1-
CASE NO. 3:23-CV-01186-RFL