# EXHIBIT 4

Case 2:23-cv-01186-RFL    Document 143-4    Filed 01/13/26    Page 2 of 3



# HOUSE COMMITTEE ON THE JUDICIARY
Democrats | Ranking Member Jamie Raskin

⌂  **COMMITTEE ACTIVITY**   **UPCOMING HEARINGS**

---

## Online Platforms and Market Power, Part 6: Examining the Dominance of Amazon, Apple, Facebook, and Google

**Hearing**
**Date:**
Wed, 07/29/2020 - 12:00 PM
**Location:**
2141 RHOB

**Witnesses**
Panel 1

Mr. Jeff Bezos

Chief Executive Officer, Amazon.com, Inc.

**Jeff Bezos Statement**

**Jeff Bezos Bio**

**Jeff Bezos Truth in Testimony**

Mr. Sundar Pichai

Chief Executive Officer, Alphabet Inc.

**Sundar Pichai Bio**

**Sundar Pichai Statement**

**Sundar Pichai Truth in Testimony**

Mr. Tim Cook

Chief Executive Officer, Apple Inc.

**Tim Cook Statement and Bio**

**Tim Cook Truth in Testimony**

Mr. Mark Zuckerberg

Chief Executive Officer, Facebook, Inc.

**Mark Zuckerberg Statement**

**Mark Zuckerberg Truth in Testimony**

**Meeting Documents**
**Hearing Notice**

**Hearing Notice - Revision 1**

**ClinIQ Statement for the Record**

EPIC Statement for the Record

Tik Tok Letter for the Record

Connected Commerce Council Statement for the Record

Margrethe Vestager Statement for the Record

National Association of Wholesaler-Distributors Statement for the Record

Amnesty International Statement for the Record

Color of Change Letter for the Record

Open Technology Institute Statement for the Record

Kelkoo Statement for the Record

The Leadership Conference on Civil and Human Rights Letter for the Record

Online Merchant Guild Statement for the Record

American Psychological Association Letter for the Record

Computer & Communications Industry Association Statement for the Record

NetChoice Statement for the Record

Letter to Apple by Representatives Greg Walden and Cathy McMorris Rodgers from the Honorable Kelly Armstrong

Letter to Google by Representatives Greg Walden and Cathy McMorris Rodgers from the Honorable Kelly Armstrong

Wall Street Journal Article "Police Requests for Google Users Location Histories Face New Scrutiny" from the Honorable Kelly Armstrong

Demonstratives Used At Hearing

International Center for Law & Economics Statement for the Record

TechFreedom Statement for the Record

Mr. Pichai Responses to Questions for the record

Mr. Bezos Responses to Questions for the Record

Mr. Zuckerberg Responses to Questions for the Record

Mr. Cook Responses to Questions for the Record from The Honorable David N. Cicilline

Mr. Cook Responses to Questions for the Record from The Honorable Kelly Armstrong

Mr. Cook Responses to Questions for the Record from The Honorable Ken Buck

Mr. Cook Responses to Questions for the Record from The Honorable Pramila Jayapal

Mr. Cook Responses to Questions for the Record from The Honorable Hank Johnson

Mr. Cook Responses to Questions for the Record from The Honorable Guy Reschenthaler
Subcommittees
Antitrust, Commercial, and Administrative Law (116th Congress)