# EXHIBIT 5

Case 2:23-cv-01186-RFL    Document 143-5    Filed 01/13/26    Page 2 of 3

# Hearing: Online Platforms and Market Power, Part 6: Examining the Dominance of Amazon, Apple, Facebook, and Google

Subcommittee on Antitrust, Commercial, and Administrative Law (Committee on the Judiciary)

Wednesday, July 29, 2020 (12:00 PM)

*Meeting was rescheduled to the time and date listed above.*

**2141 RHOB**
Washington, D.C.

## Witnesses

**Mr. Jeff Bezos**
Chief Executive Officer, Amazon.com, Inc.
**Added 07/28/2020 at 07:32 PM**

Jeff Bezos Statement [PDF]
**Added 07/28/2020 at 07:32 PM**
Jeff Bezos Truth in Testimony [PDF]
**Added 07/30/2020 at 01:24 PM**
Jeff Bezos Bio [PDF]
**Added 07/30/2020 at 01:24 PM**

**Mr. Sundar Pichai**
Chief Executive Officer, Alphabet Inc.
**Added 07/28/2020 at 07:32 PM**

Sundar Pichai Statement [PDF]
**Added 07/28/2020 at 07:32 PM**
Sundar Pichai Truth in Testimony [PDF]
**Added 07/30/2020 at 01:24 PM**
Sundar Pichai Bio [PDF]
**Added 07/30/2020 at 01:24 PM**

**Mr. Tim Cook**
Chief Executive Officer, Apple Inc.
**Added 07/28/2020 at 07:32 PM**

Tim Cook Statement and Bio [PDF]
**Added 07/28/2020 at 08:30 PM**
Tim Cook Truth in Testimony [PDF]
**Added 07/30/2020 at 05:04 PM**

**Mr. Mark Zuckerberg**
Chief Executive Officer, Facebook, Inc.
**Added 07/28/2020 at 07:32 PM**

Mark Zuckerberg Statement [PDF]
**Added 07/28/2020 at 07:32 PM**
Mark Zuckerberg Truth in Testimony [PDF]
**Added 07/30/2020 at 01:24 PM**

## Support Documents

Hearing Notice [PDF]
Hearing Notice - Revision 1 [PDF]
**Added 07/24/2020 at 03:48 PM**
ClinIQ Statement for the Record [PDF]
**Added 07/30/2020 at 05:04 PM**
EPIC Statement for the Record [PDF]
**Added 07/30/2020 at 05:04 PM**
Tik Tok Letter for the Record [PDF]
**Added 07/30/2020 at 05:04 PM**
Connected Commerce Council Statement for the Record [PDF]
**Added 07/30/2020 at 05:04 PM**
Margrethe Vestager Statement for the Record [PDF]
**Added 07/30/2020 at 05:04 PM**
National Association of Wholesaler-Distributors Statement for the Record [PDF]
**Added 07/30/2020 at 05:04 PM**

Amnesty International Statement for the Record [PDF]
**Added 07/30/2020 at 05:04 PM**

Color of Change Letter for the Record [PDF]
**Added 07/30/2020 at 05:04 PM**

Open Technology Institute Statement for the Record [PDF]
**Added 07/31/2020 at 05:02 PM**

Kelkoo Statement for the Record [PDF]
**Added 08/04/2020 at 01:47 PM**

The Leadership Conference on Civil and Human Rights Letter for the Record [PDF]
**Added 08/04/2020 at 01:47 PM**

Online Merchant Guild Statement for the Record [PDF]
**Added 08/05/2020 at 05:17 PM**

American Psychological Association Letter for the Record [PDF]
**Added 08/05/2020 at 05:17 PM**

Computer & Communications Industry Association Statement for the Record [PDF]
**Added 09/03/2020 at 02:47 PM**

NetChoice Statement for the Record [PDF]
**Added 09/03/2020 at 02:47 PM**

Letter to Apple by Representatives Greg Walden and Cathy McMorris Rodgers from the Honorable Kelly Armstrong [PDF]
**Added 09/03/2020 at 02:47 PM**

Letter to Google by Representatives Greg Walden and Cathy McMorris Rodgers from the Honorable Kelly Armstrong [PDF]
**Added 09/03/2020 at 02:47 PM**

Wall Street Journal Article "Police Requests for Google Users' Location Histories Face New Scrutiny" from the Honorable Kelly Armstrong [PDF]
**Added 09/03/2020 at 02:47 PM**

Demonstratives Used At Hearing [PDF]
**Added 09/03/2020 at 02:50 PM**

International Center for Law & Economics Statement for the Record [PDF]
**Added 09/04/2020 at 02:33 PM**

TechFreedom Statement for the Record [PDF]
**Added 09/10/2020 at 09:26 AM**

## Hearing Record

Mr. Pichai Responses to Questions for the record [PDF]
**Added 09/14/2020 at 04:13 PM**
**Updated 09/16/2020 at 01:52 PM**
**Mr. Pichai submitted a clarified version of his responses to Mr. Armstrong's questions for the record on September 15, 2020.**

Mr. Bezos Responses to Questions for the Record [PDF]
**Added 09/14/2020 at 04:13 PM**

Mr. Zuckerberg Responses to Questions for the Record [PDF]
**Added 09/14/2020 at 04:13 PM**

Mr. Cook Responses to Questions for the Record from The Honorable David N. Cicilline [PDF]
**Added 09/14/2020 at 04:13 PM**

Mr. Cook Responses to Questions for the Record from The Honorable Kelly Armstrong [PDF]
**Added 09/14/2020 at 04:13 PM**

Mr. Cook Responses to Questions for the Record from The Honorable Ken Buck [PDF]
**Added 09/14/2020 at 04:13 PM**

Mr. Cook Responses to Questions for the Record from The Honorable Pramila Jayapal [PDF]
**Added 09/14/2020 at 04:13 PM**

Mr. Cook Responses to Questions for the Record from The Honorable Hank Johnson [PDF]
**Added 09/14/2020 at 04:13 PM**

Mr. Cook Responses to Questions for the Record from The Honorable Guy Reschenthaler [PDF]
**Added 09/14/2020 at 04:13 PM**

First Published: July 6, 2020 at 07:16 PM
Last Updated: September 16, 2020 at 01:53 PM

Office of the Clerk, U.S. House of Representatives