# EXHIBIT 7

| מקור | קוד בנק | תאור פעולה בבנק | פרטים | מס' פעולה | אסמכתא | חשבון | תאור מטבע פעולה |
|---|---|---|---|---|---|---|---|
| בנק | 001 | קניה בבורסה | | 20211917 | 00034460 | | דולר דנאל |
| ידני | | | | 20213081 | 00052407 | | דולר דנאל |
| ידני | | | | 20213121 | 071028872 | | דולר דנאל |
| ידני | | | | 20213157 | 071028872 | | דולר דנאל |
| בנק | 101 | קניה בבורסה | | 20495805 | 071028872 | | דולר דנאל |
| בנק | 101 | קניה בבורסה | | 20495821 | 071028872 | | דולר דנאל |
| ידני | | | | 20497196 | 00052407 | | דולר דנאל |
| בנק | 001 | קניה בבורסה | | 20499670 | 00035970 | | דולר דנאל |
| בנק | 001 | קניה בבורסה | | 20503607 | 00036980 | | דולר דנאל |
| ידני | | | | 20505565 | 00052407 | | דולר דנאל |
| ידני | | | | 20505605 | 071028872 | | דולר דנאל |
| ידני | | | | 20505630 | 071028872 | | דולר דנאל |
| בנק | 002 | מכירה בבורסה | | 20570362 | 00036270 | | דולר דנאל |
| ידני | | | | 20577237 | 00052407 | | דולר דנאל |
| ידני | | | | 20577310 | 071028872 | | דולר דנאל |
| ידני | | | | 20577375 | 071028872 | | דולר דנאל |
| בנק | 511 | מכירה | | 20752703 | 00052407 | | דולר דנאל |
| בנק | 002 | מכירה בבורסה | | 20800030 | 00034620 | | דולר דנאל |
| ידני | | | | 20801921 | 00052407 | | דולר דנאל |
| ידני | | | | 20801951 | 071028872 | | דולר דנאל |
| ידני | | | | 20801965 | 071028872 | | דולר דנאל |
| ידני | | | | 20801967 | 071028872 | | דולר דנאל |
| ידני | | | | 20801969 | 071028872 | | דולר דנאל |
| ידני | | | | 20801971 | 071028872 | | דולר דנאל |
| ידני | | | | 20801973 | 071028872 | | דולר דנאל |
| בנק | 151 | מכירה בבורסה | | 20807126 | 071028872 | | דולר דנאל |
| בנק | 151 | מכירה בבורסה | | 20807178 | 071028872 | | דולר דנאל |
| בנק | 151 | מכירה בבורסה | | 20807203 | 071028872 | | דולר דנאל |
| בנק | 002 | מכירה בבורסה | | 20865787 | 00034340 | | דולר דנאל |
| בנק | 522 | מכירת ניעז | | 20885673 | 00052407 | | דולר דנאל |
| בנק | 511 | מכירה | | 20942195 | 00052407 | | דולר דנאל |
| בנק | 101 | קניה בבורסה | | 20986459 | 071028872 | | דולר דנאל |
| בנק | 101 | קניה בבורסה | | 20986475 | 071028872 | | דולר דנאל |
| בנק | 826 | קניה קסטו | | 20986485 | 00052407 | | דולר דנאל |
| בנק | 001 | קניה בבורסה | | 20989456 | 00034270 | | דולר דנאל |
| ידני | | | | 21167010 | | | דולר דנאל |
| ידני | | | | 21167031 | | | דולר דנאל |

