BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELENA HADJIMICHAEL, State Bar No. 355715
elena.hadjimichael@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>Defendants. | Case No.: 3:23-cv-01186-RFL<br><br>**DECLARATION OF CARL HUDSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DECL. ISO DEFS' OPP. TO CLASS CERT.
CASE NO. 3:23-CV-01186-RFL

**DECLARATION OF CARL HUDSON**

I, Carl Hudson, declare as follows:

1.      I am duly admitted to practice in the State of California and an attorney with the law firm Freshfields US LLP. I am counsel for Defendants Alphabet Inc., Google LLC, and Sundar Pichai. I have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify to the matters stated herein.

2.      This declaration is submitted in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Allen Ferrell, Ph.D., dated January 13, 2026.

4.      Attached hereto as Exhibit 2 is a true and correct copy of an S&P Capital IQ report generated on January 7, 2026, showing GOOGL share price, volume, and market capitalization from August 31, 2020 to January 31, 2023.

5.      Attached hereto as Exhibit 3 is a true and correct copy of a House Judiciary Committee hearing webpage, titled "Online Platforms and Market Power, Part 2: Innovation and Entrepreneurship," dated July 16, 2019.

6.      Attached hereto as Exhibit 4 is a true and correct copy of a House Judiciary Committee hearing webpage, titled "Online Platforms and Market Power, Part 6: Examining the Dominance of Amazon, Apple, Facebook, and Google," dated July 29, 2020.

7.      Attached hereto as Exhibit 5 is a true and correct copy of a House Judiciary Committee hearing record webpage, titled "Hearing: Online Platforms and Market Power, Part 6: Examining the Dominance of Amazon, Apple, Facebook, and Google," dated July 29, 2020.

8.      Attached hereto as Exhibit 6 is a true and correct copy of Google's written responses to questions for the record, titled "Appendix A: GOOGLE'S SUBMISSION IN RESPONSE TO SUBCOMMITTEE QUESTIONS FOR THE RECORD FOLLOWING JULY 29, 2020 HEARING," dated July 29, 2020.

9.      Attached hereto as Exhibit 7 is a true and correct copy of a document produced by Plaintiffs as PLAINTIFFS_00000153 on November 25, 2025.

-1-

10. Attached hereto as Exhibit 8 is a true and correct copy of an English translation of the document produced by Plaintiffs as PLAINTIFFS_00000153 on November 25, 2025.

11. Attached hereto as Exhibit 9 is a true and correct excerpted copy of the transcript of the deposition of Tal Dagan, dated December 10, 2025.

12. Attached hereto as Exhibit 10 is a true and correct excerpted copy of the transcript of the deposition of Hadar Finkelstein, dated December 9, 2025.

13. Attached hereto as Exhibit 11 is a true and correct excerpted copy of the transcript of the deposition of Daniel Sueke, dated December 8, 2025.

14. Attached hereto as Exhibit 12 is a true and correct excerpted copy of the transcript of the deposition of Lynn Wenguer, dated December 5, 2025.

15. Attached hereto as Exhibit 13 is a true and correct copy of the Complaint filed in *Grand Atlas Tours et al. v. Google, LLC and Alphabet, Inc.*, No. 5:20-cv-03556-BLF (N.D. Cal. May 27, 2020), ECF No. 1.

16. Attached hereto as Exhibit 14 is a true and correct copy of the Complaint filed in *State of Texas v. Google, LLC*, No. 4:20-cv-00957-SDJ (E.D. Tex. Mar. 15, 2021), ECF No. 1.

17. Attached hereto as Exhibit 15 is a true and correct copy of the Amended Complaint filed in *State of Texas v. Google, LLC*, No. 4:20-cv-00957-SDJ (E.D. Tex. Mar. 15, 2021), ECF No. 77.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Second Amended Complaint filed in *In re: Google Digital Advertising Antitrust Litigation*, No. 1:21-md-0310-PKC (S.D.N.Y. Oct. 22, 2021), ECF No. 152.

19. Attached hereto as Exhibit 17 is a true and correct copy of the Complaint filed in *United States v. Google, LLC*, No. 1:23-cv-00108-LMB-JFA (E.D. Va. Jan. 24, 2023), ECF No. 1.

