# EXHIBIT 22



My Quotes:   **GOOGL** SMCI RBLX                                    ✏ Edit my quotes

# Alphabet Inc. Class A Common Stock (GOOGL)

| 1D | 5D | 1M | 6M | YTD | 1Y | 5Y | MAX |

Volume

4:00 AM    6:00 AM    8:00 AM    10:00 AM    12:00 PM    2:00 PM    4:00 PM    6:00 P

## Key Data

MY QUOTES   ∧

Case 3:23-cv-01186-BFL   Document 145-2   Filed 01/13/26   Page 3 of 11

| Exchange | NASDAQ-GS |
|---|---|
| Sector | Technology |
| Industry | Computer Software: Programming, Data Processing |
| 1 Year Target | $333.00 |
| Today's High/Low | $340.48/$333.62 |
| Share Volume | 19,615,756 |
| Average Volume | 36,851,538 |
| Previous Close | $331.86 |

| 52 Week High/Low | $334.04/$140.53 |
|---|---|
| Market Cap | 4,098,194,540,000 |
| Annualized Dividend | $0.84 |
| Ex Dividend Date | Dec 8, 2025 |
| Dividend Pay Date | Dec 15, 2025 |
| Current Yield | 0.25% |

Data Disclaimer: The Nasdaq Indices and the Major Indices are delayed at least 1 minute.

Feedback

## Bid Price and Ask Price

The bid & ask refers to the price that an investor is willing to buy or sell a stock. The bid is the highest amount that a buyer is currently willing to pay, whereas the ask is the lowest amount that a seller is currently willing to sell. The numbers next to the bid/ask are the "size". The bid size displays the total amount of desired shares

**... Read More.**

| Bid * Size | $339.61 * 25 |
|---|---|
| Ask * Size | $339.64 * 18 |

**Powered by Nasdaq Basic** 🔗

# Nasdaq Listed ETFs where GOOGL is a top 10 holding*

| Symbol | % Weighting |
|---|---|
| **ABIG** Argent Large Cap ETF | 8.68% |
| **AOTG** AOT Growth and Innovation ETF | 7.03% |
| **CARZ** First Trust S-Network Future Vehicles & Technology ETF | 5.5% |



| Symbol | % Weighting |
|---|---|
| **AFOS** <br> ARS Focused Opportunity Strategy ETF | 5.31% |
| **BLCR** <br> iShares Large Cap Core Active ETF | 5.15% |

## Discover the latest insights from Nasdaq-listed ETF issuers →



# Discover the latest insights from Nasdaq ETF Listings

### Sign up →

## ETFs with GOOGL as a Top 10 Holding*



| Symbol | 100 Day Price Change (%) | | % Weighting |
|---|---|---|---|
| **ABIG** <br> Argent Large Cap ETF | | +2.23 (+7.25%) | 8.68% |
| **FBCG** <br> Fidelity Blue Chip Growth ETF | | +5.26 (+10.42%) | 7.88% |
| **CHAT** <br> Roundhill Generative AI & Technology ETF | | +9.40 (+17.85%) | 7.86% |
| **AOTG** <br> AOT Growth and Innovation ETF | | +5.74 (+11.23%) | 7.03% |
| **AFLG** <br> First Trust Active Factor Large Cap ETF | | +2.86 (+7.66%) | 5.91% |

*Data is provided by Barchart.com. Data reflects weightings calculated at the beginning of each month. Data is subject to change.

**Green highlights the top performing ETF by % change in the past 100 days.

## About Alphabet Inc.

1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, California, 94043, United States

+1 -650 253-0000

https://www.abc.xyz

Alphabet Inc offers various products and platforms in the United States, Europe, the Middle East, Africa, the Asia-Pacific, Canada, and Latin America. It operates through Google Services, Google

Case 3:23-cv-01186-RFL    Document 145-2    Filed 01/13/26    Page 5 of 11

Cloud, and Other Bets segments. The Google Services segment provides products and services, including ads, Android, Chrome, devices, Gmail, Googl... **Read more**



**REPORT AN ISSUE**                                                          (+)

📈 **Symbol Search**                                              Screener →

🔍 Search for a Symbol

*N* **Explore Nasdaq's Premier Data Solutions**

Looking for more data?

| Yes | | No |

Next

## Recently Viewed

| GOOGL +2.34% | SMCI -5.66% | RBLX +8.13% |

Feedback

## Latest News

MARKETS

### Notable ETF Outflow Detected - SPY, GOOGL, GOOG, XOM

1 hour ago    •    BNK Invest

---

STOCKS

### Amazon's AWS Margin Expansion Accelerates: More Upside for the Stock?

2 hours ago    •    Zacks

---

STOCKS

### Will the Collaboration With Google Push Up Apple Stock in 2026?

2 hours ago    •    Zacks

---

MARKETS

### Which Search Giant Is Poised for Explosive Growth in the Next 10 Years?

7 hours ago    •    The Motley Fool

---

MARKETS

### It's Official: Apple and Alphabet Are Teaming Up for an AI-Powered Siri. Why This Is a Win for Both Companies.

11 hours ago    •    The Motley Fool

---

MARKETS

### 5 Unstoppable Stocks to Buy With $5,000 for 2026

15 hours ago    •    The Motley Fool

---

MARKETS

### Only 2 "Magnificent Seven" Stocks Beat the S&P 500 Index in 2025. Should You Buy Them in 2026?

18 hours ago    •    The Motley Fool

---

Feedback

Case 3:23-cv-01186-RFL    Document 145-2    Filed 01/13/26    Page 7 of 11

INVESTING

## Forget LLMs: Buy these 3 AI "Pick and Shovel" Plays Instead

18 hours ago    •    Zacks

---

MARKETS

## Alphabet Joins $4 Tln Club As AI Momentum Lifts Shares

19 hours ago    •    RTTNews

---

INVESTING

## Apple & Google: A New AI Superteam?

20 hours ago    •    Zacks

---

‹    **1**    2    3    …    10    ›

Show:  10  ⌄                                                    1 - 10 of 100

Feedback

## Trending Stocks

## Trending ETFs

Feedback

## Trending Indexes

Data Disclaimer: The Nasdaq Indices and the Major Indices are delayed at least 1 minute.

**Real-time Data is provided using Nasdaq Last Sale Data**

Data provided by Nasdaq Data Link, a premier source for financial, economic and alternative datasets. Data Link's cloud-based technology platform allows you to search, discover and access data and analytics for seamless integration via cloud APIs. Register for your free account today at data.nasdaq.com.

**N Powered by Nasdaq Data Link** ⓘ



# TradeTalks ▬

Sign up for the TradeTalks newsletter to receive your weekly dose of trading news, trends and education. Delivered Wednesdays.

All Text Fields Are Required

**First Name***

**Last Name***

**Email Address***

example@yourdomain.com

**Location***

Select...                                                                               ▼

**Job Role***

Select...                                                                               ▼

**Industry***

Feedback

Select... ▾

SUBMIT

INVESTOR RELATIONS

CONTACT

CAREERS

ADVERTISE

MOBILE APPS

NASDAQ MARKETSITE

TRUST CENTER

NEWSLETTERS

ACCESSIBILITY

PRIVACY POLICY

COOKIES

LEGAL

DO NOT SELL OR SHARE MY PERSONAL INFORMATION

Feedback

**Nasdaq**

© 2026, Nasdaq, Inc. All Rights Reserved.

Feedback