# EXHIBIT 31

Technology

# Facebook and Alphabet Pummeled After Snap Warns on Ads

■ App maker tumbles as much as 30% after weak revenue forecast

■ Ad-spending concerns add to recent woes for Facebook shares

     



*Photographer: Gabby Jones/Bloomberg*

By [Jeran Wittenstein](#)
October 21, 2021 at 2:17 PM PDT
*Updated on October 21, 2021 at 3:30 PM PDT*



🔒 This article is for **subscribers only**.

A collapse in shares of Snap Inc. dragged technology companies exposed to digital advertising lower late on Thursday after the owner of the Snapchat app warned that customers are cutting back on ad spending.

Facebook Inc. and Twitter Inc. were among the biggest decliners, with each at one point sinking more than 6% in postmarket trading. Google-

Case 3:23-cv-01186-RFL    Document 145-11    Filed 01/13/26    Page 3 of 4

parent Alphabet Inc. slid 2.8%. Snap cited customers' supply chain problems and Apple Inc.'s data collection policies for a revenue forecast that fell short of the average analyst estimate.

This "will create some anxiety around Facebook and other social media companies," wrote Adam Crisafulli, founder of the Vital Knowledge newsletter. Snap shares tumbled as much as 30%.

Read more: Snap Tumbles as Apple Changes, Supply Chain Weigh on Ads



**Snap Hits Facebook**
The stock fell more than 6% in after-hours trading

Source: Bloomberg

The warning was the latest blow for Facebook, whose shares haven't rebounded as strongly as peers after a selloff last month amid whistleblower allegations that prompted renewed scrutiny of its services. The stock had fallen 11% from a September record, based on Thursday's closing price.

Facebook is due to report earnings on Monday, followed by Alphabet and Twitter on Tuesday.

Snap's report also weighed on other parts of the digital advertising ecosystem. Trade Desk Inc., which owns a platform for buying and managing ads, fell more than 5%, while peer PubMatic Inc. dropped 4%.

Pinterest Inc., which rallied this week on a report that PayPal is exploring a purchase of the company, also fell in after-hours trading, declining more than 2%.

*(Updates with additional movers in last two paragraphs.)*



Save

Contact us:

**Provide news feedback or report an error**

Site feedback:

**Take our Survey** ⧉

Confidential tip?

**Send a tip to our reporters**

**Before it's here, it's on the Bloomberg Terminal**

Advertisement

# Bloomberg

©2026 Bloomberg L.P. All Rights Reserved.

*(Updates with additional movers in last two paragraphs.)*