# EXHIBIT 33

Technology

# Snap's Record Rout Leads $142 Billion Social-Media Selloff

■ Stock slumps 27% after cautious comments on ad spending
■ Peers Facebook, Twitter slide ahead of next week's results

( f )  ( X )  ( in )  ( ✉ )  ( 🔗 )  ( 🎁 )  ( B )

By Katrina Compoli and Thyagaraju Adinarayan
October 22, 2021 at 1:25 AM PDT
*Updated on October 22, 2021 at 1:52 PM PDT*

[ 🔖 Save ]    [ 🗛 Translate ⌄ ]    [ 🎧 3:10 ]

🔒 This article is for **subscribers only**.

Snap Inc. posted its biggest one-day drop on record after the Snapchat parent company warned that Apple Inc.'s data collection rules and global supply-chain bottlenecks are weighing on advertising spending.

The stock tumbled 27%, wiping out about $32 billion of a market value that now sits around $89 billion. The cautious outlook cast a shadow over ad-dependent peers, including Google-owner Alphabet Inc., Facebook Inc., Twitter Inc. and Pinterest Inc., which fell between 3% and 5% each.



▶ 2:05

Why Snap shares fell so fast.

All together, Snap's warning erased about $142 billion of market value from the company and peers on Friday. Investors are bracing for Snap's challenges to be felt industrywide, with Alphabet, Facebook and Twitter due to report quarterly results next week.

The S&P 500 Index snapped a seven-day streak of gains on Friday. Federal Reserve Chair Jerome Powell's comments around rising inflation risk added to investor concern regarding Snap's impact on technology shares.

"You bring those two themes together, and I think that's spooked the market going into next week with earnings," Jonestrading Chief Market Strategist Michael O'Rourke said in an interview.

Read more: Snap Plummets as Apple Changes, Supply Chain Weigh on Ads



**Snap Selloff**
The stock suffers its worst drop ever on Friday

Source: Bloomberg                                    Bloomberg

"Management almost couldn't have sounded worse around the effects this is having," Brad Erickson, analyst at RBC Capital Markets, wrote in a note on Snap. Sticking to his outperform rating on the stock, Erickson said the credibility of the company's leadership may have been permanently damaged, though he remains bullish on long-term growth prospects.

Read more: Snap Warning Feeds Concerns Over Social Media Ad Splurge



**＋＋Siggedup**

By continuing, I agree to the Privacy Policy and Terms of Service.

Speaking on a post-earnings call with analysts, Chief Executive Officer Evan Spiegel said data collection rules introduced by Apple have made it difficult for advertisers to measure and manage their ad campaigns. Snap expects adjusted earnings before interest, tax, depreciation and amortization of $135 million to $175 million in the last three months of 2021, much lower than the $299.3 million forecast from Wall Street.

**Facebook, Twitter**

Earlier this year, Apple started requiring all apps on its iOS 15 platform to get iPhone users' permission to be tracked for advertising purposes. Analysts are warning that the impact could be long lasting, while supply-chain snags at Snap's advertising partners are most likely to be transitory.

Morgan Stanley's Brian Nowak said he sees the impact from Apple's privacy changes hurting Facebook's revenue by low-to-mid single-digit percentages. He expects Twitter to be weighed down more in the next two years as the changes hurt the micro-blogging company's "multi-year bull case."

Facebook Sinks as Analysts Debate Snap Readthrough: Street Wrap 🖵

Though Snap could face the worst impact among peers from Apple's changes, JPMorgan analyst Doug Anmuth said Facebook's profile looks similar. For Google, supply bottlenecks are more of a concern, he said.

Snap said its advertising partners across a variety of industries are facing supply-chain disruptions and labor shortages. This is occurring at a time when these partners would normally be operating at peak capacity, generating the strongest and most valuable quarter for ad revenue. But marketers can't advertise for products they can't sell.
— *With assistance from Kit Rees and Stephen Kirkland*

*(Updates stock moves, market value losses and chart.)*



Save

Contact us:
**Provide news feedback or report an error**

Site feedback:
**Take our Survey** ⬈

Confidential tip?
**Send a tip to our reporters**

**Before it's here, it's on the Bloomberg Terminal**

# Bloomberg

©2026 Bloomberg L.P. All Rights Reserved.