BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELENA HADJIMICHAEL, State Bar No. 355715
elena.hadjimichael@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>Defendants. | Case No.: 3:23-cv-01186-RFL<br><br>**DEFENDANTS' NOTICE OF ERRATA** |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants hereby refile the Rebuttal Report of Professor Allen Ferrell (the "Ferrell Report")[1], originally filed on January 13, 2026, to correct the following inadvertent errors. The errors do not change the substance or conclusions of the Report.

**Correction to Exhibit 8.** The Ferrell Report analyzes stock price movement on October 21, 2021, including the impact of an earnings announcement by Snap Inc. on certain industry peer firms of Alphabet, Inc. (defined in the Ferrell Report as the "Sub-Industry Firms"). Ferrell Rep. ¶¶ 74–82. Exhibit 8 to the Ferrell Report includes five graphs that were intended to visually depict the same set of data that Professor Ferrell analyzed. *Id.* at 42–44.

During the process of conversion into PDF format for filing, the graphs in Exhibit 8 were inadvertently rendered from the wrong set of data and therefore inaccurately depicted the stock price movement. In particular, the graphs incorrectly indicated that the stock price of the Sub-Industry Firms increased between 4:00PM and 4:01PM on October 21, 2021, when in fact the data reflect that there was no increase in stock price at this time. *See id.* ¶¶ 74–76; *see also* ECF No. 142 at 17. Consistent with that underlying data, the graphs now (1) reflect that no dramatic price increase occurred at 4:00PM on October 21, 2021, and (2) correct the magnitude of the substantial drops in stock price of each Sub-Industry Firm after the Snap announcement was made at 4:10PM on October 21, 2021.

The correction of Exhibit 8 does not change any of the analysis or conclusions contained in the Ferrell Report, which were based on the appropriate set of data and remain consistent with those data. *See* Ferrell Rep. ¶¶ 74–82. Nor does it affect any arguments by Defendants based upon the Ferrell Report. *See* ECF No. 142 at 17–19.

**Correction to Appendix B.** The Ferrell Report analyzes sources including legal documents, Dr. Nye's expert report, academic sources, government documents, analyst reports, press releases, and news articles. Appendix B to the Ferrell Report was intended to list each of

---

[1] The Ferrell Report was filed as Exhibit 1 to the Declaration of Carl Hudson in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

1

DEFS' NOTICE OF ERRATA
CASE NO. 3:23-CV-01186-RFL

these sources. Ferrell Rep. App. B. As originally filed, however, Appendix B inadvertently omitted several sources that Professor Ferrell had considered: one academic source and sixteen analyst reports. *See id.* This correction does not change any of the analysis or conclusions contained in the Ferrell Report, nor does it affect any arguments by Defendants based upon the Ferrell Report. *See id.* ¶¶ 8–93; ECF No. 142 at 10–22, 24–25.

Defendants attach as Exhibit A to this Notice a corrected version of the Ferrell Report, which corrects both errors described above, and immaterial typographical errors. Defendants attach as Exhibit B to this Notice a redline comparing Exhibit A to the Ferrell Report.

Dated: January 26, 2026

FRESHFIELDS US LLP

By: */s/ Doru Gavril*
Doru Gavril

*Attorneys for Defendants*

2

DEFS' NOTICE OF ERRATA
CASE NO. 3:23-CV-01186-RFL