UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AMI - GOVERNMENT EMPLOYEES
PROVIDENT FUND MANAGEMENT
COMPANY LTD., Individually and On
Behalf of All Others Similarly Situated,

Plaintiff,

v.

ALPHABET INC., GOOGLE LLC, and
SUNDAR PICHAI

Defendants.

Case No. 3:23-CV-01186-RFL

**DECLARATION OF EMMA GILMORE IN FURTHER SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Emma Gilmore, declare, under penalty of perjury as follows:

1.  I am a partner at the law firm Pomerantz LLP, appointed by the Court as Lead Counsel in this action. I am personally involved in the representation of Plaintiffs and the putative class, and submit this declaration in further support of Plaintiffs' motion for class certification. I have personal knowledge of the matters set forth herein.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the Expert Reply Report of Zachary Nye, PhD, together with exhibits.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of March 2026, in New York, NY.

*/s/ Emma Gilmore*
Emma Gilmore