UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET INC., GOOGLE LLC, and SUNDAR PICHAI<br><br>Defendants. | Case No. 3:23-CV-01186-RFL |

**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**

Having considered the parties' submissions, the record, and the applicable law, the Court GRANTS in part and DENIES in part Defendants' Administrative Motion for Leave to File Sur-Reply. Defendants are permitted to file a sur-reply to Plaintiffs' Motion for Class Certification not to exceed six (6) pages and the Sur-Reply Report of Professor Allen Ferrell (Dkt. 150-3).

**IT IS SO ORDERED.**

Dated: _____

                                                           _____
The Honorable Rita F. Lin
United States District Judge