BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELENA HADJIMICHAEL, State Bar No. 355715
elena.hadjimichael@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>               Defendants. | Case No.: 3:23-cv-01186-RFL (SK)<br><br>**TRANSMITTAL DECLARATION OF DORU GAVRIL FOR EXHIBITS CITED IN DEFENDANTS' ORAL ARGUMENT ON CLASS CERTIFICATION** |

GAVRIL DECLARATION
CASE NO. 3:23-CV-01186-RFL (SK)

**DECLARATION OF DORU GAVRIL**

I, Doru Gavril, declare as follows:

1.    I am duly admitted to practice in the State of California and a partner at the law firm Freshfields US LLP. I am counsel for Defendants Alphabet Inc., Google LLC, and Sundar Pichai. I have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify to the matters stated herein.

2.    This declaration submits for the Court's ease of reference the exhibits discussed today in the Defendants' Oral Argument on Class Certification, as follows:

      a.    Attached hereto as **Exhibit A** is a true and correct copy of an article titled "Ten States Sue, Google, Alleging Deal With Facebook to Rig Online Ad Market," *Wall Street Journal Online*, December 16, 2020, 6:25 PM EST, cited on page B-18 of the Amended Rebuttal Report of Professor Allen Ferrell, ECF No. 146-1, as Press Release and News Article No. 16.

      b.    Attached hereto as **Exhibit B** is a true and correct copy of an article titled "Google, Facebook Had Illegal Deal to Rig Ad Market, Texas Says," *Bloomberg News*, December 16, 2020, 4:36 PM EST, cited on page B-18 of the Rebuttal Report of Professor Allen Ferrell, ECF No. 143-1, as Press Release and News Article No. 19 and further captured in the search described on page B-21 of the Amended Rebuttal Report of Professor Allen Ferrell, ECF No. 146-1, as Press Release and News Article No. 56.

      c.    Attached hereto as **Exhibit C** is a true and correct copy of an article titled "How a U.S. lawsuit claims Google, Facebook cooperated to undermine ad competition," *Reuters*, December 16, 2020, 6:12 PM EST, cited on page B-18 of the Rebuttal Report of Professor Allen Ferrell, ECF No. 143-1, as Press Release and News Article No. 20 and further captured in the search described on page B-20 of the Amended Rebuttal Report of Professor Allen Ferrell, ECF No. 146-1, as Press Release and News Article No. 45.

      d.    Attached hereto as **Exhibit D** is a true and correct copy of the analyst report

-1-

"Alphabet Inc. Key Stock Statistics (Source: CFRA, S&P Global Market Intelligence (SPGMI), Company Reports)," CFRA, September 4, 2021, cited on page B-6 of the Amended Rebuttal Report of Professor Allen Ferrell, ECF No. 146-1, as Analyst Report No. 43.

e.    Attached hereto as **Exhibit E** is a true and correct copy of the analyst report "Alphabet Inc. Analyst's Notes," Argus, October 28, 2021, cited on page B-9 of the Amended Rebuttal Report of Professor Allen Ferrell, ECF No. 146-1, as Analyst Report No. 112.

3.    I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood City, California, this 14th day of April, 2026.


Dated: April 14, 2026                    FRESHFIELDS US LLP

By: _/s/ Doru Gavril_____
        Doru Gavril

*Attorneys for Defendants*

-2-

GAVRIL DECLARATION
CASE NO. 3:23-CV-01186-RFL (SK)