# EXHIBIT D



Stock Report | **September 04, 2021** | NasdaqGS Symbol: **GOOG** | **GOOG** is in the S&P 500

# Alphabet Inc.

| Recommendation | BUY ★ ★ ★ ★ ☆ | | Price<br>USD 2,895.50 [as of market close Sep 03, 2021] | 12-Mo. Target Price<br>USD 3,200.00 | Report Currency<br>USD | Investment Style<br>Large-Cap Growth |
|---|---|---|---|---|---|---|

**Equity Analyst** John Freeman

| **GICS Sector** Communication Services | **Summary** Alphabet is the world's leading internet search provider and the world's largest generator of |
|---|---|
| **Sub-Industry** Interactive Media and Services | advertising revenue. |

## Key Stock Statistics (Source: CFRA, S&P Global Market Intelligence (SPGMI), Company Reports)

| 52-Wk Range | **USD 2916.84 - 1415.21** | Oper.EPS2021**E** | **USD 100.22** | Market Capitalization[B] | **USD 1923.41** | Beta | **1.00** |
|---|---|---|---|---|---|---|---|
| Trailing 12-Month EPS | **USD 92.19** | Oper.EPS2022**E** | **USD 113.75** | Yield [%] | **N/A** | 3-yr Proj. EPS CAGR[%] | **34** |
| Trailing 12-Month P/E | **31.41** | P/E on Oper.EPS2021**E** | **28.89** | Dividend Rate/Share | **N/A** | SPGMI's Quality Ranking | **B+** |
| USD 10K Invested 5 Yrs Ago | **36,343.0** | Common Shares Outstg.[M] | **668.00** | Institutional Ownership [%] | **68.0** | | |

## Price Performance



Source: CFRA, S&P Global Market Intelligence
Past performance is not an indication of future performance and should not be relied upon as such.
Analysis prepared by **John Freeman** on Jul 28, 2021 03:52 PM ET, when the stock traded at **USD 2,740.23**.

### Highlights

▶ We forecast a three-year revenue CAGR of 24%, driven by the ongoing shift of global ad spend, estimated at $650B in 2020 [eMarketer], to digital/online, 58% of total. We see this shift, together with improving ROI for search ads, propelling 14% base growth in search, ~50% of revenue. Two other key growth contributors: 1] YouTube ads, also benefiting from the shift to digital/online, +66% Y/Y to $13b in 1H21 to 12% of revenue; 2] Google Cloud continues to ride the ongoing migration of enterprise apps to the cloud, as we project cloud, ~7% of 1H21 revenue, will continue to grow 40%+ Y/Y through '22. We expect at least one "moon shot" to contribute materially by 2023, with drone delivery, Waymo autonomous driving/ride-sharing, and quantum computing as top candidates.

▶ There is substantial operating leverage inherent in core search, though management is prioritizing revenue growth vs. profitability for now. So, we forecast only modestly higher operating margin of 32% by '23 vs. 24% in Q1 '21.

▶ We forecast EPS of $100.22 for '21, $113.75 for '22, and $141.74 for '23, driven mainly by revenue growth and secondarily by margin expansion, partially offset by multi-$10B fines likely by '24.

### Investment Rationale/Risk

▶ Our Buy is based on: 1] our 24% projected three-year revenue CAGR, driven by search [especially ex-U.S.], YouTube, and cloud; 2] tremendous inherent operating leverage and profitability potential; 3] reasonable valuation with most multiples below their five-year averages and $110B in net cash; 4] early leadership and traction in areas with massive long-term potential, including machine learning [e.g., TensorFlow], natural language processing and many other efforts in cognitive computing, self-driving vehicles, quantum computing, drone delivery, smart-homes, and wearables.

▶ Significant regulatory risk remains, with GOOG likely facing stiff FTC/DoJ opposition to major M&A for now. A resurgent Covid-19 continues to pose a risk but has already produced offsetting benefits for the long term, such as an accelerating the shift of ad spend to online/digital from traditional media and higher viewership and user engagement with YouTube, with billions of people sheltering at home likely well into '22.

▶ Our $3,200 target is the product of our '22 EPS forecast of $113.75 and a 28.1x P/E [two-year mean, with the premium from $110b in net cash and dominance in search offset by higher regulatory risk].

### Analyst's Risk Assessment

| LOW | MEDIUM | HIGH |
|---|---|---|

Our risk assessment reflects GOOG's dominant position in internet search and in internet video advertising through YouTube, not to mention its exceptionally strong balance sheet, partially offset by significant regulatory risk both in the U.S. and Europe.

### Revenue/Earnings Data

#### Revenue (Million USD)

| | 1Q | 2Q | 3Q | 4Q | Year |
|---|---|---|---|---|---|
| 2023 | -- | -- | -- | -- | **E** 344,547 |
| 2022 | **E** 64,773 | **E** 72,461 | **E** 72,316 | **E** 86,270 | **E** 295,815 |
| 2021 | 55,314 | 61,880 | **E** 61,775 | **E** 73,672 | **E** 252,293 |
| 2020 | 41,159 | 38,297 | 46,173 | 56,898 | 182,527 |
| 2019 | 36,339 | 38,944 | 40,499 | 46,075 | 161,857 |
| 2018 | 31,146 | 32,657 | 33,740 | 39,276 | 136,819 |

#### Earnings Per Share (USD)

| | 1Q | 2Q | 3Q | 4Q | Year |
|---|---|---|---|---|---|
| 2023 | -- | -- | -- | -- | **E** 141.74 |
| 2022 | **E** 27.92 | **E** 28.70 | **E** 25.10 | **E** 32.03 | **E** 113.75 |
| 2021 | 26.29 | 27.26 | **E** 22.44 | **E** 25.23 | **E** 100.22 |
| 2020 | 9.87 | 10.13 | 16.40 | 22.30 | 58.61 |
| 2019 | 9.50 | 14.21 | 10.12 | 15.35 | 49.16 |
| 2018 | 13.33 | 4.54 | 13.06 | 12.77 | 43.70 |

Fiscal Year ended Dec 31. EPS Estimates based on CFRA's Operating Earnings; historical GAAP earnings are as reported in Company reports.

