# EXHIBIT E

 ARGUS®

Alphabet, formerly called Google, maintains the largest online index of websites accessible through automated search technology and generates revenue through online advertising, cloud services, and hardware. Google is now an operating segment of Alphabet. The company was founded in 1998 by Sergey Brin and Larry Page and went public in 2004.

## Analyst's Notes

*Analysis by Joseph Bonner, CFA, October 27, 2021*

**ARGUS RATING: BUY**

- Maintaining BUY after 3Q21 results
- Alphabet reported another remarkably strong quarter in 3Q21, with 71% EPS growth on 41% revenue growth.
- Advertising revenue showed strong momentum in the quarter, rising 43%.
- But the stellar quarterly results will not lessen the increasing regulatory pressure on Alphabet, which is facing mounting antitrust lawsuits in the U.S. and abroad as well as potential action by Congress.
- We are raising our 2021 GAAP EPS estimate to $107.32 from $101.06 and our 2022 forecast to $109.49 from $101.18.

**INVESTMENT THESIS**

We are maintaining our BUY rating on Alphabet Inc. (NGS: GOOGL) to our target price of $3100.

We see Alphabet as one of the tech industry's leaders, along with Facebook, Apple, Amazon, and Microsoft. These companies have come to dominate new developments in mobile, public cloud, and big data analytics, as well as emerging areas such as artificial intelligence, virtual/augmented reality and even quantum computing. While Alphabet has often been criticized as a Johnny one note for its dependence on digital advertising, the powerful ramp-up in digital advertising as economies have reopened, combined with Google's dominant position, has certainly been a financial plus that shows little sign of weakening.

Alphabet is beset by antitrust investigations and lawsuits both in the U.S. and internationally, particularly in Europe. While the U.S. Department of Justice antitrust complaint against the company is perhaps the most serious threat to Alphabet, all of the investigations/cases in the aggregate could potentially slow the company's growth, if not force a breakup or other onerous regulation. At a minimum, we think that regulators will carefully scrutinize further acquisitions by Alphabet. We think that the current antitrust cases are serious, though it will probably take years for them to play out, and they may be difficult to prove in court. New legislation, while a threat, may also face difficulty in a

## Argus Recommendations

| | | |
|---|---|---|
| **Twelve Month Rating** | SELL | HOLD | **BUY** |
| **Five Year Rating** | SELL | HOLD | **BUY** |
| **Sector Rating** | Under Weight | **Market Weight** | Over Weight |

Argus assigns a 12-month BUY, HOLD, or SELL rating to each stock under coverage.

- BUY-rated stocks are expected to outperform the market (the benchmark S&P 500 Index) on a risk-adjusted basis over the next year.
- HOLD-rated stocks are expected to perform in line with the market.
- SELL-rated stocks are expected to underperform the market on a risk-adjusted basis.

**The distribution of ratings across Argus' entire company universe is: 72% Buy, 28% Hold.**

## Key Statistics

Key Statistics pricing data reflects previous trading day's closing price. Other applicable data are trailing 12-months unless otherwise specified

**Market Overview**

| | |
|---|---|
| Price | **$2.92 Thousand** |
| Target Price | **$3.10 Thousand** |
| 52 Week Price Range | **$1.51 Thousand to $2.97 Thousand** |
| Shares Outstanding | **301.08 Million** |
| Dividend | **$0.00** |

**Sector Overview**

| | |
|---|---|
| Sector | **Communication Services** |
| Sector Rating | **MARKET WEIGHT** |
| Total % of S&P 500 Market Cap. | **11.00%** |

**Financial Strength**

| | |
|---|---|
| Financial Strength Rating | **HIGH** |
| Debt/Capital Ratio | **10.7%** |
| Return on Equity | **27.5%** |
| Net Margin | **29.5%** |
| Payout Ratio | **--** |
| Current Ratio | **3.07** |
| Revenue | **$239.21 Billion** |
| After-Tax Income | **$70.62 Billion** |

**Valuation**

| | |
|---|---|
| Current FY P/E | **27.25** |
| Prior FY P/E | **49.90** |
| Price/Sales | **3.68** |
| Price/Book | **7.95** |
| Book Value/Share | **$367.95** |
| Market Capitalization | **$880.48 Billion** |

**Forecasted Growth**

1 Year EPS Growth Forecast
**83.11%**

5 Year EPS Growth Forecast
**17.00%**

1 Year Dividend Growth Forecast
**N/A**

**Risk**

| | |
|---|---|
| Beta | **0.92** |
| Institutional Ownership | **77.93%** |

## Market Data

Pricing reflects previous trading week's closing price.



