BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELENA HADJIMICHAEL, State Bar No. 355715
elena.hadjimichael@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br>    v.<br><br>ALPHABET INC., et al.,<br><br>                  Defendants. | Case No.: 3:23-cv-01186-RFL (SK)<br><br>**DECLARATION OF CARL HUDSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         August 25, 2026<br>Time:         10:00 AM<br>Location:   Courtroom 15 – 18th Floor<br>Judge:      The Hon. Rita F. Lin |

**DECLARATION OF CARL HUDSON**

I, Carl Hudson, declare as follows:

1.      I am duly admitted to practice in the State of California and an attorney with the law firm Freshfields US LLP. I am counsel for Defendants Alphabet Inc., Google LLC, and Sundar Pichai. I have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify to the matters stated herein.

2.      This declaration is submitted in support of Defendants' Motion for Summary Judgment.

3.      On April 8, 2026, pursuant to Judge Lin's Civil Standing Order, counsel for Defendants reached out to counsel for Plaintiffs regarding a hearing date that would be agreeable to all Parties. The Parties' stipulated briefing schedule will follow the filing of Defendants' Motion for Summary Judgment.

4.      Attached hereto as Exhibit 1 is a true and correct copy of trial exhibit PTX1031, *United States v. Google LLC*, 1:23-cv-00108-LMB-JFA (E.D. Va. 2023).

5.      Attached hereto as Exhibit 2 is a true and correct excerpted copy of a slideshow presentation titled "The Google Advertising Ecosystem" produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-013918668 to GOOG-AT-MDL-013918701.

6.      Attached hereto as Exhibit 3 is a true and correct excerpted copy of a slideshow presentation titled "Life of a Bid Request" produced by Defendants in this matter, and bearing Bates Nos. GOOG-DOJ-AT-02187685 to GOOG-DOJ-AT-02187787.

7.      Attached hereto as Exhibit 4 is a true and correct excerpted copy of a slideshow presentation titled "Google Marketing Platform" produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-004337588 to GOOG-AT-MDL-004337752.

8.      Attached hereto as Exhibit 5 is a true and correct excerpted copy of a slideshow presentation titled "Google Ad Manager: 2H 2019 Roadmap" produced by Defendants in this matter, and bearing Bates Nos. GOOG-DOJ-03911677 to GOOG-DOJ-03911740.

9.      Attached hereto as Exhibit 6 is a true and correct excerpted copy of a slideshow presentation titled "Value & Transparency in the Programmatic Ecosystem" produced by Defendants

HUDSON DECL. ISO DEFS' MSJ
CASE NO. 3:23-CV-01186-RFL (SK)

in this matter, and bearing Bates Nos. GOOG-AT-MDL-B-009455568 to GOOG-AT-MDL-B-009455678.

10.    Attached hereto as Exhibit 7 is a true and correct excerpted copy of a slideshow presentation titled "First Price Auction & Unified Floors: Authorized Buyers Sales Training" produced by Defendants in this matter, and bearing Bates Nos. GOOG-TEX-01268177 to GOOG-TEX-01268208.

11.    Attached hereto as Exhibit 8 is a true and correct excerpted copy of a slideshow presentation titled "Fundamentals of Google Ads: Facilitator's guide" produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-B-004556867 to GOOG-AT-MDL-B-004557669.

12.    Attached hereto as Exhibit 9 is a true and correct excerpted copy of a slideshow presentation titled "Supply Path Optimisation (SPO): A guide to navigating supply in today's complex ecosystem" produced by Defendants in this matter, and bearing Bates Nos. GOOG-DOJ-15235100 to GOOG-DOJ-15235175.020.

13.    Attached hereto as Exhibit 10 is a true and correct excerpted copy of a slideshow presentation titled "Building a Media Network" produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-013157426 to GOOG-AT-MDL-013157468.

14.    Attached hereto as Exhibit 11 is a true and correct excerpted copy of a slideshow presentation titled "Unified 1st Price Auction: Simplifying the auction on Ad Manager, Admob and AdSense" produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-001977625 to GOOG-AT-MDL-001977653.

15.    Attached hereto as Exhibit 12 is a true and correct excerpted copy of a slideshow presentation titled "Open Bidding Deepdive" produced by Defendants in this matter, and bearing Bates Nos. GOOG-DOJ-AT-02163087 to GOOG-DOJ-AT-02163129.

16.    Attached hereto as Exhibit 13 is a true and correct excerpted copy of a memorandum titled "First Price Auction for Authorized Buyers / Open Bidders" produced by Defendants in this matter, and bearing Bates Nos. GOOG-DOJ-09182653 to GOOG-DOJ-09182663.

