# EXHIBIT 3

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



Thank you for joining today's training on the Life of a Bid Request. Today's training is designed to serve as a general overview of how programmatic monetization for non-guaranteed deal types work in Google Ad Manager and DV360. We'll start with a high level overview of how a bid request turns into an impression and then get into the details of how to setup and troubleshoot active deals. The audience for this training are programmatic buyers (adv, agencies, trading desks) and sellers (publishers and broadcasters) who want to understand how things work on the "other side" with the goal of sharing best practices so that you can sell and buy programmatic inventory efficiently.

We encourage you to submit any questions you have along the way via the Q&A tool.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02187685



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02187688



A programmatic bid, simply refers to the use of any software (program)-based buying and selling, trafficking and reporting of advertising campaigns. Said another way, to automate those tasks electronically.

The important thing to remember is that Programmatic is not just an adjective! It's a method.

Why do we automate anything? To free up time and find an easier and more efficient way of doing something. Like booking travel online rather than visiting an agent, or filtering rentals online because the news classifieds are too much hard work. The keyword here is 'tasks': jobs aren't being automated, just the cumbersome, routine and sometimes highly important aspects that we'd rather give up anyway whilst being humbly appreciating that sometimes computers are better at things that we aren't.

** Speaker reference **

The term 'programmatic' is also used with reference to search advertising and other forms of digital advertising, as well as for traditional advertising such as in TV and radio. Any method using an application programming interface (API) qualifies as "programmatic", be they proprietary (e.g. ███████████) or standard (e.g., Open RTB standard). Methods need not

HIGHLY CONFIDENTIAL

completely automate the workflow to qualify, i.e., island solutions which only automate part of the workflow

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02187690



Another benefit to monetization is Dynamic Allocation
This is a network wide feature in Ad Manager that can help publishers maximize their yield in real-time
Dynamic allocation will pull in bids from the publisher's demand sources (Header bidding, Open Bidding, Ad Exchange)
and allow them to compete on an impression-by-impression basis
with reservation (/ guaranteed) line items.
At the same time that dynamic allocation is maximizing yield across demand sources
Ad Manager is also ensuring that reservation (/ guaranteed) line items are still delivering and meeting revenue goals set on those line items.
This can be an incredibly helpful feature for publishers to ensure they are maximizing yield. To that end, and on the next slide, let's now take a look at how those demand sources are actually competing in a unified first price auction to maximize that yield

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02187704



The first key change is that all demand bids directly into the unified 1st price auction
This began with Open Bidding as Ad Manager's first move to first price auction mechanics.
Though last year, in 2019, we transitioned all publisher inventory to a unified first price auction after a long and collaborative consultative period with our partners
This made auction dynamics easier to understand and created a more sustainable programmatic marketplace for both our publishers and our buyers
The second change was to ensure unified floors across all indirect demand.
Prior to this change, the lack of symmetry with regards to auction rules and floor prices proved to be difficult
Publishers tried to manage complex monetization strategies that are truly difficult to maintain in the long-term
While at the same time buyers struggled to optimize when bidding across all these different channels

By removing mixed price auctions with uneven floors from the auction,
We have reduced complexity for buyers
And helped to establish a level playing field
The third key change is that now programmatic demand does not get price to beat from non-guaranteed line items
This change has helped lead to an overall more transparent marketplace
Buyers benefit from a cleaner auction where they pay what they bid.
Further, all participating bidders will know what the winning price was
OR if they won, what the next highest bid was
With these 3 key changes we've created a more simplified, sustainable and transparent marketplace for both our buyers and sellers.
With that I'll hand it over to ▮▮▮▮▮▮ to walk through some workflows


If questions, I will reference these points:
Simplicity:
Easier to understand auction dynamics: all net bids from indirect programmatic sources compete directly in a single unified auction (vs previous 2 stage auction), where the winners pay exactly what they bid
Convenient control of floors within Ad Manager: new unified pricing rules that apply uniformly across all buyers (Authorized Buyers, Open Bidding and non-guaranteed tags)
Simpler floor pricing strategy: reduced need to constantly optimize floors to reduce auction discount. Buyers pay what they bid (no bid-price discount) and floors don't directly impact clearing price

HIGHLY CONFIDENTIAL



Auction Dynamics refer to the type of auction that is run by an SSP. DV360 identifies three types of auctions, 1st price auctions, 2nd price auctions and hybrid auctions.

