# EXHIBIT 4

Proprietary + Confidential

# Google Marketing Platform

Google

CONFIDENTIAL

Proprietary + Confidential

# Drive performance through automation

Google

GOOG-AT-MDL-004337636



CONFIDENTIAL

GOOG-AT-MDL-004337637



GOOG-AT-MDL-004337638



GOOG-AT-MDL-004337639



## The future of
## Display & Video 360...

Display & Video 360 will provide a single tool for planning campaigns, designing creatives, organizing audience data, finding and buying inventory and measuring and optimizing campaigns.

CONFIDENTIAL

GOOG-AT-MDL-004337640



# Ad Serving

/Ad səːvɪŋ/
*noun*

The core of programmatic ad buying that both serves engaging creative
to the user, while recording data that can be measured and fed back into
marketing strategy.

GOOG-AT-MDL-004337643



CONFIDENTIAL

GOOG-AT-MDL-004337644



GOOG-AT-MDL-004337645

## Advanced optimisation & bidding

Proprietary + Confidential

Search Ads 360's Smart Bidding tool empowers you with the controls to optimize towards your business objectives.

Make smart decisions based on robust, real-time data built on Google's large scale machine learning infrastructure. We make sure your campaigns are finely tuned and maximize incremental opportunities.

This will allow you to:

◉ Define and optimize toward your precise business objectives

◉ Get granular controls and advanced customization

◉ Benefit from full transparency when monitoring the progress for each goal

Google

CONFIDENTIAL

GOOG-AT-MDL-004337684



GOOG-AT-MDL-004337685



GOOG-AT-MDL-004337686



## Collaborate across teams to build beautiful data rich ads

Create, manage and develop creative assets and designs across teams.

**Creative Workspace** - Creative teams can now work on custom rich media and data-driven creatives in the same interface as media and data teams.

**Creative User Role** - New user roles allow creative agencies to work directly alongside brand and media teams in our platform, to quickly build relevant, engaging creative experiences.

**Ad canvas** - A new space for creative teams to add assets, design custom and dynamic creative variations, and save 'drafts' of their work for later review.

**Storytelling** - Move users down the purchase funnel by strategically sequencing creative messages



CONFIDENTIAL

GOOG-AT-MDL-004337752