# EXHIBIT 5

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Remove this slide before presenting

Proprietary + Confidential

# How to use this deck

**What is the purpose of this deck?**
This content is meant to help you provide insight to your publisher partners about the near-term plans for Google Ad Manager product enhancements.  Take relevant parts of this roadmap and include them in your pitch deck. The roadmap items in this presentation are projected to launch in the timeframes noted and mainly highlights **GA (General Availability) launches**; however, due to the variable nature of building a naturally complex product, individual items delivery  may be delayed.

**Who can this be presented to?**
You can present this deck as-is to any clients under NDA.

**Can it be emailed, printed, pdf'd, or left behind?**
**No**. We encourage you to use this deck for **in-person presentation only**. You should not email, print, pdf, or leave it behind in any way.  This applies for both NDA and non-NDA recipients.

The speaker notes are **INTERNAL** only.

**What if I have questions?**
Reach out to your regional GTM lead.

Remove this slide before presenting

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911677



HIGHLY CONFIDENTIAL

GOOG-DOJ-03911678



For several years now we've talked about the mission for our publisher platform. This is our true north: Above all else, our job is to help you thrive and create sustainable businesses.

Obviously there are a number of things involved in doing so, but this is the question we try to ask ourselves whenever we make roadmaps, prioritize features, etc. How can we help you grow your business?

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911680



To deliver on our mission, we evolved Ad Manager to help you

Connect with more advertisers, whether they're buying programmatically or directly, wherever they're buying – through Google's platforms or through other exchanges with features like Exchange Bidding and Programmatic Guaranteed

Grow your business wherever your audience is watching, playing, or engaging with your brand with dynamic and flexible solutions for any environment -- app, video, web and more.

Make better business decisions with more insights and optimizations with initiatives like Project Insights Engine to help you leverage data from different parts of your business and Optimized Competition to help optimize revenue across all of your sales channels.

Ensure your audience, advertisers and brands stay protected wherever people are engaging -- it's why we have more than 30 controls to help you manage the ads you allow to be shown across your site. Google's industry-leading ad spam and policy enforcement tools also stop bad ads from reaching your audience. And it's why we worked with the IAB and were early adopters of ads.txt, to ensure there was greater transparency in the ecosystem and you were earning what's due to you
Optimize your business by spending time on the things that matter: No need to spend hours reconciling reports from multiple platforms, or chasing down payments from programmatic buyers or even managing logins across multiple platforms for a big team. We make managing your ads business easier, so you can spend your time being more strategic and building the advertising relationships that help sustain growth.

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911681



HIGHLY CONFIDENTIAL

GOOG-DOJ-03911682



HIGHLY CONFIDENTIAL

GOOG-DOJ-03911683



Slide Owner: ███████

Programmatic Direct is that increasingly grey space "in between" auctions and reservations. With Google Ad Manager, we provide a single UI for all deal types. That has allowed us to become the market leader in this transition since we support all deal types from traditional reservations through programmatic direct to open auction.

GOOG-DOJ-03911684



Slide Owner: ███████

Preferred Deals in Ad Manager Comms Doc

We believe that being able to streamline non-guaranteed (Preferred Deals) and guaranteed deals (Programmatic Guaranteed) into a single platform and workflow benefits our partners. And with that we have continued to see strong growth and partner adoption of programmatic direct and deals across the board.

As it relates to Preferred Deals in Ad Manager, our value proposition is built around 4 key benefits:

Deals which just work: Average transaction rates are ███ for deals.
Efficiency Gains: Addresses long-standing feature requests/pain points for AdX deals (workflow, forecasting, reporting)
Simplification: Helps build our consolidation story by offering a single workflow for guaranteed and non-guaranteed deals.
Flexibility: Allows pubs to setup 1:1 deals with buyers who want the ability to pass on impressions.  read more

