# EXHIBIT 6

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Google

Proprietary + Confidential

# Value & Transparency in the Programmatic Ecosystem

Q3 2019

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-009455568

## Slide 6 Notes

We are trying to illustrate what the buy side can and can not influence, here are a few examples.

A few points worth mentioning:
- We believe it is inappropriate to violate the confidentiality agreements in our contracts with Publishers
- We also believe it is inappropriate for buyers to know the publisher fees since low cost could also be low value for pubs and we don't think that buyers should be picking the publishers exchange partners of choice
- We do not believe that sharing log level data, even when stripped of identifiers is not privacy safe due to the high cardinality signals that remain on the query which can be used to join the query to the buyers ID space

Regarding Fees, buyers and sellers have control over their own costs of doing business programmatically. On the buy side, programmatic platforms enable the cost of choice, increased precision and protection. On the sell side, these platforms enable RTB Demand, Control and often times new sources of demand. There are many types of partners in the programmatic ecosystem, from data providers, measurement and attribution, service fees, verification services, data management platforms, analytics, etc. It is up to the individual buyer and seller to determine the value these partners provide and how much they are worth to their respective businesses.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-009455576

# Primary Focus should be:
## Confirm the basis - Are you getting what you pay for?

$1 in the auction from buyer should equal $1 out to publisher (need better image)

| Bid Competitiveness | | | VS. | | Media Efficiency | |
|---|---|---|---|---|---|---|

### Factors affecting Bid Competitiveness

| Queries per second (QPS) management | Creative Match<br>• Size<br>• Format<br>• SSL | User Match Rates | Deal Priority w/ Publisher |
|---|---|---|---|
| DSP Configuration W/ exchange | Pretargeting Settings | Bid Rate | Yield to Publisher (aka pub rev share) |

### Factors affecting Media Efficiency

| Viewability | Conversions | Measurement |
|---|---|---|
| Return on Investment | Deduplication | Creative Considerations |

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-009455577

## Slide 7 Notes

When talking about Transparency, we'd like to gear the conversation towards, are you getting what you pay for, so confirm the basis first? If this basis is not agreed upon and in the example above the $1 is misrepresented in the auction, then a buyer must understand what is being manipulated and why. The first step is to work with their DSP partner & Publisher to determine what actually took place.

We get so many questions about RevShares asking us to share rev shares and we can't due to contractual reasons. Its almost a moot ask because revshares do not affect "working media". It's helpful to distinguish between bid competitiveness and media efficiency within the actual seller/buyer value-exchange of a first price auction. We see those two things as being different. In a first price world, 1. the winner is determined by calculating which bid will yield the publisher the most money (i.e. not Google) 2. Google's fees incorporate the level of investment contributed by Google to make that auction possible (including the people and technology involved in creative review, policy enforcement, technical infrastructure, billing, etc), Duplication and efficiencies.

A $1CPM bid from a DSP has the potential to buy 1 impression, regardless of the exchange and the rev share. So, <u>100% of that $1CPM goes towards that one impression</u>, irrespective of publisher rev. share. The $1 does not "go farther" in one exchange over another, it goes the same distance. However, given the first price auction uses net values to optimize publisher revenue, revenue shares do impact *bid competitiveness*. Bid competitiveness is not the same thing as media efficiency or "working media" costs. If the buyer is looking for media efficiency, they would look to see which exchange generates a higher ROI for their campaign, since the gross price paid by the advertiser would be the same across any exchange.

Review things affecting Competitiveness vs Media Efficiency as state above

## Slide 7 Comments

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-009455578



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-009455594

# Bid Signals - helping to inform before you buy

Ad Manager offers over 200 Bid Signals (identifiable attributes) with our Demand Side Platforms.

There are signals related to inventory characteristics such as: browser & device type, user location, publisher/seller IDs, mobile, video & audio formats, vendor types, GPDR consent etc.



