# EXHIBIT 7

Authorized Buyers

**INTERNAL ONLY**

# First Price Auction & Unified Floors

Authorized Buyers Sales Training

Google

HIGHLY CONFIDENTIAL

GOOG-TEX-01268177

Notes Summary:

confusion. For example, under the current system, an Authorized Buyer may submit the highest bid, but still not win the impression. After the move to a unified auction, the highest price across all demand sources should win, which is both more fair and easier to navigate for all players.'
Slide 9: 'Left Scenario - Multiple level of auction
Right Scenario - unified
Objection Handling - Bid response feedback. To a buyer they might think they are paying more for same inventory.'

HIGHLY CONFIDENTIAL

GOOG-TEX-01268203

Notes Summary:

Slide 10: 'Right now, publishers can:
- set buyer specific floors
- set advertiser specific floors
- set buyer blocks
- set advertiser blocks

After the change, publishers will still be able to set advertiser floors, advertiser blocks and buyer blocks, but NO LONGER set buyer specific floors. Instead of buyers specific floors they will set INVENTORY floors, which apply to all buyers

This will make it the auction a completely level playing field for buyers, whichever door they come through, but will still allow Publishers to block any mistrusted advertisers and buyers, and prevent channel conflict between the open auction and deals running with a specific advertiser by setting a floor price for the advertiser.'

HIGHLY CONFIDENTIAL

GOOG-TEX-01268204

Notes Summary:

Slide 11: 'In the example on the left, the publisher has set different
floors for each buyer and what can happen in that setup is 3 things:
The buyer who submits the highest bid doesn't actually win (regardless of
the Advertiser). In theory this could even be the exact same creative as an
EB bid!
The publisher earns less money
The Authorized Buyers are probably very confused about exactly what to bid
and where in order to win at a fair price

In the new world on the right, there is a common floor for that piece of
inventory which applies to all buyers. Since it will be a 1st price auction
then Authorized Buyers are likely to adjust their bids downwards over time,
but nonetheless the buyer with the highest bid wins the auction.

This setup is MUCH simpler to understand for all involved'

HIGHLY CONFIDENTIAL

GOOG-TEX-01268205

Notes Summary:

Slide 14: 'Min bid to win for SSP1 - $1.85
Min bid to win for AB1 - $2.38

Refer to doc for detailed calculation -
https://docs.google.com/spreadsheets/d/1l0ohYX7OGmZqjaesJsJ-lioIjp_Eeh01wt_uX_8FvIM/edit?ts=5cb4940e#gid=0'

HIGHLY CONFIDENTIAL

GOOG-TEX-01268206

Notes Summary:

Slide 15: 'Simplicity:
New auction dynamics are easier to understand and moving Ad Manager to first price guarantees that the highest bid across all demand sources wins the auction. We expect this to result in publishers receiving fair market value for their inventory.
Unified floors reduces the need for time-consuming floors optimizations and allows for partners to develop strategies that are sustainable for the long term. No longer will there be a need to "game" the platform or challenge whether they are receiving the highest value for that impression.
Sustainability: These changes should help create a more sustainable marketplace for both buyers and sellers.  We believe buyers struggle to optimize when bidding across multiple supply side channels.  When the same inventory has different pricing rules, it is difficult to understand how to value the impression.  Encouraging all indirect demand (including header bidding) to compete on equal footing in the unified auction should help buyers better understand the value of the inventory and bid more confidently.
Transparency: Buyers benefit from a cleaner auction where they pay what they bid, with no clearing price games, and all participating bidders will

HIGHLY CONFIDENTIAL

GOOG-TEX-01268207

```
Notes Summary:

next highest bid was'
Slide 17: 'Prebrief - Only 24 hours before the blog post'
```

HIGHLY CONFIDENTIAL

GOOG-TEX-01268208