# EXHIBIT 8

Facilitator guide

Google



# Fundamentals Google Ads

Facilitator's guide

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004556867

## Slide 145 Notes (Continued)

- Drive traffic and conversions

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004557095



# Consideration-based strategies

Maximize Clicks

Goal: Clicks 👆

Purpose: Automatically set bids to get the most clicks within your budget.

Use Cases:

✓ Budget constrained campaigns
✓ Maximize traffic when extra budget is received
✓ Upper funnel keywords that have high assist value in conversion
✓ Automatically optimize tail terms to maximize clicks, while maintaining manual bid control on head terms

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004557096

## Slide 146 Notes

**Goal: Clicks.**
This strategy is for clients who want to drive as many clicks as possible within a set level of spend.

**Purpose:**

To automatically set bids to get the most clicks within a chosen budget

**Use Cases:**
- Budget constrained campaigns
- Maximize traffic when extra budget is received
- Upper funnel keywords that have high assist value in conversion
- Automatically optimize tail terms to maximize clicks, while maintaining manual bid control on head terms

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004557097

# How Display Smart Bidding works

The algorithm considers a myriad of signals about each auction and over 70 million permutations of those signals when calculating a bid. The signals considered include:

| User behaviour | User characteristics | Web page & session context | Ad characteristics |
|---|---|---|---|
| How recently a user left your site | Age and gender | Content of website viewed | Format of advertisement |
| How many pages a user viewed on your site | Location | Structure of website viewed | Relative creative performance |
| Value of products viewed | Device | Keywords present on website viewed | |
| Previous sites visited | Interests | Time of day | |
| Conversion funnel progress | | Day of week | |
| Previous sites visited | | | |
| Cross-device behaviour and conversions | | | |
| Remarketing list membership | | | |
| Conversion delay | | | |



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004557406

# Viewable CPM bidding

With viewable CPM (cost-per-thousand impressions) bidding, advertisers only pay based on the number of impressions (times their ads are shown) that were viewable on the Google Display Network.

**They won't pay when their ad isn't seen.**

Google



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004557407

Slide 338 Notes

There are millions of sites that your client's ads are eligible to show on across the Display Network. Advertisers that are focused on building awareness by reaching their target audience at the right time, place, and
at scale can choose to **only pay for their ads based on impressions.**

With viewable CPM (cost-per-thousand impressions) bidding, advertisers only pay based on the number of impressions (times their ads are shown) that were viewable on the Google Display Network. They won't pay when their ad isn't seen.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004557408

# Display Campaign metrics

Once we know the components that create a successful Display campaign, it's important to be able to measure the success of the client's campaigns

The good news is that many of the same metrics that advertisers measure for Search are also applicable to Display



Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004557414

● Advertising on the Google Display Network

Proprietary + Confidential

# Measuring Display performance

Here are a few key metrics that are especially useful to your client when track their success on Display.



### Conversions

Ensure your advertisers are using conversion tracking: It's critical for them to understand how clicks lead to a desired site action (e.g. sales, leads, phone calls)



### View-through conversions (VTCs)

VTCs measure assisted conversions, where a customer sees - but doesn't click on a display ad before converting on a site



### Clickthrough rate (CTR)

If your client isn't able to use conversion tracking, it's a good idea to use CTR to see how campaigns are driving traffic. Clients should check CPC's to monitor the cost of their traffic.

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004557415

● Advertising on the Google Display Network

Proprietary + Confidential

# Conversion tracking

Understand how Google impacts your business with conversion tracking



### Free and easy setup

Choose a path and get set up quickly. Tracking conversions is your first step towards Google's **advanced solutions**



### Connect the dots

Truly understand your advertising spend. Start **optimizing for more sales**, leads, calls, app downloads, in-store sales and more



### Unlock automation

Unlocks Google's automated bidding tools; the **fastest and most efficient** way to get more value from Google Ads

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004557416



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004557669