# EXHIBIT 9

Proprietary • Confidential

## Sign offs

| Name | Role | Date approved (UK format) |
|---|---|---|
| Marlena Kudej / Keith Weisberg / Giulio Minguzzi / Susan Childs | GPL | |
| Lior Shenkar | PM | |
| Haskell Garon / George Levitte | Ad Manager PM | |
| Yumin Guo / Shree Madhavapeddi | DV360 PM | |
| Nicolas Baquie & Jason Sigalos | Sellside GTM | NB - 11/08/20 |
| Uchechi Okereke | Product Legal Counsel | |
| Suzanne Blackburn | Ads PR | |
| Leslie Pitterson | PR | LP - 30/06/20 |
| Andres Ferrate / Per Bjorke | Ad Traffic Quality | PB - 12/08/20 |

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-15235100



GOOG-DOJ-15235107



There are already many paths that one Advertiser can buy the same piece of inventory. Each of those paths is selected for a reason (e.g. an agency may specialise in mobile or video, a DSP may specialise in certain audiences or formats).

Whenever advertisers buy through programmatic or automated systems, the number of "paths" they take to win any given impression could contain multiple resellers, directly integrated ad exchanges and header-bidding wrappers, often resulting in duplicate auctions for the same impression they're bidding for on a publisher's website. (source)

HIGHLY CONFIDENTIAL

GOOG-DOJ-15235119



- Header Bidding was designed as a mechanism to optimise across SSPs and maximise Publisher yield. Most standard ad serving technologies can only manage different demand sources in a waterfall setup which makes profound yield optimisation a challenge.
- Header Bidding allows is a technology that allows Publishers to offer inventory to multiple ad exchanges and SSPs before or after making calls to their ad servers. The Demand Source that puts out the highest bid wins.
- However, Header Bidding has its challenges:
- Bid duplication due to multiple requests for the same inventory.
- Latency and loading time can increase particularly when extended timeouts are used.
- Billing inaccuracy due to discrepancies between Ad Server and Header Bidder on transacted media numbers.
- Technical complexity in updating/maintaining required client (or server) side scripts.

HIGHLY CONFIDENTIAL



GOOG-DOJ-15235121



- Competition occurs on an impression-by-impression basis and does not compromise delivery or revenue of goals set for the guaranteed line items in reservation.

HIGHLY CONFIDENTIAL

GOOG-DOJ-15235123



- Open Bidding was Ad Manager's first move to first price auction mechanics. In order to help simplify programmatic for our partners, last year (2019) we transitioned all publisher inventory to a unified first price auction after a long and collaborative consultative period with our partners.
- This transition resulted in third party line items winning an increased share of impressions, including those won by header bidding line items*.
- By removing mixed price auctions with uneven floors from the auction, we have reduced complexity for buyers and helped establish a level playing field and more sustainable programmatic ecosystem.

HIGHLY CONFIDENTIAL

GOOG-DOJ-15235124



**Simplicity:**
**Easier to understand auction dynamics: all net bids from indirect programmatic sources compete directly in a single unified auction (vs previous 2 stage auction) , where the winners pay exactly what they bid**
**Convenient control of floors within Ad Manager: new unified pricing rules that apply uniformly across all buyers (Authorized Buyers, Open Bidding and non-guaranteed tags)**
**Simpler floor pricing strategy: reduced need to constantly optimize floors to reduce auction discount. Buyers pay what they bid (no bid-price discount) and floors don't directly impact clearing price**

**Sustainability:**
**This change helps create a more sustainable programmatic marketplace for publishers and buyers.**
**Today, buyers struggle to optimize when bidding across different channels due to lack of symmetry: different auction rules and different floor prices can apply for the same impression. Publishers have complex monetization strategies that are hard to maintain in the long term.**
**With this change**
**All indirect demand, including non-guaranteed line items, compete on equal footing (i.e consistent rules apply across channels) in the same unified auction; all buyers have an equal opportunity to win an impression**
**No competing offers will set the price paid by another buyer, (i.e. removing non-**

HIGHLY CONFIDENTIAL

GOOG-DOJ-15235125

| Id | Date | Text |
|----|------|------|
| 18 | 05/05/2020 15:41:41 | add in key points from the doc below to address common complaints/questions: <br> https://docs.google.com/document/d/14QVviGkg7VAbmnyWDdk7zyyOkmxpY3YaXPCfjR85vgc/edit |

HIGHLY CONFIDENTIAL

GOOG-DOJ-15235163



Maintaining trust in the digital advertising ecosystem is a top priority for Google.

HIGHLY CONFIDENTIAL

GOOG-DOJ-15235164



https://www.adexchanger.com/data-driven-thinking/a-marketers-wish-list-for-supply-path-transparency/

HIGHLY CONFIDENTIAL

GOOG-DOJ-15235165

| Id | Date | Text | |
|----|------|------|---|
| 8 | 08/12/2020 18:59:12 | Added a link to the HC for overview of Marketplace | Proprietary + Confidential |

HIGHLY CONFIDENTIAL

GOOG-DOJ-15235168



HIGHLY CONFIDENTIAL

GOOG-DOJ-15235169



HIGHLY CONFIDENTIAL

GOOG-DOJ-15235170

| Id | Date | Text | |
|---|---|---|---|
| 10 | 07/21/2020 19:36:21 | Simplify and add in Talk Track from https://docs.google.com/document/d/1k7X-_FSURro7BBhs-OWYH6AQXXVMKxJOEE9GiQMcWUs/edit#heading=h.odd4fo5w0kwj | Proprietary + Confidential |

HIGHLY CONFIDENTIAL

GOOG-DOJ-15235175.020