# EXHIBIT 10



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-013157426



GOOG-AT-MDL-013157435



Google Ad Manager (formerly known as "DFP") is an ad serving platform that drives efficiency and optimizes yield for vendor-funded (co-op) and third-party advertising campaigns . The platform allows retailers to directly manage and monetize vendor-funded packages for on site monetization programs all in one platform. It supports various ad formats including retailer-sold sponsored ads / native display banners, performance-based display media, and programmatic ads (from 3rd parties, if interested).

Google services many of the largest Commerce and Retail websites as well as thousands of publishers globally, serving over a trillion impressions each month to some of the largest online properties. Google Ad Manager is the technology infrastructure for many of the retailers who've built very successful digital media networks. They utilize Google Ad Manager to power vendor funded programs for their owned and operated inventory through the sale of ad space.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-013157437



 GOOG-AT-MDL-013157468