# EXHIBIT 11



Google

Proprietary + Confidential

# Unified 1st Price Auction

Simplifying the auction on Ad Manager, Admob and AdSense

28th February 2019
mlyall@, yilungao@

**INTERNAL ONLY**
**PRIVILEGED & CONFIDENTIAL**

CONFIDENTIAL

GOOG-AT-MDL-001977625



TALKING POINTS

** This is a simplified visualization to explain WHAT IS CHANGING. Temporary CPM from guaranteed line items and DFL floors have been omitted  for simplicity (these do not change in the new unified 1P auction) **

Currently, Ad Manager runs a multi -stage auction to decide the ad that will serve and the payment a publisher receives:
The best Ad Manager non-guaranteed line item is selected based on price. The non-guaranteed price is passed as a floor to AdX buyers (together with AdX floors configured by the publisher). This is what the industry refers as ' last look', where AdX is called last to see if any bid can beat the remnant price  ( E.g If AdX exchange had two bids of $1 and $5, it would be able to beat a $4 price from a remnant line item)
The closing price for the Ad Exchange auction is determined as the second-highest net bid
This closing price is then compared to Exchange Bidding net bids, the highest Ad Manager line item rate and expected mediation yields to determine the winner.
This two-stage auction does not guarantee the highest bid to win the auction, makes it hard to understand auction dynamics and complicates yield management across sources of indirect demand.

CONFIDENTIAL

GOOG-AT-MDL-001977629



TALKING POINTS

** This is a simplified visualization to explain WHAT IS CHANGING. Temporary CPM from guaranteed line items and DFL floors have been omitted for simplicity (these do not change in the new unified 1P auction) **

In the new auction, we are collecting the price each exchange would pay, including AdX and tag-based indirect demand (i.e. booked as non-guaranteed line item), then putting it in a unified auction where the highest price wins and is paid to the publisher. No competing offers will set the price paid by another buyer, and the highest offer will win the auction (This mean that we are removing 'last look' for AdX)
NOTE: no changes with Dynamic Allocation with guaranteed line items . The algorithmically determined 'temporary CPM' - based exclusively on delivery pacing and priority of the campaign - is still sent as reserve price that indirect buyers need to beat to serve

Transition to Unified Floors
On 2nd price traffic, both Unified and Adx floors apply (highest is chosen)
On 1st price traffic, only unified floors apply, i.e. pubs' AdX pricing rules will not apply.
Recommendation is to create unified floors asap, especially for sensitive pubs.
Start thinking about 1st Price auction mentality → floors can be lower than Adx floors, as no optimization required in a 1st price world.



The 3P line items play more of a prominent role. What would the expected backlash from publishers be?
If Ad Manager is not the final decision making ad server, then impact is lower - the bid submitted is the price, either 1st or 2nd.
Their 3P demand sources are not subject to the floor Ad Manager is setting.

CONFIDENTIAL

GOOG-AT-MDL-001977631



CONFIDENTIAL

GOOG-AT-MDL-001977632



    GOOG-AT-MDL-001977635

# Simplifying programmatic for our partners, creating a transparent and more fair auction

Proprietary + Confidential

  

**Simplicity**

- New auction dynamics are **easier to understand**
- Managing floor prices across all indirect sources of demand is **more convenient**
- Less need for **time-consuming floors optimizations** to reduce auction discount

Google

**Sustainability**

- Help create a **sustainable marketplace** for buyers and sellers
- All indirect demand, including non-guaranteed line items, compete on **equal footing** in the same unified auction
- No competing offers set the price paid by another buyer, and the **highest eligible bid wins** the auction

**Transparency**

- Visibility into **every programmatic bid** via data transfer
- Empower publisher to make **informed decisions**

---

\* Similar benefit for Admob partners, although some of the changes only apply to Ad Manager

SIMPLICITY
Easier to understand auction dynamics: all net bids from indirect programmatic sources compete directly in a single unified auction (vs previous 2 stage auction) , where the winners pay exactly what they bid
Convenient control of floors within Ad Manager: new Unified Pricing Rules that apply uniformly across all buyers (Authorized Buyers, Open Bidding and indirect tags)
Simpler YM  Floor pricing strategy: reduced need to constantly optimize floors to reduce auction discount. Buyers pay what they bid (no bid-price discount) and floors don't directly impact clearing price

FAIRNESS
In the new auction, we are collecting the price each exchange would pay, including AdX and tag-based remnant demand (including Header Bidding), then putting it in a unified auction where the highest price wins and the winning price is paid to the publisher.
No competing offers will set the price paid by another buyer, and the highest offer wins the auction. This means that we are removing what the industry refers as 'Last Look' from AdX

TRANSPARENCY
Increased transparency on auction dynamics: complete visibility into every single programmatic bid on every auction through data transfer files (currently in limited alpha)

GOOG-AT-MDL-001977636

## How should publisher think about floors in the unified 1st price auction?

Proprietary + Confidential

Expect this message to evolve in the coming weeks, as we are working on more exhaustive resources to support publishers in the migration to unified floors in 1st price auction

