# EXHIBIT 12

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02163087

## Table of Content

- Open Bidding 101
- Open Bidding in 2020
- Discussion / Q&A

Google                                                    Confidential + Proprietary

Instruction slide
Break out the session by 2~3 section → Have ▮▮▮ for each session vs. present at once and jump into Discuss / Q&A
Have pre-read in this deck, but select slides to present

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02163088



Instruction slide
Break out the session by 2~3 section → Have ▮▮▮ for each session vs. present at once and jump into Discuss / Q&A
Have pre-read in this deck, but select slides to present

HIGHLY CONFIDENTIAL



Speaker: ▮

Value Prop:
Don't compare ▮▮▮▮ to ▮ for HB; they are paying Rubicon/OpenX, etc a rev
share for using HB
Economics of OB (pay you on 30 days, will pay even if we cannot collect)
Privacy safe (doesn't allow fingerprinting)

GOOG-DOJ-AT-02163090



Speaker: ▮
Data Details (Source):
*Linear regression has been done to forecast 2020Q3 revenue and publisher growth based on 201901-202002 data
An especially soft March 2020 expected to bring down this forecast significantly
Publisher growth trajectory calculated based on quarterly averages of publishers against time (took the SUM of all publishers in Jan, Feb, March and divided by 3 to get the Q1 number)
**Exchanges were only counted if they spent more than ▮ in a given month. No Network bidders exceeded this amount for the time period pulled
This can be undercounting revenue would be excluded from any spend that wasn't spending at least ▮ a month.
*** Beyond the exchanges under ▮ per month revenue missing, ▮ revenue that we log is only their fee. So in order to get their real revenue we would need to 10x their revenue number. This number isn't large enough to drive noticeable change on Web and has been excluded
Formats Included Desktop Display, Desktop Video, mWeb Display, and mWeb Video
Excluded mApp Standard Display, mApp Interstitial Display, mApp Interstitial Video, mApp Instream Video, Native, and Other

HIGHLY CONFIDENTIAL



Bidding to 3p
Access: No full access. Uncertain about the auction
Facebook competition: We compete with Facebook in 3p platform either via RTB

Open bidding without FB
Buyside:
Open bidding with FB

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02163129