# EXHIBIT 13

Internal Only - Privileged and Confidential

# [Comms Doc] - First Price Auction for Authorized Buyers / Open Bidders

**Complexity**: A | **Authors**: jordysmilde@, hgaron@ | **Last Updated**: 11/15/2019

Ad Manager , Google Ads / DV360 , AdMob

Ad Manager and AdMob are moving to a 1st price auction to ensure that all Authorized Buyers, Open Bidders, and Header Bids compete on equal footing, with the same auction mechanics, and to align with the industry standard.

What is it? - read more

Currently, the participants in Google's auction (Authorized Buyers, DV360, and Google Ads) are on a 2nd price auction, whereas "Jedi" bidders (EB/NB) are on a 1st price auction, as are most header bidding integrations. This means that Authorized Buyers are not always able to compete on equal footing with other demand sources, and also creates confusion over auction dynamics about how the 2nd price and 1st price auctions interact. As a result, we'll move to a 1st price auction for everyone in 2019.

What are the key benefits? - read more

- **Fair access for all** - every bid from every demand source will now compete in a 1st price auction

- **Greater transparency** -
  - What you bid is what you pay, eliminating confusion over floor price mechanics.
  - All bidders will have access to the "min bid to win" to tune bidding algorithms
  - Ad Manager will sunset the ability for pubs to set "anonymous" requests, and will update how we handle semi-transparent

- **Industry standard / simplicity** - most other auctions are partially or completely 1P; Google is simplifying the way buyers access inventory by acknowledging the direction the industry is heading in.

Google's auction is 2nd price, while most other SSPs have moved to 1st price over the last 18 months (see: 1, 2, 3, 4, 5).  This creates complexity in auction mechanics, makes Google non-standard, and may disadvantage some customer segments.

All buyers -- Google demand and 3rd party demand -- will move to 1st price by late August / early September. There will be no opt out for pubs or buyers.

Sales: *[Owner: GTM/PSL]*
gTech: *[Owner: PTM]*

| Alpha: | Beta (tentative)*: | GA: |
|---|---|---|
| N/A | *Link to regularly updated timeline*<br>- 1% of queries at 1P starting June 2019<br>- 5% of queries at 1P starting July 2019<br>- 10% of queries in the week of July 29th<br><br>*Ad Manager and AdMob | Starting ramp-up to 100% on 9/10/19 which should take ~1 week. A small percentage of traffic is maintained to 2P for post-launch monitoring and analysis purposes until mid-Oct. |

HIGHLY CONFIDENTIAL

**Internal Only - Privileged and Confidential**

- **"Bid Translation Service"** (<u>Link to public release notes</u>)
  - For bidders that are not yet ready to bid with 1st price logic, we will add a new boolean field to the bid response: `use_bid_translation_service`. If the bidder sets this to true on a 1st price bid request, then instead of treating the bid as a true 1st price bid, Google may alter it such that we will lower but never raise the value.
  - The field is completely optional to implement. Most bidders will likely elect instead to move to 1st price bidding, or to simply not bid on the 1st price bid requests during the 1-5% ramp up stages.
  - The field is available in Google Protocol and as an extension in Google OpenRTB.
  - This field is meant as a *temporary* service to help with the migration for those customers that are not yet ready. We plan to sunset it in H1 2020 once the 1P migration is completed. We strongly recommend that even bidders that opt to use the translation service begin working on being able to bid 1st price natively, as this is the industry standard and will be Google's end state as well.

Buyers and Publishers have been asking for Google to adopt a 1P auction model since many other exchanges already operate that way and it has become the industry standard. Moving Ad Manager and AdMob to a 1P auction model will have the following benefits for Authorized Buyers:

1. **Fair access for all** - Everyone will now compete in a 1st price auction. By moving all Ad Manager and AdMob inventory to 1P, Authorized Buyers are joining the group of Exchange Bidders / Network Bidders that were already using 1P making sure that everyone (Google Demand and 3P Demand) compete on the same playing field and auction type for inventory.

2. **Greater transparency** -
   a. What you bid is what you pay, eliminating confusion over floor price mechanics. In particular, many Authorized Buyers have been confused about how Google sets floors in the 2nd price auction and expressed concern about fairness.
   b. All bidders that submit a bid will have access to the "**min bid to win**" to tune bidding algorithms -- this will give bidders more insight into how to price their bids.
   c. Pubs will no longer be able to send "anonymous" ad requests, giving bidders more transparency into the publisher domain/url and better ability to validate via ads.txt. Pubs likely will be able to continue to send semi-transparent.

3. **Industry standard / simplicity** - Most other auctions are partially or completely 1P; Google is following the industry direction. This also makes it so that Authorized Buyers will not need to be as concerned about inadvertently flooring themselves when buying through multiple channels.

While these changes impact Authorized Buyers more than Open Bidders (who are already on 1st price), Google believes that the industry will overall benefit from a more uniform, fair, and transparent ecosystem where the rules of the auction and the floor prices are the same for all participants, regardless of AB or OB.

HIGHLY CONFIDENTIAL

GOOG-DOJ-09182656

**Internal Only - Privileged and Confidential**

**4.2. Beta**

**All Bidders (no opt out)**
- Starting in May, 1% of all Ad Manager / AdMob queries will be 1st price
- Starting in July, 5% of all Ad Manager / AdMob queries will be 1st price
- Starting July 29th, 10% of all Ad Manager / AdMob queries will be 1st price
- Starting ramp-up to 100% on 9/10/19 which should take ~1 week. A small percentage of traffic is maintained to 2P for post-launch monitoring and analysis purposes until mid-Oct.

- We will indicate in the bid request which queries are 1st vs 2nd price
- Bidders can choose not to bid on 1P queries if they are not yet ready to migrate, or can choose to use the "bid translation service" described above.

- This gives bidders approximately ~3 months to tune their bidding algorithms for a 1st price auction at smaller scale before we migrate the majority of inventory to 1P.
- Open Bidders will remain on 1st price during this time.

No activation required and no opt out - all bidders (including Google demand) will be included in the beta as we start experiments

Sales: Feb 28, 2019
gTech: 2/20/2019

Sales should use their normal gTech escalation paths (e.g., through Salesforce)

**4.3. GA**

**All bidders (no opt out)**
- Target Q3 2019 (internally aiming for late August / early September), 100% of Ad Manager and AdMob inventory will move to 1P.

No activation required and no opt out - all bidders (including Google demand) will be migrated to 1P for GA.

Sales: mm/dd/yyyy, mm/dd/yyyy, mm/dd/yyyy, mm/dd/yyyy
gTech: mm/dd/yyyy

Blogpost 1: March 5, 2019
Blogpost 2: May 10, 2019
Blogpost 3: Sept 5, 2019

HIGHLY CONFIDENTIAL

GOOG-DOJ-09182657