# EXHIBIT 14



 GOOG-DOJ-AT-01130527



## Background

- AdX is rolling out first-price auctions in September
- Buyers have a choice to send second-price bids and use AdX's bid translation service, or estimate and submit first-price bids
- There are 2 major bundled changes for the buyers to factor in - unified pricing rules, last look removal

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL



# Bid translation vs 1p bidding

- On Apps, we are using bid translation as a starting point (reviewed earlier).
- On web, we will explain why we Adwords and DBM have to start out by submitting 1st price bids directly.
- In this presentation, the focus is on the web slice

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL



GOOG-DOJ-AT-01130537



# Smart bidding

- In the first-price world, Google buyers can be smarter about their bids to beat competition
- If we knew our competitor's bid exactly, we can simply bid a cent above that
- But we don't have this information before the auction

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL



# AdX runs a transparent 1p auction

- AdX shares highest_other_bid (HOB) post auction with every buyer
- We use ML to model this HOB and the uncertainty in the estimate
- Maximize advertiser surplus

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

| Id | Date | Text |
|---|---|---|
| 4 | 08/30/2019 22:49:15 | give numeric example<br>V = \$2, phob 1<br>plot of b vs sigma for a fixed phob and V |



Google Confidential and Proprietary

HIGHLY CONFIDENTIAL



| Id | Date | Text |
|----|------|------|
| 11 | 08/30/2019 23:21:43 | worth for sell-side to point out what happens on EB |

GOOG-DOJ-AT-01130554