# EXHIBIT 15

⚠ INTERNAL ONLY

Proprietary + Confidential

## How to use these slides

- **THIS DECK HAS NOT BEEN UPDATED FOR Q1 2020**
- THIS IS A **WIP**. DO NOT PRESENT OR EMAIL TO PUBLISHERS UNTIL APPROVED AND SIGNED-OFF. NEVER SHARE WITH SPEAKER NOTES
- MAKE USE OF SLIDES NECESSARY FOR YOUR AUDIENCE
- QUESTIONS? TMCPARLAND@
- **FOR APPROVED TALKING POINTS, FAQs AND ADDITIONAL INSTRUCTIONS, REFER TO** go/1p-faq
- **OTHER RESOURCES:**
    - Comms Docs: go/1p-pub-comms, go/1p-reporting, go/1p-datatransfer.
    - Reporting: GPSE UPR FAQs, go/bid-insight-card-tam-training
    - Internal/Trainings: Internal Q2/Q3 Sales Training, gTech+GPSE TIPS, go/1p-biddt-feedback
    - External: UPR Help Centre + go/1p-playbook

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02159681





Some examples of inefficiencies in our ecosystem
Bid throttling (Supply Path Optimisation):
Why do buyers adopt SPO bidding strategies?
Answer is simple. They need to find the most transparent routes to the highest quality inventory to ultimately deliver the most optimal results.
That's their obligation for their clients.

Since HB hit the mainstream (2015), the volume of ad requests exploded (by design it introduced multiple ad requests for the same user/impression).
Simple Economics: to maintain QPS (queries per second) load and remain a viable business, buyers often throttle their bids (i.e. don't bid at all)

                                                                                GOOG-DOJ-AT-02159691



Publishers of course want to maximise yield BUT none of the scenarios described are helping the programmatic auction ecosystem in the medium to long-run
I won't spend long on our narrative. The U1PA is now here. But we built it around these three core pillars.

SIMPLICITY (SELLER)
Net bids compete in a UA
Floors set in one location apply uniformly across all buyers
No need to constantly optimize floors to reduce bid-price discount of 2PAs.

SUSTAINABILITY (BUYER)
No floor asymmetry for buyers on the same user/impression
Highest bidder wins, they pay what they bid
U1PA levels the playing field - no unfair advantage for AdX over other remnant LIs

TRANSPARENCY:
More on this later, but with the roll-out we will be providing pubs an unprecedented level of visibility into the programmatic bid landscape

HIGHLY CONFIDENTIAL



\* Drum roll \* Introducing the new U1PA in Ad Manager
All buyers submit their 1P bids in unison
Common floor for inventory applies to all buyers.
The highest bidder wins and they pay what they bid. SIMPLE :-)

MUCH simpler to understand for all involved
Tony Stark is happier now :-) \* SEE SLIDE 5 FOR CONTEXT \*

Instead of short-terms tactical games, we'll be increasing the overall value of the ecosystem where buyers will spend even and getter ROI from cleanly priced inventory

HIGHLY CONFIDENTIAL



TALKING POINTS

Live almost a month (since Sep 25)

RESULTS
We've been testing the performance of 1P since our first experiments
On average, 1P auctions have a neutral to positive impact on a publisher's total indirect revenue—revenue from all their advertising sources—when compared to second price auctions.
It's still very early; buyers are still adapting their bidding logic. We found evidence that 1P has created a more competitive market.

Around 90% of EMEA pubs see a neutral to positive impact on indirect revenue
We see a +4.5% median increase on publishers' total indirect revenue
3Ps and indirect line items (i.e. HB) winning an increased share of impressions (per blog post)

(Reactive): This is based on controlled A/B test, were we are able to get a better picture removing seasonality or other fluctuations patterns that might be unrelated to the auction changes

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02159694



FAQ (Reactive)

Q: How do we plan to adapt our optimization tools (Bid Shading?)
A: We continue to invest in products like Optimized Pricing to help publishers maximize long term inventory value, evaluating how existing features can adapt for a 1st price auction. Leveraging machine learning expertise. Rich data on inventory value and buyer behavior across different inventory segments

Q: How are buyers reacting to floors? Do we observe buyers reducing their bids over time and how should publisher counteract?
A: At this stage, it's still early to evaluate as most buyers are still adapting to the transition. So far, responses from buyers vary, and we expect them to change. Some buyers definitely refuse to bid when floors are higher than they would have otherwise bid.

Q: Do we see revenue allocation shifts (more Adx revenue, less Open Bidding and remnant)
A: We found evidence that first price auctions resulted in third parties and indirect line items (e.g. Header Bidding) winning an increased share of impressions.
[Reactive Only - If asked specifically about OB] We've also observed Open Bidder partners win a reduced share of impressions. This could partially be due to Open Bidders needing to adapt their bidding to account to the floors (which were not subjected to before).

Q: What reason do we expect behind these revenue shifts? (e.g. temporary buyside adoption)
A: The transition to a unified, first price auction includes a number of changes and it's difficult to disentangle the effect of individual parts.
The transition includes migrating Ad Manager to a first price auction, removing the ability for indirect/remnant line items to inform the reserve price in the Ad Manager auction, unified protections, and the unification of floor prices.
In addition, DSPs and Networks implemented changes in bidding logic for the first-price auction.
Altogether, these changes have resulted in third-party DSPs and Ad Networks, along with indirect/remnant line items winning a higher share of impressions in the unified auction.

HIGHLY CONFIDENTIAL                                                      GOOG-DOJ-AT-02159711