# EXHIBIT 16



# Google Ad Manager
# Summer Livestream Series



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004582906

Proprietary + Confidential

# Questions

- "What are the <u>best reports to look at</u> to analyze our performance for Unified Pricing Rules and the 1st Price auction?"

- "Where are <u>unfilled ad requests reported</u> in Unified Pricing Rules?"

- "Will floor prices <u>still be impactful</u> in a 1st Price auction?"

- "With Unified Pricing Rules, <u>are publishers losing control</u>?"

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004582990

## Slide 44 Notes

### 1. REPORTING

- You can report on UPR activity by selecting the **UPR dimension in Historical Report**.
- Use any dimension you like | We will increase the x-compatibility of even more metrics ahead of the launch.

### 2. UNFILLED

- With the advent of UPRs, <u>unfilled impressions are reported on a little differently</u>
- '**No Pricing Rule Applied**': **i)** the impression went unfilled, **ii)** no UPR matched the request, **ii)** the auction candidate is not eligible for a UPR (i.e. Standard / Sponsorship line item served in its place)

### 3. IMPACTFUL?

- **Yes!** We mentioned **channel conflict**, but also your **business rules** and assessing the <u>opportunity cost of prog indirect ads vs. other means</u>

- **Warning!** <u>Setting floors too high can result in lost revenue</u> when bidders drop out of the auction potentially leading to an increased volume of House and Unfilled
  - If you value particular pieces of inventory, or want to show less ads in a certain section, of course you can choose to implement higher floors

### 4. CONTROL

**Publishers have full control on how they set up their stack to compete :-)**

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004582991

## Slide 44 Notes (Continued)

- Publisher can allow **In-house demand to backfill below the unified floor**, <u>using $0 remnant line items and House</u>, which are exempt

- You can allow **in-house demand to backfill below the UP floor**, <u>using $0 remnant line items and House</u>, which are exempt
- You can of course allocate guaranteed volumes to programmatic partners by using standard LIs, which are also exempt
- Both of <u>these set-ups limit competition and is likely not yield optimal</u> (but maybe you have a real world deal that requires this)

- **Leveling playing field for your indirect** demand sources = exciting opp
  - AND don't forget, you'll be able to use our <u>new facility for remnant perf campaigns</u> (mentioned earlier, coming soon) to ensure CPC or impression goal prioritised (<u>w/o cannibalising RT price competition</u>)

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004582992

## Slide 122 Notes

Before we begin, let's go over a quick refresher on line item priorities. When you create a new line item, you'll be asked to set a priority for it. Getting the priority right is key to serving ads effectively and getting the most value for your inventory. If you have a direct deal with a buyer, you should use guaranteed line items, which us a priority of Sponsorship or Standard. Sponsorship is for deals where buyers want a percentage of your impressions, say 10%. While standard is for when buyers want a specific number of your impressions, say 100,000. The other types of line items are non-guaranteed line items. For these you can set priorities of Network, bulk, or price priority. You can also create AdSense or Ad Exchange line items. We recommend running all non-standard or sponsorship line items at Price Priority to ensure that the highest paying bidder wins. Using price priority can help you to achieve higher CPMs and revenue growth.
Dynamic Allocation competes against guaranteed line items as well as non-guaranteed remnant line items.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004583146

# What is Dynamic Allocation?



| Step 1 | There's an ad request to Ad Manager |
|--------|-------------------------------------|
| Step 2 | Ad Manager finds a guaranteed line item and calculates a temporary CPM |
| Step 3 | Ad Manager finds an eligible remnant line item |
| Step 4 | Ad Manager calls Ad Exchange to find ads which can beat the temporary CPM of guaranteed line item or the CPM of the remnant line item |
| Step 5 | Ad Manager selects the line item with the highest CPM to serve an ad, protecting guaranteed ads in all cases |

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004583147

## Slide 123 Notes

Dynamic allocation is a really popular feature in Ad Manager that can help to increase your revenue. Through Dynamic Allocation, Ad Exchange line items can compete in real time with guaranteed and remnant line items. Here's how it works:
-   Someone visits your website or app and and your ad tags request an ad to serve from ad manager.
-   Based on this request, ad manager looks first for the best guaranteed line item eligible to serve and calculates a temporary CPM for this line item based on it's delivery rate. If the guaranteed line item is ahead of it's delivery schedule, the temporary CPM will be low, if the guaranteed line item is pacing behind it's delivery schedule the temporary CPM will be high to protect its delivery
-   Next, Ad Manager looks for an eligible remnant line item with the highest CPM
-   Then, Ad Manager calls ad exchange to see if ad exchange can beat the temporary CPM set for the guaranteed line item or the CPM of the remnant line item
-   Finally, ad manager selects the line item with the highest CPM to serve an ad. Ad Manager always protects your guaranteed ads by selecting the highest paying CPM. Guaranteed inventory is protected because if its delivery is behind schedule, the temporary CPM will be very high and will be the highest CPM ad in the competition.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004583148

## Slide 148 Notes

Thank you for your continued participation in the summer livestream series! Please provide your feedback in the follow up survey that will be sent later today.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004583193