# EXHIBIT 17

 Google Ad Manager

Proprietary + Confidential

# Yield Management in Google Ad Manager

March 2020

Last updated: April 2020

**INTERNAL ONLY - DO NOT SHARE WITH PUBLISHERS**

t

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01509395



HOW IT WORKS (MORE DETAILS)

Ad Manager selects the best guaranteed line item to serve an impression (based on priority and delivery), and dynamically calculates a temporary CPM based on LI progress and priority(2) (the further the line item is behind schedule, the higher the temporary CPM)
Ad Manager selects the Remnant LI with highest value CPM .
Ad Manager runs the unified auction and returns the highest bid from Authorized Buyers, Open bidding exchanges /networks or demand booked via remnant line item (using Rate or Value CPM).
A 'reserve price' is calculated and sent in the the RTB calllout to AdX buyers and Open Bidding exchanges.  Reserve price is at least the maximum of temporary CPM (Guaranteed LI) and the floor set by the publisher in unified pricing rules.
If AdX / OB or remnant beats the reserve price, then it serve the impression. Otherwise, Ad Manager fills the impression with the guaranteed line item

GOOG-DOJ-AT-01509396



HOW IT WORKS (MORE DETAILS)

Ad Manager selects the best guaranteed line item to serve an impression (based on priority and delivery), and dynamically calculates a temporary CPM based on LI progress and priority(2) (the further the line item is behind schedule, the higher the temporary CPM)
Ad Manager selects the Remnant LI with highest value CPM .
Ad Manager runs the unified auction and returns the highest bid from Authorized Buyers, Open bidding exchanges /networks or demand booked via remnant line item (using Rate or Value CPM).
A 'reserve price' is calculated and sent in the the RTB callout to AdX buyers and Open Bidding exchanges.  Reserve price is at least the maximum of temporary CPM (Guaranteed LI) and the floor set by the publisher in unified pricing rules.
If AdX / OB or remnant beats the reserve price, then it serve the impression. Otherwise, Ad Manager fills the impression with the guaranteed line item

HIGHLY CONFIDENTIAL

OPTIMIZE INVENTORY ALLOCATION    MAXIMIZE AUCTION REVENUE    AGGREGATE DEMAND

Proprietary + Confidential

# How do DA / OC / FL interact?

- **DA, OC, DFL (can) work together** to achieve smarter inventory allocation across guaranteed reservations and programmatic demand to **maximize publisher overall yield.**

- **DA, OC, DFL** use different mechanisms and offer different level of controls, but all:
  - Allow AdX / OB and remnant LI to compete with guaranteed reservations
  - Influence the **auction reserve price** that is sent to compete with AdX. Remember that buyers also need to meet UPR floors set by the publisher

- **DA**: calculates a Temporary CPM for guaranteed line items, based on delivery pacing and priority;
  - No impact on direct reservation delivery

- If **OC** is enabled, under specific circumstances, it will dynamically reduce DA Temporary CPM
  - Additional ~1% of publishers Guaranteed Reservations will now be filled by AdX, driving incremental yield while maintaining the risk of undedelivery low

- If **DFL** is also enabled, it will bypass DA Temporary CPM (and OC CPM, if available).
  - If a bid clears the FL floor (as set on DFL pricing rule) and highest remnant LI CPM, FL will serve ahead of publisher reservation

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01509426