# EXHIBIT 18

**Remove this slide before presenting**

Proprietary + Confidential

# How to use this deck

**What is the purpose of this deck?**
This content was created as part of OPG EMEA's efforts to educate partners at scale in a webinar format with the purpose to share Yield Management best practices and corresponding reports for Ad Manager optimizations that can aid Partner discussions.

**Who can this be presented to?**
You can present this deck as-is to any clients under NDA.

**Can it be emailed, printed, pdf'd, or left behind?**
Yes. The deck can only be shared with existing partners and only share PDF version, so there are no speaker notes included.
The speaker notes are INTERNAL only.

**What if I have questions?**
Reach out to the author of this deck: btorok@

**Remove this slide before presenting**

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000017969

**Google** Ad Manager

Proprietary + Confidential

# Data-driven optimisations for Ad Manager

—

Balint Torok - Platforms & Programmatic Manager
29 October, 2020

Welcome to today's session on data driven optimizations for Google Ad Manager
My name is XXX, I will be your guide today and I am super excited to walk you though on all this great content.
We have a very packed agenda, so let's get started!

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000017970



This is a sometimes overlooked optimization:
Roadblocking is serving several creatives from a line item together on the same webpage
Roadblocks usually serve via direct-sold campaigns
In order to traffic line items to run as a roadblock, the Display Creatives settings must be set to "As many as possible"
Roadblock line items will only be delivered if one of its creatives is served to the first matching ad slot on a page resulting in lost AdX competition for the second, third, etc. ad slot on the page
When using Roadblocks for remnant campaigns, you are missing out on impressions against which AdX could be competing.

Action: Review your AdX Line items:
Under "Adjust delivery
"Display Creatives,"
select "One or more."

HIGHLY CONFIDENTIAL



Check if Optimized competition is enabled in your account.
Optimized competition helps you to earn more on your inventory that is eligible for dynamic allocation. Optimized competition provides opportunities for Ad Manager remnant line items, Ad Exchange buyers, and Open bidding buyers to compete against reservations when they're willing to pay high prices relative to the reservations.

In this example to the left:
No optimized competition enabled:
Dynamic allocation sets High temporary CPM for reservation Li which is booked at 5$
Though AdX is bidding higher $30 it is not able to beat the $100 temporary CPM and loses
Direct deal wins at $5
To the right:
OC is enabled:
Lower OC price is set in this case $20
And AdX wins and pays $20 making $20 instead of the direct booked $5 earning.

To Enable: Admin -> General Settings -> Network Settings -> "Enable optimised competition
Worth noting:
The Optimized Competition price floor is always at least as high as the Standard price floor.
Optimized competition will not change the price floor of your sponsorship line items

GOOG-AT-MDL-000018012



To run a report on Optimized Competition: use historical...
Check the number of impressions impacted, how much additional revenue they yielded.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000018013



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000018029