# EXHIBIT 19

# Managing Display & Video in a Crisis
## Helping customers through dynamic times
### go/dv-dynamicplaybook
**\*Doc is Internal Only\* | External Slides Here**
**Privileged and Confidential**
*last update: March 25, 2020, @andrewkastner, @ankitmishra*

---

**DO NOT SEND THIS DOCUMENT IN ITS ENTIRETY OUTSIDE OF GOOGLE**

**Scope:** GDA, Discovery, & DV360 - The focus of this doc is to centralize globally applicable guidance and tools, as well as share best practices to help sales teams best deliver insights and recommendations to Display & Video customers (GDA, Discovery, DV360) in this uncertain time.

**Our approach and mindset in building this document:**
Helping our users and clients in challenging times remains our top priority. As the COVID-19 outbreak evolves, we will continue to be empathic, considerate, and helpful. This is a human situation before being a business challenge.

**Looking for Information on Brand Suitability? ->** go/COVID19DisplayBrandSuitability

*GDA and Discovery campaign guidance align in this document, unless otherwise stated.*

Have a suggestion to make this better? Please email: Display-DynamicTimes@

---

Contents
- Context & How We are Ready
- Customer Use Cases
  - Challenged
  - Assessing
  - Pivoting
  - Investing
- Other Internal Resources
- Reviewing Creatives
- FAQs
- Communication & Data Sharing Guidelines

---

## Context & How We are Ready

GOOG-AT-MDL-017779816

**Context:** Many Display and Video advertisers are experiencing unprecedented change and unpredictability with the evolving COVID-19 situation. This crisis will affect different Display & Video advertisers in different ways, and empathy for our advertisers as outlined in go/GBO-Tone should always be followed.

**Market Momentum:** We have seen shifts to display market momentum in the last several months. *The following claims for Google Display Network may be shared with clients under NDA* only and are not to be published.
- News:
  - "Impressions on news apps in the Google Display Network grew 50% from February to March."
  - "Impressions on news apps in the Google Display Network grew 70% in March, YoY."
- Regional:
  - "Daily impressions on the Google Display Network in the United States grew 15% from February to March."
  - "Daily impressions on the Google Display Network in Italy grew 25% from February to March."
  - "Daily impressions on the Google Display Network in Spain grew 20% from February to March."
  - "Daily impressions on the Google Display Network in China grew 22% from February to March."
- The source for the above claims is Google Internal Data for the respective months/years.

**Note:** For Display & Video 360 please see inventory trends for March here.

**Display & Video are Ready:** In general, **nothing new is needed**. Our solutions across Display & Video (GDA, Discovery, DV360) make campaigns adaptable and well-positioned for dynamic times. At a high level, our Google Ads automated solutions -- Smart bidding, Audience Expansion, Responsive Display Ads, and our automated campaign types of Smart Display Campaigns and Discovery adjust automatically to drive results for your business. For DV360, in addition to Automated Bidding and Audience Expansion, tools like Reach Planning, Dynamic Creatives and Programmatic Guaranteed provide operational efficiency and help achieve your business goals.

- **Auto Bidding** achieves better operational performance, saves time, and responds to real-time changes in auction dynamics, inventory, and spikes/drops in consumer demand. Concerned about minimizing risk during a dynamic time? Consider using Pay for Conversions where eligible.
- **Audience Targeting and expansion:** As a best practice, we recommend all advertisers that are using manual targeting to leverage a *robust audience strategy* that encompasses both 1P Lists, Google Audiences and audience expansion. Audience expansion can bring up to 30% more conversions at the same ROI by using Google's advanced Machine Learning to find audiences that are similar to the campaign core targeting. By expanding the pool of potential customers, audience expansion is a powerful yet simple tool to help advertisers reach a much larger and high performing audience, while respecting your brand safety controls.
- **Asset-based creatives** and **RDA** provide access to more inventory and automatically generate top-performing asset combinations
- **Dynamic Creatives:** Video creatives will now be hard to produce with external restrictions. Consider shifting to dynamic display to help deliver relevant creative in these challenging times. Use DV360 Ad Canvas if skills and time are in short supply. (Studio can continue solving advanced use cases) Leverage Ignition Labs and GMP Creative Partners if you need support or the client workforce is struggling.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017779817

- **Reach Planning:** Make planning easier with reach forecasting to understand how many unique people your programmatic campaigns can expect to reach during these dynamic times.
- **Programmatic Guaranteed:** In times of uncertainty like these, leverage Programmatic Guaranteed to reach users at scale with one setup and no mid flight optimisation, so agencies/clients can more flexibly reallocate resources.
- **Structured Data Files and Read/Write API**: Leverage SDF and/or the Read/Write API to automate and expedite campaign updates at scale.

In this document we aim to align on specific approaches based on where an advertiser's sentiment may be today, giving recommendations on how they should respond within their Google ad campaigns.

