# EXHIBIT 20



HIGHLY CONFIDENTIAL

GOOG-TEX-00637216

# Programmatic Guaranteed

- Achieve operational efficiencies by reducing discrepancies, time spent on reporting & billing reconciliations

- Gain holistic view of media across traditional and programmatic channels

- Increase reach and reduce waste through consolidating media into a single source

- Prepare for a market that is transparent, data driven & increasingly automated

Google

HIGHLY CONFIDENTIAL

GOOG-TEX-00637256

# Common Reasons For Disapproval

## Automated Review

No creatives are allowed to transact on AdX until they have passed the automated review. The following some automated policy checks:

1. Malware
2. Landing page quality
3. Landing page up-time (if a landing page goes down the creative is disapproved)
4. Crawlability / page categorization
5. Technical policy checks
   a. problem with click
   b. invalid 4th party call

## Manual Review

After passing automated review, your RTB creatives are eligible to serve in auction. When creatives receive significant volume (>5M imps), human reviewers sometimes also review your creatives to ensure policy compliance. Some of the manual policy checks include:

1. Length of animation
2. No border
3. Blank creative
4. Incorrect click_through_url declared

Google

HIGHLY CONFIDENTIAL

GOOG-TEX-00637257

# Policies – What happens when buyer violates creative policies?

**Q: What happens when a creative has been disapproved?**

- Disapproved creatives will not serve over the Ad Exchange, bid responses with their snippet ids will be rejected.
- Plus consequences to the buyer's badness score (more details to come in AQO section).

**Q: Is the creative automatically scanned 24 hrs for potential re-approval?**

- Automatic Disapproval - Yes, these can be scanned automatically for re-approval.
- Manual Disapproval - No
  - Re-Approvals - Buyer must email or re-submit same creatives through REST API
  - More details here

**Q: Are buyers notified for disapproved creatives?**

- Buyers can opt in for alerts that will notify them if the creative has been disapproved during its flight for any reason.

Google

HIGHLY CONFIDENTIAL

Notes Summary:

empower your teams to spend less time on operational logistics, and more time on value-driving, strategic initiatives.
IOs and Tagging
No longer spending time sending creatives to publishers to book in their ad server or requiring new IOs to be signed every time a change is made to the plan.

Holistic view of media – By bringing both your guaranteed buys and programmatic buys into a single source (your DSP), you're able to see information more holistically which allows you to make smarter decisions about your buy.

Increase reach and reduce waste – We've also conducted an independent study with Nielsen which showed by consolidating your media into a single source you could see, on average, an 11% savings in media through increased reach and lower per user frequency.  When buyers add on the value enhancing features of PG, this can lead to cost savings which can be re-invested'

HIGHLY CONFIDENTIAL

GOOG-TEX-00637292