# EXHIBIT 21

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Message

**From:** ███████ ██████ google.com]
**Sent:** 10/22/2020 8:18:16 PM
**To:** obadmob-buyer@google.com
**CC:** ████████ ████████ google.com]; █ ██████ google.com]; [ ███ google.com]; ████ google.com]; █████ google.com]; ████ google.com]; ████ google.com]; ████ google.com]; █████ google.com]; [ █ google.com]; Alok Verma ████ google.com]; █████ google.com]; [ █ google.com]
**Subject:** Launch announcement: AdMob OB RTB tmax extended to ████

***TLDR; RTB timeout maximums for AdMob OB rewarded & interstitial format has been extended from*** ████

Hi all, we are excited to announce that we will now increase response deadline from ████ for most AdMob Open Bidding-eligible rewarded and interstitial traffic globally. We hope that the new launch helps buyers increase performance on generally latency-insensitive, high-value slices of traffic and makes Open Bidding more competitive with waterfall mediation.

Please share the approved message below with buyers externally.

---

**--- *External Message to Open Bidding Buyers* ---**
From: Buyer Account Manager team
To: AdMob OB Buyers

Dear [buyers],

We are always exploring ways to optimize our auction while keeping the best interests of buyers, publishers, and users in mind. In response to interest from both buyers and publishers, **the possible range for real-time bidding timeouts maximums has increased from** ████ **for AdMob Open Bidding-eligible rewarded and interstitial traffic globally. It is possible that some requests could have more restrictive timeout deadlines, so buyers should continue to observe the tMax field in the ORTB callout.** If at least one Open Bidding buyer receives a callout for a given AdMob rewarded or interstitial ad request, we may extend the RTB callout deadline to ████ to all eligible traffic. We are currently working to update our developer documentation to reflect this change. All other RTB bid response deadlines remain the same, ranging from ████

Hopefully it helps planning your bidding strategy and scaling your efforts with Open Bidding.

Best,
[AM name here]
**--- *End of External Message* ---**

---

Thanks and let me know if there are any questions!

--
Best,



google.com

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01532664