# EXHIBIT 22

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Message
_____

From:          ██████████ [ ██████ google.com]
Sent:          8/2/2017 7:34:40 PM
To:            ██████████ [ ██████ google.com]
CC:            Sam Cox ██████ google.com]; George Levitte [ ██████ google.com]; Nitish Korula [ ██████ google.com]; ██████ google.com]; ██████ google.com]; ██████ [ ██████ google.com]; ██████ google.com]; ██████ google.com]; Glenn Berntson [ ██████ google.com]; ██████ [ ██████ google.com]
Subject:       Re: Longer RTB deadlines status update

From ███████ :

Increased timeout window will allow ████ to perform more internal auctions and to submit more bid responses.

As already mentioned, we have internal logic that drops internal auctioning after n ms.

On average, timeout window from **other SSPs is** ██████████ Google having it as ████ being one of the strictest.

On Wed, Aug 2, 2017 at 9:17 AM, ██████████ < ██████ google.com> wrote:
Ok, thanks Nitish and ██████ .

So let me now phrase it this way: If we were to change the deadline to ████ , what additional research/data/approvals would we need, if any?

On Wed, Aug 2, 2017 at 11:54 AM ██████████ < ██████ google.com> wrote:
Thanks for the feedback all. For ████ specifically:



I will follow up with them on other exchanges' limitations.

On Wed, Aug 2, 2017 at 7:50 AM, Sam Cox < ██████ google.com> wrote:
So in speaking to ████ about this wrt their bid times into openx through Jedi, he mentioned that DBM asks each exchange what their timeout is and then codes that into their ad selection logic. Tighter times gives them less think time, and results in less thorough ad selection and therefore potentially less eligible demand on their side. I don't know if other bidders are configurable, but we do know that different exchanges have different timeouts and so bidders likely have this built into their logic somewhere.

Additionally, ████████████████████████████████████████████

CONFIDENTIAL

GOOG-AT-MDL-B-003740212

██████████ : I think a good question for ██████ is what are the timelines across other exchanges, and what if anything is the change in their behavior given those differing timelines.

Best,

Sam Cox

Samuel R. Cox | AdX Group Product Manager | Buyside and Policy

"It is not enough that we do our best; sometimes we must do what is required." - Winston Churchill

On Wed, Aug 2, 2017 at 9:26 AM, ██████████ < ██████████ google.com> wrote:
Do we have reason to believe they'd spend more if we gave them more time? Also, ████████████
██████████████████ , what is the scope of the longer deadlines work now?

On Wed, Aug 2, 2017 at 9:23 AM George Levitte < ██████████ google.com> wrote:
Yes, that's possible. ████████████████████████
██████████████████

On Wed, Aug 2, 2017 at 8:58 AM, Nitish Korula < ██████████ google.com> wrote:
The concern I have is the one ████ raised ████████████████
████████████████████████

Nitish

On Wed, Aug 2, 2017 at 8:54 AM, ██████████ < ██ google.com> wrote:
One note about the experiment results: ████████████
████████████████████████████████████████
████████████████████████████████

On Wed, Aug 2, 2017 at 8:43 AM, ██████████ < ██ google.com> wrote:
████████████████████████████████████████
████████████████████████████████████████
████████████████████

On Tue, Aug 1, 2017 at 11:00 PM ██████████ < ██████████ google.com> wrote:
████ was definitely interested in testing as an FYI. Spoke with them today about it.

On Aug 1, 2017 7:46 PM, ██████████ < ██████████ google.com> wrote:
Ok thanks ████ -- Sam, do you agree with ████ conclusion? ████████████████
████████████████

On Tue, Aug 1, 2017 at 7:41 PM, ██████████ < ██████████ google.com> wrote:

CONFIDENTIAL

GOOG-AT-MDL-B-003740213



This effort started before RTB moved to NYC, and I'm sure a lot has changed since then

On Tue, Aug 1, 2017, 10:23 PM [REDACTED] < [REDACTED] google.com> wrote:
Hey Matt, to clarify, the experiment was to

On Tue, Aug 1, 2017 at 6:16 PM, Nitish Korula <[REDACTED] google.com> wrote:
[REDACTED], that was a pleasure to read. Thanks for a well-written doc!

Nitish

On Tue, Aug 1, 2017 at 4:19 PM, [REDACTED] <[REDACTED] google.com> wrote:
Hi all,

I have summarized some thoughts in this doc about [REDACTED] and give some recommendations for how to move forward.

Thanks!

--
You received this message because you are subscribed to the Google Groups [REDACTED] group.
To unsubscribe from this group and stop receiving emails from it, send an email to [REDACTED] [REDACTED]google.com.
To post to this group, send email to [REDACTED] google.com.
To view this discussion on the web visit [REDACTED]

--
[REDACTED] google.com [REDACTED]

CONFIDENTIAL

GOOG-AT-MDL-B-003740214



--
You received this message because you are subscribed to the Google Groups " ▮▮▮▮ " group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▮▮▮▮
▮▮▮▮ google.com.
To post to this group, send email to ▮▮▮▮ google.com.
To view this discussion on the web visit ▮▮▮▮

--





CONFIDENTIAL

GOOG-AT-MDL-B-003740215