# EXHIBIT 23

## REDACTED VERSION OF
## DOCUMENT PROPOSED
## TO BE FILED UNDER SEAL

Message
_____

From:          ██████████████████ google.com]
Sent:          7/18/2019 2:16:01 PM
To:            ████████████ google.com]
CC:            ██████████████ google.com]; ██████████ google.com]; ████████
               ████ google.com]; ████████ google.com]; ████████ google.com];  ████
               ████ google.com]; ████████ google.com]
Subject:       Re: Increased Bid Timeouts for 3P Buyers


Ok. Thanks!

On Thu, Jul 18, 2019 at 10:09 AM ██████████ < ████ google.com> wrote:
Let's discuss at comms. I'd just want to be cautious about communicating timing (e.g., starting around mid August).

--

████████

██████████ | ████████████████████ | ████ google.com


On Thu, Jul 18, 2019 at 9:46 AM ██████████ < ████████ google.com> wrote:
████ .

Is the move to ████████████ something we can share with EB partners?

Best,

██

On Wed, Jul 17, 2019 at 5:07 PM ██████████ < ████ google.com> wrote:
+ ████████ FYI on this:

- All mApp video, and APAC - ████ *timeout*
- mWeb and Desktop instream and outstream video - *currently* ████ , *moving to* ██████████

--

████████

██████████ | ████████████████████ | ████ google.com


On Wed, Jul 17, 2019 at 3:52 PM ██████████ < ████████ google.com> wrote:
+ ████████ (FYI)

On Tue, Jul 9, 2019 at 11:38 AM ██████████ < ████████ google.com> wrote:
Got it - thank you. In summary:

HIGHLY CONFIDENTIAL