# EXHIBIT 24

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| | |
|---|---|
| **From:** | ████████ (Google Docs)" <comments-noreply@docs.google.com> |
| **Sent:** | Mon 11/4/2019 5:28:11 PM (UTC) |
| **To:** | ████████google.com |
| **Subject:** | [Comms Doc] RTB T... - ████████google.com please confirm thi... |

████████ resolved a comment in the following document

[Comms Doc] RTB Timeouts "tmax" Comms - ████████

Reactive External Comms for ████████ excluding certain publishers: Due to string ad serving latency limits on some long-form instream inventory, the following segments of inventory will continue to have a ████ for one (or multiple) of the following reasons: Inventory is being monetized through a distribution endpoint (i.e. ████, etc.) Inventory is livestream traffic with ad response times ████ Inventory is served through a third-party SSAI provider that has strict latency requirements Publisher has voluntarily opted out of this rtb timeout increase for web traffic

████████google.com please confirm this can be used in writing

LGTM thanks! ████████google.com FYI

████████ New
*Marked as resolved*

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in this thread. Change what Google Docs sends you. You can reply to this email to reply to the discussion.

CONFIDENTIAL

GOOG-AT-MDL-B-005222124