# EXHIBIT 25

## ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL