# EXHIBIT 26

## ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL