# EXHIBIT 27



# Welcome to the Sell-Side world!

Global Partnerships, EMEA



EMEA Business Finance
Strategic Insights & Analytics



Google  Confidential & Proprietary

Link to old presentation:
https://docs.google.com/presentation/d/1EtFsWI3U1DXMckPjapcgnZu2BsmjRRXH0G7FmpSz2WE/edit#slide=id.p

**PTX0904**

**1:23-cv-00108**

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592535



Confidential & Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592536

## Objectives of today's discussion

**Purpose of today's meeting:** To provide you with a greater understanding of the sellside business



**Why does the Sellside matter?**

1. What is the sellside?

2. What does our business look like?

3. What are we focused on 2019?

4. What does finance do?



Confidential & Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592537





$1.2B: total DVA profit
$3.4B: profit generated by sellside

$35B: direct display deals
$158B: 2019 global search ad spend
$182B: 2019 global TV spend

Sources:
https://docs.google.com/spreadsheets/d/1KdC98AuUdUaZQaDpGwImau_lqt2XhXz542Ir0t3dYXc/edit#gid=735422713
https://docs.google.com/presentation/d/1bjyH4jdG8LGPKUYg6bKeDeC-QQBG68zCIK_EfMal0U8/edit#slide=id.g5d71d7cb6c_0_125
https://docs.google.com/spreadsheets/d/1Lsv00ZAcRYfC-vADllc2QZlvdGWq3_vtyRAa99DnNh4/edit#gid=0
https://data.corp.google.com/sites/eq1pqmy56444/trix/?usp=sharing

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592539



GOOG-DOJ-AT-01592540



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592541



Sellside: related to publishers i.e. those who provide inventory spaces for ads (and receive compensation for doing so), as opposed to the advertisers who pay to put ads in those spaces

Inventory: advertising space

Google Search ads started, and were so successful that we started putting them elsewhere i.e. on 3rd party websites, and called this 'AdSense' (2003)

Direct sales: In the beginning, advertisers would call publishers, request space at a fixed price, publisher sends invoice, marketer pays. With lots of advertisers and publishers, this is very time consuming! Was there a way for technology to simplify this?

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592542



Direct sales: marketer (advertiser) reaching out to buy inventory from publisher directly. This is very time consuming.

Ad Networks: remnant inventory sent to Ad Networks (allowed marketers to buy lots of different inventories in a single place algorithmically, allowing purchasing, placement, and optimization to happen via a bidding system). Premium inventory was still sold via direct sales

Ad Servers: new scalable way to sell remnant inventory was created. It lets advertisers and publishers manage direct sales & programmatic buying (networks/exchanges/dsp/ssp's) in a single place.

DSP: allows advertisers to buy across multiple networks in a single place (including tracking measurement and performance metrics)

SSP: allows publishers to manage inventory in a single place and optimize price received

Ad Exchanges: allow DSP to access multiple networks or SSP's in a single place and RTB (real time bidding). Exchanges allow advertisers to bid for specific users (i.e.often employing cookies to provide additional user data). Advertisers can cherry pick the most valuable users and publishers can earn more for more valuable inventory

Seamlessly access all buyers and sellers through an exchange

Maximise value to advertiser by buying/targeting specific users

Maximise value to publisher by selling different tranches of inventory at different prices based on value to advertiser

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592543



DVAA product suite is a result of acquisitions to play across the entire marketer-to-publisher chain

In 2007 Google acquired DoubleClick for $3bn

DoubleClick provided display ads on Web sites like MySpace or The Wall Street Journal as well as software to help those sites maximize ad revenue. The company also helped ad buyers (advertisers and agencies) manage and measure the effectiveness of their rich media, search and other online ads

