# EXHIBIT 28

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



HIGHLY CONFIDENTIAL

**PRIVILEGED AND CONFIDENTIAL**

## Executive Summary

**Objective: Seeking approval to launch auction changes in July w/public announcement Feb 6 '19**

- *Product changes*: Simplification of Ad Manager by (1) moving AdX to a 1P auction* (2) unifying reserve prices across all indirect demand channels (tags & programmatic) (3) removing 'last look' for AdX
    - *Sell-side messaging (AdX publishers/buyers)*: increased simplicity, fairness and transparency
    - *Buy-side messaging (DV3/ GDA advertisers)*: leverage existing bidding optimizations to adapt
- *Major risks*: ███████████████████████████████████████
- *Mitigants*: ████████████████████████████████████████
- *Contingency plan*: ██████████████████████████████████████

Google

*This change will also extend to Admob in July '19 and AdSense later in H2'19 for consistency

Confidential + Proprietary

Migration to a 1P auction will also be extended to Admob and AdSense inventory -- focus of this deck is on Ad Manager for simplicity

The auction changes improve AdX competitiveness (Direct access to the 1P auction, unification of reserves ████████████ ████████████████████████████

Aim to announce on Feb 6, 2019 ahead of IAB ALM, and provide 5+ months advance notice before full launch to allow adequate transition time for buyers and pubs

GOOG-DOJ-AT-02640073



PRIVILEGED AND CONFIDENTIAL

# Unified Auction changes simplify the auction and equalize access across indirect demand

Pub-configurable per-buyer reserve price^ (only for AdX)

# simplified for ease of explanation;  ^ Reserve price visible to prog. buyers before bid is submitted

AdX has always run a 2P auction; Ad Manager introduced the third stage (unified auction) with the launch of Exchange Bidding (EB), which is a 1P auction
As EB has grown, feedback from partners has been that ███████████████████████████████
███████

DV3 and GDA can submit bids through all three indirect channels (remnant, AdX and EB), sometimes with different outcomes (due to differences in floor prices/ auction dynamics)
Differences in access across different channels include
AdX and EB have visibility into remnant price before they submit bids (commonly referred to in market as 'last look')
AdX bids are 2P, while EB bids and remnant line items pay what they bid into Ad Manager; AdX bids sometimes lose out to EB bids, even if the buyer has a higher willingness to pay
Only AdX is subject to pub-configured ad manager reserves; most other SSPs have basic reserve-price functionality, but pubs typically higher floors on AdX compared to other SSPs, sometimes resulting in price-based incrementality of inventory on other SSPs

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02640074



Three big changes to the auction (right side of slide)
removing 'last look' for AdX and EB demand -- no visibility into remnant prices before submitting bids, ensuring fairer access for remnant
moving AdX directly into the Unified auction by transitioning to a 1P auction
unifying reserve prices across all indirect demand
Simplifies the auction and equalizes inventory access for Ad Manager publishers and buyers

HIGHLY CONFIDENTIAL

PRIVILEGED AND CONFIDENTIAL

## Messaging for **Ad Manager partners** will highlight increased simplicity, fairness and transparency

| | **Simplicity: Enables focus on long-term value creation** | **Fairness: All indirect demand competes on equal footing** | **Transparency: Ensure fair auctions; gain better insights** |
|---|---|---|---|
| **Publishers** | • Easier to understand auction<br>• Reduced need to optimize floors (no bid-price discount)<br>• Central control of reserves across all indirect<br>• Removal of complex floor features | • No last look for AdX -- all indirect demand compete on equal footing | • Visibility into every Unified Auction bid |
| **AdX Buyers** | • Easier to understand auction<br>• Aligns with Industry / 3P SSPs - reduced need to maintain different bidding set-ups | • Equal access across indirect (access to 1P auction, uniform floors) | • Visibility into highest other bid after the fact, to improve bidding<br>• Cleaner auction w/o clearing price games (pay what you bid) |

Publishers have asked us to  Listening to our customers:

██████████████████████████████████████████

Other SSPs have been shifting to 1P for the past 18+ months:

███████████████████████████████████████████████████
████████

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02640076



Minimal comms required for GDA and DV3 advertisers
DV3 advertisers/agencies can opt in to automated bidding or optimized fixed bidding to adapt to new dynamics
█ ████████████████ already on automated bidding; ██ in fixed bidding
Of the fixed bidding campaigns, ██ opted in to Poirot
Huge incremental investments in further improving these bidding optimizations, which will improve performance across all SSPs

HIGHLY CONFIDENTIAL

PRIVILEGED AND CONFIDENTIAL

# DV3 & GDA will adapt existing bidding optimizations to new dynamics

- Most other SSPs have already migrated to a 1P/hybrid auctions (industry standard) -- prior bidding optimization features have helped partners adapt to these market trends
- DV 360 partners can opt into Automated Bidding available to ensure inventory won at best possible price irrespective of the auction dynamics
- DV 360 Fixed Bidding campaigns can also leverage optimizations that apply appropriate discount factors to intelligently modify bids to adapt to the new auction dynamics
- **How do we handle**
  - ○ **DV360 partners not opted into Poirot?**
  - ○ **Risk of more DV3 spend shifting to AdX**
  - ○ **Messaging for DV360 3P SSP partners?**
  - ○ **Google ads partners?**

Google

Minimal comms required for Google ads advertisers
DV3 advertisers/agencies can opt in to automated bidding or optimzed fixed bidding to adapt to new dynamics
███████████████ already on automated bidding; ███ in fixed bidding
Of the fixed bidding campaigns, ███ opted in to Poirot
Huge incremental investments in further improving these bidding optimizations, which will improve performance across all SSPs
Budgets have already been shifting from 3P SSPs to AdX over 2018 -- this change could trigger a further increase, but we'll lean on the incremental investments in improving bidding algorithms to highlight increased budget efficiency

HIGHLY CONFIDENTIAL