# EXHIBIT 29

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



CONFIDENTIAL



- Parties to maintain spend/product support during this at-will termination notice period.

| Last 12 months (LTM) of Spend | Minimum Notice Period |
|---|---|
| $500M to $1B | 6 months |
| At least $1B | 9 months |
| At least $1.5B | 12 months |
| At least $2.5B | 18 months |
| At least $5B | 24 months |

Confidential & Proprietary
Attorney-Client Privileged

GOOG-DOJ-28486271



FAN is the one of the largest monetization network for mobile apps
FAN announced they paid out $3.2B ($5B in revenue) in 2017


FAN is the largest outbound mediation network on Apps (AdMob and DFP)
App pubs pushed Google to build FAN support
FAN represents X% of outbound mediation on AdMob


FAN is the fifth fast growing (▮ YoY) header bidding provider on DFP, second fast growth in North America ▮ YoY) in 2017.


FAN already integrated into 3P in app header bidding platforms
Already integrated into MoPub, MAX. We believe they will also bid into Ironsource and Fyber

CONFIDENTIAL



CONFIDENTIAL

GOOG-DOJ-28486273



http://adage.com/article/digital/facebook-brings-fan-mobile-publishers/308376/

https://www.mopub.com/2018/06/06/advanced-bidding-partnerships

CONFIDENTIAL

GOOG-DOJ-28486301