# EXHIBIT 30

CLIENT ATTORNEY PRIVILEGED AND CONFIDENTIAL

**PR COMMS DOC: Facebook / Google Deal**
**H2 2018**

**In this doc:**
Background
Risks
Internal Comms Strategy
Press Strategy
Press Statement
Background Points
FAQ

**Additional resources:**
AdMob Blog Post
FAN Deal Reactive Comms [Sales]
FB J4N Deal Update July 2018

**Contacts:**
PR: suzblackburn@ chihea@ mattbryant@
Legal: shivsankar@ sarawalsh@ edaly@
Product: samcox@ glevitte@
Business Development: alokverma@
Public Policy: mcphilipps@

**BACKGROUND \*\*INTERNAL ONLY\*\***

**WHAT'S HAPPENING**

We have signed a two-part partnership deal with Facebook:
- Facebook will get access to AdMob & Ad Manager app inventory, same as other partners who are currently participating in Open Bidding on AdMob (4 partners as of October 30).

While Facebook already buys a large volume of AdManager and AdMob inventory directly from publishers, this deal makes it easier for Facebook customers to buy 3rd party publisher inventory through Google, and makes it easier for publishers who use Google's platforms to find the best advertiser for its site. Better advertiser/publisher matching means better ads for users.

**FACTS**
- Integration / set up will take time - we expect to be live in with a couple of publishers in January 2019.
- Publishers will see higher CPMs for their ad inventory, could result in more money / increases revenue.
- Facebook advertisers don't get access to any Google user data, and can only access data that they would also get directly from the publisher already through their header tags, like buttons and SDK.
- Facebook advertisers have the ability to target these ads based on Facebook policies but only for Facebook registered users. The ad will have a distinct mark that will identify the ad as a Facebook ad.
- Per the contract, they can't run personalized ads against any non-Facebook registered users,

1

    GOOG-AT-MDL-018632935

to any company that is important to our publisher partners, including our competitors, across a range of ad networks and exchanges.
  ○ *Off record: AppNexus / Xandr are more than welcome to join.*
- Facebook is one of many partners and has been for years (see blog post from 2018). We have 25+ partners participating in Open Bidding, including competitive exchanges and ad networks. Additionally there are hundreds of Authorized Buyers on Ad Manager, AdMob, and AdSense.
- Facebook's participation in Open Bidding makes it easier for Facebook advertisers to buy publisher inventory through Google, and makes it easier for publishers who use Google's platforms to find the best advertiser for its app, leading to better ads for users and higher engagement rates for advertisers and publishers.
- Open Bidding is a direct connection between buyer and publisher. Publishers like Open Bidding because it helps to maximize the value for their inventory by finding the best buyer in the most efficient way in a unified-real time auction.
- Our agreements don't allow us to disclose information about the fees charged to or revenue shares paid to partners.
- We are sharing the same data that we're sharing with other RTB bidders -- it is simply data that allows them to conduct the transaction. In addition, there isn't any unique information being shared with Facebook that Facebook does not have the ability to obtain directly from publishers.
- FB has a similar partnership with MoPub (Twitter's ad exchange), Applovin MAX and Ironsource.

**FAQ (on background, no attribution)**

**This section needs to be updated to reflect the latest facts. Do not use this info without checking first with product and legal.**

**Q: Why are you partnering with Facebook? Why is this important for Facebook?**
**A:** We are partnering with Facebook because it helps our publishers and users connect to all the demand that they need to maximize their revenue, in a simple, high quality, low latency way that is good for users. We run an open platform, and integrating Facebook demand was a top ask from our publishers.

This is important for Facebook because it simplifies access to high quality inventory for their advertisers, and helps their users get high quality advertising experiences. Being able to connect directly to publishers in a unified auction means that their advertisers and publisher partners benefit from increased access and competition.

**Q: Why is Facebook partnering with Google? Why is this important for Google?**
A: Open Bidding and Exchange Bidding are not limited to Google. The entire point of these programs is to help publishers make more money by letting more than one ad network bid in real-time. That means we partner with some of our competitors in order to build this offering for our publisher partners.

Facebook is partnering with Google because we have high quality, trustworthy inventory and partnering with Google makes it easier for those publishers to get access to Facebook's demand. This is important for Google because we believe that open platforms drive competition and strong ecosystems for independent publishers, and that strong ecosystem creates great publisher opportunities for users to enjoy.

**Q: How will this work?**

4

A: Here's an <u>article</u> in our Help Center that provides some information about how this works.

**Q: How will this help Facebook customers and Google customers?**
A: This deal makes it easier for Facebook customers to buy third party publisher inventory through Google, and makes it easier for publishers who use Google's platforms to find the best advertiser for its site. Better advertiser/publisher matching means better ads for users.

**Q: What is the revenue share for publishers?**
A: It's consistent with our revenue share models across Open Bidding which is very much in favor of the publisher.

