# EXHIBIT 31

## ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL