# EXHIBIT 33

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Message
_____

**From:** ████████████████ google.com]
**Sent:** 12/17/2020 11:52:51 PM
**To:** ████████████████ google.com]

- ████████, 2020-12-17 15:52:51

hey

- ████████, 2020-12-17 15:52:58

hi

- ████████, 2020-12-17 15:53:06

ted&#39;s pinging me on the earlier meeting and you had some questions on the PR strategy

- ████████, 2020-12-17 15:53:10

do you want to jump on gvc?

- ████████, 2020-12-17 15:53:27

tied up right now - can talk at 5?

- ████████, 2020-12-17 17:04:24

hey - can you chat now?

- ████████, 2020-12-17 17:04:27

gvc: bubbles

- ████████, 2020-12-17 17:05:52

Ok

- ████████, 2020-12-17 17:05:58

2 mon

- ████████, 2020-12-17 17:15:32

background - Did Google collude with Facebook to rig online auctions? <br>This allegation is inaccurate. Facebook Audience Network (FAN) is one of over ████████ participating in our Open Bidding program. There's nothing exclusive about their involvement and they don't receive special data. The whole goal of Open Bidding is to work with a range of ad networks and exchanges that are important to our publisher partners. FAN is involved in a number of similar auctions / exchanges such as Fyber, MoPub (Twitter&#39;s ad exchange), Applovin MAX and Ironsource. We've been public about this for years.

- ████████, 2020-12-17 17:31:13

hey you&#39;re right that this should go up somewhere. ███ is goign to try to get it onto our competition site or blog

- ████████, 2020-12-17 17:39:19

Great, thanks

CONFIDENTIAL

GOOG-AT-MDL-B-000839877