# EXHIBIT 34

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

*Last updated April 17th 2107 ; Contact:* ███████

**Status summary:**
- Ads/measurement is the center of the relationship right now in terms of conversations between Google and FB
- The Android/Play relationship will be quieter for the next 6 months while FB is testing the inline installs API
- Internally we are starting to to see more interest/ discussion around integration of our products into FB's platform (Search in Free Basics/ Assistant in FB Messenger/ Geo monetisation in messaging platforms) -

**Content**
1. High Visibility deals /integrations in discussion
   a. With FB
   b. Internally
2. Other deals/ integrations in discussion with FB
3. FYI: Deals completed in the last year with FB & noteworthy collaborations
4. ████████████████████████

## 1) a) High Visibility deals /Integrations in discussion with FB

**Ads**
- **Measurement collaboration (** ██████ **)**
  - <u>What you need to know:</u>



  - <u>Status:</u>

  - <u>Leads:</u> ████████████████

- **EBDA - Request from FB to join the EBDA**
  - <u>What you need to know:</u>
    - FB reached out to us interested in joining our EBDA effort
    - FB is working with a number of other platforms such as ██████ but we have widest reach and can offer app - we are likely creating a "network bidding" model for FB that sits between Adx and Exchange bidding
  - <u>Status</u>██████████████████
  - <u>Leads:</u> <u>Alok Verma</u>, ████████████

**EM**
- **Free Basics**
  - <u>What you need to know:</u>



  - <u>Status:</u>
  - <u>Leads:</u>█████████████

**Play**
- **Inline installs (aka Alley-oop)**
  - <u>What you need to know:</u>



GOOG-DOJ-26795694



- ○ <u>Status:</u> ████████████████████████████████████
  ████████████
- ○ <u>Leads:</u> ████████████████

## Search/ Assistant
- **Home integration**
  - ○ <u>What you need to know:</u> ████████████████████████
    ████████████████████████████
  - ○ <u>Status</u> ████████████████████████████████
  - ○ <u>Leads:</u> ████████████████████████████████
    ████

## Legal
- **Patents**



# Redacted - Privileged

## 1 b) High Visibility deals /Integrations in discussion internally
- **Search on Oculus**
  - ○ <u>What you need to know:</u>
    - ████████████████████████████████████████)
  - ○ <u>Status</u> ████████████████████████████
  - ○ <u>Leads:</u> ████████████ would be POC for Search distribution ████████ offered to take a look to make sure up to standard



## 2) Other deals/ integrations in discussion with FB
Play
- **FB app on Android TV**
  - ○ <u>What you need to know:</u>
    - ████████████████████████████████████████████
      ████████████████████



CONFIDENTIAL

GOOG-DOJ-26795695



- ■ ▆▆▆▆▆
  - ○ <u>Status:</u> ▆▆▆▆
  - ○ <u>Leads:</u> ▆▆▆▆

**Jigsaw**
- **Perspective API (Abuse moderator)**
  - ○ <u>What you need to know:</u>
    - ■ Jigsaw has developed an API which helps moderate abusive comments on the web.
    - ■ ▆▆▆▆▆
  - ○ <u>Status:</u> ▆▆▆▆
  - ○ <u>Leads:</u> ▆▆▆▆

**Geo**
- **Places API**
  - ○ <u>What you need to know:</u> ▆▆▆▆
  - ○ <u>Status:</u> ▆▆▆▆
  - ○ <u>Leads:</u> ▆▆▆▆

**Marketing**
- **App advertising on FB**
  - ○ <u>What you need to know:</u> ▆▆▆▆
    - ■ <u>Status:</u> ▆▆▆▆

**Infrastructure**
  - ○ <u>What you need to know:</u> ▆▆▆▆
  - ○ <u>Status:</u> ▆▆▆▆
  - ○ <u>Leads:</u> ▆▆▆▆

## 3) Deals/integrations completed with FB in the last year & noteworthy collaborations
**Chromecast**
- **Chromecast integration with FB - Q4 2016**
  - ○ <u>What you need to know:</u>
    - ■ Launched an integration with FB in Q3 2016 that allows FB to be cast from iOS, Android and web
    - ■ ▆▆▆▆▆

CONFIDENTIAL

GOOG-DOJ-26795696

- Status: ███████████████████████████████
- Leads: ████████████████

## VR

- **Google Apps on Oculus**
  - What you need to know:
    - TiltBrush launched on Oculus Rift in Feb 2017 - it was previously available on HTC Vive as the 1st Google app on Oculus - price is $29.99
    - Earth VR is launching on Oculus on 18th of April
  - Leads: ████████████████

## Infrastructure - Q4 2016

- **Transpacific submarine cable**
  - What you need to know:
    - In October of last year we entered into a strategic agreement with FB to jointly construct a new submarine cable from Hong Kong to LA ($55M investment from Google)
    - Basically Facebook, Google and a Chinese Party entered into a construction contract with a supplier where we all share the costs of the construction and have ownership to our own dedicated pair(s) on the cable.
  - Status: Done
  - Leads ████████████
- **Open Compute Project - Q1 2016**
  - What you need to know: Google joined FB's Open Compute partnership - aim is to work together on a to be developed common server rack specification
  - Leads: ████

## Search (News) -Q1 2017

- What you need to know
  - FB is a partner in CrossCheck- an initiative we launched to fight fake news in France in collaboration with █ press partners. It allows press partners to identify stories that do need fact-checking through a mix of user report and trending data. They will then join forces to fact-check and the pool of content thus generated being usable by all in their articles.
  - A similar initiative is in the work for Germany.
- Leads ████████████████

## Area 120 - Q2 2017

- What you need to know
  - ████████████████████████████
- Leads: ████████████



ATTORNEY/CLIENT PRIVILEGED & CONFIDENTIAL



CONFIDENTIAL

GOOG-DOJ-26795698