# EXHIBIT 35

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

dPrivileged and confidential - do not share outside of Google.

Google

## BC: Jedi Blue Deal Review (BC18-022)

*Submitted (PDT): 20 Aug 2018*
*Meeting date (PDT): 17 Sep 2018*

### Basic Information

| Representatives | ████████████████████████████ |
| --- | --- |
| Primary Presenter | ████████ |
| Reason for Escalation | Top Partner, Non-standard LOL and/or Indemnity, Product Implementation, or Engineering, Non-standard financial structure, accounting, or billing |
| Product(s) | Ads |
| Organization(s) | Partnerships |
| Region(s) | GLOBAL |

### Detailed Information

| Term Length (months) | **TL'DR:**<br>• 4 year Initial Term, with $500M commitment in year 4;<br>• Deal continues perpetually unless terminated with at-will termination rights for both parties<br>   ○ Termination notice of sliding scale 6-24 months based on last 12 months of FB's spend after the Initial Term -- 6 months (<$1B), 9 months (<$1.5B), 12 months (<$2.5B), 18 months (<$4B), 24 months ($4B+)<br><br>**Details:**<br>The deal is structured in three phases which builds commitment to channel gradually while ensuring each party is comfortable with the performance of the plan before scaling up.<br>• **Phase 1:**<br>   ○ Goal: Allows both parties to test and have easy option to terminate if it's not working for them.<br>   ○ Entry Criteria: Contract signed.<br>   ○ Spend Commitment: FB to onboard 50 pubs and spend at least $20M during entire Phase 1.<br>   ○ Other commitments:<br>      ■ **Match Rate:** Google will use commercially reasonable efforts to ensure that the Match Rate is at least |
| --- | --- |

GOOG-AT-MDL-B-005166999

|  |  |
|---|---|
|  | 80% for mobile app and at least 60% for web (excluding Safari)<br><ul><li>**Bid Response Rate**: Facebook will use commercially reasonable efforts to ensure that the Bid Response Rate is no more than ten percent (10%) below the Match Rate</li><li>**Win Rate:** For the duration of Phase 1 and Phase 2, Facebook will ensure that the Win Rate is at least 10%. During Phase 3, Facebook will use commercially reasonable efforts to ensure that the Win Rate is at least 10%</li></ul><ul><li>Termination: Annually if either party failed to meet their commitments.</li></ul><br>• **Phase 2:**<ul><li>Goal: Start ramping to high $.</li><li>Entry Criteria: Starts beginning of quarter after Phase 1 metrics are hit (e.g., 50 pubs live, match rate, bid rate and win rate stable).</li><li>Spend Commitment:<ul><li>FB's annual spend commitment equal to the greater of $20M or prorated prior 3 months (first year of Phase 2) or 6 months (after first year of Phase 2) average spend.</li><li>FB to spend at least 20% of annual commitment every quarter.</li></ul></li><li>Termination: Limited termination rights (e.g. breach) for both parties.</li></ul><br>• **Phase 3:**<ul><li>Goal: Commitment to channel.</li><li>Entry Criteria: 4th year of deal.</li><li>Spend Commitment: FB must spend at least $500M annually. FB to spend at least 20% of annual commitment every quarter.</li><li>Termination:<ul><li>4th year: $500M commitment for FB but waived if Google decides to not renew the deal after the 4th year by giving 6 months advance notice at 3.5 years mark.</li><li>Renewal years: At-will termination rights for both parties with 6 to 24 months</li></ul></li></ul> |

GOOG-AT-MDL-B-005167000

| | | |
|---|---|---|
| | | notice - 18 months notice with $2.5B spend and 24 months if spend is greater than $4B. |
| Ask | | **Approve the Jedi Blue (aka Network Bidding or Open Bidding) deal.**<br><br>**Program Overview:**<br>Open Bidding deal enables FB to provide real-time Server-to-server bids for participating publishers into unified auction in AdMob and Google Ad Manager (fka DFP).  We currently have 5 networks and 25 exchanges (including top exchanges such as Index and Rubicon) participating in Open Bidding.  Partners receive a callout from our system for an eligible impression (eligibility gated by publisher and GDPR consent) and respond to a single unified first-price auction.  Partners must have a direct contract with each participating publisher in this program<br><br>**Program Benefits:**<br>Benefit of the program is to:<br>1) Increase platform value<br>2) Accelerate transition of mApp monetization from mediation to unified auction -- allows Google to see all inventory<br>3) Migrate demand out of unfair/low value/low privacy transaction environments (ad tags and mediation) into fair/higher value/higher privacy transaction environments (programmatic). |
| ▮ | | **Details:**<br><br>**What's in it for Google:**<br>• **Provide fair access to inventory for Google demand:** Publishers already call FAN demand, which competes with Google demand in mediated waterfalls in both AdMob and Google Ad Manager (fka DFP). Moving to real time bidding via Open Bidding will ensure that Google demand competes fairly with FAN demand, ▮ |

  GOOG-AT-MDL-B-005167001



- ○ ▪

- ○ **For app inventory,** we improve our ability to win the platform relationship in growing Apps market. With FAN demand, AdMob and Ad Manager will be the only platforms in the industry that have both Google and FAN demand competing against one another via RTB, which should help us win share from MoPub and other mediation platforms.
- ○ **For web inventory,** we will move FAN demand off of header bidding set ups and further weaken the header bidding narrative in the marketplace.

