# EXHIBIT 36

REDACTED VERSION OF
DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

Message

| | |
|---|---|
| From: | ███████████████ google.com] |
| Sent: | 2/5/2020 4:18:01 PM |
| To: | ████████████████ google.com]; ██████████████████████ google.com] |
| BCC: | ████ google.com |
| Subject: | Notes and AIs from Jedi Weekly - 2.5.20 |

████████████

**TODOs**
TODO ████ : Follow-up with Sam on what's left to start testing mediation test suite with pubs
TODO ████ : Add calendar reminder to remove kv forwarding functionality

**Meeting Notes**
AdMob/OB CY Exit Tasks

- 
- Fix no-fills/time-outs
- 
- 
- DA Alpha was included
- 
- 
- CN/RU scanning
- 
- 
  - 
  - On track for ABs
  - 
  - 
  - ████ has a PRD for OB specifically
  - 
  - 
  - ████ only buys ████ users, ████████████████████████████
  - 
  - 
    - 
    - ████ estimated about ██████████████████
  - 
  - 
  - ████████████████████████████████
- 
- 
- Phase 2 for ████
- 
- 
  - 

HIGHLY CONFIDENTIAL

- ○ We should have an extended list of P1s (many things have already been discussed or are in-flight
  - ○
  - ○
    - ▪
    - ▪ Timeout increases
    - ▪
    - ▪
    - ▪ Mediation test suite
    - ▪
    - ▪
- ● 
- ● Force a winner is now in prod and being tested
- ● 
- ● 
- ● ███ is serving owner
- ● 
- ● 
- ● **TODO** ███ : Follow-up with ███ on what's left to start testing mediation test suite with pubs

KV Forwarding deprecation

- ● 
- ● May 12th tentative date given to sales - see comms
- ● 
- ● 
- ● **TODO** ███ : Add calendar reminder to remove kv forwarding functionality

Click to sign

- ● 
- ● Summary: Publisher accepting buyer relationships in UI
- ● 
- ● 
- ● PRD pending (███ likely to own upon return)
- ● 
- ● 
- ● ███ plan for click to accept underway, start in YG UI and be centered around OB with goal to accept other partners
- ● 
- ● 
  - ○ 
  - ○ Goal to not overload the Companies page with additional controls
- ● 
- ● 
- ● Estimation: If all requirements are ready in Q1, Eng design tentatively be ready by June
- ● 
- ● 
  - ○ 

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-003231017

- ○      AdMob expressed interest in this too

Mobile App ID bug fix █████████. Needs ████████████ before pushing the fix

- •
- •    Waiting on approval from ██████ - on his radar

Direct Access

- •    Testing unblocked

Save the date

- •
- •    Del Posto - 2/20

--

████████ | Google | ████████████

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-003231018