# EXHIBIT 37

## ENTIRE DOCUMENT PROPOSED
## TO BE FILED UNDER SEAL