# EXHIBIT 38

## ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL