# EXHIBIT 39

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| | |
|---|---|
| **From:** | "Alok Verma (Google Docs)" <comments-noreply@docs.google.com> |
| **Sent:** | Thur 9/6/2018 8:47:04 PM (UTC) |
| **To:** | ███ google.com |
| **Subject:** | BC: Jedi Blue Dea... - What does this commitment mean? |

Alok Verma resolved a comment in BC: Jedi Blue Deal (BC18-022)

███

Google will use commercially reasonable efforts to ensure that the Match Rate is ███████ for mobile app and ███████ for web (excluding Safari)
What does this commitment mean?

+███ google.com

George Levitte
"Match Rate" is roughly described in the contract as ███████████████████
███████████ ).

████████████████████████
████████

████████████████████████
████████████

███ google.com ███ google.com

███

Thanks George -- the term match rate was confusing because we use it for other things. Sounds like this is identity match rate.

███

Yes, the match rate here is meant to capture cookie match rate, not auction win rate. Compared to ██ existing client-side heading that does not need cookie match ██ would worry whether they can still recognize ██ cookies after switching to server-side header bidding (network bidding).

████████████████████████

Alok Verma
*Marked as resolved*

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in this thread. Change what Google Docs sends you. You can reply to this email to reply

CONFIDENTIAL

GOOG-AT-MDL-B-001150404

to the discussion.

CONFIDENTIAL

GOOG-AT-MDL-B-001150405