# EXHIBIT 40

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Message
_____

**From:**  ████████████████████ google.com]
**Sent:**  12/11/2018 7:39:42 PM
**To:**  ███████████████ google.com]
**Subject:**  Fwd: Privileged: Jedi blue



---------- Forwarded message ---------
From: ████████ < ████ )google.com>
Date: Wed, Sep 19, 2018 at 1:17 AM
Subject: Privileged: Jedi blue
To: ████████ < ████████ google.com>, ████████ < ████████ google.com>, ████████
< ████ google.com>
Cc: ████████ < ████████ )google.com>

## A/C Privileged



Ads has been working on a deal that will allow Facebook advertisers to buy ads on more websites and apps through Google. FB already have direct relationships with these publishers and apps. This would bring their demand (advertisers) onto a single unified auction with publishers and apps on our Open Bidding platform.

Sundar was informed of the deal today. ████ , Philipp, ████ and legal via Business Council process have all approved.

Details are here: Business Counsel doc. Net net, FB will join two existing product programs:
* For ads on the web, they will join Google Ad Manager's Exchange Bidding program, which has ██ partners today.
* For ads on mobile apps, they will join AdMob's Open Bidding program, which has █ partners today

This deal poses some PR risk (our mitigation in red):
* **Competition.** ████████████████████████████
████████████████████████████████████████

* **Privacy.** ████████████████████████████
████████████████████████████████████████

GOOG-AT-MDL-B-007481248



- **Ad policy violations.**

let us know if you have any questions.

--

GOOG-AT-MDL-B-007481249