# EXHIBIT 41

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Ave, NW
Washington, D.C. 20006-4707
Tel: (202) 737-0500
Fax: (202) 626-3737
www.kslaw.com

Alicia C. O'Brien
Direct Dial: 202-626-5575
aobrien@kslaw.com

September 11, 2020

**BY ELECTRONIC MAIL**

**Google – Highly Confidential**

The Honorable Jerrold Nadler
    Chairman
The Honorable Jim Jordan
    Ranking Member
Committee on the Judiciary

The Honorable David N. Cicilline
    Chairman
The Honorable F. James Sensenbrenner, Jr.
    Ranking Member
Subcommittee on Antitrust, Commercial, and Administrative Law

United States House of Representatives
Committee on the Judiciary
2138 Rayburn House Office Building
Washington, DC 20515

> **RE:    Google's Response to Subcommittee Questions for the Record**
> **Received August 14, 2020**

Dear Chairman Nadler, Ranking Member Jordan,
Subcommittee Chairman Cicilline, and Subcommittee
Ranking Member Sensenbrenner:

On behalf of our client Alphabet Inc. ("Alphabet," its subsidiary "Google," or "the Company"), we write in response to your August 14, 2020 letter and follow up email on August 19, 2020, requesting responses to questions for the record from the Subcommittee on Antitrust, Commercial, and Administrative Law, following the Subcommittee's July 29, 2020 hearing

CONFIDENTIAL                                    GOOG-AMI-000029888

Honorable Representatives Nadler, Jordan, Cicilline, and Sensenbrenner
September 11, 2020
Page 2

titled, "Online Platforms and Market Power, Part 6: Examining the Dominance of Amazon, Apple, Facebook, and Google." Google has asked me to formally submit information responsive to the Subcommittee's questions for the record (see attached Appendix A). Today's submission supplements information Google has provided to the Subcommittee at the hearing on July 29 and throughout its long-standing and productive engagement with the Committee.

In responding to the Subcommittee's questions at the July 29 hearing, Sundar Pichai used his best efforts to be as accurate and responsive as possible based on his knowledge and recollection of the facts. Similarly, in responding to the Subcommittee's subsequent questions, Google has used its best efforts to be as accurate and responsive as possible based on its understanding of the terms used in your questions. The representations herein are based on reasonably available information and are not intended to, and do not, capture every fact related to the topics raised during the hearing or in your questions for the record.

In providing information and documents in response to your requests, the Company does not waive, nor does it intend to waive, any of its rights or privileges with respect to this inquiry, including any applicable attorney-client, work product, or other evidentiary privilege, or any objections to the assertions or questions in your letter.

Should you have any questions concerning the information provided herein, please contact me directly at 202-626-5575.

Sincerely,

Alicia C. O'Brien

Enclosure

**GOOGLE – HIGHLY CONFIDENTIAL**