# EXHIBIT 44

**Online Platforms and Market Power Part 6: Examining the Dominance of Amazon, Apple, Facebook, and Google**

**Questions for the Record from the Honorable David N. Cicilline, Chairman, Subcommittee on Antitrust, Commercial and Administrative Law of the Committee on the Judiciary**

**Questions for Mr. Sundar Pichai, CEO, Alphabet**

1. According to data from Jumpshot, more than half of desktop searches on Google keep users on Google's properties, rather than resulting in clicks to the rest of the web.[1] Do you agree that more than half of desktop searches on Google now result in users staying on Google's properties rather than clicking to a non-Google site? If not, please identify data supporting your view.

2. According to data from Jumpshot, more than 70% of mobile searches on Google keep users on Google's properties, rather than resulting in clicks to the rest of the web.[2] Do you agree that more than 70% of mobile searches on Google now result in users staying on Google's properties rather than clicking to a non-Google site? If not, please identify data supporting your view.

3. Has Google ever been approached by another business about giving access to its cache of web crawl data? If so, what was Google's response?

4. Google reviews no longer appear in Google's search index. Why did Google remove its reviews from its search index?[3]

5. Did Google.com see any decrease in usage after adding (a) a third ad to mobile search results, and (b) a fourth ad to mobile search results? [4]

6. What percentage of bids does Google win on its own ad exchanges?

---

[1] Rand Fishkin, *Less than Half of Google Searches Now Result in a Click*, SPARKTORO (Aug. 13, 2019), https://sparktoro.com/blog/less-than-half-of-google-searches-now-result-in-a-click/.

[2] *Id.*

[3] Ethan Wolff-Mann, *Google might be hiding the fact that its own reviews are shoddy*, YAHOO FINANCE (Aug. 23, 2018), https://finance.yahoo.com/news/google-might-hiding-fact-reviews-shoddy-135640955.html.

[4] Gerrit De Vynck, *Google Search Upgrades Make it Harder for Websites to Win Traffic*, BLOOMBERG (July 13, 2020), https://www.bloomberg.com/news/articles/2020-07-13/how-google-search-changes-make-it-more-expensive-to-win-traffic.

GOOG-AMI-000003719

7. Does Google leverage data from Android and Chrome while bidding on its ad exchanges? And does Google make this data from Android and Chrome data available to third parties?

8. Does Google in any way limit advertisers from working with non-Google parties to audit or assess the efficacy of Google's advertising and/or advertising tools?

9. Google's search and ad server site "tags" collect user data from thousands of websites. Please identify (a) whether Google stores this data; (b) how Google uses this data; and (c) whether Google's advertiser tools gain access to this information.

10. In 2019, how much did Google pay Apple for Google Search to be the default on iOS?

11. Does Google permit hardware device manufacturers to run Android and gain access to the Google Play Store *without* also making Google the default search engine on that device?

12. In its response to Questions for the Record sent Google on September 13, 2019, Google stated that since 2014 it had not changed in methods for determining which apps must use Google's in-app payment or purchasing services. Please identify: (a) If Google has changed its criteria since then; (b) what criterial Google applies when identifying which developers must use the Google Play credit card processing system; and (c) whether Google plans to expand the type of apps that must use its payment processing service.

13. What amount of notice does Google provide developers ahead of suspending their apps from the Google Play Store?

14. Please identify how often and at what level of precision Android registers an Android user's location when that user is not using an app that requires location services.

15. Please identify all purposes for which Google uses location data collected on Android users through Google Maps or Waze.

16. In July, the *Information* reported the existence of "Android Lockbox," which "for years tapped what the company has referred to as 'sensitive' data collected by Android to selectively monitor how users interact with non-Google apps."[5] Please identify: (a) All Google acquisitions or product decisions that were made based off or were informed by data from Android Lockbox; and (b) what steps developers of non-Google apps can take to prevent Google from collecting usage data on their Android apps.

---

[5] Alex Heath et al., *Internal Google Program Taps Data on Rival Android Apps*, THE INFORMATION (July 23, 2020), https://www.theinformation.com/articles/internal-google-program-taps-data-on-rival-android-apps.