דוח תנועות -23.01.23_01.01.20

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| דולר דנאל | | | 21167070 | | | | ידני |
| דולר דנאל | | | 21171058 | | | | ידני |
| דולר דנאל | | 071028872 | 21180876 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 00033920 | 21197848 | | קניה בבורסה | 001 | בנק |
| דולר דנאל | | 071028872 | 21198592 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 071028872 | 21198641 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 071028872 | 21198688 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 00052407 | 21199396 | | | | ידני |
| דולר דנאל | | 071028872 | 21199412 | | | | ידני |
| דולר דנאל | | 071028872 | 21199430 | | | | ידני |
| דולר דנאל | | 071028872 | 21279032 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 071028872 | 21279073 | | מכירה בבורסה | 151 | בנק |
| דולר דנאל | | 071028872 | 21279115 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 071028872 | 21279159 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 071028872 | 21395747 | | מכירה בבורסה | 151 | בנק |
| דולר דנאל | | 071028872 | 21395763 | | מכירה בבורסה | 151 | בנק |
| דולר דנאל | | 071028872 | 21395794 | | מכירה בבורסה | 151 | בנק |
| דולר דנאל | | 0 | 21549907 | | | 11 | בנק |
| דולר דנאל | | 0 | 21550039 | | | 7 | בנק |
| דולר דנאל | | 071028872 | 21575081 | | מכירה בבורסה | 151 | בנק |
| דולר דנאל | | 071028872 | 21581754 | | מכירה בבורסה | 151 | בנק |
| דולר דנאל | | 071028872 | 21581766 | | מכירה בבורסה | 151 | בנק |
| דולר דנאל | | 0 | 21625678 | | | 11 | בנק |
| דולר דנאל | | 0 | 21625744 | | | 7 | בנק |
| דולר דנאל | | 071028872 | 21864929 | | | | ידני |
| דולר דנאל | | 071028872 | 21864940 | | | | ידני |
| דולר דנאל | | 071028872 | 21969235 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 071028872 | 21969272 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 071028872 | 21969306 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 71028872 | 22555639 | | מכירה בבורסה | 151 | בנק |
| דולר דנאל | | 71028872 | 22555727 | | מכירה בבורסה | 151 | בנק |
| דולר דנאל | | 71028872 | 22555741 | | מכירה בבורסה | 151 | בנק |
| דולר דנאל | | 71028872 | 22868998 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 71028872 | 22869076 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 00032120 | 22945409 | | קניה בבורסה | 001 | בנק |
| דולר דנאל | | 71028872 | 22949494 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 71028872 | 22949546 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 71028872 | 22949555 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 71028872 | 22953814 | | | | ידני |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| דולר דנאל | | 71028872 | 22953820 | | | | ידני |
| דולר דנאל | | 71028872 | 23034607 | | | | ידני |
| דולר דנאל | | 71028872 | 23034615 | | | | ידני |
| דולר דנאל | | 71028872 | 23146348 | | | | ידני |
| דולר דנאל | | 71028872 | 23146363 | | | | ידני |
| דולר דנאל | | 71028872 | 23328497 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 71028872 | 23337650 | | | | ידני |
| דולר דנאל | | 71028872 | 23371161 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 71028872 | 23371172 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 71028872 | 23409793 | | | | ידני |
| דולר דנאל | | 71028872 | 23409812 | | | | ידני |
| דולר דנאל | | 71028872 | 23510152 | | | | ידני |
| דולר דנאל | | 71028872 | 23689912 | | | | ידני |
| דולר דנאל | | 71028872 | 23689926 | | | | ידני |
| דולר דנאל | | 71028872 | 23739639 | | | | ידני |
| דולר דנאל | | 71028872 | 23739645 | | | | ידני |
| דולר דנאל | | 71028872 | 23763325 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 71028872 | 23763344 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | | 24033231 | | | | בנק |
| דולר דנאל | | | 24033291 | | | | בנק |
| דולר דנאל | | 71028872 | 24171523 | | | | ידני |
| דולר דנאל | | 71028872 | 24250073 | | | | ידני |
| דולר דנאל | | 71028872 | 24250087 | | | | ידני |
| דולר דנאל | | | 24439930 | | | | ידני |
| דולר דנאל | | | 24439931 | | | | ידני |
| דולר דנאל | | | 24439932 | | | | ידני |
| דולר דנאל | | | 24439933 | | | | ידני |
| דולר דנאל | | | 24439934 | | | | ידני |
| דולר דנאל | | | 24815979 | | | | ידני |
| דולר דנאל | | 71028872 | 24379778 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 71028872 | 24379788 | | קניה בבורסה | 101 | בנק |
| דולר דנאל | | 71028872 | 24527894 | | | | ידני |
| דולר דנאל | | 71028872 | 24677902 | | מכירה בבורסה | 151 | בנק |
| דולר דנאל | | 71028872 | 24678162 | | מכירה בבורסה | 151 | בנק |
| דולר דנאל | | 71028872 | 24678180 | | מכירה בבורסה | 151 | בנק |
| דולר דנאל | | 71028872 | 24965938 | | | | ידני |
| דולר דנאל | | 71028872 | 25059948 | | | | ידני |
| דולר דנאל | | 71028872 | 25202787 | | | | ידני |
| דולר דנאל | | 71028872 | 25202834 | | | | ידני |