20. Attached hereto as Exhibit 18 is a true and correct copy of a press release by the Federal Trade Commission, titled "Federal Trade Commission Closes Google/DoubleClick Investigation: Proposed Acquisition Unlikely to Substantially Lessen Competition," dated December 20, 2007.

21. Attached hereto as Exhibit 19 is a true and correct copy of a statement by the Federal

-2-

Trade Commission, titled "Statement of the Federal Trade Commission Regarding Google's Search Practices *In the Matter of Google Inc.*," FTC File Number 111-0163 dated January 3, 2013.

22.     Attached hereto as Exhibit 20 is a true and correct copy of a House Judiciary Committee press release, titled "House Judiciary Committee Launches Bipartisan Investigation into Competition in Digital Markets," dated June 3, 2019.

23.     Attached hereto as Exhibit 21 is a true and correct copy of a House Judiciary Committee press release, titled "House Antitrust Subcommittee Issues Document Requests as Part of Digital Markets Investigation," dated September 13, 2019.

24.     Attached hereto as Exhibit 22 is a true and correct copy of a NASDAQ webpage, titled "Alphabet Inc. Class A Common Stock (GOOGL)," dated January 13, 2026.

25.     Attached hereto as Exhibit 23 is a true and correct copy of a European Publishers Council press release, titled "European Publishers Council files EU Complaint against Google for Anti-Competitive Ad Tech practices," dated Feb. 11, 2022.

26.     Attached hereto as Exhibit 24 is a true and correct copy of a European Publishers Council document, titled "Executive Summary Complaint of the European Publishers Council against Google LLC, Alphabet Inc., Google Ireland Ltd., and YouTube LLC ("Google") regarding Google's ad tech practices," dated Feb. 11, 2022, available at https://www.epceurope.eu/executive-summary.

27.     Attached hereto as Exhibit 25 is a true and correct copy of a New York Times article, titled "Google Deal Said to Bring U.S. Scrutiny," dated May 29, 2007.

28.     Attached hereto as Exhibit 26 is a true and correct copy of a New York Times article, titled "Big Tech Has Become Way Too Powerful," dated September 18, 2015.

29.     Attached hereto as Exhibit 27 is a true and correct copy of a CNBC article, titled "Trump says administration is looking into antitrust violations by Amazon, other tech giants," dated November 5, 2018.

30.     Attached hereto as Exhibit 28 is a true and correct copy of a New York Times article, titled "10 States Accuse Google of Abusing Monopoly in Online Ads," dated December 16, 2020.

31.     Attached hereto as Exhibit 29 is a true and correct copy of a Politico article, titled "How Washington fumbled the future," dated March 16, 2021.

-3-

DECL. ISO DEFS' OPP. TO CLASS CERT.
CASE NO. 3:23-CV-01186-RFL

32.     Attached hereto as Exhibit 30 is a true and correct copy of a Bloomberg article, titled "U.S. DOJ Readying Google Antitrust Lawsuit Over Ad-Tech Business," dated September 1, 2021.

33.     Attached hereto as Exhibit 31 is a true and correct copy of a Bloomberg article, titled "Facebook and Alphabet Pummeled After Snap Warns on Ads," dated October 21, 2021.

34.     Attached hereto as Exhibit 32 is a true and correct copy of a Bloomberg article, titled "Google Must Face States' Claims in Ad Tech Antitrust Suit," dated September 13, 2022.

35.     Attached hereto as Exhibit 33 is a true and correct copy of a Bloomberg article, titled "Snap's Record Rout Leads $142 Billion Social-Media Selloff," dated October 22, 2021.

36.     Attached hereto as Exhibit 34 is a true and correct copy of a Barron's analyst report, titled "Google Charges Higher Fees for Ads, Lawsuit Says. That's Not Why Alphabet's Stock Is Dropping," dated October 22, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood City, California, this 13th day of January, 2026.

Dated: January 13, 2026                                    FRESHFIELDS US LLP

                                                          By: /s/ Carl Hudson
                                                                Carl Hudson

                                                          *Attorneys for Defendants*