### Dividend Data

No cash dividends have been paid in the last year.

Redistribution or reproduction is prohibited without written permission. Copyright © 2021 CFRA. This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person who may receive this report. Investors should seek independent financial advice regarding the suitability and/or appropriateness of making an investment or implementing the investment strategies discussed in this document and should understand that statements regarding future prospects may not be realized. Investors should note that income from such investments, if any, may fluctuate and that the value of such investments may rise or fall. Accordingly, investors may receive back less than they originally invested. Investors should seek advice concerning any impact this investment may have on their personal tax position from their own tax advisor. Please note the publication date of this document. It may contain specific information that is no longer current and should not be used to make an investment decision. Unless otherwise indicated, there is no intention to update this document.

FAFGOOGAMI_0000708

Case 3:23-cv-01186-RFL    Document 155-4    Filed 04/14/26    Page 3 of 10

# Alphabet Inc.

**CFRA**

## Business Summary Jul 28, 2021

CORPORATE OVERVIEW. Alphabet (GOOG) is the world's dominant internet search engine, with between 80% and 90% of the internet's search engine queries and close to 90% of all search engine revenue. Smartphones enable searches anytime, anywhere, and their proliferation has boosted usage considerably, with 70% of queries now mobile. The search engine's everyday presence became so common, so quickly that "google" was recognized as a verb by the Merriam-Webster and Oxford English dictionaries in 2006. In addition to search (55% to 65% of total revenue), Google generates ad revenue from its display ad network (10% to 12% of total) and YouTube (10% to 13% of total). Google is nurturing many other businesses, including "moonshots," with little revenue but tremendous long-term potential, e.g., autonomous vehicles, quantum computing, and drone delivery. Google Cloud is its largest source of non-ad revenue (6% to 9% of total), competing with Amazon AWS and Microsoft Azure.

CORPORATE HISTORY. In 1998, Larry Page and Sergey Brin founded "Google," based on a research project they began at Stanford University. Their PageRank algorithm added relevance to frequency, putting the most relevant links at the top of the results page. This was a big improvement over early search engines where page links were sported only by frequency — the sheer number of instances of a search term on each page — often forcing users to flip through multiple pages to find relevant links. It also encouraged websites to hide the text of thousands of instances of certain keywords (e.g., "car insurance") to drive search traffic, regardless of relevance. PageRank determined relevance by determining the number and relevance of pages containing the search term that linked "back" to the first page, with the relevance of those pages also determined by the number and relevance of their back-linked pages, et cetera. PageRank is recursive, cleverly analyzing the web's own hyperlinked structure to determine relevance, but they had to build "web crawler" software to index the entire web — all of it, continuously. Today, Google processes over 70,000 queries/sec., 7.8B/day, but most of its computing capacity — millions of servers — are still dedicated to this massive indexing task.

Larry and Sergey had their second big breakthrough in 2001 after agreeing to two VC investor demands: 1) hiring Eric Schmidt as CEO; 2) allowing advertising to generate revenue. However, initial efforts cluttered the results page with ads that were no more relevant than ordinary banner ads. The breakthrough was Google AdWords, an online auction where ad buyers bid on keywords (e.g., once again, "car insurance"), with the winners getting to put ads on the results pages of searches for that keyword, paying Google the bid amount for each ad click. However, rather than "highest bid wins," which can be rigged by high bids with irrelevant ads, winning bids on AdWords are those that maximize revenue, i.e., the per-click bid amount times the number of clicks, extrapolated from history. Over the years, Google has added over 200 other criteria to PageRank to maximize relevance and revenue. AdWords was an instant hit, especially among smaller businesses that cannot afford big ad buys on traditional media (TV, radio, print). Further, AdWords was totally automated and self-serve, hence generating considerable operating leverage. Three years later in 2004, Google IPO'd with $3.2B in revenue and minimal sales and marketing costs.

M&A. In its first few years post-IPO, Google was quite active in M&A, its first major buys being YouTube in 2006 for $1.7B and DoubleClick in 2008 for $3.1B, forming the basis of its ad network. In 2012, Google bought Motorola Mobility for $13B to support Android, its open-source mobile operating system, which was created to prevent Apple, Microsoft, Nokia, or Samsung from using their positions to enter the search or extract higher "rent" as search moved to mobile. Google sold Motorola to Lenovo in 2014 for only $3B, but it kept 17k Motorola patents to protect itself in potential IP fights and to continued distributing Android for free without paying royalties to third party IP holders like Apple and Microsoft. In 2013, Google spent $1B for Waze, adding crowdsourced traffic reports to Google Maps. 2014 saw deals for Nest (smart home tech) for $3.2B and AI pioneer DeepMind for $600M. Since 2014, growing anti-trust scrutiny has deterred larger deals, though Google made numerous small acquisitions to pick up promising technologies or teams. The 2019 purchase of Looker for $2.6B, software for connecting disparate databases, was an exception because it operates under Google Cloud, which trails AWS and Azure in revenue by significant margins.