| | 2019 | | | | 2020 | | | | 2021 | | | | 2022 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EPS ($) Quarterly | 9.50 | 14.21 | 10.12 | 15.35 | 9.88 | 10.13 | 16.40 | 22.30 | 26.29 | 27.26 | 27.99 | 25.79 | 26.99 | 26.46 | 27.08 | 28.97 |
| Annual | | 49.16 | | | | 58.61 | | | | 107.32 (Estimate) | | | | 109.49 (Estimate) | | |
| Revenue ($ in Bil.) Quarterly | 36.3 | 38.9 | 40.5 | 46.1 | 41.2 | 38.3 | 46.2 | 56.9 | 55.3 | 61.9 | 65.1 | 68.3 | 65.9 | 70.9 | 74.4 | 77.1 |
| Annual | | 161.9 | | | | 182.5 | | | | 250.6 (Estimate) | | | | 288.3 (Estimate) | | |
| FY ends Dec 31 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |

**Please see important information about this report on page 7**

©2021 Argus Research Company

**ARGUS**®

## Analyst's Notes...Continued

divided U.S. Congress. The company faces headline risks over these lawsuits and investor uncertainty over regulatory outcomes may create an overhang for GOOGL shares. Of course, the company faces possible sanctions if the outcomes are unfavorable.

Alphabet's recovery from the 2Q20 COVID-19-induced advertising slump has been remarkable. We see continued momentum in the coming quarters as e-commerce and digital advertising have burgeoned with economic recovery.

GOOGL shares appear attractively valued given the company's rapidly expanding businesses.

### RECENT DEVELOPMENTS

Alphabet reported 3Q results on October 26. Revenue topped the consensus by $1 billion and GAAP EPS beat the consensus by $2.59. Alphabet provides no actual guidance, so large variances from consensus usually do not surprise - though the continued large variances in 3Q underscore the company's strength as it emerges from the pandemic. GOOGL shares were up 3% in early trading on October 27.

Excluding traffic acquisition costs (TAC), consolidated net revenue increased 41% to $53.62 billion. Positive currency effects added one and one-half percentage points to revenue growth. The company had an easy comparison with the still COVID-affected 3Q20. However, 3Q21 revenue was also up 62% from the more normal 3Q19 and up 5%, i.e., by about $2.7 billion, sequentially. Management attributed the revenue growth to broad based

advertiser spending strength though mentioned that retail was again the largest driver of advertising revenue, with continued 'elevated consumer online activity' and a significant contribution from Google Cloud. Google Advertising revenue grew 43% from the prior year to $53.1 billion, with 44% growth from Google Search & Other, as YouTube reported 43% growth, to $7.2 billion. Google Cloud revenue reported a robust quarter with 45% growth to reach $4.99 billion in segment revenue. Google Other (Google Play, hardware and other non-advertising businesses) reported 23% revenue growth in a seasonally slow quarter. Management anticipates that the newly introduced line of Pixel and Nest devices may spur growth in the fourth-quarter holiday season, though Google's has been largely unsuccessful in its hardware businesses. Management expects the comparisons to continue to get tougher in 4Q21 as the company moves further away from the 2Q20 pandemic trough.

Traffic acquisition costs (TAC) rose 41% year-over-year and as a percentage of advertising revenue narrowed by 40 basis points from the prior year to 21.6% and were stable sequentially.

The total cost of revenue rose 31% from the prior year. Other cost of revenue, excluding TAC, rose 24%, driven by content acquisition costs for YouTube TV ad-supported and subscription content. Third-quarter operating income rose 88% to $21 billion, and the operating margin expanded by more than more than 8 percentage points to 32%. Third-quarter margin was 9 percentage points above the more normal 3Q19. We expect management to

## Growth & Valuation Analysis

### GROWTH ANALYSIS

| ($ in Millions, except per share data) | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
| Revenue | 90,272 | 110,855 | 136,819 | 161,857 | 182,527 |
| COGS | 35,138 | 45,583 | 59,549 | 71,896 | 84,732 |
| Gross Profit | 55,134 | 65,272 | 77,270 | 89,961 | 97,795 |
| SG&A | 17,470 | 19,733 | 23,256 | 28,015 | 28,998 |
| R&D | 13,948 | 16,625 | 21,419 | 26,018 | 27,573 |
| Operating Income | 23,716 | 28,914 | 32,595 | 35,928 | 41,224 |
| Interest Expense | -1,096 | -1,203 | -1,764 | -2,327 | -1,730 |
| Pretax Income | 24,150 | 27,193 | 34,913 | 39,625 | 48,082 |
| Income Taxes | 4,672 | 14,531 | 4,177 | 5,282 | 7,813 |
| Tax Rate (%) | 19 | 53 | 12 | 13 | 16 |
| Net Income | 19,478 | 12,662 | 30,736 | 34,343 | 40,269 |
| Diluted Shares Outstanding | 699 | 704 | 703 | 699 | 687 |
| EPS | 27.85 | 18.00 | 43.70 | 49.16 | 58.61 |
| Dividend | — | — | — | — | — |