17.    Attached hereto as Exhibit 14 is a true and correct excerpted copy of a slideshow presentation titled "First-price bidding Update - 9/3/2019" produced by Defendants in this matter, and

-2-

HUDSON DECL. ISO DEFS' MSJ
CASE NO. 3:23-CV-01186-RFL (SK)

bearing Bates Nos. GOOG-DOJ-AT-01130527 to GOOG-DOJ-AT-01130554.

18.    Attached hereto as Exhibit 15 is a true and correct excerpted copy of a slideshow presentation titled "Simplifying the auction on Ad Manager: First-price auction w/ unified pricing rules + protections" produced by Defendants in this matter, and bearing Bates Nos. GOOG-DOJ-AT-02159681 to GOOG-DOJ-AT-02159711.

19.    Attached hereto as Exhibit 16 is a true and correct excerpted copy of a slideshow presentation titled "Google Ad Manager: Summer Livestream Series" produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-B-004582905 to GOOG-AT-MDL-B-004583193.

20.    Attached hereto as Exhibit 17 is a true and correct excerpted copy of a slideshow presentation titled "Yield Management in Google Ad Manager" produced by Defendants in this matter, and bearing Bates Nos. GOOG-DOJ-AT-01509388 to GOOG-DOJ-AT-01509426.

21.    Attached hereto as Exhibit 18 is a true and correct excerpted copy of a slideshow presentation titled "Data-driven optimisations for Ad Manager" produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-000017969 to GOOG-AT-MDL-000018012.

22.    Attached hereto as Exhibit 19 is a true and correct excerpted copy of a slideshow presentation titled "Managing Display & Video in a Crisis: Helping customers through dynamic times" produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-017779816 to GOOG-AT-MDL-017779832.

23.    Attached hereto as Exhibit 20 is a true and correct excerpted copy of a slideshow presentation titled "Programmatic Deals: Maximizing Programmatic Inventory" produced by Defendants in this matter, and bearing Bates Nos. GOOG-TEX-00637216 to GOOG-TEX-00637292.

24.    Attached hereto as Exhibit 21 is a true and correct copy of an October 2020 email chain regarding timeout periods produced by Defendants in this matter, and bearing Bates Nos. GOOG-DOJ-AT-01532663 to GOOG-DOJ-AT-01532664.

25.    Attached hereto as Exhibit 22 is a true and correct copy of an August 2017 email chain regarding timeout periods produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-B-003740212 to GOOG-AT-MDL-B-003740215.

26.    Attached hereto as Exhibit 23 is a true and correct excerpted copy of a July 2019 email

chain regarding timeout periods produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-B-001834451.

27.    Attached hereto as Exhibit 24 is a true and correct copy of a summary of comments made to a November 2019 document regarding timeout periods produced by Defendants in this matter, and bearing Bates No. GOOG-AT-MDL-B-005222124.

28.    Attached hereto as Exhibit 25 is a true and correct copy of a May 2019 launch document produced by Defendants in this matter, and bearing Bates Nos. GOOG-DOJ-15246597 to GOOG-DOJ-15246601.

29.    Attached hereto as Exhibit 26 is a true and correct excerpted copy of a customer presentation produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-013044712 to GOOG-AT-MDL-013044745.

30.    Attached hereto as Exhibit 27 is a true and correct copy of trial exhibit PTX0904, *United States v. Google LLC*, 1:23-cv-00108-LMB-JFA (E.D. Va. 2023).

31.    Attached hereto as Exhibit 28 is a true and correct excerpted copy of a slideshow presentation titled "Changes to Ad Manager auction" produced by Defendants in this matter, and bearing Bates Nos. GOOG-DOJ-AT-02640072 to GOOG-DOJ-AT-02640105.

32.    Attached hereto as Exhibit 29 is a true and correct excerpted copy of a slideshow presentation titled "Network Bidding Negotiations Update" produced by Defendants in this matter, and bearing Bates Nos. GOOG-DOJ-28486249 to GOOG-DOJ-28486301.

33.    Attached hereto as Exhibit 30 is a true and correct excerpted copy of a memorandum titled "PR COMMS DOC: Facebook / Google Deal: H2 2018" produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-018632935 to GOOG-AT-MDL-018632941.

34.    Attached hereto as Exhibit 31 is a true and correct copy of a February 2017 email chain regarding Facebook's interest in using Google advertising platforms produced by Defendants in this matter, and bearing Bates Nos. GOOG-DOJ-07249054 to GOOG-DOJ-07249057.

35.    Attached hereto as Exhibit 32 is a true and correct copy of the "Network Bidding Agreement" entered into between Google LLC and Facebook, Inc. produced by Defendants in this matter, and bearing Bates Nos. GOOG-TEX-00144513 to GOOG-TEX-00144560.