Historically, many SSPs only declared 2nd price auctions. Unfortunately, not all SSPs were fully transparent resulting in many auctions to fall into the category of first or hybrid auctions, artificially driving up the CPM. These First Price or Hybrid Second Price auctions are not new and have been in the RTB ecosystem for a long time.

DBM monitors auction dynamics and has adapted its Automated & Fixed Bidding Algorithms to ensure advertisers can win their desired inventory at the best price possible.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02187747



## Types of Auctions

| AUCTION TYPE | DESCRIPTION | Example |
|---|---|---|
| 1st price | An auction where the highest bidder wins the auction and pays their bid price. In theory, in a first price auction, bidders are incentivized to bid below their true value for the impression and just above the estimated value of the next highest bidder. | Bidder 1: $10 CPM<br>Bidder 2: $12 CPM<br>Bidder 3: $20 CPM<br><br>Winner: Bidder 3 – pays $20 |
| 2nd price | An auction where the highest bidder wins, but pays the second highest bidders' bid price. In a second price auction bidders are incentivized to bid their true value for the impression since they are guaranteed to pay no more than the value of the next highest bidder. | Bidder 1: $10 CPM<br>Bidder 2: $12 CPM<br>Bidder 3: $20 CPM<br><br>Winner: Bidder 3 – pays $12 |
| Hybrid | Hybrid auctions, often referred to as an auction with soft, variable or dynamic floor prices, are auctions that are not fully transparent. SSPs can drive up the prices and have the auctions clear somewhere between the 1st price bid and 2nd price bid. | Bidder 1: $10 CPM<br>Bidder 2: $12 CPM<br>Bidder 3: $20 CPM<br><br>SOFT FLOOR: $18<br><br>Winner: Bidder 3 – pays $18 |

Google Marketing Platform

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02187748



HOW THIS CHANGE IMPACTS DV360
DV360 has always monitored auction dynamics and adapted its Automated Bidding Algorithms to ensure advertisers can win their desired inventory at the best price possible. This means that any advertiser using DV360 Automated Bidding should NOT be impacted by changes in auction dynamics.

For advertisers who are using Fixed Bidding, Bid Manager also provides safeguards. Months before SSPs announced they were moving to first price auctions, DBM released a featured called 'Optimized Fixed CPM Bidding'. This feature leverages Google proprietary optimization technology (Machine Learning) to apply a discount factor and lower bids appropriately based on detected auction dynamics, including first price auctions!

Generally, DoubleClick believes that changes in the RTB ecosystem (which it tracks consistently), including changes in auction dynamics, offer new opportunities to further improve our bidding solutions to win impressions at the right price.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02187749



HOW THIS CHANGE IMPACTS DV360
DV360 has always monitored auction dynamics and adapted its Automated Bidding Algorithms to ensure advertisers can  win their desired inventory at the best price possible. This means that any advertiser using DV360 Automated Bidding should NOT be impacted by changes in auction dynamics.

For advertisers who are using Fixed Bidding, Bid Manager also provides safeguards. Months before SSPs announced they were moving to first price auctions, DBM released a featured called 'Optimized Fixed CPM Bidding'. This feature leverages Google proprietary optimization technology (Machine Learning) to apply a discount factor and lower bids appropriately based on detected auction dynamics, including first price auctions!

Generally, DoubleClick believes that changes in the RTB ecosystem (which it tracks consistently), including changes in auction dynamics, offer new opportunities to further improve our bidding solutions to win impressions at the right price.

HIGHLY CONFIDENTIAL



GOOG-DOJ-AT-02187758



Lets have a close look at the interaction between these two entities- Google Ad Manager and DV360

The header at the top of the next few slides show where we are in the journey. We start with a user loading a webpage, and we're going to end with that user seeing ad, but we have to work through some steps first.

So starting up top, an ad request is made to AdManager. Ad Manager uses a whole bunch of different signals to decide if the PG in question should serve for this request.
let's expand a little on what's happening in Ad Manager.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02187759



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02187787