HIGHLY CONFIDENTIAL



Slide Owner: ███████

A new feature we are working on this year is makegoods support for PG
PG delivery and targeting and pacing are all controlled by AdManager so we do not expect makegoods to be an extremely common use case
However, we know that things do happen and for any number of reasons, buyers may demand a makegood and we wanted to make sure that was also possible in PG
We are still in the process of building this out, but a makegood will behave much like a regular PG line item except that there will be no media cost to the buyer or revenue to you.
In the spirit of ensuring that makegoods are requested legitimately and not arbitrarily, they need to be linked to an existing regular PG deal
You can then create a makegood and adjust targeting or parameters as needed and the buyer would need to accept it as they would in a regular negotiation

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911689



Slide Owner: ███████

Please note: Include only if relevant for your partner

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911690



Slide Owner: ████████

Please Note: Include only if relevant for your partner

Please pick one case study to present:
    ████ (this slide)
    ██████████ (next slide)

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911691



Slide Owner: ▮▮▮▮▮▮▮

Please Note: Include only if relevant for your partner

Please pick one case study to present:
▮▮▮▮▮▮▮ (this slide)
▮▮▮ (previous slide)

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911692



Slide Owner: ██████

Exchange Bidding
Full Launch of Instream Video - details at ██████
Alpha Native Advanced
Alpha Rewarded Video for Ad Manager 360 Pubs
Bid Denormalization by Format - More details at ██████
Unified Pricing Beta
RTB Timeout Extension for Apps - More details at ██████
Creative verification speed improvements
Unified 1P Auction
Open Bidding
Rebrand Exchange Bidding to Open Bidding
Auction & Optimizations
Unified Pricing Rules
Bid Landscape Insights Card
App-ads.txt Support
App Open Measurement ("OMID")
3P Network SDK Support (β)
Ad Screenshot Watermarks
Formats
Outstream Video App - Outstream inventory is now compatible with Exchange Bidding (EB), meaning that we send in-article/in-feed out-stream eligible requests to EB buyers - more details at ██████
Connected TV - CTV is available for EB; more details at ██████
Outstream Video Web - Outstream inventory is now compatible with Exchange Bidding (EB), meaning that we send in-article/in-feed out-stream eligible requests to EB buyers - more details at ██████
Native Ads (β) - We are currently beginning to test Native on EB; more details at ██████
Rewarded Ads (β) - We're currently beta testing Rewarded Ads; more details at ██████
Flex-Size Ad Units (β)
Scaling Yield Partners
IVT Reporting / Troubleshooting
Google Query ID for Discrepancies - More details at ██████
Pretargeting Improvements
S2S Billing Notifications
Bid Request Flattening - More details at ██████
Increased Video Bid Request Timeouts - More details at ██████
New App-focused demand partners

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-03911694



Slide Owner: ███████

Opportunity & Experiments (Help Center )
We are constantly exploring ways to help publishers maximize yield with our platforms. In 2018 we will be adding new insights types on top of existing Opportunities and Experiments available under Reports > Opportunities and in the new Dashboard

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911714



Slide Owner: ▮▮▮▮▮

Home Dashboard Overview (Comms Doc ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮)
The revamped homepage fully launched in August 2018, and serves as a central insights dashboard to deliver customized business intelligence information to partners. The Home dashboards provide daily snapshots of a network's performance over time and in relation to comparable publishers, as relates to critical metrics such as revenue, impressions, viewability and latency, among others.

The new Homepage dashboards are a powerful, new business intelligence tool that:
Enable publishers to view, understand and act on the most relevant and critical performance data across their revenue, content and audience
Surface timely, proactive insights along with recommendations that publishers can take action on
Provide a single place for publishers to come to manage and optimize their business in order to create and execute on a holistic yield strategy

Ad Speed Insights (Comms Doc: ▮▮▮▮▮▮▮▮▮▮)
In Q2 2019 we introduced a new tab to provide critical speed-related insights to our partners:
Speed is one of the primary contributors to the performance of ads on a publisher site, and thus to bottom line revenue. Ad Speed Insights helps partners identify the factors contributing to ads latency, allowing them to improve the speed of their ads, and ultimately their page. Using these new insights, publishers will make their pages and creatives faster, resulting in performance and revenue improvements
These insights include:
Tag speed metrics, for the opportunities to improve their tagging setup to load ads earlier.
Creative speed metrics, so publishers can identify slow/fast advertisers.
Missed viewable opportunities, which highlight the benefits of addressing the low hanging fruit in speed improvements.
Most of these metrics will also be available in other Reporting tools, to be able to drill down and do deeper analysis.
Timing
GA: 7/20/19 [LAUNCHED]