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-009455595

## Slide 17 Notes

Its worth while to understand what is being passed in the bid request to make sure your DSPs are reading the signals that matter the most to your business.

Ad Manager shares over 200 Bid Signals (identifiable attributes) with our Demand Side Platforms.  As a buyer, its worth while to understand what is being passed in the bid request to make sure they are reading the signals that matter the most to your business. There are signals related to inventory characteristics,, data matching, browser &  device type, user location, publisher/seller IDs, mobile, video & audio formats, vendor types, GPDR consent etc.

**external deck <u>BID SIGNALS DECK</u>**

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-009455596

# Commonly used Mobile App Signals

| Bid request field | Description | Example |
|---|---|---|
| platform | The platform of the mobile device | Android, iphone, palm |
| brand, model | Brand & Model of mobile device | Brand: Nokia, Samsung Model: N70, Galaxy |
| os_version | OS version of platform | Android 10, iOS 12.3 |
| hardware_version | Apple iOS device model | iphone 8, iphone XS, ipad 6 |
| carrier_id | Uniquely identifies the mobile carrier when connected via carrier (as opposed to WiFi) | Carrier list available on Dev portal |
| is_app | If true, then this request is from a mobile application | [default = false] |
| app_id | Apple = ID of the mobile App-store id<br>Android = fully qualified package name | 343200656, com.rovio.angrybirds |
| app_name | Actual Android app name as displayed in the Google Play Store<br>iOS app name from App Annie data | Super-Bright LED Flashlight |
| app_rating | User app rating as displayed in the Google Play Store | 4.6 |
| url<br>(the url field will contain either app store url or content url) | App Store URL - The URL for the app's page on the Google Play store or the Apple App Store | https://itunes.apple.com/app/id84091 9914 |
| | Content URL - The URL for the app's equivalent webpage allowing contextual targeting of the app based on the web's content | |

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-009455597

# Commonly used Video Signals

Proprietary + Confidential

| Field | Description | Example |
|---|---|---|
| Height/Width | Size of the video player itself as detected by Google or is publisher declared where Google cannot detect player size. | |
| allowed_video_formats | VIDEO_FLV = 0; VIDEO_MP4 = 1; YT_HOSTED = 2; VPAID_FLASH = 3; VPAID_JS = 4; | |
| placement | Describes where the video ad will play | UNKNOWN_PLACEMENT = 0; INSTREAM = 1; INTERSTITIAL = 2; |
| device_type | UNKNOWN_DEVICE = 0; HIGHEND_PHONE = 1; TABLET = 2; PERSONAL_COMPUTER = 3; CONNECTED_TV = 4; GAME_CONSOLE = 5; | |
| Platform | The platform of the device | Android, Iphone |
| Brand | The brand of the device, e.g. | Nokia, Samsung |
| Model | The model of the device | N70, Galaxy |

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-009455598

## Slide 19 Comments

1    ███████████████████████████    Hi ████    Im repurposing some of your Bid Signal content for our agency transparency narrative,.  Is it possible to help me  complete examples of each of these Video signals? Im trying to make this slide look like what you have done for the Mobile Signal slide. Thank you!!
Reassigned to ██████████████
███████████    11/11/2019 10:32 PM

2    Hey ██████, I pulled this information from the AdX Proto. I'm happy to support your ask, what sort of examples are you looking to include?
███████████    11/11/2019 10:32 PM

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-009455599

Proprietary + Confidential

# Which signals are important to you?

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-009455600

# Media Cost Transparency through Reporting Metrics

How can Google help bidders forward IVT refunds/credits to downstream buyers?

## Methodology

Bidders specify opaque ID in the bid response.

Authorized Buyers UI provides breakdown per opaque ID:

* cost of **deduplicated impressions** without adjustments
* cost of **pre-filtered IVT** (and automatically removed from invoice)
* cost of **invoice IVT credits**
* cost **net of all IVT** adjustments

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-009455678