- A 2nd price auction tends to have a **large price gap** between what a buyer bids and what they pay. Publishers try to close the gap by optimizing applying price floors, but this is difficult and time-consuming to do well and can lead to lost revenue or to complex implementations
- In a 1st price auction, buyers **pay what they bid** and floors set by publishers **don't directly impact what they get paid**
- Instead, publisher should set floors that reflect **business constraints**, for example to prevent channel conflict with direct sales or non-ads revenue channels
- Where no constraints exist, setting **low unified floors** should generally allow pubs to **maximize yield**
- When publishers set floors, we help evaluate the **opportunity cost** to make more informed decisions through visibility into the entire bid landscape from all programmatic buyers

Google

We will be removing:
Anonymous type - vector for fraud, through Ads.txt. Keeping semi-transparent
Per buyer floors - Not needed in a 1st price auction, mainly used to close the 2nd price auction gap. keeping advertiser floors, to address channel conflict.

CONFIDENTIAL

GOOG-AT-MDL-001977637



Google uses Auction Dynamics Protection using ML to understand and determine the optimal bid accordingly - see below. Some 3P SSPs offer 'bid shaving' (or bid shading) technology that modifies the bid submitted by DSPs, placing a bid that is below what they believe the impression is worth, as a trade off on risk of overpaying if they win.

DV360
Auto Bidding - uses our optimization algorithm which takes over 40 signals into account to dynamically determine the optimal bid price for a given impression for an advertiser. DV360 sets a bid for every auction based on a user's likelihood to take the action of interest (click, convert, install, view etc). Final bid calculated based on auction dynamics to protect over-paying
Adoption high, will encourage buyers to adopt this over next 2 months. Buyers choose from the following strategies/algorithms:
Clicks
Conversions
Video quality
Video views
Viewability
Custom - beta

Optimised Fixed Bidding - in 'Fixed Bidding' the same bid is placed on every impression based on a fixed CPM inputted by the user in the UI regardless of the impression value. For 'Optimized Fixed CPM Bidding', the inputted CPM value will serve as a maximum CPM bid, as opposed to a fixed CPM bid - we will never bid more than the inputted value, and the algorithm is designed to assist in winning impressions at a lower price.
Also applies to PA and Preferred Deal, and on 3P SSPs.

Google Ads
Smart Bidding (aka Autobidding) - help advertisers bid smarter by automatically adjusting the bid according to the strategy the advertisers set. The bid is decided by an algorithm that takes into account signals like device, location, query, etc. Currently six different automated bid strategies are available
Enhanced CPC - Raises your bids (max 30%, min -100%) in situations that seem more likely to lead to a conversion on your website, and lowers your bids for situations that seem less likely to lead to a conversion. Only starts on a subset of your traffic and adjusts based on performance.
Max clicks
Target CPA
Target ROAS
Target search
Target outranking

CONFIDENTIAL

GOOG-AT-MDL-001977638

GPL - need experiment data, but expect less than 1% revenue change

3P DSPs
For bidders that are not yet ready to bid with 1st price logic, we make an optional bid service translation available:
We will add a new boolean field to the bid response: use_bid_translation_service.
If the bidder sets this to true on a 1st price bid request, then instead of treating the bid as a true 1st price bid, Google may alter it such that we will lower but never raise the value.
The field is completely optional to implement. This field is meant as a temporary service to help with the migration for those customers that are not yet ready.

CONFIDENTIAL

GOOG-AT-MDL-001977639



CONFIDENTIAL

GOOG-AT-MDL-001977640



March: Public Announcement:
Ad Manager and Admob Blog Post
Highlight current display ecosystem complexity (cascade of 1P & 2P auctions)
Key launch benefits: increased simplicity, transparency, fairness

April: Unified Pricing rules are available to all publishers. Publishers highly encouraged to set Unified Pricing rules, as legacy Adx pricing rules will not apply to 1st price traffic
May (2nd half) : 1% of Ad Manager and AdMob traffic (all publisher) is 1st price
June (2nd half):  5% of Ad Manager and AdMob traffic (all publisher) is 1st price
Q3 (Targeting July) - Full Launch: 100% of Ad Manager and AdMob traffic (all publisher) is 1st price

Q1-2020: AdSense moves to 1st Price (timeline TBD)

CONFIDENTIAL

GOOG-AT-MDL-001977641



Verbal only - phone or in person. Chance of email leak.
Only for those pre-approved by PR

GOOG-AT-MDL-001977642

Proprietary + Confidential

# Some post-announcement burning topics...

Google

CONFIDENTIAL

GOOG-AT-MDL-001977643

## Some more FAQ

Proprietary + Confidential

**Q: How will buyers prepare for this change?**

In every bid request, Google will clearly indicate the auction type. Bidders are encouraged to adopt this signal to help with migrating to 1st price and updating bidding models.

For bidders that are not yet ready to bid with 1st price logic, we make an optional bid service translation available:

- We will add a new boolean field to the bid response: use_bid_translation_service.
- If the bidder sets this to true on a 1st price bid request, then instead of treating the bid as a true 1st price bid, Google may alter it such that we will lower but never raise the value.
- The field is completely optional to implement. This field is meant as a temporary service to help with the migration for those customers that are not yet ready.

Google

CONFIDENTIAL

GOOG-AT-MDL-001977653