## Customer Use Cases

We are seeing four broad customer use cases, and specific challenges that face each:

- **Challenged**: Business is severely threatened by the situation; it is existential. These customers are looking to invest in marketing only if it generates positive cash flow in the next 30 days. They may be *contemplating pausing* their campaigns, and may be experiencing *severe supply and demand volatility*. This may be a good time for *account restructuring*.

- **Assessing**: The situation is threatening, albeit not existential. The client may be pulling back from marketing. They are open to advice, but don't want to make a mistake. They are potentially fearful about their job. They may be *considering cost cutting.* They may be experiencing *supply and demand uncertainty*. We recommend focusing on *performance optimization* if larger changes are not feasible.

- **Pivoting**: These customers will continue to market, and need to understand how to shift spend and strategy based on changes in their business model and consumer behavior (e.g., from in-restaurant dining to delivery, from physical store to ecommerce). They may be *shifting to new objectives* (e.g., from growth to maintaining volume). Their marketing team may have *time on their hands* but can't make fundamental strategic changes.

- **Investing**: These advertisers are eager to find even more ways to connect with and help their customers. They are seeking more reach and action opportunities and help compensating for ecosystem pullbacks in sports, outdoor, production, etc. These advertisers may be *focused on growth, and Brand safety* is most likely still top of mind.

In the following section we outline how we suggest each of these customer segments address these challenges.

## Challenged

**Definition:** Business is severely threatened by the situation; it is existential. These customers are looking to invest in marketing only if it generates positive cash flow in the next 30 days. They may be

GOOG-AT-MDL-017779818

*contemplating pausing* their campaigns, and may be experiencing *severe supply and demand volatility*.

**Guidance:** For advertisers considering a pause, first focus on helping customers understand real-time changes in their industry that may affect their strategy (e.g., demand shifts). For those grappling with severe shifts in supply and demand, we suggest leveraging Performance Planner to guide budget planning for the next 7-10 days, and exploring shared budgets or Pay for Conversions billing to absorb volatility. If supply and / or regional legislation has affected business differently in different areas (e.g., shelter in place guidance precludes sales), we suggest adjusting location targeting settings.

- **Considering pausing their campaigns**
  - ○ *Understand shifts in demand:* Customers may want to understand new trends & opportunities that are relevant to their business. You can use Google Trends to help them understand changes in industries and signal opportune times to shift strategy; Use Google Analytics & Google Search Console to understand the keywords driving users to their site and use these keywords to generate custom intent audiences.
    - ■ Resources & links:
      - ● See the most up-to-date trends in Coronavirus Trends
      - ● High level takeaways in Helping CMOs navigate Coronavirus
      - ● Understand keywords driving to your site, generate custom intent audiences with Google Analytics & Google Search Console
      - ● For additional information, consult Google Trends (incl. Coronavirus section)
- **Severe supply & demand volatility**
  - ○ *(GDA) Budget Planning:* Customers will likely want to adjust their Display advertising budgets in response to business pressure (e.g., supply chain, uncertain demand). You can use Performance Planner to understand the implications of different budget scenarios.
    - ■ During these dynamic times, we recommend creating a forecast for the coming 7-10 days only, setting a base date of the past 7 days [Screenshot]. Forecasting further out than 10 days out during these ever changing times may not be accurate.
    - ■ If Performance Planner does not have a forecast for a particular campaign (e.g. Discovery ads), your advertiser can view their recommended tCPA during campaign set up (refreshed every week). We recommend setting a minimum budget of 10x tCPA. [Screenshot]
      - ● Resources & links: Perf. Planner Comm Doc, Pitch Deck
  - ○ *Location targeting:* Customers can exclude locations where their supply chain is disrupted, where they can not currently do business or in areas where conversion rates are impacted.
    - ■ Resources and links: Target or Exclude ads from geographic locations (Google Ads), Comm Doc, Geo Targeting & Targeting Exclusions (DV360)
  - ○ *(GDA) Pay for Conversions* If eligible and in the cash flow positive category, Pay for Conversions billing with tCPA bidding can allow the protection of not being charged more than their Target CPA. Check if your advertiser's CID is eligible by using the dashboard here. Be aware, incompatible with Shared Budgets.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017779819