DoubleClick generated ~$300m revenue per year when Google acquired them

AdExchange: is an online, auction-driven marketplace where ad impressions are bought and sold in real time. It connects buyers with publishers looking to sell their ad inventory, much like a traditional stock exchange connects buyers and sellers of stock. Google monetizes AdX by keeping the remaining media spend after revenue share (TAC) is paid to publishers i.e. of $1 spend by the advertiser, we keep 20% and give 80% (TAC) to the publisher

Impression: is the smallest unit of advertising representing one person being exposed to the advertisement once

Impressions' worth: CPM, total money spent by marketer divided by number impressions in thousands

DoubleClick rebranded to 'Google Ad Manager'

3 types of buyers: AdWords/GDN (Advertisers use AdWords to buy display ads), DV360 (Advertisers use DV360 as DSP to manage campaigns across multiple exchanges) and Authorised/AdX buyers (Advertisers use other DSPs to access Google-managed inventory)

Campaign Manager: is a web-based ad management system for advertisers and agencies to manage their digital display campaigns across websites and devices. Google monetizes DCM by charging a monthly fee based on a usage-based rate card.

Transaction/Deal Types: there are different deals possible on the Ad Exchange: Open Auction etc. and we offer different revenue shares for each one. Typically, OA have higher revshare for us (we keep 20%) because we offer a full ecosystem to both the advertiser and the publisher compared to the 1-1 relationship he can have by chatting only with a publisher. On the other hand, Preferred deal (allows Ad Exchange sellers to offer inventory to buyers at a negotiated fixed price, before the inventory is made available to other buyers in the Open Auction) has a 90/10 rev share

HIGHLY CONFIDENTIAL



2018: This compares to $1.1bn spend on AdX (48% of EMEA DV360 spend) and $0.6bn spend on YouTube (24% of EMEA DV360 spend); together 73% of EMEA DV360 spend

Market growth stats:
2019 EMEA Display and Video market is expected to be $35.6b / +19% Y/Y
2019 EMEA D&V sellside is expected to be $5.7b / +19% Y/Y

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592546



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592547



The Global Partnerships finance team looks after Google's $18.6bn (2018 revenue) network advertising business (of which $5.8bn is EMEA), securing inventory behind AFS, Network Display and Network Video
14% of buyside $ ends up on publishers managed by our sellside business (vs 7% for YouTube)
The way we look at the business is by analysing trends per inventory type: Web, Apps, InStream Video and Search (new 2019 product cut)

GOOG-DOJ-AT-01592548



Search = AFS + AFD

AdSense for Search: AFS is a program whereby Google places ads on the results pages of search engines (including but not limited to Google search results)

AdSense for Domains: AFD allows publishers with undeveloped domains to help users by providing relevant information including ads, links and search results. With AdSense for domains, users can find relevant information rather than see empty pages or "page not found" errors. To ensure positive user experience and the quality of our network, these sites are monitored for policy compliance and prohibited from using text and images designed to confuse users

Declining mostly because many partners (e.g. classic search portals) are in long-term traffic decline. Notable partners in this program are Vinden.nl, Ask and Ebay

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592549



AdX: Programmatic sell-side platform for Display & Video; AdX is the exchange platform of Google which connects advertisers with Google's partners. Full stack integration with DFP, Google's Supply Side Platform (SSP) to enable partners to manage their inventory. Google monetizes AdX by keeping the remaining media spend after revenue share (TAC) is paid to publishers
AFC: Display & text ads based on analyzing website content, mostly used by small publishers. AFC is Google's traditional display publisher product, placing ads on content (non-search) web pages. It is known to advertisers as GDN (Google Display Network). The system dynamically analyzes the contents of the web page and selects relevant ads from Google's ads database

HIGHLY CONFIDENTIAL



Products used to monetize Mobile Apps with ads

HIGHLY CONFIDENTIAL



InStream Video: Video ad on video content
Outstream video: video ad on display content

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592552



58% of EMEA sell side revenue comes from EMEA advertisers, 32% from American advertisers and 10% from APAC advertisers
This explains why we see difference between buyside and sellside growth: only 58% of the business is overlapping