**Q: With Google and Facebook on the same platform, how will advertisers know that Google & FB will not interfere with auction dynamics?**
A:  The partnership between Google, Facebook and the other Auction participants is a testament to Google running fair, honest auctions that even our competitors can trust. Each participant in the auction will have the same opportunity to compete on inventory made available via the program in a first price auction.  Google is not advantaging and will not advantage Facebook, Google, or any other auction participant in the first price auction.  For example, Google is sharing the same data with all bidders in the auction and the first price auction that occurs between bidders will be the final auction for the applicable inventory.

**Q: Is there anything unique about this deal vs. other Exchange Bidding and Open Bidding partners?**
A: Each deal can be unique depending on what the partner brings to the deal. Facebook ads will be clearly labeled as FB ads. Ads from other Open Bidding partners are not labeled.

**Q: Is this the first time that Facebook is extending FAN to a 3rd party ad exchange/network?**
A: FB announced a similar partnership with MoPub (Twitter's ad exchange) recently. See here: <u>https://www.adweek.com/digital/facebook-audience-network-added-auction-bidding-for-in-app-ads/</u>.

**Q: Is this the first time Google has partnered with Facebook?**
A: No, we partner with Facebook in other areas of our business, like Google Cloud.

**Q: So this is the first advertising partnership between Google and Facebook, correct?**
A: No, we partner with Facebook in addition to many other companies in advertising capacities through our other products, such as <u>AdWords</u>. We run an open platform that welcomes all companies complying with the terms and conditions to participate in our respective products

**Q: Is this deal unique to Facebook?**
A: This program is not unique to Facebook, it's open to a range of eligible ad networks.  We currently have 8 other ad networks and 18 ad exchanges that are participating in the program and plan to continue adding more.

**Q: Is Google sharing data with Facebook?**
A: We redact any personally identifying information before it is shared and there are restrictions on how Facebook can use any data that is shared by Google.

We are sharing the same data that we're sharing with other RTB bidders -- it is simply data that allows them to conduct the transaction. In addition, there isn't any unique information being shared with

5

                                    GOOG-AT-MDL-018632939

Facebook that Facebook does not have the ability to obtain directly from publishers.

**Q: How does a user opt-out?**
A: Users can opt out of targeted Facebook ads using Facebook's tools.

**Q: Is FB getting access to Google data?**
A: Absolutely not. To be clear, there is no PII shared as part of this deal. Facebook is connecting directly with specific publishers. Google is running the advertising auction to connect these publishers with Facebook advertisers. This is not Google data, it's the publishers data. Facebook is connecting directly to the publisher and Google is simply running the auction.

**Q: Will advertisers be able to combine FB and Google data?**
A: This isn't part of the deal and isn't allowed as per our contract.

**Q: Is Google selling its user data to FB?**
A: No, Google does not sell any personal information to anyone.

**Q: What is Facebook Audience Network?**
A: Facebook Audience Network is a network of publisher-owned apps and sites where FB advertisers can show their ads, in addition to Facebook and Instagram. You should contact Facebook for more information.
*Internal only background:*
- FAN ads use the same targeting, auction, delivery and measurement systems as Facebook ads.
- FAN supports video and display ads. Note that creative and placement eligibility varies across objectives.
- FAN partners directly with "high quality publishers". They do not buy supply on ad exchanges or from other ad networks. The availability of each placement depends on advertiser's objective and creative.


**WORK IN PROGRESS**

**Q: Will ads be targeted to users based on both FB and Google data?**
A: Facebook can only target personalized ads to Facebook registered users. If the user is not a registered Facebook user, then Facebook can only serve personalized ads for its own products and services - Facebook, Instagram and Whatsapp.

Why is there this restriction? Facebook and Google are different from each other, with different policies and contracts with users, publishers and advertisers. With this product, Facebook has an independent contract with all three (user, publisher and advertiser) than Google does. Users can control what data facebook can target through the facebook UI. Publishers control what they give Facebook access to, and can pick and choose what kinds of advertising they allow through Facebooks UI. Advertisers agree to Facebook's policy guidelines, and facebook is responsible for making sure they adhere to those guidelines.

With This is FB direct to publishers, so all ads are targeted only at FB registered users and FB policies apply. FB's contracts with advertiser, user and publisher applies. The targeting is based on FB's terms of us, not Google's. The user, advertiser and publisher have consented to FB's terms.

6

Let's use the analogy of the airport. In this example, we're providing the airport, air traffic control, etc while Facebook is the airline.

**Q: How do users see what data is being collected/combined on them as part of this?**
**Q: Will both Facebook and Google review advertising content before it's served?**
**Q: Have any policies changed with this new Facebook partnership for Exchange Bidding / Open Bidding?**
**Q: What does this mean for Instagram?**

## APPENDIX

FB Public facts
- +1 billion people see a FAN ad a month
- 32% of the top 500 free apps on Google Play in US monetize on FAN
- FAN's MRC viewability for in-stream video ad impressions is 92%
- FAN ads use the same targeting, auction, delivery and measurement systems as Facebook ads.

7

GOOG-AT-MDL-018632941