- **Generate incremental fee revenue:** FB to pay 5-10% of fees to Google depending on spend levels ($500M-$1.5B). At scale, beginning with the 4th year, FB has committed to spend at least $500M in gross revenue.
  - ○ In Base Case, the deal directly translates to ~$100M of Contribution Margin (~3% of Gross Revenue) over 4 years. This is all demand that would otherwise transact through our sell-side platforms generating near zero fees given mediation is free.
- **Phased deal structure:** The deal structure builds commitment to channel gradually while ensuring comfort among both parties with performance as it scales.

**What's in it for Facebook?**

GOOG-AT-MDL-B-005167002

| | |
|---|---|
| | ████████████<br>• **Global footprint**: Google can provide global scale unlike some of their existing partners.<br>• **FB trusts our pipes vs. header bidding setups** that are leaky from FB user and bid data perspective. They know we care as much as them, so they want to be in our systems and not in systems that leak user data. |
| **Partner overview** | Facebook's Audience Network (FAN) is one of the top ad networks, especially for Apps. In 2017, FAN paid out $3.2B to publishers (announced at FB F8) and we believe gross was ~$5B in overall advertiser spend in 2017 on FAN, with 90% spent on Mobile/App. |
| **Financial summary** | **Fees to Google**:<br>• Between 5% - 10% depending on FB's annual spend level.<br>   ○ **Phase 1 and Phase 2**: 10% on initial $500M then 5% on everything else annually.<br>   ○ **Phase 3:** If FB spends $375M (i.e. $1.5B run-rate) in any quarter then next quarter fee at flat 5%, otherwise flat 10%.<br>   ○ If Facebook fails to meet thaae annual commitment or quarterly commitment, Google will charge Facebook the applicable Fee multiplied by the applicable Minimum Spend Commitment. |
| **Guarantees to the partner** | None |
| **Guarantees from the partner** | None |
| **Termination rights** | 1. Convenience:<br>• 6 to 24 months based on spend level after the Initial Term of 4 years<br>   ○ 6 months (<$1B), 9 months (<$1.5B), 12 months (<$2.5B), 18 months (<$4B), 24 months ($4B+)<br><br>2. Breach:<br>• With 60 days cure period<br><br>3. Failure to comply with Program commitments<br>• 30 days after the Structured Negotiations Process<br>• Only during Phase 1, on an annual basis, if one party failed to meet its commitments then the other party can initiate the Structured Negotiations Process<br><br>4. Regulatory Inquiry: After first discussing with the other Party in good faith its concerns and potential alternatives:<br>• 90 calendar days after material data request from a government authority. |

GOOG-AT-MDL-B-005167003

| | |
|---|---|
| | • 30 calendar days of the start of formal inquiry or investigation<br>• Within 30 calendar days of initiating an antitrust action or data protection action<br>• Immediately if either party exhausted its right to appeal |
| **Exclusivity** | None |
| **Liability caps & indemnities** | Indemnification:<br>• Mutual indemnification for liability arising from specific breaches:<br>  ○ Breach of privacy and data usage obligations (including those in Google's policies)<br>  ○ Failure to comply with applicable laws, rules, and regulations<br>• No other indemnity provided by FB for liability arising from (1) ads and ad content and (2) acts and omissions of FB advertisers<br><br>Liability Caps:<br>• Uncapped for third party Indemnity above<br>• Rest capped at 12 months of total amount paid by FB to Google |
| **Anything else we should know?** | **1. Auction Dynamics:**<br>• Other than subject to pub configurations, highest bidder wins in the final auction.<br>• If Google provides notice or FB reasonably determines that it's no longer the case then parties use Structured Negotiation process to resolve and FB may terminate as its sole remedy.<br>• In addition, Google agrees and acknowledges that auction that FB is participating is final auction and Google will not use FB's bids to adjust Google's bids on the same inventory in such auction.<br><br>**2. Change in Measurement:**<br><br>**TL'DR** Google is the controlling measurement and FB has option to terminate if any changes result in 75% reduction in opportunity.<br>• Google is the controlling measurement.  If Google changes its methodology that Google reasonably anticipates that such change will create a greater than 5% discrepancy, then Google to make commercially reasonable efforts to provide 6 months advance notice but no less than 2 months.<br>• If Facebook demonstrates that the changes create a discrepancies over 10%, then FB can ask to go to Structured Negotiation Process and resolve with (a) exclude that inventory (reducing commitment) or (b) keep the inventory (at same commitment), or (c) terminate if the aggregate opportunity drops by more than 75% (for annualized spend based on 1 month following such measurement change) |