GOOG-AMI-000003720

17. In 2019, Google was fined $170 million by the FTC and New York Attorney General for violating the Children Online Privacy Protection Act (COPPA) by knowingly collecting the data of children under 13 without their parents' consent.

    a. Did YouTube use the data it illegally acquired from children to draw more advertisers to YouTube?

    b. Did YouTube feed the data it illegally acquired from children back into its YouTube algorithm?

18. Please identify all factors that determine how Google ranks videos, including whether YouTube videos are in any way favored by Google in search results.

19. The *Wall Street Journal* reported that Google has changed its algorithm to effectively privilege YouTube in search results.[6] Please identify these changes.

20. Over what time period did Google's homepage include the "Install Google Chrome" promotion (below) for Internet Explorer users?



21. Over this time period, how many users downloaded Chrome by clicking on this promotional button?

22. Chrome used "bundle partners" to package Chrome browser downloads with other downloadable software such as DivX player.[7] Please identify these bundle partners, the stipulations of these partnerships, the time frame in which the bundle partnerships were in place, and the number of Chrome downloads that resulted from the partnerships.

23. If a user is browsing through Chrome's "incognito mode," does Google have the ability to connect that user's browsing data and activity with the user's identity?

---

[6] Sam Schechner et al. *Searching for Video? Google Pushes YouTube Over Rivals*, WALL ST. J. (July 14, 2020), https://www.wsj.com/articles/google-steers-users-to-youtube-over-rivals-11594745232.

[7] See, e.g., DivX Inc., Form 10-K (2010), https://sec.report/Document/0001193125-10-055714/d10k.htm.

GOOG-AMI-000003721

24. Please explain why Google now hides full URLs in the Chrome address bar.[8]

25. In January, Google announced its Chrome browser would phase out the use of third-party cookies.[9] Will Google designate Google Analytics as a first-party cookie?

    a. Will Google's changes to Chrome curb Google's own data collection to the same extent that these changes will curb data collection by non-Google firms?

    b. Will non-Google advertising technology services have the same access to Chrome data as Google's advertising technology services?

    c. Please identify all forms of data that Google will collect through Chrome that will no longer be available to non-Google firms.

    d. Please identify how competing browser cookies are any different than Google's own tracking devices.

    e. After Google retires third-party cookies in Chrome, will Google still be able to engage in cross-site tracking?

26. Please identify the total number of days in 2019 on which Google priced Nest smart speakers below-cost.

27. For the total number of Nest smart speakers sold in 2019, what percentage did Google sell below-cost?

28. Does Google require that automobile manufacturers seeking to use Google Maps also use Google Assistant?

29. When Google Assistant receives an implicit invocation or voice command, what factors does Google consider when determining which "Action" to invoke?

30. Are there instances in which voice application developers must pay to make their "Action" an available option to an implicit invocation?

31. When consumers order food directly through Google Search, Google Maps or Google Assistant, Google's services choose a delivery partner such as DoorDash or Postmates.

---

[8] Corbin Davenport, *Google resumes its senseless attack on the URL bar, hides full address on Chrome 85*, ANDROID POLICE (June 12, 2020), https://www.androidpolice.com/2020/06/12/google-resumes-its-senseless-attack-on-the-url-bar-hides-full-addresses-on-chrome-canary/.

[9] Dieter Bohn, *Google to 'phase out' third-party cookies in Chrome, but not for two years*, THE VERGE (Jan. 14, 2020), https://www.theverge.com/2020/1/14/21064698/google-third-party-cookies-chrome-two-years-privacy-safari-firefox.

CONFIDENTIAL

a. How does Google determine which delivery partner is selected to complete the delivery? For example, does Google run a real-time auction or are delivery partners for specific vendors pre-selected?

b. What steps must a delivery company take to become a delivery partner?

c. How much does Google charge delivery companies who become delivery partners?

d. Does Google have similar programs in place for voice commands?

32. Would buying Fitbit enable Google to use a Fitbit user's heart rate to sell ads targeted to that user?

33. Google recently announced it is investing in home security provider ADT. Please identify: (a) How Google will collect, process, analyze, or store data from currently installed ADT devices; and (b) How Google will integrate ADT data into its advertising technology.

CONFIDENTIAL

GOOG-AMI-000003723