דוח תנועות -23.01.23_01.01.20

PLAINTIFFS_00000153

| כמות | שער פעולה | סכום בשקלים | עמלת קניה/מכירה | דמי משמרת | עמלת קורספונדנט | מס | סכום לעו'ש |
|---|---|---|---|---|---|---|---|
| 44.00 | 1,473.292900 | 223,386.57 | 15.51 | 0.00 | 0.00 | 0.00 | -223,402.08 |
| 101.00 | 1,473.292900 | 512,773.69 | 0.00 | 0.00 | 3.48 | 0.00 | -512,777.17 |
| 3,464.00 | 1,473.292900 | 17,596,821.83 | 0.00 | 0.00 | 119.44 | 0.00 | -17,596,941.27 |
| 18,316.00 | 1,473.292900 | 93,043,703.36 | 0.00 | 0.00 | 631.54 | 0.00 | -93,044,334.89 |
| 1,620.00 | 1,124.541100 | 6,552,858.42 | 0.00 | 0.00 | 116.54 | 0.00 | -6,552,974.96 |
| 8,320.00 | 1,124.541100 | 33,654,186.47 | 0.00 | 0.00 | 598.54 | 0.00 | -33,654,785.01 |
| 40.00 | 1,124.541100 | 161,798.96 | 0.00 | 0.00 | 2.88 | 0.00 | -161,801.84 |
| 20.00 | 1,124.541100 | 80,899.48 | 16.19 | 0.00 | 1.80 | 0.00 | -80,917.46 |
| 20.00 | 1,044.274500 | 77,234.54 | 16.64 | 0.00 | 0.00 | 0.00 | -77,251.18 |
| 40.00 | 1,044.274500 | 154,469.08 | 0.00 | 0.00 | 2.96 | 0.00 | -154,472.04 |
| 1,400.00 | 1,044.274500 | 5,347,938.57 | 0.00 | 0.00 | 102.42 | 0.00 | -5,348,040.99 |
| 7,040.00 | 1,044.274500 | 26,892,491.09 | 0.00 | 0.00 | 515.05 | 0.00 | -26,893,006.14 |
| -50.00 | 1,157.061600 | -209,833.12 | 16.32 | 0.00 | 4.64 | 0.00 | 209,812.16 |
| -100.00 | 1,157.061600 | -419,666.24 | 0.00 | 0.00 | 14.73 | 0.00 | 419,651.52 |
| -3,815.00 | 1,157.062000 | -15,908,746.27 | 0.00 | 0.00 | 557.86 | 0.00 | 15,908,188.41 |
| -20,695.00 | 1,157.062000 | -86,299,214.72 | 0.00 | 0.00 | 3,025.99 | 0.00 | 86,296,188.73 |
| -201.00 | 1,410.763500 | -992,188.55 | 14.07 | 0.00 | 21.94 | 0.00 | 992,152.54 |
| -47.00 | 1,437.764800 | -233,944.48 | 15.58 | 0.00 | 0.00 | 0.00 | 233,928.90 |
| -105.00 | 1,437.759800 | -522,640.07 | 0.00 | 0.00 | 13.40 | 0.00 | 522,626.67 |
| -3,670.00 | 1,437.759800 | -18,241,131.77 | 63.44 | 0.00 | 403.16 | 0.00 | 18,240,665.18 |
| 105.00 | 1,437.764800 | 521,887.04 | 0.00 | 0.00 | 0.00 | 0.00 | -521,887.04 |
| 47.00 | 1,437.764800 | 233,606.60 | 0.00 | 0.00 | 0.00 | 0.00 | -233,606.60 |
| -47.00 | 1,437.759800 | -233,605.77 | 0.83 | 0.00 | 5.19 | 0.00 | 233,599.76 |
| -20,178.00 | 1,437.759800 | -100,291,432.30 | 348.78 | 0.00 | 2,216.46 | 0.00 | 100,288,867.07 |
| -105.00 | 1,437.759800 | -521,885.24 | 1.83 | 0.00 | 11.55 | 0.00 | 521,871.87 |
| -50.00 | 1,459.220300 | -251,496.64 | 0.00 | 0.00 | 8.34 | 0.00 | 251,488.29 |
| -180.00 | 1,459.220300 | -905,387.81 | 0.00 | 0.00 | 29.95 | 0.00 | 905,357.86 |
| -500.00 | 1,459.220300 | -2,514,966.19 | 0.00 | 0.00 | 83.18 | 0.00 | 2,514,883.01 |
| -26.00 | 1,455.440000 | -129,947.50 | 3.26 | 0.00 | 2.88 | 0.00 | 129,941.36 |
| -75.00 | 1,365.884100 | -351,988.34 | 5.15 | 0.00 | 7.80 | 0.00 | 351,975.39 |
| -50.00 | 1,519.262600 | -261,617.02 | 3.44 | 0.00 | 5.79 | 0.00 | 261,607.79 |
| 3,058.00 | 1,495.888000 | 15,768,044.70 | 0.00 | 0.00 | 168.66 | 0.00 | -15,768,213.36 |
| 16,816.00 | 1,495.888000 | 86,708,776.95 | 0.00 | 0.00 | 927.42 | 0.00 | -86,709,704.36 |
| 85.00 | 1,495.888000 | 435,744.69 | 0.00 | 0.00 | 4.66 | 0.00 | -435,749.36 |
| 41.00 | 1,495.888000 | 210,182.74 | 15.42 | 0.00 | 0.00 | 0.00 | -210,198.16 |
| 84.00 | 1,633.236786 | 498,280.94 | 0.00 | 0.00 | 4.58 | 0.00 | -498,285.52 |
| 2,956.00 | 1,633.236999 | 16,187,776.26 | 0.00 | 0.00 | 148.67 | 0.00 | -16,187,924.93 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16,592.00 | 1,633.237000 | 90,861,834.81 | 0.00 | 0.00 | 834.49 | 0.00 | -90,862,669.30 |