COMPETITIVE LANDSCAPE. Direct competitors in "general purpose" search have each held a 1% to 4% global share over the last decade: Microsoft's Bing, 6% to 8% share in the U.S.; Verizon, purchased Yahoo in 2017; Baidu, limited to China. Indirect competition from Facebook and Amazon is more significant, keeping Google's share in total online/digital advertising at ~30%. Though YouTube is primarily ad-driven, it is expanding into paid subscriptions and a la carte prices for premium content and is approaching Netflix in sales. In cloud services, Google ranks #3 behind Amazon AWS and Microsoft Azure but has carved out a solid position in machine learning with TensorFlow.

FINANCIAL TRENDS. Google has maintained 20%+ organic annual revenue over the last decade with YouTube and Google Cloud now emerging as increasingly important drivers as core search advertising has gradually decelerated to the mid-teens. 2020 was a glaring exception due to Covid-19, which hit overall advertising hard in H1 '20, resulting in 14% Y/Y growth and Google's first quarter with a Y/Y revenue decline. Profitability has bounced around a bit over the past few years due to regulatory fines levied by the EU (~ $10B since 2017) and Covid, with operating margin ranging from 21% to 45%. Given the considerable inherent operating leverage Google can realize over time, especially as cloud services scale, we forecast 35%+ operating margin by 2025, up from 21% in 2020.

## Corporate information

**Investor contact**
E. West (650-253-0000)

**Office**
1600 Amphitheatre Parkway, Mountain View, California, 94043

**Telephone**
650-253-0000

**Fax**
N/A

**Website**
www.abc.xyz

**Officers**

**Senior VP & CFO**
R. M. Porat

**CEO & Director**
S. Pichai

**Chief Accounting Officer & VP**
A. T. O'Toole

**Chairman & Lead Independent Director**
J. L. Hennessy

**Board Members**

| | |
|---|---|
| A. Mather | L. J. Doerr |
| A. R. Mulally | R. L. Washington |
| F. H. Arnold | R. W. Ferguson |
| J. L. Hennessy | S. Brin |
| K. R. Shriram | S. Pichai |
| L. E. Page | |

**Domicile**
Delaware

**Auditor**
Ernst & Young LLP

**Founded**
1998

**Employees**
144,056

**Stockholders**
N/A

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2021 CFRA.

FAFGOOGAMI_0000709



Stock Report | **September 04, 2021** | NasdaqGS Symbol: **GOOG** | **GOOG** is in the S&P 500

# Alphabet Inc.

## Quantitative Evaluations

**Fair Value Rank**

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|

LOWEST — HIGHEST

Based on CFRA's proprietary quantitative model, stocks are ranked from most overvalued [1] to most undervalued [5].

**Fair Value Calculation**  USD **3,240.95**  Analysis of the stock's current worth, based on CFRA's proprietary quantitative model suggests that GOOG is undervalued by USD 345.45 or 11.93%

**Volatility**

| LOW | AVERAGE | HIGH |
|---|---|---|

**Technical Evaluation**  NEUTRAL  Since June, 2021, the technical indicators for GOOG have been NEUTRAL"

**Insider Activity**

| UNFAVORABLE | NEUTRAL | FAVORABLE |
|---|---|---|

## Expanded Ratio Analysis

| | 2020 | 2019 | 2018 | 2017 |
|---|---|---|---|---|
| Price/Sales | 6.59 | 5.77 | 5.32 | 6.64 |
| Price/EBITDA | 21.92 | 19.40 | 17.50 | 20.56 |
| Price/Pretax Income | 25.03 | 23.57 | 20.86 | 27.07 |
| P/E Ratio | 29.89 | 27.20 | 23.70 | 58.14 |
| Avg. Diluted Shares Outstg. [M] | 687.03 | 698.56 | 703.28 | 703.58 |

Figures based on fiscal year-end price

## Key Growth Rates and Averages

| Past Growth Rate [%] | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| Net Income | 17.26 | 47.06 | 19.76 |
| Sales | 12.77 | 18.08 | 19.47 |

| Ratio Analysis (Annual Avg.) | | | |
|---|---|---|---|
| Net Margin [%] | 22.06 | 21.91 | 19.75 |
| % LT Debt to Capitalization | 10.01 | 6.34 | 4.86 |
| Return on Equity [%] | 19.00 | 18.58 | 15.89 |

## Company Financials Fiscal year ending Dec 31

| Per Share Data [USD] | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Tangible Book Value | 296.09 | 259.81 | 226.47 | 191.52 | 172.52 | 146.38 | 122.82 | 103.71 | 81.38 | 75.75 |
| Free Cash Flow | 62.93 | 44.72 | 32.85 | 34.50 | 37.55 | 24.28 | 17.77 | 16.98 | 20.39 | 17.24 |
| Earnings | 58.61 | 49.16 | 43.70 | 18.00 | 27.88 | 23.59 | 19.82 | 19.42 | 17.36 | 14.88 |
| Earnings [Normalized] | 38.45 | 34.61 | 29.73 | 26.76 | 21.85 | 18.03 | 15.69 | 14.56 | 13.16 | 12.11 |
| Dividends | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Payout Ratio [%] | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM |
| Prices: High | 1,847 | 1,365 | 1,274 | 1,078 | 816.68 | 779.98 | 603.17 | N/A | N/A | N/A |
| Prices: Low | 1,014 | 1,014 | 970.11 | 775.80 | 663.06 | 486.23 | 487.66 | N/A | N/A | N/A |
| P/E Ratio: High | 31.50 | 27.80 | 29.10 | 59.90 | 29.30 | 33.10 | 30.40 | NM | NM | NM |
| P/E Ratio: Low | 17.30 | 20.60 | 22.20 | 43.10 | 23.80 | 20.60 | 24.60 | NM | NM | NM |