### GROWTH RATES (%)

| | | | | | |
|---|---|---|---|---|---|
| Revenue | 33.1 | 22.8 | 23.4 | 18.3 | 12.8 |
| Operating Income | 22.5 | 21.9 | 12.7 | 10.2 | 14.7 |
| Net Income | 19.1 | -35.0 | 142.7 | 11.7 | 17.3 |
| EPS | 21.9 | -35.4 | 142.8 | 12.5 | 19.2 |
| Dividend | — | — | — | — | — |
| Sustainable Growth Rate | 15.2 | 14.4 | 11.5 | 17.9 | 17.5 |

### VALUATION ANALYSIS

| | | | | | |
|---|---|---|---|---|---|
| Price: High | $839.00 | $1,086.49 | $1,291.44 | $1,367.07 | $1,843.83 |
| Price: Low | $672.66 | $796.89 | $977.66 | $1,022.37 | $1,008.87 |
| Price/Sales: High-Low | 6.5 - 5.2 | 6.9 - 5.1 | 6.6 - 5.0 | 5.9 - 4.4 | 6.9 - 3.8 |
| P/E: High-Low | 30.1 - 24.2 | 60.4 - 44.3 | 29.6 - 22.4 | 27.8 - 20.8 | 31.5 - 17.2 |
| Price/Cash Flow: High-Low | 17.9 - 14.4 | 21.1 - 15.4 | 20.1 - 15.2 | 18.0 - 13.5 | 22.4 - 12.2 |

## Financial & Risk Analysis

| FINANCIAL STRENGTH | 2018 | 2019 | 2020 |
|---|---|---|---|
| Cash ($ in Millions) | 16,701 | 18,498 | 26,465 |
| Working Capital ($ in Millions) | 101,056 | 107,357 | 117,462 |
| Current Ratio | 3.92 | 3.37 | 3.07 |
| LT Debt/Equity Ratio (%) | 2.3 | 7.3 | 11.3 |
| Total Debt/Equity Ratio (%) | 2.3 | 7.9 | 12.0 |

| RATIOS (%) | | | |
|---|---|---|---|
| Gross Profit Margin | 56.5 | 55.6 | 53.6 |
| Operating Margin | 23.8 | 22.2 | 22.6 |
| Net Margin | 22.5 | 21.2 | 22.1 |
| Return On Assets | 14.3 | 13.5 | 13.5 |
| Return On Equity | 18.6 | 18.1 | 19.0 |

| RISK ANALYSIS | | | |
|---|---|---|---|
| Cash Cycle (days) | 34.9 | 32.2 | 36.0 |
| Cash Flow/Cap Ex | 1.9 | 2.3 | 2.9 |
| Oper. Income/Int. Exp. (ratio) | 307.3 | 397.3 | 357.2 |
| Payout Ratio | | | |

The data contained on this page of this report has been provided by Morningstar, Inc. (© 2021 Morningstar, Inc. All Rights Reserved). This data (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results. This data is set forth herein for historical reference only and is not necessarily used in Argus' analysis of the stock set forth on this page of this report or any other stock or other security. All earnings figures are in GAAP.

Please see important information about this report on page 7

©2021 Argus Research Company

**Argus** Analyst Report



## Analyst's Notes ...Continued

continue to invest in the key growth areas of Search, Machine Learning, and Google Cloud. GAAP diluted EPS rose 71% from the prior year to $27.99 and was up 3% sequentially. However, an accounting change resulting in lower depreciation expense in 3Q21, added $0.68 to 3Q21 GAAP EPS and about 4.5 percentage points to growth.

The much maligned 'Other Bets' segment, i.e., Google Fiber, Waymo, and Verily Life Science (along with other smaller start-ups) reported a $1.3 billion operating loss, continuing to widen from a loss of $1.1 billion in 3Q20 though a little better than the $1.4 billion loss in 2Q21. However, Google Cloud shaved its segment operating loss to $644 million from $1.2 billion in 3Q20, continuing a multi-quarter improving trend.