-4-

36.    Attached hereto as Exhibit 33 is a true and correct copy of a December 2020 chat between Google employees produced by Defendants in this matter, and bearing Bates No. GOOG-AT-MDL-B-000839877.

37.    Attached hereto as Exhibit 34 is a true and correct copy of an April 2017 status summary memorandum produced by Defendants in this matter, and bearing Bates Nos. GOOG-DOJ-26795694 to GOOG-DOJ-26795698.

38.    Attached hereto as Exhibit 35 is a true and correct excerpted copy of a memorandum titled "BC: Jedi Blue Deal Review" produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-B-005166999 to GOOG-AT-MDL-B-005167018.

39.    Attached hereto as Exhibit 36 is a true and correct copy of a February 2020 email reflecting weekly meeting notes produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-B-003231016 to GOOG-AT-MDL-B-003231018.

40.    Attached hereto as Exhibit 37 is a true and correct excerpted copy of a memorandum titled "gTech Jedi Weekly Notes" produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-B-004075956 to GOOG-AT-MDL-B-004076085.

41.    Attached hereto as Exhibit 38 is a true and correct copy of a September 2018 email regarding a proposed Open Bidding partnership with Facebook produced by Defendants in this matter, and bearing Bates Nos. GOOG-DOJ-10497041 to GOOG-DOJ-10497045.

42.    Attached hereto as Exhibit 39 is a true and correct copy of a summary of comments made to a September 2018 document titled "BC: Jedi Blue Deal" produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-B-001150404 to GOOG-AT-MDL-B-001150405.

43.    Attached hereto as Exhibit 40 is a true and correct copy of a December 2018 email chain discussing an agreement allowing Facebook advertisers to buy ads using Google platforms produced by Defendants in this matter, and bearing Bates Nos. GOOG-AT-MDL-B-007481248 to GOOG-AT-MDL-B-007481249.

44.    Attached hereto as Exhibit 41 is a true and correct copy of a letter from Alicia C. O'Brien to the United States House of Representatives Subcommittee on Antitrust, Commercial, and Administrative Law "Google's Response to Subcommittee Questions for the Record" produced by

-5-

Defendants in this matter, and bearing Bates Nos. GOOG-AMI-000029888 GOOG-AMI-000029889.

45. Attached hereto as Exhibit 42 is a true and correct copy of an August 2020 email chain and letter regarding Questions for the Record produced by Defendants in this matter, and bearing Bates Nos. GOOG-AMI-000003651 to GOOG-AMI-000003723.

46. Attached hereto as Exhibit 43 is a true and correct copy of "Appendix A: GOOGLE'S SUBMISSION IN RESPONSE TO SUBCOMMITTEE QUESTIONS FOR THE RECORD FOLLOWING JULY 29, 2020 HEARING" produced by Defendants in this matter, and bearing Bates Nos. GOOG-AMI-000029890 to GOOG-AMI-000029947.

47. Attached hereto as Exhibit 44 is a true and correct copy of "Online Platforms and Market Power Part 6: Examining the Dominance of Amazon, Apple, Facebook, and Google: Questions for the Record from the Honorable David N. Cicilline, Chairman, Subcommittee on Antitrust, Commercial and Administrative Law of the Committee on the Judiciary: Questions for Mr. Sundar Pichai, CEO, Alphabet" produced by Defendants in this matter, and bearing Bates Nos. GOOG-AMI-000003719 to GOOG-AMI-000003723.

48. Attached hereto as Exhibit 45 is a true and correct copy of "Written Testimony of Sundar Pichai, Chief Executive Officer, Alphabet Inc. Before the House Committee on the Judiciary, Subcommittee on Antitrust, Commercial, and Administrative Law Hearing on 'Online Platforms and Market Power, Part 6: Examining the Dominance of Amazon, Apple, Facebook, and Google,'" dated July 29, 2020.

49. Attached hereto as Exhibit 46 is a true and correct excerpted copy of the transcript of the deposition of Sundar Pichai, dated August 30, 2024.

50. Attached hereto as Exhibit 47 is a true and correct copy of Alphabet, Inc.'s Annual Report (Form 10-K), dated February 4, 2026.

51. Attached hereto as Exhibit 48 is a true and correct copy of the Declaration of Alicia O'Brien in Support of Defendants' Motion for Summary Judgment, signed April 17, 2026, as well as Exhibit A thereto.

52. I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood City, California, this 20th day of April, 2026.

-6-

HUDSON DECL. ISO DEFS' MSJ
CASE NO. 3:23-CV-01186-RFL (SK)

Dated: April 20, 2026

FRESHFIELDS US LLP

By: _/s/ Carl Hudson_
 Carl Hudson

*Attorneys for Defendants*

-7-