Ad Speed Insights Chrome Extension (Comms doc: ▮▮▮▮▮▮▮▮▮▮)
Lighthouse is a Chrome utility targeted towards web developers, which highlights opportunities to improve the speed of pages. We've built ads-focused audits into Lighthouse to give specific recommendations on improving ad speed.

Timing
Open Beta: July 2019 [IN PROGRESS]
Launched with the GA of Ad Speed Dashboard

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911715



Slide Owner: ▮▮▮▮▮▮▮▮

Homepage Insights ( ▮▮▮▮ )
H1 Launches
Inventory Type Filter: New filter for the overview dashboard that supports filtering data by Inventory Type
Timing: Launched February 2019
Home Dashboard Comms Doc ▮▮▮▮▮▮▮▮▮▮▮▮
Ad Speed Insights Dashboard: provides a snapshot of ad serving speed across a publisher's sites and pages. It helps partners identify the factors contributing to ads latency, allowing them to improve the speed of their ads, and ultimately their page
Comms Doc: ▮▮▮▮▮
Timing: GA - July 2019
Ad Speed Insights Chrome Extension: Chrome extension targeted towards web developers, which highlights ads-related best practices. It gives publishers specific suggestions related to increasing the speed of ads on their pages
Comms Doc: ▮▮▮▮▮▮
Timing: Open Beta - July 2019
H2 Launches
Ad Slot Expansion Insights: Estimated revenue uplift from Ad Expansion experiments. Full details on Ad Expansion features in comms doc below
Ad Expansion Comms Doc: ▮▮▮▮▮▮
Yield Partner Insights: Enhanced data insights on Yield Partners to utilize for backfill optimization
Comms Doc: In Progress
Timing: Q3 2019
Bid Insights: Shows distribution of bids by unified pricing rule - hep pubs better understand how the transition to 1P is affecting bid distribution
Timing:
Beta beg Sept
GA end of Sept

Opportunity & Experiments ( ▮▮▮▮▮ )
H1 Launches
Experiment trials
A trial is an individual instance of an experiment used to specify the experiment's start and end dates and traffic allocation. You can schedule up to 10 separate trials for the same experiment, then compare the results to see how the experiment performed at different traffic allocation levels.
One click activation to allow AdX to compete
Publisher can now easily apply this opportunity. When publisher click Apply, Ad Manager will make the suggested updates to an existing Ad Exchange yield group with compatible targeting. If none exists, a new yield group will be created for publisher.
Enable out-stream video demand to compete with display opportunity

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911716



HIGHLY CONFIDENTIAL

GOOG-DOJ-03911722



We're working to change the ads ecosystem and make it a virtuous circle with a safe and transparent platform for publishers, advertisers and users.

Create a healthy advertising ecosystem by protecting users from malware and unscrupulous actors, advertisers from fraud, and publishers from inappropriate creatives that damage their brand.

That means higher levels of engagement and fewer ad blockers from your users, higher bids from advertisers since they know your inventory is clean and last but not least, protections not just for your users and advertisers, but also your most valuable resource -- your brand.

We also partner with industry bodies like the IAS and Coalition for Better Ads to develop standards and guidelines to help clean up the industry. One example of that was the Better Ads standard, released by the CBA in XXX. The overarching goal here is not to head off ad blocker usage. It is to create a better experience for our users, and if we do that then ad blocker adoption will decline as a side effect.

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911723



Source: ██████████████████████████████████████████████

Highlight the ongoing work Google is doing to identify and prevent bad advertisers and ads - the best way to do this is by mentioning the annual bad ads report. Last year we took down 2.3 billion bad ads - and our detection is continuously improving and informing the controls we give publishers to protect their properties.