- ■ Resources and links: Pay for Convs Comm Doc, Eligibility Dashboard
  - ○ *(GDA) Shared Budget:* As supply and demand fluctuate, campaign volume may vary on a daily basis. Creating Shared Budgets may allow Google Ads to automatically allocate budgets across various campaigns to ensure campaigns that *do* have demand receive funding adequately. Campaigns can not be using Max Conversions or Pay for Conversions billing.
    - ■ Resources and links: Help Center
  - ○ *(DV360) Auto Budget Allocation:* As supply and demand fluctuate, volume & performance across Line Items may vary on a daily basis. Use Auto Budget Allocation & Pacing controls to automatically allocate budgets across Line Items to ensure those that are best able to fulfill demand at performance targets are not budget constrained.
    - ■ Resources and links: Help Center
  - ○ *Audience Targeting:* Changes in market demand due to the current crisis might impact demand. Monitor performance of existing audience segments, and if investment prioritization is needed, focus on 1P audiences (Remarketing and Customer Match) to keep current customers and website visitors engaged during this time of crisis. Consider using audience expansion in order to expand reach while maintaining performance.
- **Account restructuring:**
  - ○ (*GDA Account Structure*) If campaigns are already paused, your customers can use that time to focus on account hygiene and campaign structure best practices. Consider new optimized account structures for accounts that have had to pause some or all campaigns due to the evolving COVID-19 situation as a way to enable advertisers to re-launch their campaigns under the best conditions possible, once their situation allows for it.
    - ■ Remember, **on Display, only segment ad groups when necessary**. Smart Bidding performs best when allowed to evaluate performance and optimize bids across as much traffic as possible. Over-segmenting campaigns into many ad groups is discouraged unless there is a compelling reason, such as
      - ● Segment ad groups if assigning different conversion values to user attributes, to show different creative (brand focused creative vs. direct response creative, for example), or if you value new users vs. existing users differently
      - ● If using manual targeting and leveraging different types of audiences (e.g. re-engagement and awareness), you should add those segments in different ad groups or campaigns so you have more control over budget, conversion targets and creatives.
      - ● Even if you segment ad groups, evaluate performance towards your goal at the campaign or account level rather than focusing on ad group fluctuations. Remember to consider conversion delay when evaluating.
    - ■ Resources & links: Display Smart Bidding Guide (Pg. 8), Help Center

## Assessing

GOOG-AT-MDL-017779820

**Definition:** Situation threatening, albeit not existential. Pulling back from marketing. Open to advice, doesn't want to make a mistake. Potentially fearful about their job. These customers may be experiencing *supply and demand uncertainty* and considering *cost cutting*. Focus on **account optimization and hygiene** while larger changes are not feasible.

**Guidance:** For customers who are contemplating cost cutting, leverage budget pacing tools and Shared Budgets (if using tCPA or tROAS bidding, incompatible with Pay for Conversions) to efficiently allocate while reducing investment. Clients can leverage Smart Bidding, and particularly Pay for Conversions billing, to help drive efficiency while reducing investment. For those with reach / awareness focused objectives who are looking to pull back from marketing, help them understand how they can efficiently reach their customers with their remaining media investment by leveraging reach planning. For those facing supply and demand uncertainty, ad scheduling (time of day) can help allocate investment more efficiently. For those who have already scaled back, focus on account hygiene and optimization (e.g., UX improvements, Landing page optimization, apply audiences best practices) so that when campaigns are re-launched they are poised to perform at their best.

- *Considering cost cutting*
  - *Budget Pacing:*
    - *(GDA)* Monitor Account IO Spend through Budget Pacing Tools in Connect Sales to ensure all agreed-upon budgets are delivered.
      - Resources & Links: Budget Pacing Support Page & Video Demo
    - *(GDA)* Ensure all budgets are utilized by leveraging Shared Budgets (if using a target CPA or ROAS strategy; Campaigns can not be using Max Conversions or Pay for Conversions billing.). Shared budgets allow Google Ads to automatically allocate limited budgets where campaigns need it most to reach its KPIs.
    - *(DV360)* Leverage Auto Budget Allocation (ABA) in Display & Video 360 to optimize and reallocate budgets across LIs to achieve performance whilst maintaining the ability to spend in full.
      - Resources & Links: ABA
  - *(GDA + Discovery) Smart Bidding & (DV360) Autobidding:* You can help your client control spend and drive efficiency with Smart Bidding & Autobidding.
    - **Max conversions and max clicks** campaigns will aim to maximize volume while spending a customer's daily budget. Use the budgets on these campaigns to indicate how much your client wants to spend each day.
    - **For Target CPA and Target ROAS** (recommended for Discovery during dynamic times), the target is a control that can be used to manage spend. Adjust targets on these campaigns to immediately manage spend. For example, a decrease in CPA targets or an increase in ROAS targets will lower bids and spend. See guidance in the Autobidding in Turbulent Times doc for IF you should be adjusting targets or letting the system handle.
      - (GDA) **If eligible,** Pay for Conversions billing can allow the protection of never being charged more than their Target CPA. Check if your advertiser's CID is eligible by using the dashboard here. Be aware, incompatible with Shared Budgets.
    - *On GDA, Portfolio bid strategies all will still focus at the ad group level. There is no difference between a portfolio bid strategy across multiple campaigns or an individual bidding strategy at the campaign level*