GOOG-DOJ-AT-01592553



LPS = Large Partner Solutions
OPG = Online Partnerships Group
Long Tail Web includes Unclassified and OPG Torso/Tail
Interesting because a lot of the focus is on the larger publishers with strategic/political considerations, but a big part of the inventory (and the revenue as you can see on the right) sits with the smaller publishers

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592554



GOOG-DOJ-AT-01592555



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592556



Last trading note (22nd March):

Sellside XCH 101% / +$17m / 15% Y/Y (LPS: 105% / +$23m / 5% Y/Y; OPG: 99% / -$6m / 21% Y/Y)

Outperformance driven by LPS (particularly on Web) offsetting a slow start for the InStream Video business.

Apps (98% / -$8m / 40% Y/Y) has decelerated -18ppts into the new quarter, as we start to lap a strong 2018, but remains close to target with outstream video formats driving ¾ of overall growth due to product improvements combined with developer adoption of rewarded video.

Web (104% / +$31m / 16% Y/Y) decelerated slightly -9ppts into the new quarter, after a significant acceleration in Q4 driven by open auction (from +13% Y/Y in Q3 to +31% Y/Y in Q4), on the back of bid strategy changes launched on DV360 in Sept-18 (Poirot). Programmatic guaranteed grows at 77% y/y.

InStream Video (78% / -$12m / 21% Y/Y) had a weak start to the quarter decelerating from 27% y/y in Q4, however video has significant negative seasonality at the start of the year which may be distorting the picture. Instream growth is now recovering (+29% y/y for LPS over the last week and +15% y/y for XCH).

GDPR causing small negative drag, with ~8% of ad impressions non personalized at an average CPM drop of 50%. We expect an increase in the percentage of non personalized ads later in the quarter, as we begin proactive enforcement with publishers.

GOOG-DOJ-AT-01592557



Note on the 0.2ppt drop - on an absolute basis we have more partners mediating; but the mix of "top 67%" of market has changed; we've increased the addressable; (+11 more mediating; +65 more addressable)

Re: "Win Rate" on AdMob: Lower than Web 14% (chart) & dropping; though I don't know why yet... will see if I can find out before Monday

Re: Mediation: Hard to say that we are making ground against competitors yet source & chart; I think we'll need more time see how this works out

Re: What would it look like in terms of downloads:
It actually looks good (better than above in fact!) but what it doesn't show is that for an "active" partner we may still only have a very small share of these downloads; therefore I don't think its a good addition here.
With the exception of Kiloo, all the top 10 in EMEA are considered "Active Partners" (earning more than $1k with Google in the last 28 days)
And ones like Voodoo are marked as mediating (definition of mediating = at least one app of the developer showing more than one impression through mediation)

Comment from Alexis: "Platform targets for OPG Apps is 34% EOY (versus 29% now). The 21% mentioned in this slide is the T1 figure now, who need to be brought up to 29% EOY. SMBP is a big contributor when it comes to PF (details of PF targets here : https://docs.google.com/spreadsheets/d/1c-n-xycnrXn6mGnK7s9neO3c52c-ySLe1XDzFy5Uot0/edit?ts=5c1440f0#gid=239168187)"

HIGHLY CONFIDENTIAL



grow publisher PG adoption from 36% to 80% in LPS

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592559



2018 Notable Wins: RAI Italy (3 year full stack deal); Mediaset Italy (X Sell); Choueiri (full stack renewal); Multichoice/DStv (no.1 in Sth Africa), Discovery Norway (full stack); RTL2 (full stack); Red Bull DE (full stack), Tamedia CH (full stack), Formula 1 UK (full stack - DAI to launch this year)
** we also signed landmark deals with operators including Bouygues and Digiturk
2019 Notable Wins (Jan-Feb): Canal + (X Sell); Fox Turkey (full stack)
2019 Key Targets (and ARR): ProSieben (ARR $15m); DAZN (ARR $10m+); TF1 (ARR $40m in 2020); Admeira DACH (ARR n/a); RTE IE, STV UK (ARR n/a)
** for operators key targets include Free FR, Vodafone Spain, Vodafone Germany, Polsat, Proximus and ComHem
-----