GOOG-AT-MDL-B-005167004

**3. Experiments**
- **Experiments**: Mutual ability to run limited experiments (2% of impressions) as long as it doesn't violate laws, policies, or data provisions of agreement.
- **Troubleshooting**: Mutual ability to violate unintentionally during troubleshooting as long as it doesn't violate laws or policies). Parties to remedy any such violation promptly upon discovery.

**4. Data shared with Publishers**
- Google will only share FB ad information (e.g., impression, click and price paid) with an applicable Publisher, and share substantially same info as from other similarly situated third parties that participate in the Program. FB may request an update on the information shared from time to time.

**5. Google can scan FB's ads**
- Google can retrieve and analyze all FB ads and destinations to detect and enforce policy violations, comply with laws, detect malwares, classify ads into categories, reporting statistics and troubleshooting purposes.
- FB will make commercially reasonable efforts to work with Google to build a unified classification structure to support eventually offering unified reporting and blocking functionality to Publishers

**6. Payments:**
- Payments to Google (Net 30 based on G's count):
  - Good faith effort to resolve discrepancy greater than 3% acros all pubs; Google count controls if parties can't resolve.
  - Late payments not disputed in good faith bear interest at the rate of 1.5% per month with 30 days grace period; Google may suspend Facebook's participation in the Program on 10 days' prior notice to Facebook.
- Payment to Publishers (Based on G's count):
  - Google to provide billable counts by 2nd of following month. If delayed, FB may pay based on its count, but for discrepancy greater than 3% for a specific pub, parties to try to resolve within 60 days otherwise Google's count controls.
  - If Google notifies FB of spam after 2nd of the following month, then FB may, in its discretion, issue refunds to its advertisers (and clawback from publishers)
  - FB to disclose any incremental fee to pubs and not restrict them from disclosing to Google

CONFIDENTIAL

GOOG-AT-MDL-B-005167005

|  |  |
| --- | --- |
|  | - During Phase 1, the Parties will measure Google's revenue adjustments and if either Party reasonably determines that such adjustment is material, then, before the Phase 1 Completion Date, the Parties will reach mutual agreement (including via e-mail) on how to mitigate such adjustment.<br><br>**7. Data: TL;DR: Google data: restriction on FB for storing User data and reverse engineering; FB Data:  Restriction on real time use and reverse engineering.**<br>- Google Data:  Not allowed to store Google User Data -- other than derivatives of IP and user agent<br>- Facebook Data is data related to Facebook's ads (including advertisers, ad content, targeting specs) and end user interaction (clicks/views etc.).<br>  - Google has usage rights to data related to end user interaction (clicks/views etc.) with some reasonable restrictions.<br>  - Google has more limited usage rights to other Facebook Data (including advertisers, ad content, targeting specs).<br>- Bid Response Data is any data provided by Facebook in response to a Bid Request, including bid amounts.<br>  - Google is generally restricted from real time usage and transfer of Facebook bids.<br>  - Google cannot reverse engineer Facebook bids to derive Facebook's bidding models and logics, or use Facebook data to improve Google's own bidding strategy.<br>  - Google cannot associate any bid data (including bid amounts) with any data related to Ads or Creatives (other than for permitted reporting purposes or to classify Ads into categories).<br>  - For example, we cannot observe FB spend from Netflix as an advertiser, and use this data to inform DBM or GDN bidding on Netflix campaigns, or have this inform our sales outreach to Netflix. Similarly, buy-side sales cannot target advertisers based on their spending on FB.<br>- Mutual:<br>  - No reverse engineering of Google Proprietary Data by FB or FB's |

CONFIDENTIAL

|  | bidding logic by Google<br>○ Not allowed to sell or disclose to other 3p (other than those permitted)<br>○ Not build user profiles or retargeting or FB user list<br>○ Can't use other party's data to build or enhance competitive products (FAN for Google; DRX/AdMob for FB)<br>○ 18 months data storage (other than permitted use-cases e.g. for SOX compliance)<br>○ Data exclusions: Data collected or received:<br> ▪ by both parties independent of this Program<br> ▪ by FB via Facebook's SDK integration with the Program<br> ▪ by FB via its won ads<br>○ Any additional new data could be categorized with written notice, structured negotiation process in case of any disagreements<br><br>**8. Publicity/PR**:<br>● Mutual written approval for any public statement or issue any marketing or other materials regarding the Program or this Agreement.<br>● Neither Party will issue presentations or other communications made generally available to Publishers regarding the Program without the other Party's prior written approval, <u>provided that the</u> foregoing will not restrict either Party from communicating on a 1-on-1 basis with Publishers as necessary to operate or use the Program without needing to obtain approval from the other Party.<br>● Facebook will not disclose to any Publisher any Fee charged by Google to Facebook that is less than the highest listed Fee in this Agreement (*e.g.*, 10% as of the Effective Date) charged by Google. Facebook may disclose to a Publisher the highest listed Fee in this Agreement charged by Google to Facebook<br><br>**9. Suspension for Non-Compliance of Google's policies:**<br>● If Facebook does not comply with Google's policies, data section, laws or Common Advertiser Policies and such non-compliance results in a Material Negative Event, as reasonably determined by Google, then Google may suspend Facebook's use of the Program |
|---|---|