| 40.00 | 1,633.236750 | 219,637.68 | 15.13 | 0.00 | 0.00 | 0.00 | -219,652.81 |
| 100.00 | 1,552.760000 | 523,435.40 | 0.00 | 0.00 | 6.74 | 0.00 | -523,442.14 |
| 43.00 | 1,535.490300 | 223,960.46 | 15.26 | 0.00 | 0.00 | 0.00 | -223,975.73 |
| 70.00 | 1,531.620500 | 365,276.19 | 0.00 | 0.00 | 2.38 | 0.00 | -365,278.57 |
| 50.00 | 1,531.620500 | 260,911.57 | 0.00 | 0.00 | 1.70 | 0.00 | -260,913.27 |
| 100.00 | 1,531.620500 | 521,823.10 | 0.00 | 0.00 | 3.41 | 0.00 | -521,826.51 |
| 91.00 | 1,535.490300 | 473,962.87 | 0.00 | 0.00 | 4.65 | 0.00 | -473,967.52 |
| 3,102.00 | 1,535.490300 | 16,227,850.73 | 0.00 | 0.00 | 158.53 | 0.00 | -16,228,009.26 |
| 17,414.00 | 1,535.490300 | 91,099,868.67 | 0.00 | 0.00 | 889.94 | 0.00 | -91,100,758.61 |
| 90.00 | 1,461.326000 | 452,558.05 | 0.00 | 0.00 | 6.19 | 0.00 | -452,564.24 |
| -700.00 | 1,474.467960 | -3,551,550.97 | 12.04 | 0.00 | 79.52 | 0.00 | 3,551,459.40 |
| 60.00 | 1,461.326000 | 301,705.37 | 0.00 | 0.00 | 4.13 | 0.00 | -301,709.50 |
| 150.00 | 1,461.326000 | 754,263.41 | 0.00 | 0.00 | 10.32 | 0.00 | -754,273.74 |
| -100.00 | 1,593.800600 | -540,776.54 | 0.00 | 0.00 | 18.76 | 0.00 | 540,757.78 |
| -50.00 | 1,593.800600 | -270,388.27 | 0.00 | 0.00 | 9.40 | 0.00 | 270,378.87 |
| -100.00 | 1,593.800600 | -540,776.54 | 0.00 | 0.00 | 18.76 | 0.00 | 540,757.78 |
| -460.00 | 1,824.970000 | -2,761,070.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 460.00 | 1,824.970000 | 2,761,070.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| -200.00 | 1,766.588500 | -1,149,695.80 | 0.00 | 0.00 | 35.83 | 0.00 | 1,149,659.97 |
| -3,835.00 | 1,762.142000 | -21,989,928.61 | 0.00 | 0.00 | 685.65 | 0.00 | 21,989,242.96 |
| -21,665.00 | 1,762.142000 | -124,227,328.12 | 0.00 | 0.00 | 3,873.40 | 0.00 | 124,223,454.72 |
| -224.00 | 1,734.560000 | -1,263,148.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 224.00 | 1,734.560000 | 1,263,148.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2,303.00 | 2,081.502110 | 15,627,459.91 | 0.00 | 0.00 | 225.23 | 0.00 | -15,627,685.15 |
| 12,697.00 | 2,081.502110 | 86,157,993.27 | 0.00 | 0.00 | 1,241.77 | 0.00 | -86,159,235.03 |
| 100.00 | 2,049.749100 | 680,926.65 | 0.00 | 0.00 | 0.00 | 0.00 | -680,926.65 |
| 100.00 | 2,049.749100 | 680,926.65 | 0.00 | 0.00 | 0.00 | 0.00 | -680,926.65 |
| 200.00 | 2,049.749100 | 1,361,853.30 | 0.00 | 0.00 | 0.00 | 0.00 | -1,361,853.30 |
| -50.00 | 2,487.679900 | -410,218.43 | 0.00 | 0.00 | 4.75 | 0.00 | 410,213.68 |
| -100.00 | 2,487.679900 | -820,436.83 | 0.00 | 0.00 | 9.47 | 0.00 | 820,427.37 |
| -50.00 | 2,487.679900 | -410,218.43 | 0.00 | 0.00 | 4.75 | 0.00 | 410,213.68 |
| 50.00 | 2,733.341000 | 441,161.24 | 0.00 | 0.00 | 2.42 | 0.00 | -441,163.66 |
| 150.00 | 2,733.341000 | 1,323,483.71 | 0.00 | 0.00 | 7.26 | 0.00 | -1,323,490.98 |
| 100.00 | 2,861.536000 | 919,125.36 | 7.23 | 0.00 | 0.00 | 0.00 | -919,132.59 |
| 50.00 | 2,835.832900 | 455,292.99 | 0.00 | 0.00 | 3.21 | 0.00 | -455,296.20 |
| 75.00 | 2,835.832900 | 682,939.47 | 0.00 | 0.00 | 4.82 | 0.00 | -682,944.28 |
| 25.00 | 2,835.832900 | 227,646.48 | 0.00 | 0.00 | 1.61 | 0.00 | -227,648.08 |
| 2,730.00 | 2,845.587700 | 24,944,507.14 | 0.00 | 0.00 | 131.49 | 0.00 | -24,944,638.63 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14,270.00 | 2,845.587700 | 130,387,588.64 | 0.00 | 0.00 | 687.31 | 0.00 | -130,388,275.95 |