| Income Statement Analysis [Million USD] | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 182,527 | 161,857 | 136,819 | 110,855 | 90,272 | 74,989 | 66,001 | 55,519 | 46,039 | 37,905 |
| Operating Income | 41,224 | 36,482 | 32,595 | 28,914 | 23,716 | 19,360 | 16,874 | 15,403 | 13,834 | 12,242 |
| Depreciation + Amortization | 13,679 | 11,651 | 9,029 | 6,899 | 6,100 | 5,024 | 4,601 | 3,939 | 2,962 | 1,851 |
| Interest Expense | 135.00 | 100.00 | 114.00 | 109.00 | 124.00 | 104.00 | 101.00 | 81.00 | 85.00 | 58.00 |
| Pretax Income | 48,082 | 39,625 | 34,913 | 27,193 | 24,150 | 19,651 | 17,259 | 15,899 | 14,469 | 12,326 |
| Effective Tax Rate | 16.20 | 13.30 | 12.00 | 53.40 | 19.30 | 16.80 | 21.10 | 17.20 | 20.20 | 21.00 |
| Net Income | 40,269 | 34,343 | 30,736 | 12,662 | 19,478 | 16,348 | 14,136 | 12,733 | 10,737 | 9,737 |
| Net Income [Normalized] | 26,416 | 24,180 | 20,909 | 18,826 | 15,266 | 12,491 | 10,779 | 9,869 | 8,749 | 7,926 |

| Balance Sheet and Other Financial Data [Million USD] | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | 136,694 | 119,675 | 109,140 | 101,871 | 86,333 | 71,926 | 62,633 | 57,447 | 47,159 | 43,366 |
| Current Assets | 174,296 | 152,578 | 135,676 | 124,308 | 105,408 | 90,114 | 78,656 | 72,886 | 60,454 | 52,758 |
| Total Assets | 319,616 | 275,909 | 232,792 | 197,295 | 167,497 | 147,461 | 129,187 | 110,920 | 93,798 | 72,574 |
| Current Liabilities | 56,834 | 45,221 | 34,620 | 24,183 | 16,756 | 19,310 | 16,779 | 15,908 | 14,337 | 8,913 |
| Long Term Debt | 12,832 | 3,958 | 3,950 | 3,943 | 3,935 | 1,995 | 2,992 | 1,990 | 2,988 | 2,986 |
| Total Capital | 250,416 | 217,524 | 181,640 | 156,471 | 142,971 | 127,979 | 111,875 | 93,928 | 78,925 | 64,356 |
| Capital Expenditures | 22,281 | 23,548 | 25,139 | 13,184 | 10,212 | 9,950 | 11,014 | 7,358 | 3,273 | 3,438 |
| Cash from Operations | 65,124 | 54,520 | 47,971 | 37,091 | 36,036 | 26,572 | 23,024 | 18,659 | 16,619 | 14,565 |
| Current Ratio | 3.07 | 3.37 | 3.92 | 5.14 | 6.29 | 4.67 | 4.69 | 4.58 | 4.22 | 5.92 |
| % Long Term Debt of Capitalization | 10.00 | 6.80 | 2.20 | 2.50 | 2.80 | 1.60 | 2.90 | 2.40 | 3.80 | 4.60 |
| % Net Income of Revenue | 22.10 | 21.20 | 22.50 | 11.40 | 21.60 | 21.80 | 21.40 | 22.90 | 23.30 | 25.70 |
| % Return on Assets | 8.65 | 8.96 | 9.47 | 9.91 | 9.41 | 8.75 | 8.78 | 9.40 | 10.39 | 11.73 |
| % Return on Equity | 19.00 | 18.10 | 18.60 | 8.70 | 15.00 | 14.60 | 14.20 | 16.60 | 17.80 | 18.70 |

Source: S&P Global Market Intelligence. Data may be preliminary or restated; before results of discontinued operations/special items. Per share data adjusted for stock dividends; EPS diluted. E-Estimated. NA-Not Available. NM-Not Meaningful. NR-Not Ranked. UR-Under Review.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2021 CFRA.

FAFGOOGAMI_0000710

Stock Report | **September 04, 2021** | NasdaqGS Symbol: **GOOG** | **GOOG** is in the S&P 500

# Alphabet Inc.

**CFRA**

## Sub-Industry Outlook

We have a positive fundamental outlook for the Interactive Media & Services sub-industry over the next 12 months, reflecting the ongoing shift of $650B in total global advertising spend (2020, eMarketer) from traditional broadcast TV/radio and print media to Internet/digital media. This shift is driven by the increasing time consumers spend on Internet/digital vs. traditional media and by the superior return on investment (ROI) of Internet/digital for the advertiser due to more precise targeting, richer feedback, and a more efficient ad buying process that is mostly auction-based and increasingly programmatic. We expect the increasing application of machine/deep learning techniques to generate even higher ROI from Internet/digital campaigns over time.

Sometimes, paradigm shifts in tech lead to massive and sudden share losses by the incumbents of the old paradigm – e.g., Uber vs. taxis and Apple/Android vs. Blackberry and Nokia in smart phones. This has not been the case in advertising where the shift to the Internet/digital paradigm has already taken 15+ years due to the fungibility of ad spend, the retained value of traditional media (e.g., a Super Bowl TV ad still reaches 500M+ viewers and that value is not reduced by social media ads), and advertisers' organizational inertia and habits. According eMarketer, Internet/digital ad spend only just crossed 50% of total global ad spend in 2019. However, we see the second half of this shift proceeding more rapidly. In other words, we believe this shift will continue to drive strong 15% + annual revenue growth for this sub-industry for many years.