On October 21, Google announced that it would cut its Google Play Store developer fees in half to 15%, beginning January 1, 2022. Google will further cut fees for music streaming and e-book developers to as low as 10%. Google and Apple both have come under intense criticism for the 30% developer fees, some go so far as to call it a tax and came out with more limited fee plans earlier this year. Given the mounting public sentiment around big tech anti-trust issues as well as government litigation and investigations, Google's fee cuts seem only prudent and raises the interesting question of whether Apple might now feel the need to match Google's cuts.

On September 21, CFO Ruth Porat announced that Google would purchase a downtown New York office building for $2.1 billion. Alphabet has been one of the tech industries most committed firms to work at home even before the pandemic and has delayed its return to its corporate offices until at least January 2022. However, the New York building purchase is also a sign that the company expects to continue growing headcount and needing larger amounts of office space. Management expects to complete the New York real estate acquisition in 1Q22.

Alphabet reorganized its financial reporting in 4Q20. The company now has three segments: Google Services, Google Cloud, and Other Bets. Google Services encompasses the old Google division components of Search, YouTube, and Google Other. Google Other continues to include revenue from the Google Play application store, Google hardware, and YouTube subscriptions, and the January, 2021 Fitbit acquisition. The Google Cloud division includes revenue from Google Cloud Platform and Google Workspace, Alphabet's cloud-native communication and collaboration solution. Other Bets continues to comprise the company's nascent business ideas.

On June 11, the U.S. House of Representatives Antitrust Subcommittee of the Judiciary Committee introduced several different but related bills addressing antitrust concerns related to large tech company platforms. Given the multiple investigations and rounds of executive testimony before Congress over the last few years, the obvious targets are Alphabet/Google, Amazon, Facebook, and Apple. The proposed legislation is a rather mixed bag of bipartisan bills, each sponsored by both a Democrat and

## Peer & Industry Analysis

The graphics in this section are designed to allow investors to compare GOOGL versus its industry peers, the broader sector, and the market as a whole, as defined by the Argus Universe of Coverage.

- The scatterplot shows how GOOGL stacks up versus its peers on two key characteristics: long-term growth and value. In general, companies in the lower left-hand corner are more value-oriented, while those in the upper right-hand corner are more growth-oriented.
- The table builds on the scatterplot by displaying more financial information.
- The bar charts on the right take the analysis two steps further, by broadening the comparison groups into the sector level and the market as a whole. This tool is designed to help investors understand how GOOGL might fit into or modify a diversified portfolio.





| Ticker | Company | Market Cap ($ in Millions) | 5-yr Growth Rate (%) | Current FY P/E | Net Margin (%) | 1-yr EPS Growth (%) | Argus Rating |
|---|---|---|---|---|---|---|---|
| GOOGL | Alphabet Inc | 880,477 | 17.0 | 27.2 | 29.5 | 2.0 | BUY |
| FB | Facebook Inc | 744,274 | 21.0 | 22.2 | 35.9 | 1.2 | BUY |
| TWTR | Twitter Inc | 43,737 | 12.0 | 67.7 | -3.8 | 69.1 | BUY |
| PINS | Pinterest Inc | 25,183 | 25.0 | 47.3 | 7.2 | 39.6 | HOLD |
| **Peer Average** | | **423,418** | **18.8** | **41.1** | **17.2** | **28.0** | |

Please see important information about this report on page 7

©2021 Argus Research Company

## Analyst's Notes ...Continued

Republican House member. The bills are:

- The 'American Innovation and Choice Online Act,' aimed at prohibiting 'discriminatory conduct by dominant online platforms.'

- The 'Platform Competition and Opportunity Act,' which seeks to prohibit acquisitions that could 'expand or entrench market power.'

- The 'Ending Platform Monopolies Act,' which looks to eliminate 'the ability of dominant platforms' to leverage control over business lines to their own benefit and disadvantage competitors.

- The 'Augmenting Compatibility and Competition by Enabling Service Switching Act,' which promotes interoperability and data portability in order to lower barriers to entry, facilitate customer switching, and enhance competition.

- The 'Merger Filing Fee Modernization Act,' which raises merger filing fees in order to increase regulatory resources.

The bills look to either break up or competitively constrain large tech company platforms. The last two might face the least industry opposition and perhaps have the greatest chance of passage. What one Republican congressman calls 'no brainer legislation.' While the bills face many hurdles, not least the knife's edge balance between the parties in the U.S. Senate, we see them as the logical outcome of Congressional and regulatory investigations - including the multiple antitrust lawsuits filed by government entities in 2020 against Alphabet/Google and Facebook. Press reports indicate that big tech is revving up well-financed lobbying efforts to fight the legislation. While it is unclear what kind of bill might emerge from the Congressional sausage grinder, the proposed legislation reflects the sharp change in public and political attitudes toward Alphabet/Google and big tech in general over the last several years - from an industry viewed as a shining example of American innovation to a threatening presence on the American industrial landscape. We reiterate our opinion that antitrust regulation, both in the U.S. and internationally, remains a primary threat to Alphabet/Google.