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911724

# Counterfeit Inventory: The Challenge, Industry Response, and Impact

## The Challenge:

Billions of dollars wasted on counterfeit inventory

- **Lack of transparency** in the programmatic supply chain
- Premium publisher inventory is typically **the target** for counterfeit inventory
- **Difficult for buyers to know** if they're buying "real" publisher inventory

## Industry Response:

Secure the supply chain with Ads.txt

- **ads.txt:** Text file listing entities authorized to sell publisher's inventory
- Publishers protect their brand equity by posting ads.txt files

## Key Results:

Ads.txt adoption is growing amongst publishers

- **Over 600k domains** with ads.txt files
- **0% Unauthorized Inventory** being monetized by Ad Manager
- **Apps adoption** ramping up starting Q3



Google

HIGHLY CONFIDENTIAL



Slide Owner: ██████████

GOOG-DOJ-03911726



Slide Owner: ▮▮▮▮▮▮

Tools & Controls to Protect your Brand
In 2018 we focused heavily in tools and controls designed to protect our partners and give them greater control over their brand safety. In the last year we've launched:

Unified Protections: Partners can view and manage all protections across Ad Manager and Ad Exchange in one place. This provides a consistent way to protect users, publishers, and advertisers while maximizing inventory availability and demand eligibility in a simple, safe, and transparent system. There were multiple places in the UI where publishers could block advertisers, brands, ad technologies, and categories. This redundancy lead to confusion, a complex workflow, and a complicated user journey. The new Unified Protections feature provides one location for all protections.
Comms Doc: ▮▮▮▮▮▮▮▮▮▮

Redesigned Ads Review Center: Redesigned UI incorporates several improvements, including:
Filter or search for ads
New tabs: We've introduced a third tab to help you better manage your ad review process. The tabs are now: Unreviewed, Reviewed, Blocked
Improved interaction with ads
Marking all ads as reviewed
We don't automatically mark ads as reviewed when you navigate to the next page
Ability to report ads that you think violate Google policies
Explicit "mark as reviewed" button
Easily discoverable search bar
Dynamic and expanded preview layout
Enhanced text search
ARC latency improvements (creatives load faster - next page loads while user is viewing the previous page)
Help Center

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911727



Slide Owner: ▮▮▮▮▮

Partner Protections
In 2019 we've continued our commitment to invest in our ongoing improvements to the protections we provide our partners
Improvements to video and formats support
Highlights:
Tools to more easily review video ads in Ad Review Center (ie: Fast Forward) - H2
Mobile App Ad Content Filtering (aka: age filters) - H2
Controls to enable partners to manage brand safety protections
Highlights:
Protections insights - H1
Expanded Targeting in Protections - H2
Addition of Buyer Blocks and Inventory Exclusions - H2
Whitelist Buyers in Protections - H2
Investments to help partners identify unwanted ads and easily take action
Highlights:
ARC latency improvements - H1
Smarter blocking based on previous signals (see roadmap slide for more details)
Improved review priority in Creative Review (show the most urgent ads for review first) - H2
Improved blocking (if an ad you already blocked appears again we will block for you) - H2

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911728



With the launch of Google Ad Manager one promise we made was to give our partners more time to focus on the things that matter. To support that promise partners are seeing improvements to the user interface that reinforces our commitment to reducing complexity and simplifying workflows.

Examples of how we're supporting these principles

Workflow simplification and user efficiency gains
Reduce operational complexity by enabling users to manage their ads business holistically across all their sales and consumer channels in one place
Simplify workflows in order to give users time back to spend on being more strategic and building the right relationships to grow their business.