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017779821

- Resources & Links: Choose Bid Strategies (Google Ads), DV360 Automated Bid Strategies, Pay for Conversions (Google Ads), Autobidding in Turbulent Times
  - *(DV360) Maximising Reach Opportunities:* Reach / awareness focused advertisers looking to cut back on their marketing can leverage reach planning in DV360 to efficiently reach their audience in these dynamic times.
- **Supply and demand uncertainty**
  - *Ad Scheduling and Updated hours:* You can enable advanced ad scheduling to control the days and times when your client's ads appear and to adjust bids accordingly. For advertisers using Display location extensions or local campaigns, you can proactively communicate any business changes to your users such as reduced hours of operation via updating your GMB page to speak to critical business hour or shipping time updates. Please see further instructions on how to handle store closures/changes, please reference the O&O guide here.
    - Resources & links: Ad Scheduling (Google Ads), DV360 Day & Time Targeting Updating GMB business hours, O2O GBO Resource Guide
  - *(Google Ads) Budget Optimization:* Changing patterns of demand means some campaigns may perform better than others. Financial constraints may necessitate optimizing budget allocation.
    - Your client can optimize by moving unused budget to the ads that need it the most using the "Move Unused Budget" Recommendations in Google Ads.
    - Once budgets are reallocated and clients are open to expanding campaigns with increased demand, check "Raise Budgets" recommendations in campaigns that are performing the best.
    - Repeat every 1-2 weeks to ensure budget allocations are updated
    - Resources & links: Support Link, OptiScore Ext Pitch Deck, Comm Doc, Recommendation Definitions
- **Performance optimization**
  - *Optimization:* Your clients can optimize campaigns after 2 weeks of stabilization towards efficiencies.
    - (Google Ads) Empower clients to use Performance Planner to adjust targets based on Budget Goals. During these dynamic times, we recommend creating a forecast for the coming 7-10 days only, setting a base date of the past 7 days [Screenshot]. Forecasting further out than 10 days out may not be accurate.
    - Resources & Links: Product Deck and Pitch.
      - For Discovery ads, you can get recommended tCPA during campaign creation. Ensure you're using audience expansion to maximize budget utilization
    - After 2 weeks of stabilization with new targets, Pause Underperforming Campaigns / Ad Groups
      - Resource & Links: go/UOC
    - **DV360 Playbook:** Top workflow tips to help manage your DV360 buys with limited time and resources
  - *Audience Targeting:* Changes in market demand due to the current crisis might impact how specific audiences segments perform. For clients using fully automated campaigns, Google will automatically adjust ads serving in order to keep meeting

GOOG-AT-MDL-017779822

advertisers' goals. For clients using manual targeting, we recommend *monitoring* and *assessing* existing audiences performance and keep investment on top performing audience segments:

1) For manual bidders: use reporting to optimize bids on top performing segments that will likely keep drive volume in reduced investment scenarios.

   a) GDA: You can use Google Ads predefined reports to analyze your audiences performance. Tip: You can use the Audience pre-defined report and, if needed, customize columns to assess the data that is most important for you (e.g. Conversions, Conversion Rate, Cost per Conversion).

   b) DV360: Make use of DV360's 'Standard' offline reporting to get a deep understanding of the underlying audience performance. In particular the 'Basic' and 'Audience Performance' reporting templates are well suited to provide detailed insight. For a quick check and overview of the audience performance advertisers can utilize DV360's 'Optimization' view and segment by 'Audience Lists'.

2) For Auto Bidding users: Automated bidding will optimize to target while considering the performance of any audiences.

3) If investment prioritization is needed, focus on keeping connected with existing customers and website visitors via 1P lists (Remarketing & Customer Match). This might be a good opportunity to keep them engaged and loyal during the crisis. If you want to expand reach and find more users similar to those, use audience expansion and Similar Audiences:

   a) Audience expansion: Audience expansion uses advanced machine learning technology to find additional users that are predicted to give you the same or better conversion rates.

   b) Similar Audiences: If you want to reach even more additional customers or have more control over budget and creatives that will serve to similar users, you can also create a campaign using Similar Audiences lists.

   c) **[Tip]** *All audience targeting types work best in combination with Smart Bidding and Responsive Display Ads (GDA).*

■ Resources & Links: A1 Narrative, Display Audiences Narrative, Audience expansion, Similar Audiences, Customer Match, Dynamic Remarketing

○ *Landing Page Optimization:* Advertisers can improve ROI by improving the user's post-click experience. Optimized landing pages with targeted, relevant messaging generally drive more conversions and provide higher return on ad-spend. You can share the following 'easy-to-implement' tips with your advertisers (more tips can be found here):

   ● *Single Goal:* Make sure your landing page focuses on a single goal promoted with a descriptive call-to-action (CTA) above the fold.

   ● *CTA:* Use "encapsulation" & "color contrast" to make the CTA stand out.

GOOG-AT-MDL-017779823

- *Value Prop:* Present your value proposition as the first thing the visitors see on your landing page.
- *Avoid full page interstitials / carousels:* Avoid automatic image sliders or carousels on the landing page or decrease their rotation frequency.
- *Search Bar:* If you use a search bar on your site, don't hide it behind a search icon (e.g., magnifying glass). Show the search bar by default.
- *Forms:* If you show a form on your landing page, make sure you use inline validation and autofill (details here).