Ahead of your EMEA sellside review on Monday I wanted to share additional insights / talking points on the optimization levers that can influence the instream inventory quality.
Based on the Instream optimization workstream Bilal and Pauline are leading this quarter, here are the 3 top optimization strategies:
Increase instream eligibility: this could be done by pushing Instream PG or by increasing OA auction access.
Increase win rate:
CIVA optimization: Buy-side optimizes bidding strategy using CIVA (Completion, in-view, and audible). By helping publisher become more "CIVA" ready, we can increase publisher attractiveness and buy-side bid CPM. This involves increasing viewability, completion rate, and audibility.
Improve content rating: Content rating is a big factor that drives publisher attractiveness for buyers. Helping publishers improve their content rating at the domain level is an important lever to increase Instream win rate.
TrueView eligibility: TrueView formats are premium and have better render rate than average. By driving higher TrueView eligibility, we could increase the auction pressure and buy-side demand.
Fix instream ad serving errors:
Instream ad render rate is impacted by a number of technical errors (i.e. VAST). We are working on identifying the most impactful errors and work with gTech to reduce their occurrence and impact.
FYI - note that to execute on 2.1, the ongoing buy-sell collaboration will be critical. To ensure our publishers have an optimal set-up it is important to understand how the buy-side is optimizing for bidding strategies.

GOOG-DOJ-AT-01592560



AFS Native Additional Info

Search is a collection of products, AFS/AFD and new offering SPA. AFS is the majority of the revenue today (~75%); and in decline (chart) due to shift to mobile & tightened policy.

Furthermore thin margins pushing pubs to focus on conversions, 1P ads; emerging competitor solutions for advertisers seeking to retarget users within retailers' properties

In this context the approach is to continued focus on AFS optimizations & migrations to AFS Native to minimize decline and improve mobile coverage;
Tracking ~3200 web properties to migrate to AFS
Making steady progress reaching 14% to date (supported by TVC team ~1% migrated per month)
Tackling the top revenue accounts first; covering 49% of total AFS(h) revenues
Charts

Look to SPA for growth; Signing a whale on SPA is crucial; develop SPA network through availability of Direct Sold Shopping Ads, buy-side alignment on pipeline, and omni-channel product roadmap

Maxime: My understanding is that there is a deep-dive analysis on AFS to be done by GTM (Sarah Whitney). Early calculations show that mqCTR for AFS across EU countries has dropped significantly since June 2018 (does not seem to affect non-EU countries)

https://docs.google.com/document/d/1NxRbyeG6xw3U1B92fpMOgrUeb9hsreIX2iMeXdWJGv0/edit#

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592561



GDPR causing small negative drag, with ~8% of ad impressions non personalized at an average CPM drop of 50%. We expect an increase in the percentage of non personalized ads later in the year, as we begin proactive enforcement with publishers.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592562

What we do as EBF sell-side team: insights & deals

Confidential & Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592563



GPX: global deal review forum for sell side deals

HIGHLY CONFIDENTIAL



## Since July-18, global forums approved 25 EMEA deals*

- **What is a deal?**
  - Non-standard terms on Google Ad Manager (and AdSense)
  - Normally two dimensions: 1) Media revenue share and 2) Tech Platform fee
  - Can be complex (eg. min guarantee etc.)