CONFIDENTIAL

| | |
|---|---|
| | immediately until such non-compliance is remedied, parties will try to resolve within 48 hours.<br>• If any suspension lasts for at least sixty (60) days period and the Parties are unable to reach agreement on a resolution, then Facebook may initiate the Structured Negotiation Process and if the Parties are unable to resolve the issue following the Structured Negotiation Process, then Facebook may terminate the Agreement immediately upon written notice.<br><br>**10. Written Certification:**<br>• No more than once every 3 years, either party may request, in writing that the other party provide a written certification signed by a director of its Engineering team responsible for operation of the Program to that person's knowledge, it has complied with the terms and conditions of this Agreement.<br><br>Full draft contract here. |
| **Is your deal with, or implicate directly or indirectly, a special category of partners?** | Top Partner |
| **Does this deal involve Assistant (OPA)?** | No |
| **Is this deal with the customer/partner being negotiated jointly or in conjunction with another deal with the customer/partner in a separate product area?** | No |
| **Does this deal commit Alphabet to spend money with or for this customer/partner?** | No |

## Risks and Mitigation



| Risk | Description | Mitigation | Accountable |
|---|---|---|---|
| | | | Sam Cox - PM Google Ad Manager |

CONFIDENTIAL



Sam Cox - PM Google Ad Manager

CONFIDENTIAL

GOOG-AT-MDL-B-005167009



CONFIDENTIAL

GOOG-AT-MDL-B-005167010



CONFIDENTIAL

GOOG-AT-MDL-B-005167011



CONFIDENTIAL

GOOG-AT-MDL-B-005167012



**Pricing details**

GOOG-AT-MDL-B-005167013

- **Fees to Google**: Between 5% - 10% depending on FB's annual spend level.
    - **Phase 1 and Phase 2**: 10% on initial $500M then 5% on everything else annually.
    - **Phase 3**: If FB spend $375M (i.e. $1.5B run-rate) in any quarter then next quarter fee at flat 5%, otherwise flat 10%.

### Cross-Functional Stakeholder Feedback



| Function<br>Required stakeholders shown in green | Feedback / comments<br><<please enter LDAP: please enter comments>> |
|---|---|
| Sales / BD | Pros: [Redacted]<br><br>Cons: [Redacted] |
| Legal | Pros: Legal is [Redacted - Privilege]<br><br>**Redacted - Privilege**<br><br>Cons: Redacted - Privilege<br><br>**Redacted - Privilege** |
| Finance | Pros: [Redacted] |

GOOG-AT-MDL-B-005167014



CONFIDENTIAL

GOOG-AT-MDL-B-005167015



GOOG-AT-MDL-B-005167016



## Success Metrics (Details)

| Success Metric 1: Google Network™ on-platform spend on flipped OB pubs ($) |
|---|
| **What this metric shows:** How much have we grown our on-platform access? |

| Expected Performance | ████████████ |
|---|---|
| **Date of Reporting Availability (ldap responsible:** ██████ | 9/30/2018 |

| Success Metric 2: Google Network™ on-platform spend as % of all Google Network spend (%) |
|---|
| **What this metric shows:** What percent of our business is on- vs off-platform? |

| Expected Performance | ████████████ |
|---|---|
| **Date of Reporting Availability (ldap responsible):** ██████ | Available today |

| Success Metric 3: Google Network™ spend on FB-eligible° OB as % of total spend on FB-eligible° OB (%) |
|---|
| **What this metric shows:** How competitive are our bids against FB? |

| Expected Performance | ████████████ |
|---|---|

CONFIDENTIAL

| Date of Reporting Availability (ldap responsible): ▮▮▮@ | 9/30/2018 |
|---|---|

☆ Google Network = AdWords + DBM + 3P AdX Buyer spend on AdMob/DRX mApp inventory (excludes EB/NB buyers)
✪ only includes queries where we send a bid request to FB

Privileged and confidential - do not share outside of Google.
----- **END OF DOCUMENT** -----

CONFIDENTIAL

GOOG-AT-MDL-B-005167018