| 2,065.00 | 2,966.980700 | 19,048,268.30 | 0.00 | 0.00 | 128.40 | 0.00 | -19,048,396.70 |
| 10,835.00 | 2,966.980700 | 99,945,756.35 | 0.00 | 0.00 | 673.72 | 0.00 | -99,946,430.07 |
| 2,140.00 | 2,850.061700 | 19,248,860.72 | 0.00 | 0.00 | 135.08 | 0.00 | -19,248,995.80 |
| 11,260.00 | 2,850.061700 | 101,281,388.60 | 0.00 | 0.00 | 710.73 | 0.00 | -101,282,099.33 |
| 11,350.00 | 2,768.065800 | 97,677,153.09 | 0.00 | 0.00 | 352.87 | 0.00 | -97,677,505.97 |
| 2,100.00 | 2,768.065800 | 18,072,424.80 | 0.00 | 0.00 | 65.29 | 0.00 | -18,072,490.09 |
| 2,200.00 | 2,815.861900 | 19,272,322.02 | 0.00 | 0.00 | 136.88 | 0.00 | -19,272,458.90 |
| 11,535.00 | 2,815.861900 | 101,048,288.40 | 0.00 | 0.00 | 717.71 | 0.00 | -101,049,006.11 |
| 1,100.00 | 2,737.961800 | 9,438,849.51 | 0.00 | 0.00 | 55.16 | 0.00 | -9,438,904.67 |
| 5,830.00 | 2,737.961800 | 50,025,902.39 | 0.00 | 0.00 | 292.34 | 0.00 | -50,026,194.73 |
| -878.00 | 2,786.204900 | -7,913,741.36 | 0.00 | 0.00 | 97.18 | 0.00 | 7,913,644.18 |
| 1,705.00 | 2,563.792200 | 14,263,439.98 | 0.00 | 0.00 | 89.01 | 0.00 | -14,263,528.99 |
| 8,910.00 | 2,563.792200 | 74,537,976.68 | 0.00 | 0.00 | 465.17 | 0.00 | -74,538,441.85 |
| 1,042.00 | 2,859.947200 | 9,500,447.16 | 0.00 | 0.00 | 66.44 | 0.00 | -9,500,513.59 |
| 5,528.00 | 2,859.947200 | 50,401,604.53 | 0.00 | 0.00 | 352.47 | 0.00 | -50,401,956.99 |
| 1,052.00 | 2,823.977300 | 9,580,907.79 | 0.00 | 0.00 | 67.85 | 0.00 | -9,580,975.64 |
| 5,628.00 | 2,823.977300 | 51,256,035.17 | 0.00 | 0.00 | 363.01 | 0.00 | -51,256,398.18 |
| -100.00 | 2,246.330000 | -753,643.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 100.00 | 2,246.330000 | 753,643.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| -933.00 | 2,230.279700 | -7,208,067.73 | 0.00 | 0.00 | 223.25 | 0.00 | 7,207,844.47 |
| 2,002.00 | 2,219.940700 | 15,612,900.66 | 0.00 | 0.00 | 140.66 | 0.00 | -15,613,041.32 |
| 5,561.00 | 2,219.940700 | 43,368,301.98 | 0.00 | 0.00 | 390.72 | 0.00 | -43,368,692.69 |
| 628,596.00 | 0.000000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,900.00 | 0.000000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10,165.00 | 0.000000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15,675.00 | 0.000000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3,488,609.00 | 0.000000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5,225.00 | 0.000000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 32,046.00 | 113.258200 | 12,307,540.50 | 0.00 | 0.00 | 1,630.02 | 0.00 | -12,309,170.52 |
| 174,454.00 | 113.258200 | 67,000,551.35 | 0.00 | 0.00 | 8,873.60 | 0.00 | -67,009,424.96 |
| -26,300.00 | 114.074400 | -9,861,515.14 | 0.00 | 0.00 | 1,781.92 | 0.00 | 9,859,733.22 |
| -1,500.00 | 101.645000 | -529,672.10 | 0.00 | 0.00 | 95.54 | 0.00 | 529,576.56 |
| -2,000.00 | 101.645000 | -706,229.46 | 0.00 | 0.00 | 127.36 | 0.00 | 706,102.10 |
| -1,000.00 | 101.645000 | -353,114.73 | 0.00 | 0.00 | 63.68 | 0.00 | 353,051.05 |
| -24,350.00 | 98.719300 | -8,309,988.32 | 0.00 | 0.00 | 1,452.98 | 0.00 | 8,308,535.34 |
| -25,340.00 | 97.498000 | -8,511,214.66 | 0.00 | 0.00 | 1,591.66 | 0.00 | 8,509,623.00 |
| 26,494.00 | 87.625300 | 8,181,123.52 | 0.00 | 0.00 | 1,867.30 | 0.00 | -8,182,990.82 |
| 166,006.00 | 87.625300 | 51,261,251.24 | 0.00 | 0.00 | 11,700.10 | 0.00 | -51,272,951.34 |