While Covid-19 has clearly had a negative impact on advertising overall, total global ad spend is still forecast to grow 7% Y/Y in 2020 to $692B (eMarketer). We expect revenue growth to decelerate for the primary U.S. constituents of the Interactive Media & Services sub-industry, Alphabet (GOOG.L), Facebook (FB), Twitter (TWTR), and Pinterest (PINS). Yet, economic downturns frequently motivate faster adoption of a new technology based on hard ROI, and we see that

happening already with the shift to Internet/digital advertising due to the present Covid-19-driven downturn.

We also underscore the tremendous profitability and substantial operating leverage inherent to the businesses in this sub-industry. We also note the large adjacent markets into which both are expanding (e.g., GOOGL's enterprise cloud services and FB's VR/AR apps) or planning to expand (e.g., autonomous vehicles, drone delivery, payments). The tremendous opportunity we see in this sub-industry is partially offset by the persistent threat of greater regulation regarding alleged anti-trust violations, data privacy, and most recently claims of unfair political bias. While much of this political bluster, we expect that bluster to be particularly loud and alarming as we approach the U.S. presidential election. That could result in greater stock price volatility for GOOG.L, FB, and even TWTR. So, we caution investors to expect a period of greater volatility relative to history with these stocks, at least until the dust settles after the election.

The S&P 500 Interactive Media & Services sub-industry index, which is presently made up of Alphabet (GOOG.L), Facebook (FB), and Twitter (TWTR), is up 5.76% YTD through May 27. This compares with a decline of 6.81% YTD for the overall S&P 500.

**/ John Freeman**

## Industry Performance

**GICS Sector: Communication Services**
**Sub-Industry: Interactive Media and Services**

Based on S&P 1500 Indexes
Five-Year market price performance through Sep 04, 2021



NOTE: A sector chart appears when the sub-industry does not have sufficient historical index data.

All Sector & Sub-Industry information is based on the Global Industry Classification Standard (GICS).

Past performance is not an indication of future performance and should not be relied upon as such.

**Source: CFRA, S&P Global Market Intelligence**

## Sub-Industry: Interactive Media and Services   Peer Group*: Interactive Media and Services

| Peer Group | Stock Symbol | Exchange | Currency | Recent Stock Price | Stk. Mkt. Cap. (M) | 30-Day Price Chg. (%) | 1-Year Price Chg. (%) | P/E Ratio | Fair Value Calc. | Yield (%) | Return on Equity (%) | LTD to Cap (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

*For Peer Groups with more than 10 companies or stocks, selection of issues is based on market capitalization.
NA-Not Available; NM-Not Meaningful.
Note: Peers are selected based on Global Industry Classification Standards and market capitalization. The peer group list includes companies with similar characteristics, but may not include all the companies within the same industry and/or that engage in the same line of business.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2021 CFRA.

FAFGOOGAMI_0000711

Case 3:23-cv-01186-RFL    Document 155-4    Filed 04/14/26    Page 6 of 10

**CFRA**

# Alphabet Inc.

---

## Analyst Research Notes and other Company News

**July 28, 2021**
02:47 PM ET... CFRA Maintains Buy Rating on Shares of Alphabet, Inc. [GOOG 2744.76****]:
We raise our target by $370 to $3,200 due to: 1] an outstanding 2Q21, albeit an easy Y/Y compare with 2Q20 when ad spend plummeted due to Covid, with ad revenue +69% Y/Y to $50b, 73% of total; 2] strong ongoing cloud growth of 54% Y/Y, 7% of total, with increasingly value-added and differentiated machine/deep learning services and functionality and rapid progress toward profitability with cloud operating margin narrowing Y/Y to -13% from -47%; 3] compelling progress for its Waymo autonomous driving trial in Phoenix, AZ, with tens of thousands of rides completed safely since Oct. '20. Our $3,200 target is the product of our '22 EPS forecast of $113.75, up $11.51, and a 28.1x P/E [two-year mean, with the premium from $110b in net cash and dominance in search offset by higher regulatory risk]. 2Q revenue of $61.9b, +62% Y/Y, beat consensus by $5.8b; EPS of $27.26, was $17.13 higher Y/Y and beat by $8.16. We also raise our EPS forecasts for '21 by $10.14 to $100.22 and for '23 by $14.35 to $141.74. / John Freeman

**June 18, 2021**
12:24 AM ET... CFRA Lowers Rating on Shares of Alphabet Inc. to Buy from Strong Buy [GOOG 2527.42****]:
We lower our rating to Buy from Strong Buy based on what we view as incrementally higher risk from recently proposed bipartisan legislation in the U.S. that is likely to result in punitive actions and a stricter regulatory regime, possibly including a forced divestiture or spin-out of its ad network business [12% of total Q1 revenue, +30% Y/Y] or of YouTube [11% of Q1 revenue, +48% Y/Y]. Our new $2,830 target is the product of our '22 EPS forecast of $102.24 and a 27.7x P/E [2-year mean, vs. the previously used 3-year mean and no longer with a 5% premium now that regulatory risk completely offsets the $107B net cash position, in our view]. We note that GOOG is up 85% since our upgrade to Strong Buy in Dec. 2019, vs. 32% for the S&P 500. We raise our EPS forecasts to $90.08 for '21, to $102.24 for '22, and to $127.39 for '23. We still view GOOG's long-term potential as quite attractive but see more moderate upside in the next 12 months compared with the previous 19. / John Freeman

**March 22, 2021**
11:46 AM ET... CFRA Reiterates Strong Buy on Shares of Alphabet, Inc. [GOOG 2092.52*****]:
We maintain our Strong Buy and our $2,500 target for GOOG, as we do for its financial equivalent with voting rights, GOOG.L. / John Freeman

---

Note: Research notes reflect CFRA's published opinions and analysis on the stock at the time the note was published. The note reflects the views of the equity analyst as of the date and time indicated in the note, and may not reflect CFRA's current view on the company.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2021 CFRA.