On June 22, the European Commission opened a formal investigation into whether Google favors its own online display advertising services 'to the detriment of competing providers of advertising technology services, advertisers and online publishers.' The Commission's investigation will encompass a number of business practices, including possible pressure to purchase Google's advertising services or Ad Manager to the exclu

### EARNINGS & GROWTH ANALYSIS

We are raising our 2021 GAAP EPS estimate to $107.32 from $101.06 and our 2022 forecast to $109.49 from $101.18. Alphabet does not issue guidance. Our estimates imply 43% EPS growth on average over the next two years. Our long-term earnings growth rate forecast is 17%.

Search advertising, whether on Google sites or through its third-party Google Network (on desktop or mobile), remains the crucial revenue driver, even as other businesses, like YouTube, Google Play and Google Cloud (the so-called 'second wave') have ramped up to multi-billion dollar businesses in their own right. Management often notes that it manages for the long term and that quarterly results can be lumpy; however, it has only grudgingly released key performance indicators that might illustrate the health of its important advertising and nonadvertising businesses: YouTube, Google Cloud Platform, and hardware. The lack of relevant information leads to higher investor uncertainty and risk,

and could be a negative for GOOGL shares. Alphabet's decision to begin reporting Google Cloud as a separate division in 4Q20 was a small step in the right direction.

Aside from advertising, Google is looking to apply its deep research into artificial intelligence across the company's platforms and applications. Its three primary 'bets' for the immediate future are YouTube, the Google Cloud Platform (GCP), and hardware. YouTube has taken a number of steps to move forward from issues surrounding the appearance of noxious content on the service. As usual, Google has responded with technical solutions, using AI to prevent advertising from being matched with inappropriate content and changing its platform rules around childrens' content. CEO Sundar Pichai has made a point of noting that YouTube's 'violative view rate,' i.e., views of content that violate YouTube's policies, was between 16 and 18 views per 10,000, down 70% over the last three years. This comment came after Mr. Pichai received a raft of criticism from U.S. Congress members over the company's alleged role in making pernicious content available to children.

With GCP, Google has provided a steady stream of improvements, as it does with most of its products, and is working to differentiate its services through AI. It has also moved to provide discounts, competing on price against Amazon, and has beefed up its sales staff. In addition, it has made strategic acquisitions in the space. CEO Sundar Pichai believes that GCP provides a number of differentiators to the cloud marketplace including artificial intelligence based real-time data and analytics, and open infrastructure that runs client workloads anywhere for cloud to the edge, and a superior level of cybersecurity.

Google is generally thought to be in third place in the hyper-scale public cloud market (outside China), well behind Amazon Web Services, and Microsoft Azure. It is also partnering with multinational giants, as in its deals with SAP, Salesforce, and Cisco to integrate business software systems into GCP. Management clearly views GCP as critical to the company's future, and in 2018 hired new leadership for the business, replacing Diane Green with former Oracle executive Thomas Kurian. Mr. Kurian has been working to build up GCP's sales efforts by ramping up the sales force. The plan is for GCP's sales team to triple in size over the next few years. Google has often been an also-ran in hardware, particularly compared to Apple, with its iPhone/iPad ecosystem juggernaut, and even Amazon with its Kindle and Echo voice-activated home assistant. Google has been plugging away with new lines of mobile and in-home devices and will do so again this coming holiday season, but has not yet come up with a must-have device. Perhaps the Fitbit acquisition will change the trajectory in Google hardware.

Google's YouTube announced its new streaming television channel service, called 'YouTubeTV,' on February 28, 2017. It had previously been referred to as 'Unplugged.' The service, technically a virtual multichannel video program distribution service ('VMVPD'), became another formidable competitor in the over-the-top (OTT) streaming video market. This market already includes Hulu Live TV, Dish's Sling, and AT&T TVNow, as well as a host of other OTT services like Netflix, Amazon Prime Video, and Disney+. We say 'formidable' because YouTube users already spend over a billion hours a day watching its short-form content offerings; it thus has a huge potential customer base. According the Wall Street Journal, YouTube accounts for 73% of online video traffic. YouTube TV got a leg up with its debut on both the Roku

**Please see important information about this report on page 7**

©2021 Argus Research Company



## Analyst's Notes ...Continued

and Apple TV streaming devices. The company has also partnered with Verizon, the largest wireless provider in the U.S. and a possibly growing player in the 5G connected home market. YouTubeTV initially charges a $65 per month subscription fee for an initial lineup of 40 channels, including the major broadcast networks (CBS, NBC, ABC, and FOX) as well as an assortment of cable channels like the ESPN and FOX sports channels and nearly all of NBC/Universal's and FOX's other cable channels. YouTube TV subscribers have access to the content on YouTube's cheaper $11.99 per month content subscription service, YouTube Premium.