First class support for mobile and video
Provide users with a single platform for delivering, measuring, and optimizing ads wherever their audience is engaging—including connected TVs, Accelerated Mobile Pages (AMP), mobile games and other apps, and platforms like YouTube and Apple News.
Revisit key workflows to ensure that managing video and mobile is seamlessly integrated into the product experience for users

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911733



Slide owner: ▮▮▮▮▮

We're simplifying our creative and trafficking workflows across Reservations, PG and Video

Trafficking workflow
The new trafficking workflow adapts to your inputs in order to simplify workflow decision making. When creating a new line item you'll first select the ad type (display or video). The screen will then hide unnecessary inputs based on your selected type. This will allow you to fill in all relevant fields for your line item much faster and without the clutter and confusion of unnecessary inputs.
Screenshot – Line Item Type Selector
New line item creation workflow will start with a visual selection for ad type
Ad type is the first selection you need to make now when adding line items or proposal line items and is a new term that designates the following settings in line items and proposal line items:
Display (Standard or Master/companion)
Video
Surfaced Ad type decision to simplify subsequent decision tree – Making this selection first encourages you to consider the creative your advertiser or buyer needs to run
Once the relevant ad type is selected the line item detail page will have a customized and narrowed down experience for that inventory type, thereby reducing the overall number of clicks and providing a more streamlined experience for the user
Ad type also better aligns with how the creative library is organized

Creative Trafficking
The new creative trafficking workflow provides an intuitive user experience by simplifying how creatives are added, edited, and managed. We've improved the existing line item creative workflow with simplified creative selections and clear guidance throughout the creation, management and previewing processes
Screenshot – Creative Type Selection
Simplified creative type selection with clear descriptions and visual callouts
Add creatives via visually distinct cards that better represent each creative type.
Cards include descriptions in more readable text, indicate supported assets, and provide links to supporting articles in the help center.
Cards available to select from depend on the creative type you're trying to create:
Cards available are filtered based on the creative type required when you add new creatives to a line item. For example, you'll only see video creative types to add to a video line item.

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911734



Slide Owner ▮▮▮

Workflow Efficiencies
H1 Launches
New patterns and behaviors across the UI: Ongoing improvements to the user interface that reinforces our commitment to reducing complexity and simplifying workflows
Comms Doc: ▮▮▮▮▮▮▮▮▮▮
Network settings redesign: Redesign and reorganization of the admin network settings in order to make them easier to find and use
Targeting Presets support in the API - Launched with v201905
H2 Launches
Trafficking & Creative Workflow redesign: Redesign of the entire trafficking workflow
Efforts include:
Merging workflows for PG and non-PG
Simplified creative review workflow for PG
Trafficking and creative workflow redesign, including simplifying creative selection
Timing: Rollout began in June 2019 and will continue through Q3
Multiple Payment Profiles (Limited to AM360): Allows a network to configure multiple payment entities under the same network (rather than the current way networks implement this by having multiple accounts in order to have billing segmentation). This feature will give us the ability to pay one network in different currencies.
Inventory Bundles: Reusable inventory segments (or bundles) that can be targeted, forecasted and reported on
Comms Doc: still in design


First Class Support for Video and Mobile
Simplify video and interstitial trafficking workflows
Projects include:
Revamped video creative trafficking workflow: For example remove creative sets and introduce new video creative types
Streamline the process of assigning companion creatives to video line items
Use of consistent language across the UI

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911735



Slide Owner: ████████

Please Note - Only include Inventory Representation for publishers who would be actively interested in it

HIGHLY CONFIDENTIAL

## Roadmap for unified 1st price auction

### Q3-2019

- Advertiser / buyer blocks in protections LAUNCHED
- Semi-transparent / Branded controls in URLs LAUNCHED
- Advertiser discount band in unified pricing rules
- Formats (and ad duration) targeting in unified pricing rules
- 'Back-up ads' remnant LI control
- Bid Insight card (Beta)

### Q4-2019

- Protections: whitelists for buyer / advertiser blocks ("block everyone except")
- Bid Insight card (GA)
- Optimizations (TBD)

Google

Formats targeting :
if you have a display ad unit that is outstream eligible, and have a video ad response, you will be able to price video higher than display
or for an ad slot that allows both banner and native for eg


Need internal discussion
Write API for Unified pricing rules
Ability to set a lower floor for one set of advertisers, and a higher floor for the remaining advertisers
Absolute  impression goals for house line items

HIGHLY CONFIDENTIAL

GOOG-DOJ-03911740