## Pivoting

**Definition:** Will continue to market, need to understand how to shift spend and strategy based on changes in business model and consumer behavior (e.g., from in-restaurant dining to delivery, from physical store to ecommerce). These customers may be **shifting to new objectives** (e.g., from growth to maintaining volume). Their marketing team may have **time on their hands** but can't make fundamental strategic changes.

**Guidance:** For advertisers shifting focus from growth to maintaining volume (possibly at lower level of investment) we recommend leveraging Performance Planner (Google Ads), Smart Bidding/Auto-Bidding and lower-funnel audiences to maximize ROI at a lower investment level. If their team has time on their hands, focus on account structure and simplification to ensure successful re-launch. Advertisers who are pivoting their strategies, and focused on reach should leverage our reach planning tool to understand the potential opportunity and impact of their media investments.

- **Shifting to new objective - From growth to maintaining volume**
  - *Budget Requirements:* Use Performance Planner to understand targets & budgets requirements to *maintain the same volume* and plan budgets for the upcoming few weeks. During these dynamic times, we recommend creating a forecast for the coming 7-10 days only, setting a base date of the past 7 days [Screenshot]. Forecasting further out than 10 days out may not be accurate. Ensure campaigns are using audience expansion to maximize budget utilization.
    - Resources & Links: Product Deck and Pitch
  - *Smart Bidding (Google Ads) & Autobidding (DV360):* Customers can continue driving efficiency with Smart Bidding/Autobidding, while continuing to optimize bids based on likelihood to convert. For gradual market changes, auction-time signals respond well. For sudden changes, adjust targets if needed (see the Autobidding in Turbulent Times doc below for more recommendations).
    1. (GDA) **If eligible, Pay for Conversions billing** can allow the protection of not being charged more than their Target CPA. Check if your advertiser's CID is eligible by using the dashboard here. (Can not be used with Shared Budgets)
    2. Resources & links: Choose Bid Strategies, DV360 Automated Bid Strategies, Pay for Conversions (Google Ads), Autobidding in Turbulent Times
- *Audience Targeting:* Avoid abrupt changes; monitor audience performance and keep investment on top performing audience segments. Keep investment in 1P lists + expansion (if base of customers is still expected to be the same). If changing business

GOOG-AT-MDL-017779824

models, consider adding new prospecting segments (In-Market/ Custom Intent) that are aligned with changes in business models. *[Tip] All audience targeting types work best in combination with Smart Bidding and Responsive Display Ads.*

- **1P lists best practices:**
  1. *Ensure all audience sources are included across channels (web, app, offline) and ensure tagging occurs without restrictions (e.g. conditional firing of tags/SDKs). Consider adding automatically created and optimized audience lists such as "Google Ads Optimized Lists" to your existing audience lists (HC article).*
  2. *If you observe a decline in audience list sizes, consider activating or expanding your targeting using the audience expansion slider. Audience expansion works with every targeting type in GDA including contextual targeting types (but demo). It does not require 1P audience lists or converters lists.*
  3. *For additional volume gains and/or more control over budget and creative messages of your expanded lists, consider creating a campaign targeting Similar Audience lists to your existing 1P lists. Start with Similar Audiences based on your converters before moving to audiences that are further up the funnel.*

- **Google Audiences best practices:**
  1. If your client is changing their business model, review existing segments and consider adding new prospecting audiences with high purchase intent, and that are more aligned with their new goals.
  2. To increase campaigns' reach while maintaining performance, consider using audience expansion on top of your advertisers' core targeting.

- **Resources & Links:**
  - **Narratives:** A1 Narrative, Display Audiences Narrative,
  - **Lower Funnel:** Customer Match, Dynamic Remarketing, Similar Audiences
  - **Mid funnel:** In-Market, Custom Intent
  - Audience expansion

- *(DV360) Maximising Reach Opportunities:* As advertisers pivot their strategies, help them discover new publishers and inventory to reach their intended audiences, understand how many unique people their campaigns can reach for a given budget, and maximise additional opportunities to reach their customers with the DV360 planning tool. The reach planning tool offers TV-like metrics to help advertisers who may need to find ways to reinvest their TV investments eg. from live sports whilst still achieving their reach goals. These advertisers can leverage the tool to understand how their programmatic campaigns can help them reach their intended audience in these dynamic times.