- **How is business finance involved?**
  - Financial Model
  - Finance POV in global forum docs
  - Aligning finance stakeholders (i.e. accounting, billing)



*Majority of Partnerships deals are either standard or can be approved without global forums

Confidential & Proprietary

How many global forums are there for sellside?
GPx (22 deals)
FMG (Keshet, Naspers)
BC (ProSieben)

GOOG-DOJ-AT-01592565



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592566



Confidential & Proprietary

GOOG-DOJ-AT-01592567



## EMEA Sellside Tools

Sell-side key tools

| Area | Tool | Link |
|------|------|------|
| Business Reviews | QTD performance, updated on weekly basis | go/emeagptrading |
| Business Reviews | EMEA LPS Dasnav, for detailed analysis and deep dives | go/emeagpdasnav |
| Annual Planning | Trix for 2019 annual planning, communicated to Sales team | go/emeagp2019 |
| 2018 Performance | Trix for 2018 performance, communicated to Sales team | go/emeagp2018perf |
| BFM | Sellside BFM metrics (GTM owned) | go/ssbfm |

Confidential & Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592568

## Understanding the sell-side: FAQ

- **What is the sell-side?**
  - It is the inventory view of the buy-side
- **What is a publisher?**
  - Those who provide inventory spaces for ads (and receive compensation for doing so), as opposed to the advertisers who pay to put ads in those spaces
- **Where is sell-side revenue coming from?**
  - Advertisers buying the inventory. We then need to pay a revenue share to our publishers (TAC)
- **Where in the buy-side can I see sell-side revenue?**
  - Display & Video & Network
  - You cannot add sell-side to buy-side revenues given that you would be double counting
  - Network revenue in your region (buy-side) does not equal sell-side revenue in your region given import/exports
- **How do we look at the business?**
  - We look at trends per inventory type: Web, Apps, InStream Video and Search (new 2019 product cut)



Confidential & Proprietary

Impressions
An Impression is the smallest unit of advertising representing one person being exposed to the advertisement once. With online advertising individual impressions can be counted exactly, while in traditional advertising the number of impressions received by a campaign must be estimated.
Impressions are used in calculating the CPM which is found by dividing the total money spent by the number impressions in thousands.
Additionally the precise definition varies with the medium of advertising and platform being used. A display ad may count as an impression as soon as it is returned from the ad-server. While a online video ad would require that the video be rendered and start playing to the user, because video ads are more complex than display ads, simply serving the ad is not considered sufficient for an impression. A traditional radio ad would estimate the total viewership for the station when the ad played and assume the ad revived that many impressions.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592569



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592570



Sellside EMEA plans to grow by $778M / +14% Y/Y to $6.5b

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592571



Google "owns" majority of these transactions on both sides -- AdX and nonGoogle relatively small parts of DVAA business

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592572

# New Sell-side Product Cut for 2019

## Old Hierarchy

| Pub Product | Old Quota Product |
|---|---|
| AFC | AFC |
| AdExchange | |
| AdExchange - Games | AdExchange |
| AdExchange - Video | |
| AdMob | |
| AdExchange - Apps | MobApps |
| AFS | |
| AFSh | AFS |
| AFSMA | |
| AFD | AFD |
| Demand Product | Demand Product |
| AFG | |
| AFV | Non-Quota Bearing |

## New Hierarchy

| Pub Product | New Quota Product |
|---|---|
| AFC | |
| AdExchange | |
| AdExchange - Games | Web |
| AFG | |
| AFV | |
| AdMob | |
| AdExchange - Apps | Apps |
| AdExchange - Video | Instream Video |
| AFS | |
| AFSh | |
| AFSMA | Search |
| AFD | |
| Demand Product | Demand Product |

Confidential & Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592573



https://docs.google.com/presentation/d/1v8ypZcQBa88iOrX_GB7MDwA_iMGmxBReC8o_C-Uq2SQ/edit#slide=id.g322f2a7f97_0_50

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01592574



GOOG-DOJ-AT-01592575



GOOG-DOJ-AT-01592576



AdSense for Domain (AFD) Example

Desktop AFD traditionally looks like this:

1. Page is a click on related searches

2. The term will be used to create an AFD ad request and to show ads.

Confidential & Proprietary

HIGHLY CONFIDENTIAL