דוח תנועות -23.01.23_01.01.20

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **4,616,337.00** | | **1,287,777,595.77** | **586.12** | **0.00** | **53,437.46** | **0.00** | **-1,287,831,619.36** |

PLAINTIFFS_00000153

| מס' נייר | שם נייר | תאריך פעולה | תאריך ערך | תאריך סליקה כספית | תשואה |
|---|---|---|---|---|---|
| 791231018 | GOOGL US Alphabet Inc | 04/02/20 | 03/02/20 | 05/02/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 04/02/20 | 04/02/20 | 05/02/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 04/02/20 | 04/02/20 | 05/02/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 04/02/20 | 04/02/20 | 05/02/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 22/03/20 | 20/03/20 | 24/03/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 22/03/20 | 20/03/20 | 24/03/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 22/03/20 | 20/03/20 | 24/03/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 23/03/20 | 20/03/20 | 24/03/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 24/03/20 | 23/03/20 | 25/03/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 24/03/20 | 24/03/20 | 25/03/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 24/03/20 | 24/03/20 | 25/03/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 24/03/20 | 24/03/20 | 25/03/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 07/04/20 | 06/04/20 | 08/04/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 07/04/20 | 07/04/20 | 08/04/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 07/04/20 | 07/04/20 | 08/04/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 07/04/20 | 07/04/20 | 08/04/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 27/05/20 | 27/05/20 | 29/05/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 09/06/20 | 08/06/20 | 10/06/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 09/06/20 | 09/06/20 | 10/06/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 09/06/20 | 09/06/20 | 10/06/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 09/06/20 | 09/06/20 | 10/06/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 09/06/20 | 09/06/20 | 10/06/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 09/06/20 | 09/06/20 | 10/06/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 09/06/20 | 09/06/20 | 10/06/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 09/06/20 | 09/06/20 | 10/06/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 10/06/20 | 09/06/20 | 11/06/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 10/06/20 | 09/06/20 | 11/06/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 10/06/20 | 09/06/20 | 11/06/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 24/06/20 | 23/06/20 | 25/06/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 29/06/20 | 29/06/20 | 01/07/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 09/07/20 | 09/07/20 | 13/07/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 17/07/20 | 16/07/20 | 20/07/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 17/07/20 | 16/07/20 | 20/07/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 17/07/20 | 16/07/20 | 20/07/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 19/07/20 | 16/07/20 | 20/07/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 01/09/20 | 01/09/20 | 02/09/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 01/09/20 | 01/09/20 | 02/09/20 | 0.00000 |

| 791231018 | GOOGL US Alphabet Inc | 01/09/20 | 01/09/20 | 02/09/20 | 0.00000 |
|---|---|---|---|---|---|
| 791231018 | GOOGL US Alphabet Inc | 02/09/20 | 02/09/20 | 02/09/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 06/09/20 | 04/09/20 | 09/09/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 09/09/20 | 08/09/20 | 10/09/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 09/09/20 | 08/09/20 | 10/09/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 09/09/20 | 08/09/20 | 10/09/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 09/09/20 | 08/09/20 | 10/09/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 09/09/20 | 09/09/20 | 10/09/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 09/09/20 | 09/09/20 | 10/09/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 09/09/20 | 09/09/20 | 10/09/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 30/09/20 | 29/09/20 | 01/10/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 30/09/20 | 30/09/20 | 02/10/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 30/09/20 | 29/09/20 | 01/10/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 30/09/20 | 29/09/20 | 01/10/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 28/10/20 | 27/10/20 | 29/10/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 28/10/20 | 27/10/20 | 29/10/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 28/10/20 | 27/10/20 | 29/10/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 02/12/20 | 02/12/20 | 02/12/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 02/12/20 | 02/12/20 | 02/12/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 11/12/20 | 10/12/20 | 14/12/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 13/12/20 | 10/12/20 | 14/12/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 13/12/20 | 10/12/20 | 14/12/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 21/12/20 | 21/12/20 | 21/12/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 21/12/20 | 21/12/20 | 21/12/20 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 11/02/21 | 11/02/21 | 12/02/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 11/02/21 | 11/02/21 | 12/02/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 10/03/21 | 09/03/21 | 11/03/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 10/03/21 | 09/03/21 | 11/03/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 10/03/21 | 09/03/21 | 11/03/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 20/07/21 | 19/07/21 | 21/07/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 20/07/21 | 19/07/21 | 21/07/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 20/07/21 | 19/07/21 | 21/07/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 07/10/21 | 06/10/21 | 08/10/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 07/10/21 | 06/10/21 | 08/10/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 20/10/21 | 19/10/21 | 21/10/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 21/10/21 | 20/10/21 | 22/10/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 21/10/21 | 20/10/21 | 22/10/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 21/10/21 | 20/10/21 | 22/10/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 21/10/21 | 21/10/21 | 22/10/21 | 0.00000 |

| | | | | | |
|---|---|---|---|---|---|
| 791231018 | GOOGL US Alphabet Inc | 21/10/21 | 21/10/21 | 22/10/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 10/11/21 | 10/11/21 | 12/11/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 10/11/21 | 10/11/21 | 12/11/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 05/12/21 | 03/12/21 | 06/12/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 05/12/21 | 03/12/21 | 06/12/21 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 07/01/22 | 06/01/22 | 10/01/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 07/01/22 | 06/01/22 | 10/01/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 14/01/22 | 13/01/22 | 18/01/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 14/01/22 | 13/01/22 | 18/01/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 20/01/22 | 20/01/22 | 21/01/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 20/01/22 | 20/01/22 | 21/01/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 13/02/22 | 11/02/22 | 14/02/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 16/03/22 | 16/03/22 | 18/03/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 16/03/22 | 16/03/22 | 18/03/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 30/03/22 | 30/03/22 | 31/03/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 30/03/22 | 30/03/22 | 31/03/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 06/04/22 | 05/04/22 | 07/04/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 06/04/22 | 05/04/22 | 07/04/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 30/05/22 | 30/05/22 | 30/05/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 30/05/22 | 30/05/22 | 30/05/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 22/06/22 | 22/06/22 | 23/06/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 06/07/22 | 06/07/22 | 07/07/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 06/07/22 | 06/07/22 | 07/07/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 18/07/22 | 18/07/22 | 18/07/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 18/07/22 | 18/07/22 | 18/07/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 18/07/22 | 18/07/22 | 18/07/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 18/07/22 | 18/07/22 | 18/07/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 18/07/22 | 18/07/22 | 18/07/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 18/07/22 | 18/07/22 | 18/07/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 29/07/22 | 28/07/22 | 01/08/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 29/07/22 | 28/07/22 | 01/08/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 25/08/22 | 25/08/22 | 26/08/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 22/09/22 | 21/09/22 | 23/09/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 22/09/22 | 21/09/22 | 23/09/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 22/09/22 | 21/09/22 | 23/09/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 17/11/22 | 17/11/22 | 18/11/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 07/12/22 | 07/12/22 | 08/12/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 28/12/22 | 28/12/22 | 29/12/22 | 0.00000 |
| 791231018 | GOOGL US Alphabet Inc | 28/12/22 | 28/12/22 | 29/12/22 | 0.00000 |