FAFGOOGAMI_0000712

Stock Report | September 04, 2021 | NasdaqGS Symbol: GOOG | GOOG is in the S&P 500



# Alphabet Inc.

## Analysts Recommendations



| | No. of Recommendations | % of Total | 1 Mo. Prior | 3 Mos. Prior |
|---|---|---|---|---|
| Buy | 31 | 67 | 31 | 32 |
| Buy/Hold | 12 | 26 | 12 | 12 |
| Hold | 1 | 2 | 1 | 1 |
| Weak hold | 0 | 0 | 0 | 0 |
| Sell | 0 | 0 | 0 | 0 |
| No Opinion | 2 | 4 | 2 | 3 |
| Total | 46 | 100 | 46 | 48 |

## Wall Street Consensus Opinion

**Buy**

### Wall Street Consensus vs. Performance

For fiscal year 2021, analysts estimate that GOOG will earn USD 100.49. For fiscal year 2022, analysts estimate that GOOG's earnings per share will grow by 5.1% to USD 105.61.

## Wall Street Consensus Estimates



| Fiscal Year | Avg Est. | High Est. | Low Est. | # of Est. | Est. P/E |
|---|---|---|---|---|---|
| 2022 | 105.61 | 124.83 | 89.89 | 33 | 27.31 |
| 2021 | 100.49 | 114.93 | 87.80 | 33 | 28.70 |
| **2022 vs. 2021** | ▲ 5% | ▲ 9% | ▲ 2% | N/A% | ▼ -5% |
| | | | | | |
| Q3'22 | 25.91 | 30.59 | 21.93 | 12 | 111.32 |
| Q3'21 | 23.09 | 30.67 | 18.87 | 26 | 124.90 |
| **Q3'22 vs. Q3'21** | ▲ 12% | ▼ -0% | ▲ 16% | ▼ -54% | ▼ -11% |

Forecasts are not reliable indicator of future performance.

Note: A company's earnings outlook plays a major part in any investment decision. S&P Global Market Intelligence organizes the earnings estimates of over 2,300 Wall Street analysts, and provides their consensus of earnings over the next two years, as well as how those earnings estimates have changed over time. Note that the information provided in relation to consensus estimates is not intended to predict actual results and should not be taken as a reliable indicator of future performance.

**Note: For all tables, graphs and charts in this report that do not cite any reference or source, the source is S&P Global Market Intelligence.**

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2021 CFRA.

FAFGOOGAMI_0000713

# Alphabet Inc.



## Glossary

### STARS

Since January 1, 1987, CFRA Equity and Fund Research Services, and its predecessor S&P Capital IQ Equity Research has ranked a universe of U.S. common stocks, ADRs [American Depositary Receipts], and ADSs [American Depositary Shares] based on a given equity's potential for future performance. Similarly, we have ranked Asian and European equities since June 30, 2002. Under proprietary STARS [Stock Appreciation Ranking System], equity analysts rank equities according to their individual forecast of an equity's future total return potential versus the expected total return of a relevant benchmark [e.g., a regional index [MSCI AC Asia Pacific Index, MSCI AC Europe Index or S&P 500® Index]], based on a 12-month time horizon. STARS was designed to help investors looking to put their investment decisions in perspective. Data used to assist in determining the STARS ranking may be the result of the analyst's own models as well as internal proprietary models resulting from dynamic data inputs.

### S&P Global Market Intelligence's Quality Ranking

[also known as **S&P Capital IQ Earnings & Dividend Rankings**] - Growth and S&P Capital IQ Earnings & Dividend Rankings stability of earnings and dividends are deemed key elements in establishing S&P Global Market Intelligence's earnings and dividend rankings for common stocks, which are designed to capsulize the nature of this record in a single symbol. It should be noted, however, that the process also takes into consideration certain adjustments and modifications deemed desirable in establishing such rankings. The final score for each stock is measured against a scoring matrix determined by analysis of the scores of a large and representative sample of stocks. The range of scores in the array of this sample has been aligned with the following ladder of rankings:

| | | | |
|---|---|---|---|
| A+ | Highest | B | Below Average |
| A | High | B- | Lower |
| A | Above | C | Lowest |
| B+ | Average | D | In Reorganization |
| NC | Not Ranked | | |

### EPS Estimates

CFRA's earnings per share [EPS] estimates reflect analyst projections of future EPS from continuing operations, and generally exclude various items that are viewed as special, non-recurring, or extraordinary. Also, EPS estimates reflect either forecasts of equity analysts; or, the consensus [average] EPS estimate, which are independently compiled by S&P Global Market Intelligence, a data provider to CFRA. Among the items typically excluded from EPS estimates are asset sale gains; impairment, restructuring or merger-related charges; legal and insurance settlements; in process research and development expenses; gains or losses on the extinguishment of debt; the cumulative effect of accounting changes; and earnings related to operations that have been classified by the company as discontinued. The inclusion of some items, such as stock option expense and recurring types of other charges, may vary, and depend on such factors as industry practice, analyst judgment, and the extent to which some types of data is disclosed by companies.

### 12-Month Target Price

The equity analyst's projection of the market price a given security will command 12 months hence, based on a combination of intrinsic, relative, and private market valuation metrics, including Fair Value.