In December 2020, Alphabet/Google was hit with two consecutive federal antitrust lawsuits, initiated by state attorneys general, following the DOJ's antitrust suit in October 2020. On December 16, 2020, ten state attorneys general, led by the State of Texas, filed suit alleging that Google created a monopoly in the digital ad market through its 2008 acquisition of DoubleClick (this business evolved into the AdX ad exchange digital advertising auction market). As Google controls both the market as well both sides of the auction, this charge may not be hard to prove - though proving harm to consumers, advertisers, and publishers may be more difficult. The complaint further alleges that Google conspired with its biggest digital advertising competitor, Facebook, to manipulate the auction process in Facebook's favor in exchange for Facebook stepping back from direct competition with Google. The complaint also alleges other anticompetitive actions by Google. The obvious remedy would be the breakup of Alphabet/Google, essentially undoing the 12-year-old DoubleClick acquisition, as well as fines for any illegal conduct.

On December 17, 2020, 38 states, led by Colorado, filed another federal antitrust complaint against Alphabet/Google. The Colorado suit harkens back to the October DOJ complaint, again accusing Google of unlawful monopolization of the internet search business through anticompetitive practices.

On July 7, 2021, 12 states and the District of Columbia, led by Utah, filed another federal antitrust complaint against Alphabet/Google. The Utah suit alleges that Google's operation of the Android mobile operating system and the Google Play application store violate federal and state antitrust laws and consumer protection laws.

While the state suits and the DOJ suit will likely take years to litigate, we think the Texas case may have the most chance of success due to Google's fairly obvious (at least to us) domination of the digital advertising marketplace. The search-related DOJ and Colorado cases may be more difficult to prove, especially when it comes to allegations of consumer harm and the stifling of innovation. Alphabet/Google has been one of the tech industry's most innovative companies. Yes, some of those innovations have benefited the company, and, at times, have cut traffic to internet website publishers. For example, Google Search has evolved into a service that provides users with direct answers to questions rather than just a list of potentially useful websites. It will be hard to argue that a direct answer is not more relevant to the user even if it might be harmful to a middleman website publisher. The case for 'consumer harm' also appears

### FINANCIAL STRENGTH & DIVIDEND

Our financial strength rating on Alphabet is High, our highest rating. The company's credit ratings are in the high A's, high-quality investment grade, with stable outlooks.

The company does not pay a dividend. Alphabet repurchased $26.8 billion of its stock in the first nine months of 2021 after buying back $18.4 billion in 2020 and $31.1 billion in 2019. The share count has fallen about 1.4% in the last 12 months. Google is well able to continue large share repurchases and, with both $136.7 billion in cash on the balance sheet and $54 billion in trailing 12-month free cash flow, certainly has the liquidity to do so.

### RISKS

Like all advertising-dependent companies, Alphabet could be severely hurt by another slowdown in ad spending; however, 3Q21's performance demonstrates that online advertising continues to ramp higher.

Like Microsoft and Intel before it, Alphabet has run into serious antitrust issues. The European Commission has issued adverse rulings and levied record-breaking fines with perhaps more to come. The U.S Department of Justice and many U.S. states have filed complaints against Alphabet's Google division. Most recently, the U.S. Congress has begun introducing legislation aimed at severely curtailing Google's business if not breaking Alphabet up completely. While these issues may take years to play out, Alphabet could one day be subject to onerous regulation and perhaps even to a forced breakup, as well as to additional fines. Even its current efforts to abide by recent EC rulings could provide openings for competitors to take market share.

Alphabet's internet advertising-based businesses are highly competitive and subject to rapid and disruptive technological change. Alphabet must keep up with, if not lead, such changes to remain relevant. Management recognizes that cultural norms around user privacy are evolving. Such norms could develop in a direction that limits Google's use of user data to make the advertising it sells more targeted, more relevant to the user, and thus more valuable to advertisers. The rapid adoption of mobile connectivity is a strong secular trend and Google competitor Facebook has developed a mobile advertising platform to challenge Google's hegemony in digital advertising. Another deep-pocketed tech competitor, Amazon, has also decided to move into the advertising business, which threatens Alphabet/Google's industry position. Mobile search, particularly important to Alphabet/Google, remains a vibrant business. While mobile search queries are accelerating, mobile advertising typically carries a lower rate. Alphabet must find ways to profitably capitalize on emerging platforms in order to sustain its growth.