- ***Team has time on their hands but can't make significant changes***
  - *Structure, Slider, and Smart Bidding/Auto Bidding:* An optimized account structure together with Smart Bidding, relevant creatives and expanded coverage through RDA and increasing Audience Slider (rec. +1 to the current setting to start) will allow

HIGHLY CONFIDENTIAL

advertisers to show ads in the most relevant contexts, getting the best results possible for their investment.
  ○ *Simplification:* A simplified and consolidated account will provide ease of management for agencies and clients working from home during this time. (Remember, on Google Ads, only segment ad groups when necessary)
    ■ Resources & links: Display Smart Bidding Guide (Pg. 8), Help Center

## Investing

**Definition:** Eager to find even more ways to connect with and help customers; seeking more reach and action opportunities and help compensating for ecosystem pullbacks in Sports, Outdoor, Production, etc. These customers may be **focused on growth. Brand protection** is most likely still top of mind. *Ask questions and let advertisers figure out by themselves if there is an opportunity for them. Avoid direct pitches based on the dynamic market.*

**Guidance:** If using manual targeting, leveraging a *robust audience strategy* that encompasses 1P lists (Customer Match & Remarketing), Google Audiences and Automation (via audience expansion and Smart Bidding) is a great way for advertisers eager to find more ways to connect with their existing customers and find new potential ones. Ensuring budgets are not capped, Optiscore (Google Ads) & Optimization View (DV360) recommendations are followed and coverage is sufficient to allow for the right message to reach the right user. Advertisers should also be leveraging our reach planning tool to understand the potential opportunity and impact of their media investments. For advertisers concerned with brand safety, rest assured that ads policy is being updated to protect all advertisers.

- **Growth**
  - ○ *Audience Targeting:* Our Display audiences solutions are the foundation of both manual and automatic campaigns, and are prepared to keep helping advertisers achieve their business goals. Make sure your clients are investing in a <u>robust</u> audience strategy to reach valuable customers at the right time and be better prepared to deal with current changes and challenges in the landscape. In practice, that means **using a comprehensive audience strategy, that encompasses:**
    - ■ **1P Lists:** *leverage Remarketing & Customer Match to engage with previous web and app visitors and customers (and users similar to those). Make sure to leverage audience expansion to reach new customers that are predicted to give you the same or better performance than your current 1P lists. If you need to expand your reach further or have more control over budget/creatives, consider also using Similar Audiences lists.*
    - ■ **Google Audiences:** *Use the advanced predictive machine learning that powers Google Audiences to reach new consumers and grow your customer base even when user signals are limited.*
      - ■ *GDA/DV360: Use Custom Intent, In-Market & Life Events audiences to reach new prospecting customers with high purchase intent. If your focus is brand awareness, also consider using Affinity, Custom Affinity & Detailed Demographics to expand reach*
      - ■ *Discovery: Use Custom Intent to reach customers who have recently searched for specific keywords and have a high purchase intent. Advertisers that add custom intent, customer match, remarketing, or*

GOOG-AT-MDL-017779826

*similar audiences to their Discovery Ads have seen 81% higher conversion rates and 25% lower CPAs.*

- **[DV360 only] Combined Audiences:** you can also use Combined Audiences to create new profitable niche audience segments (e.g. in-market audiences + detailed demographic / relevant affinities or 1P lists + Google Audience segments).
- ***Audience Expansion slider:*** *Activate audience expansion slider on top of your audience and contextual targeting. On GDA, audience expansion slider works seamlessly with any targeting type (but demo) as an assistant in helping you find audiences that are similar to your target audiences at the same or similar ROI. Audience expansion slider can be especially effective in times when audience and browsing behavior is dynamic and your primary audience lists may experience less activity. Think of audience expansion slider as a simple and actionable way of casting a wider net while adhering to your performance goals.*
- **Resources & Links:**
  - **Narratives:** A1 Narrative, Display Audiences Narrative,
  - **Lower Funnel:** Customer Match, Similar Audiences
  - **Mid funnel:** In-Market, Custom Intent, Life Events
  - **Upper funnel:** Detailed Demographics, Affinity, Custom Affinity
  - DV360 - DV360 Similar Audience Targeting, DV360 Combined Audiences
  - Audience expansion

- *Maximizing Budget Opportunities:* Present the full budget opportunities and incremental conversions / ROI available for clients focused on growth.
  - (Google Ads) Empower clients to use Performance Planner to understand incremental opportunities. During these dynamic times, we recommend creating a forecast for the coming 7-10 days only, setting a base date of the past 7 days [Screenshot].  Forecasting further out than 10 days out may not be accurate.
    - Resources & Links: Product Deck and Pitch.
  - (Discovery ads) You can get recommended tCPA during campaign creation. Create a budget of 10x the tCPA and ensure you're using audience expansion to maximize budget utilization.
  - Use *Budget Raising* Recommendations in Google Ads & DV360 to continually optimize budgets every 1-2 weeks as demand grows
  - *Maximising Reach Opportunities:* Help advertisers discover new publishers and inventory to reach their customers, understand how many unique people their campaigns can reach for a given budget, and maximise additional opportunities to reach their customers with the DV360 planning tool. The reach planning tool offers TV-like metrics to help advertisers who may need to find ways to reinvest their TV investments eg. from live sports whilst still achieving their reach goals. These advertisers can leverage the tool to understand how their programmatic campaigns can help them reach their intended audience in these dynamic times.