דוח תנועות -23.01.23_01.01.20

| | | |
|---|---|---|
| | | |

PLAINTIFFS_00000153

| תאור פעולה | שם חשבון | אפיק | תת אפיק | תאור אפיק | מס' תיק | TOT |
|---|---|---|---|---|---|---|
| קניה | מנורה מבטחים השת | 1 | 6 | מניות | 421 | |
| קניה קסטודיאן | מנורה ביטוח מניות ב | 1 | 6 | מניות | 122 | |
| קניה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| קניה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| קניה קסטודיאן | מנורה ביטוח מניות ב | 1 | 6 | מניות | 122 | |
| קניה | מנורה מבטחים השת | 1 | 6 | מניות | 421 | |
| קניה | מנורה מבטחים השת | 1 | 6 | מניות | 421 | |
| קניה קסטודיאן | מנורה ביטוח מניות ב | 1 | 6 | מניות | 122 | |
| קניה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| מכירה | מנורה מבטחים השת | 1 | 6 | מניות | 421 | |
| מכירה קסטודיאן | מנורה ביטוח מניות ב | 1 | 6 | מניות | 122 | |
| מכירה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| מכירה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| מכירה | מנורה ביטוח מניות ב | 1 | 6 | מניות | 122 | |
| מכירה | מנורה מבטחים השת | 1 | 6 | מניות | 421 | |
| מכירה קסטודיאן | מנורה ביטוח מניות ב | 1 | 6 | מניות | 122 | |
| מכירה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| מכירה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| מכירה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| מכירה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| מכירה | מנורה ב"ח בינלאומי | 1 | 6 | מניות | 49 | |
| מכירה | שומרה | 1 | 6 | מניות | 443 | |
| מכירה | מנורה ביטוח הון בינל | 1 | 6 | מניות | 728 | |
| מכירה | מנורה מבטחים השת | 1 | 6 | מניות | 421 | |
| מכירה | מנורה ביטוח מניות ב | 1 | 6 | מניות | 122 | |
| מכירה | מנורה ביטוח מניות ב | 1 | 6 | מניות | 122 | |
| קניה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| קניה קסטודיאן | מנורה ביטוח מניות ב | 1 | 6 | מניות | 122 | |
| קניה | מנורה מבטחים השת | 1 | 6 | מניות | 421 | |
| קניה | מנורה ביטוח מניות ב | 1 | 6 | מניות | 122 | |
| קניה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 531 | מניות | 6 | 1 | סל מניות בחו"ל בינל | קניה |
| | 421 | מניות | 6 | 1 | מנורה מבטחים השת | קניה |
| | 49 | מניות | 6 | 1 | מנורה ב"ח בינלאומי | קניה |
| | 421 | מניות | 6 | 1 | מנורה מבטחים השת | קניה |
| | 49 | מניות | 6 | 1 | מנורה ב"ח בינלאומי | קניה |
| | 443 | מניות | 6 | 1 | שומרה | קניה |
| | 728 | מניות | 6 | 1 | מנורה ביטוח הון בינל | קניה |
| | 122 | מניות | 6 | 1 | מנורה ביטוח מניות ב | קניה קסטודיאן |
| | 403 | מניות | 6 | 1 | סל מניות בחו"ל בינלא | קניה |
| | 531 | מניות | 6 | 1 | סל מניות בחו"ל בינל | קניה |
| | 49 | מניות | 6 | 1 | מנורה ב"ח בינלאומי | קניה |
| | 403 | מניות | 6 | 1 | סל מניות בחו"ל בינלא | מכירה |
| | 443 | מניות | 6 | 1 | שומרה | קניה |
| | 728 | מניות | 6 | 1 | מנורה ביטוח הון בינל | קניה |
| | 49 | מניות | 6 | 1 | מנורה ב"ח בינלאומי | מכירה |
| | 443 | מניות | 6 | 1 | שומרה | מכירה |
| | 728 | מניות | 6 | 1 | מנורה ביטוח הון בינל | מכירה |
| | 122 | מניות | 6 | 1 | מנורה ביטוח מניות ב | משיכת נ"ע |
| | 403 | מניות | 6 | 1 | סל מניות בחו"ל בינלא | הפקדת נ"ע |
| | 728 | מניות | 6 | 1 | מנורה ביטוח הון בינל | מכירה |
| | 403 | מניות | 6 | 1 | סל מניות בחו"ל בינלא | מכירה |
| | 531 | מניות | 6 | 1 | סל מניות בחו"ל בינל | מכירה |
| | 421 | מניות | 6 | 1 | מנורה מבטחים השת | משיכת נ"ע |
| | 531 | מניות | 6 | 1 | סל מניות בחו"ל בינל | הפקדת נ"ע |
| | 403 | מניות | 6 | 1 | סל מניות בחו"ל בינלא | קניה |
| | 531 | מניות | 6 | 1 | סל מניות בחו"ל בינל | קניה |
| | 49 | מניות | 6 | 1 | מנורה ב"ח בינלאומי | קניה |
| | 443 | מניות | 6 | 1 | שומרה | קניה |
| | 728 | מניות | 6 | 1 | מנורה ביטוח הון בינל | קניה |
| | 49 | מניות | 6 | 1 | מנורה ב"ח בינלאומי | מכירה |
| | 728 | מניות | 6 | 1 | מנורה ביטוח הון בינל | מכירה |
| | 443 | מניות | 6 | 1 | שומרה | מכירה |
| | 49 | מניות | 6 | 1 | מנורה ב"ח בינלאומי | קניה |
| | 728 | מניות | 6 | 1 | מנורה ביטוח הון בינל | קניה |
| | 455 | מניות | 6 | 1 | מנהלת פנסיה וגמל | קניה |
| | 49 | מניות | 6 | 1 | מנורה ב"ח בינלאומי | קניה |
| | 728 | מניות | 6 | 1 | מנורה ביטוח הון בינל | קניה |
| | 443 | מניות | 6 | 1 | שומרה | קניה |
| | 403 | מניות | 6 | 1 | סל מניות בחו"ל בינלא | קניה |