### Abbreviations Used in Equity Research Reports

CAGR - Compound Annual Growth Rate
CAPEX - Capital Expenditures
CY - Calendar Year
DCF - Discounted Cash Flow
DDM - Dividend Discount Model
EBIT - Earnings Before Interest and Taxes
EBITDA - Earnings Before Interest, Taxes, Depreciation & Amortization
EPS - Earnings Per Share
EV - Enterprise Value
FCF - Free Cash Flow
FFO - Funds From Operations
FY - Fiscal Year
P/E - Price/Earnings
P/NAV - Price to Net Asset Value
PEG Ratio - P/E-to-Growth Ratio
PV - Present Value
R&D - Research & Development
ROCE - Return on Capital Employed
ROE Return on Equity
ROI - Return on Investment
ROIC - Return on Invested Capital
ROA - Return on Assets
SG&A - Selling, General & Administrative Expenses
SOTP - Sum-of-The-Parts
WACC - Weighted Average Cost of Capital

**Dividends on American Depository Receipts [ADRs] and American Depository Shares [ADSs] are net of taxes [paid in the country of origin].**

### Qualitative Risk Assessment

Reflects an equity analyst's view of a given company's operational risk, or the risk of a firm's ability to continue as an ongoing concern. The Qualitative Risk Assessment is a relative ranking to the U.S. STARS universe, and should be reflective of risk factors related to a company's operations, as opposed to risk and volatility measures associated with share prices. For an ETF this reflects on a capitalization-weighted basis, the average qualitative risk assessment assigned to holdings of the fund.

### STARS Ranking system and definition:

**★★★★★ 5-STARS [Strong Buy]:**
Total return is expected to outperform the total return of a relevant benchmark, by a notable margin over the coming 12 months, with shares rising in price on an absolute basis.

**★★★★★ 4-STARS [Buy]:**
Total return is expected to outperform the total return of a relevant benchmark over the coming 12 months.

**★★★★★ 3-STARS [Hold]:**
Total return is expected to closely approximate the total return of a relevant benchmark over the coming 12 months.

**★★★★★ 2-STARS [Sell]:**
Total return is expected to underperform the total return of a relevant benchmark over the coming 12 months.

**★★★★★ 1-STAR [Strong Sell]:**
Total return is expected to underperform the total return of a relevant benchmark by a notable margin over the coming 12 months, with shares falling in price on an absolute basis.

### Relevant benchmarks:

In North America, the relevant benchmark is the S&P 500 Index, in Europe and in Asia, the relevant benchmarks are the MSCI AC Europe Index and the MSCI AC Asia Pacific Index, respectively.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2021 CFRA.

FAFGOOGAMI_0000714

Stock Report | **September 04, 2021** | NasdaqGS Symbol: **GOOG** | **GOOG** is in the S&P 500

# Alphabet Inc.

**CFRA**

## Disclosures

Stocks are ranked in accordance with the following ranking methodologies:

**STARS Stock Reports:**

Qualitative STARS rankings are determined and assigned by equity analysts. For reports containing STARS rankings refer to the Glossary section of the report for detailed methodology and the definition of STARS rankings.

**Quantitative Stock Reports:**

Quantitative rankings are determined by ranking a universe of common stocks based on 5 measures or model categories: Valuation, Quality, Growth, Street Sentiment, and Price Momentum. In the U.S., a sixth sub-category for Financial Health will also be displayed. Percentile scores are used to compare each company to all other companies in the same universe for each model category. The five [six] model category scores are then weighted and rolled up into a single percentile ranking for that company. For reports containing quantitative rankings refer to the Glossary section seof the report for detailed methodology and the definition of Quantitative rankings.

**STARS Stock Reports and Quantitative Stock Reports:**

The methodologies used in STARS Stock Reports and Quantitative Stock Reports [collectively, the "Research Reports"] reflect different criteria, assumptions and analytical methods and may have differing rankings. The methodologies and data used to generate the different types of Research Reports are believed by the author and distributor reasonable and appropriate. Generally, CFRA does not generate reports with different ranking methodologies for the same issuer. However, in the event that different methodologies or data are used on the analysis of an issuer, the methodologies may lead to different views on the issuer, which may at times result in contradicting assessments of an issuer. CFRA reserves the right to alter, replace or vary models, methodologies or assumptions from time to time and without notice to clients.

**STARS Stock Reports:**

Global STARS Distribution as of March 05, 2021

| Ranking | North America | Europe | Asia | Global |
|---------|---------------|--------|------|--------|
| Buy | 40.3% | 32.5% | 40.0% | 38.7% |
| Hold | 49.6% | 57.1% | 53.1% | 51.7% |
| Sell | 10.1% | 10.3% | 6.9% | 9.6% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% |

**Analyst Certification:**

**STARS Stock Reports are prepared by the equity research analysts of CFRA and its affiliates and subsidiaries. Quantitative Stock Reports are prepared by CFRA. All of the views expressed in STARS Stock Reports accurately reflect the research analyst's personal views regarding any and all of the subject securities or issuers; all of the views expressed in the Quantitative Stock Reports accurately reflect the output of CFRA's algorithms and programs. Analysts generally update STARS Stock Reports at least four times each year. Quantitative Stock Reports are generally updated weekly. No part of analysts' or CFRA's compensation was, is, or will be directly or indirectly related to the specific rankings or views expressed in any Stock Report.**

**About CFRA Equity Research:**

This Research Report is published and originally distributed by Accounting Research & Analytics, LLC d/b/a CFRA ["CFRA US"], with the following exceptions: In the UK/EU/EEA, it is published and originally distributed by CFRA UK Limited ["CFRA UK"], which is regulated by the Financial Conduct Authority [No. 775151], and in Malaysia by CFRA MY Sdn Bhd [Company No. 683377-A] ["CFRA Malaysia"], which is regulated by Securities Commission Malaysia, [No. CMSL/A0181/2007] under license from CFRA US. These parties and their subsidiaries maintain no responsibility for reports redistributed by third parties such as brokers or financial advisors.