The Snowden revelations of National Security Administration spying on personal e-mails and communications collected from internet service providers, including Alphabet, was just the beginning of concerns about tech firms' use of personal data. The Cambridge Analytica and Russian troll scandals surrounding Facebook and Google's own data security issues could lead to greater regulation of all internet-related tech firms, as many nations are considering legislation that would restrict the use of personal data and ensure that this data remains stored within national boundaries. In particular, China passed a law in July 2017 mandating that all data from Chinese users be kept within its national boundaries. As illogical as this idea sounds given the global nature of the worldwide web, the threat of such laws to Alphabet's business is real. For example, Alphabet's capex and opex costs would increase substantially if it were required to maintain a data center in each country in which it operates rather than using its current regional data center model. We also note that

---

Please see important information about this report on page 7

©2021 Argus Research Company



### Analyst's Notes...Continued

Europe's General Data Protection Regulation (GDPR), which took effect on May 25, 2018, raises additional legal and compliance risks.

Alphabet's growth could slow if it is unable to acquire the technologies, talent, and customers that management believes are necessary to sustain long-term performance. Other risks relate to the integration of acquisitions and the retention of key personnel in the highly competitive internet technology sector. The company lost Regina Dugan, the head of Google's Advanced Technologies and Products Group, to Facebook, in April 2016 - another in a long line of senior executives who have moved on to other companies. These include Chief Business Officer Nikesh Aurora, who resigned in July 2014 to become COO of Japanese telecom SoftBank; Sheryl Sandberg, now the COO of Facebook; and Marissa Mayer, who became CEO of Yahoo. We think the reorganization into Alphabet was, in part, designed to stem the brain drain to other companies by giving business unit leaders more responsibility and freedom.

If Alphabet's financial results fall short of expectations in any given period, shareholders could quickly lose a significant portion of their investment. Indeed, momentum investors typically abandon a stock that is in decline, exacerbating the pullback. Investors should recognize that Alphabet's operating expenditures are driven by management's desire to capitalize on long-term growth opportunities - not by Wall Street's financial models or focus on quarterly results. Moreover, analysts have sometimes overestimated Alphabet's bottom line. Another risk for Alphabet is the growing complexity of managing global operations, with foreign exchange risk and hedging becoming a greater factor in the company's results.

Management does not provide forecasts and instead discusses the business only in general terms. This leads to large variances - positive or negative - between consensus estimates and actual results. In addition, while the first and fourth quarters are seasonally strong, the second and third quarters are seasonally slower - and the investment community may underestimate or overestimate these seasonal effects. Large negative variances to consensus may hurt GOOGL shares.

Finally, management may not be able to efficiently guide the company's rapid growth. Competitive pressures are also likely to increase as Alphabet's rivals - Apple, Facebook, Amazon, Yahoo, and Microsoft - continue their attempts to capture market share in the online advertising space, enterprise cloud computing, streaming internet video, and other competitive markets.

### COMPANY DESCRIPTION

Alphabet, formerly called Google, maintains the largest online index of websites accessible through automated search technology and generates revenue through online advertising, cloud services, and hardware. Google is now an operating segment of Alphabet. The company was founded in 1998 by Sergey Brin and Larry Page and went public in 2004.

Google's AdWords is an auction-based program that lets businesses display ads along with particular search results. Google's AdSense program enables websites in the company's network to serve targeted ads, based on search terms or web content, from AdWords advertisers. Most of the revenue generated through AdSense is shared with network partners. Alphabet also owns YouTube.com, the web-based video site, and has expanded into mobile telephony with its Android smartphone operating system.

About 54% of Alphabet's revenue is generated outside the United States.

On April 3, 2014, Alphabet's new nonvoting class C shares began trading under the ticker 'GOOG.' Alphabet's publicly held class A shares switched to the ticker 'GOOGL.' The effect of the new class C share issuance was a noneconomic 2-for-1 stock split.

### VALUATION

Alphabet shares are up 60% year-to-date, better than the 22% capital gain for the S&P 500, the 42% return for the S&P Interactive Media Industry Index, and the 21% gain for the NYSE Fang+ Index. We believe that the shares remain attractively valued given the company's rapidly expanding businesses. Alphabet's trailing EV/EBITDA multiple of 20.2 is below the peer median of 22.9. The forward EV/EBITDA multiple of 15.4 is 8% below the peer average, compared to an average discount of 11% over the past two years. We are maintaining our BUY rating on GOOGL and raising our target price to $3,100.