GOOG-AT-MDL-017779827

- *Optiscore (Google Ads) & Optimization View (DV360) recommendations:* Use optimization score (Google Ads) and optimization view (Display & Video 360) to discover relevant recommendations and their estimated impact
- *Recover Lost Live TV Sports Audiences:* Help customers recover audiences lost with the cancellation of live sports content during COVID-19.
  - Resources & links: DV360 - Live TV Sports Content Recovery
- *(GDA + Discovery) Smart Bidding & (DV360) Autobidding:* You can help your client control spend and drive efficient growth with Smart Bidding & Autobidding.
  - **Max conversions and max clicks** campaigns will aim to maximize volume while spending a customer's daily budget. Use the budgets on these campaigns to indicate how much your client wants to spend each day.
  - **For Target CPA and Target ROAS** (recommended for Discovery during dynamic times), the target is a control that can be used to manage spend. For example, a decrease in CPA targets or an increase in ROAS targets will lower bids and spend. See guidance in the Autobidding in Turbulent Times doc for IF you should be adjusting targets or letting the system handle.
    - (GDA) **If eligible,** Pay for Conversions billing can allow the protection of not being charged more than their Target CPA. Check if your advertiser's CID is eligible by using the dashboard here. Be aware, incompatible with Shared Budgets.
      - **Resources & Links:** Choose Bid Strategies (Google Ads), DV360 Automated Bid Strategies, Pay for Conversions (Google Ads), Autobidding in Turbulent Times
- *(DV360) Programmatic Guaranteed:* In times of uncertainty like these, leverage Programmatic Guaranteed to reach users at scale with one setup and no mid flight optimisation, so agencies/clients can more flexibly reallocate resources. PG offers following benefits:
  - **Operational Efficiency:** BCG delivered learnings on workflow efficiency gains for media buyers. The BCG study measured nearly 30% gain in efficiency when agencies transacted the same buy through DV360 as through traditional IOs. This could be really handy in current situations.
  - **Guaranteed Always On:** Access to YT, Google Partner Inventory and 3P Exchanges gives advertisers an easy way to reach audiences at scale
  - **Brand Suitability:** Ensure your ads only serve on publishers and environments you deem suitable with your Brand
  - **Frequency Management:** With media consumption going up, it's important for advertisers to better manage frequency and improve efficiency.
  - **Resources:** Learn more at go/platformshub-pg
- *Connected TV:* With more people self isolating or sheltering in place, TV usage is naturally believed to increase. In fact, according to a recent Nielsen study, online streaming is expected to spike +60% over the next few weeks as people are hunkering down in their homes. With this shift in viewing behavior and as budgets are potentially re-allocated, it's important to highlight the benefits of CTV on DV360:

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017779828

- *Maximizing the TV Screen:* DV360 has exclusive access to YouTube, the most reach of any DSP and strong sell-side integrations (Disney, Hulu, SlingTV, etc) with the ability to reach advanced audiences on the TV screen at scale
  - CTV premium inventory can be accessed in a variety of ways to suit any customer needs:
    - YouTube TrueView Connected TV Bid Multiplier
    - Deals (Programmatic Guaranteed and non-guaranteed)
    - Packages available from major SSP partners
    - Open Auction by targeting CTV as a device type
- *Consolidation of Media for the TV Screen:* With the recent launch of PG with Frequency Management, customers are now able to manage their reach more seamlessly and reduce media waste from over-exposure. Taking advantage of this feature when consolidating 3P media buys across CTV will help lessen the risk of showing consumers the same ad on the "big" screen as their viewing time increases.
- *Resources:* DV360 CTV Comms Doc, DV360 CTV Pitch Deck

- *Brand safety*
  - *For Display & Video customers:* Customers that do not want their ads to appear alongside content related to Covid-19 can use brand suitability controls.
    - Resources & links: COVID-19 & Brand Suitability on Google Ads & DV360 Comm Doc (go/COVID19DisplayBrandSuitability)
  - *For all customers:* Ad Policy has been updated to protect users from bad actors. Current guidance requests that advertisers do not use language in ad copy relating to COVID-19 or coronavirus.
    - Resources & links: Ad Policy Coronavirus comm doc

- *Scaled workflows (DV360)*
  - To implement campaign changes in Display & Video 360 described throughout this guide, customers can use Structured Data Files and/or the Read/Write API to make updates at scale.
  - *Structured Data Files (SDF):* 'Bulk sheets' feature that enables creation/editing of DV360 entities in bulk, including TrueView Ads and Ad Groups
    - Resources: go/sdfcommdoc, Developer relations site
  - *Read/Write API*: The read/write API enables full enterprise automation for DV360 customers. Certain features/entities are restricted, see comm doc for more details.
    - Resources: go/dv360apicommdoc, Developer relations site