| | | | | | | |
|---|---|---|---|---|---|---|
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| קניה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| קניה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| קניה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| קניה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| מכירה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| קניה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| קניה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| משיכת נ"ע | מנהלת פנסיה וגמל | 1 | 6 | מניות | 455 | |
| הפקדת נ"ע | מנורה החזקות בינלא | 1 | 6 | מניות | 51 | |
| מכירה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| הטבה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| הטבה | מנורה החזקות בינלא | 1 | 6 | מניות | 51 | |
| הטבה | מנורה ב"ח בינלאומי | 1 | 6 | מניות | 49 | |
| הטבה | מנורה ביטוח הון בינל | 1 | 6 | מניות | 728 | |
| הטבה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| הטבה | שומרה | 1 | 6 | מניות | 443 | |
| קניה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |
| מכירה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| מכירה | מנורה ב"ח בינלאומי | 1 | 6 | מניות | 49 | |
| מכירה | מנורה ביטוח הון בינל | 1 | 6 | מניות | 728 | |
| מכירה | שומרה | 1 | 6 | מניות | 443 | |
| מכירה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| מכירה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינלא | 1 | 6 | מניות | 403 | |
| קניה | סל מניות בחו"ל בינל | 1 | 6 | מניות | 531 | |

דוח תנועות -23.01.23_01.01.20

| | | |
|---|---|---|
| | סה"כ כללי: | 1 |

PLAINTIFFS_00000153

דוח אחזקות - 23.01.23_01.01.20

| שווי תחילת תקופה | שער תחילת תקופה | כמות תחילת תקופה | שם נייר | מספר נייר | אפיק | תת אפיק | חברה | קבוצה |
|---|---|---|---|---|---|---|---|---|
| 327,603,393.11 | 1,339.39 | 70,773.00 | GOOGL US Alphabet Inc | 791231018 | 100 | 106 | | 557 |
| **327,603,393.11** | | **70,773.00** | | | | | | |

דוח אחזקות - 23.01.23_01.01.20

| סה"כ קניות במטבע הדוח | סה"כ מכירות במטבע הדוח | כמות בסוף תקופה | שער בסוף תקופה | שווי בסוף תקופה | שווי נייר בממוצע | אחוז מסה"כ |
|---|---|---|---|---|---|---|
| 1,718,186,964.04 | -430,355,344.68 | | | 0.00 | 849,068,768.10 | 100.00 |
| **1,718,186,964.04** | **-430,355,344.68** | **0.00** | | **0.00** | **849,068,768.10** | **100.00** |

| תשואה נומינלית במטבע הדוח | תשואה נומינלית באחוזים | תשואה נומינלית משוקללת | תשואה ריאלי באחוזים | כרטיס יתרה להנה"ח | ניכוי מס הכנסה |
|---|---|---|---|---|---|
| -1,615,435,012.47 | -190.26 | -190.26 | -190.26 | | 0.00 |
| **-1,615,435,012.47** | **190.26-** | **-190.26** | **190.26-** | | **0.00** |

דוח אחזקות - 23.01.23_01.01.20

| תשואה נומינלית במטבע הדוח נטו |
| ---: |
| -1,615,435,012.47 |
| **-1,615,435,012.47** |

PLAINTIFFS_00000153