**General Disclosure**

**Notice to all jurisdictions:**

Where Research Reports are made available in a language other than English and in the case of inconsistencies between the English and translated versions of a Research Report, the English version will control and supersede any ambiguities between such versions. Neither CFRA nor its affiliates guarantee the accuracy of any translation.

The content of this report and the opinions expressed herein are those of CFRA based upon publicly-available information that CFRA believes to be reliable and the opinions are subject to change without notice. This analysis has not been submitted to, nor received approval from, the United States Securities and Exchange Commission or any other regulatory body. CFRA AND ALL RELATED ENTITIES SPECIFICALLY DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, to the full extent permitted by law, regarding the accuracy, completeness, or usefulness of this information and assumes no liability with respect to the consequences of relying on this information for investment or other purposes.

No content in this Research Report may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of CFRA, or used for any unlawful or unauthorized purposes. Neither CFRA nor its third-party providers, as well as its/their directors, officers, shareholders, employees or agents, guarantee the accuracy, completeness, timeliness or availability of the content herein

**Past performance is not necessarily indicative of future results.**

This document may contain forward-looking statements or forecasts; such forecasts are not a reliable indicator of future performance.

This report is not intended to, and does not, constitute an offer or solicitation to buy and sell securities or engage in any investment activity. This report is for informational purposes only. Statements in this report are not made with respect to any particular investor or type of investor. Securities, financial instruments or strategies mentioned herein may not be suitable for all investors and this material is not intended for any specific investor and does not take into account an investor's particular investment objectives, financial situations or needs. Before acting on anything in this report, you should consider whether it is suitable for your particular circumstances and, if necessary, seek professional advice. CFRA may license certain intellectual property or provide services to, or otherwise have a business relationship with, certain issuers of securities that are the subject of CFRA research reports, including exchange-traded investments whose investment objective is to substantially replicate the returns of a proprietary index of CFRA. In cases where CFRA is paid fees that are tied to the amount of assets invested in a fund or the volume of trading activity in a fund, investment in the fund may result in CFRA receiving compensation in addition to the subscription fees or other compensation for services rendered by CFRA, however, no part of CFRA's compensation for services is tied to any particular viewpoint or rating. Additional information on a subject company may be available upon request.

CFRA's financial data provider is S&P Global Market Intelligence. THIS DOCUMENT CONTAINS COPYRIGHTED AND TRADE SECRET MATERIAL DISTRIBUTED UNDER LICENSE FROM S&P GLOBAL MARKET INTELLIGENCE. FOR RECIPIENT'S INTERNAL USE ONLY.

The Global Industry Classification Standard [GICS®] was developed by and/or is the exclusive property of MSCI, Inc. and S&P Global Market Intelligence. GICS is a service mark of MSCI and S&P Global Market Intelligence and has been licensed for use by CFRA.

**Other Disclaimers and Notices**

Certain information in this report is provided by S&P Global, Inc. and/or its affiliates and subsidiaries [collectively "S&P Global"]. Such information is subject to the following disclaimers and notices: "Copyright © 2018, S&P Global Market Intelligence [and its affiliates as applicable]. All rights reserved. Nothing contained herein is investment advice and a reference to a particular investment or security, a credit rating or any observation concerning a security or investment provided by S&P Global is not a recommendation to buy, sell or hold such investment or security or make any other investment decisions. This may contain information obtained from third parties, including ratings from credit ratings agencies. Reproduction and distribution of S&P Global's information and third party content in any form is prohibited except with the prior written permission of S&P Global or the related third party, as applicable. Neither S&P Global nor its third party providers guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and are not responsible for any errors or omissions [negligent or otherwise], regardless of the cause, or for the results obtained from the use of such information or content. S&P GLOBAL AND ITS THIRD PARTY CONTENT PROVIDERS GIVE NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE AND ALL S&P INFORMATION IS PROVIDED ON AN AS-IS BASIS. S&P GLOBAL AND ITS THIRD PARTY CONTENT PROVIDERS SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, EXEMPLARY, COMPENSATORY, PUNITIVE, SPECIAL OR CONSEQUENTIAL DAMAGES, COSTS, EXPENSES, LEGAL FEES, OR LOSSES [INCLUDING LOST INCOME OR PROFITS AND OPPORTUNITY COSTS OR LOSSES CAUSED BY NEGLIGENCE] IN CONNECTION WITH ANY USE OF THEIR INFORMATION OR CONTENT, INCLUDING RATINGS. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice."

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2021 CFRA.

FAFGOOGAMI_0000715

Case 3:23-cv-01186-RFL    Document 155-4    Filed 04/14/26    Page 10 of 10

**CFRA**

# Alphabet Inc.

**For residents of the European Union/European Economic Area:**

Research reports are originally distributed by CFRA UK Limited [company number 08456139 registered in England & Wales with its registered office address at New Derwent House, 69-73 Theobalds Road, London, WC1X 8TA, United Kingdom]. CFRA UK Limited is regulated by the UK Financial Conduct Authority [No. 775151].

**For residents of Malaysia:**

Research reports are originally produced and distributed by CFRA MY Sdn Bhd [Company No. 683377-A] ["CFRA Malaysia"], a wholly-owned subsidiary of CFRA US. CFRA Malaysia is regulated by Securities Commission Malaysia [License No. CMSL/A0181/2007].

**For residents of all other countries:**

Research reports are originally distributed Accounting Research & Analytics, LLC d/b/a CFRA.

**For Recipients in Canada:**

This report is not prepared subject to Canadian disclosure requirements and may not be suitable for Canadian investors.

Copyright © 2021 CFRA. All rights reserved. CFRA and STARS are registered trademarks of CFRA.

FAFGOOGAMI_0000716