On October 27, BUY-rated GOOGL closed at $2924.35, up $138.18.

©2021 Argus Research Company

**Argus** Analyst Report



## About Argus

Argus Research, founded by Economist Harold Dorsey in 1934, has built a top-down, fundamental system that is used by Argus analysts. This six-point system includes Industry Analysis, Growth Analysis, Financial Strength Analysis, Management Assessment, Risk Analysis and Valuation Analysis.

Utilizing forecasts from Argus' Economist, the Industry Analysis identifies industries expected to perform well over the next one-to-two years.

The Growth Analysis generates proprietary estimates for companies under coverage.

In the Financial Strength Analysis, analysts study ratios to understand profitability, liquidity and capital structure.

During the Management Assessment, analysts meet with and familiarize themselves with the processes of corporate management teams.

Quantitative trends and qualitative threats are assessed under the Risk Analysis.

And finally, Argus' Valuation Analysis model integrates a historical ratio matrix, discounted cash flow modeling, and peer comparison.

### THE ARGUS RESEARCH RATING SYSTEM

Argus uses three ratings for stocks: BUY, HOLD, and SELL. Stocks are rated relative to a benchmark, the S&P 500.

- A BUY-rated stock is expected to outperform the S&P 500 on a risk-adjusted basis over a 12-month period. To make this determination, Argus Analysts set target prices, use beta as the measure of risk, and compare expected risk-adjusted stock returns to the S&P 500 forecasts set by the Argus Market Strategist.
- A HOLD-rated stock is expected to perform in line with the S&P 500.
- A SELL-rated stock is expected to underperform the S&P 500.

## Argus Research Disclaimer

Argus Research Co. (ARC) is an independent investment research provider whose parent company, Argus Investors' Counsel, Inc. (AIC), is registered with the U.S. Securities and Exchange Commission. Argus Investors' Counsel is a subsidiary of The Argus Research Group, Inc. Neither The Argus Research Group nor any affiliate is a member of the FINRA or the SIPC. Argus Research is not a registered broker dealer and does not have investment banking operations. The Argus trademark, service mark and logo are the intellectual property of The Argus Research Group, Inc. The information contained in this research report is produced and copyrighted by Argus Research Co., and any unauthorized use, duplication, redistribution or disclosure is prohibited by law and can result in prosecution. The content of this report may be derived from Argus research reports, notes, or analyses. The opinions and information contained herein have been obtained or derived from sources believed to be reliable, but Argus makes no representation as to their timeliness, accuracy or completeness or for their fitness for any particular purpose. In addition, this content is not prepared subject to Canadian disclosure requirements. This report is not an offer to sell or a solicitation of an offer to buy any security. The information and material presented in this report are for general information only and do not specifically address individual investment objectives, financial situations or the particular needs of any specific person who may receive this report. Investing in any security or investment strategies discussed may not be suitable for you and it is recommended that you consult an independent investment advisor. Nothing in this report constitutes individual investment, legal or tax advice. Argus may issue or may have issued other reports that are inconsistent with or may reach different conclusions than those represented in this report, and all opinions are reflective of judgments made on the original date of publication. Argus is under no obligation to ensure that other reports are brought to the attention of any recipient of this report. Argus shall accept no liability for any loss arising from the use of this report, nor shall Argus treat all recipients of this report as customers simply by virtue of their receipt of this material. Investments involve risk and an investor may incur either profits or losses. Past performance should not be taken as an indication or guarantee of future performance. Argus has provided independent research since 1934. Argus officers, employees, agents and/or affiliates may have positions in stocks discussed in this report. No Argus officers, employees, agents and/or affiliates may serve as officers or directors of covered companies, or may own more than one percent of a covered company's stock. Argus Investors' Counsel (AIC), a portfolio management business based in Stamford, Connecticut, is a customer of Argus Research Co. (ARC), based in New York. Argus Investors' Counsel pays Argus Research Co. for research used in the management of the AIC core equity strategy and model portfolio and UIT products, and has the same access to Argus Research Co. reports as other customers. However, clients and prospective clients should note that Argus Investors' Counsel and Argus Research Co., as units of The Argus Research Group, have certain employees in common, including those with both research and portfolio management responsibilities, and that Argus Research Co. employees participate in the management and marketing of the AIC core equity strategy and UIT and model portfolio products.

## Morningstar Disclaimer

© 2021 Morningstar, Inc.  All Rights Reserved.  Certain financial information included in this report: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely.  Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information.  Past performance is no guarantee of future results.