## Other Internal Resources

- go/gbo-covid19
- go/gbo-tone
- COVID-19 & Brand Suitability on Google Ads & DV360 Comm Doc
- Dynamic Market Playbook

GOOG-AT-MDL-017779829

- [Autobiddding in Turbulent Times](#)
- [Navigating Covid-19 - Pod manager guidelines](#)
- [Video & Display Solutions in Dynamic Times](#)
- [Programmatic Guaranteed in Dynamic Times](#)
- [DV360 Solutions in Dynamic Times](#)
- [SA360 Dynamic Market Playbook (go/sa360-covid)](#)
- [COVID-19 Travel GBO Resource Guide](#)
- [COVID-19 Retail GBO Resource Guide](#)
- [DV360 Practitioner Playbook](#)
- [O2O Resource guide (go/covid020GBO)](#)
- [Ads Quality FAQs for Covd-19](#)
- [Ad Policy Coronavirus comm doc](#)
- [Digital Audio & Music Trends During Dynamic Times](#)

## Reviewing Creatives

### Conducting a thorough Creative Review

Most Display advertisers need to review their in-market creative assets and make adjustments as needed for their changing business and customer needs.

**Take action** - Help customers conduct a thorough review of their Display & Video ads. While Google is not in a position to provide proactive creative recommendations, we can support our customers by proactively flagging potentially problematic language and landing pages.

**Use creative automation** - Asset-based ad formats like responsive display ads can help advertisers to nimbly adjust marketing messages to deliver the right message in a dynamically changing market.

**Optimize with the asset report** - Rather than refreshing an entire creative, use the asset report to focus creative optimization on "Low" performing headlines, descriptions and images.

Please review the current guidance for creative assets related to Covid-19 at [go/CoronaComms](#).

## FAQs

**My clients asked me to pull Coronavirus related trends. Is it ok to share with NDA clients?**
No, we don't recommend sharing using Google internal data sources, because this insight is not directly helpful for clients to take actions on. It may raise anxiety or fear. If a client insists on seeing the trend, please point them to Google Trends (public tool) to pull such insights.

**How does Performance Planner generate forecasts? Are they accurate at present?**

GOOG-AT-MDL-017779830

Performance Planner uses a combination of historical account data and current trends to generate forecasts for a specific account.  Usually forecasts can accurately be generated up to 18 months in advance, however, the landscape is rapidly changing at present so we currently recommend generating forecasts for the next 7-10 days max and basing the forecast on the previous 7 days. [Screenshot]

**Is Google making any changes or tuning updates to auctions in response to any fluctuations seen due to COVID-19?**
Our auction models are very robust and able to learn and adapt to the world as it is changing. We continue to monitor things closely, but at this time we are not making any tuning updates to the auction tied to COVID-19. (Please refer to Ads Quality FAQs for more information).

**My customer has similar KPIs (e.g. budgets, or CPA/ROAS goals) across campaigns with fluctuating supply and demand. Should they set up a portfolio bidding strategy?**
On Google Display Ads, portfolio bid strategies all will still focus at the ad group level. There is no difference between a portfolio bid strategy across multiple campaigns or an individual bidding strategy at the campaign level.

**Will pausing a campaign / ad group impact performance?**
Typically, pausing a campaign does not have a significant effect on performance. If the client is just planning to pause the campaign and make no other changes, performance history will not be lost. However, depending on how long the campaign is paused for, the auction space they enter into once they re-enable the campaign may be different, so performance may not be the same. In addition, if they are using any type of automated bidding, performance may not be that good once they re-enable the campaign since the bid strategy has gone a while without any input data.

We do not recommend pausing a campaign multiple times per day or per week as that can hinder performance and any automated bidding or optimisation. For example, clients shouldn't pause their campaign each day when they hit their daily budget -- our system will stop serving automatically at that point. Paused campaigns can always be re-activated, and their performance history remains viewable while they are paused

## Communication & Data Sharing Guidelines

**Sellers are expected to follow** the following points for external communication and data sharing guidelines on COVID-19 (as approved by Investor Relations/Legal/Comms).  **Also reference** go/GBO-Tone **for guidance**.

- **NDAs:** Ensure all data is shared under NDA and compliant with data sharing policies.
- **Guidelines still apply**: Googlers must follow data sharing policies on go/datasharing (esp the Ads Data Sharing Policy Matrix) for any data source (e.g. Wildcat, SQM). Please remember that data sharing policies are meant to address sharing with individuals or small groups of partners under NDA; wide distribution is discouraged and can pose reputational or legal risk. Be thoughtful about the breadth of distribution and nature of the audience, even when the data is compliant.

GOOG-AT-MDL-017779831

**Internal guidelines:**

- Any information that includes data on multiple verticals or broad Google trends should only be shared with senior leadership (country manager / director).
- Mark information as internal only unless otherwise approved for external use.
- Do not forward or share sensitive emails.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017779832