BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELENA HADJIMICHAEL, State Bar No. 355715
elena.hadjimichael@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., et al.,<br><br>                    Plaintiffs,<br><br>           v.<br><br>ALPHABET INC., et al.,<br><br>                    Defendants. | Case No.: 3:23-cv-01186-RFL (SK)<br><br>**STATEMENT OF RECENT DECISION** |

Earlier this week, Judge Illston denied class certification under the mismatch analysis contemplated by *Goldman Sachs Grp. Inc. v. Ark. Teacher Ret. Sys.*, 594 U.S. 113 (2021). *See In re Enovix Corp. Sec. Litig.*, No. 23-cv-00071-SI, 2026 WL 1078569 (N.D. Cal. Apr. 21, 2026). We attach that ruling here, and respectfully bring it to the Court's attention, given its relevance to the issues pending before the Court in relation to Plaintiffs' Motion for Class Certification, Dkt. No. 134.

Dated: April 24, 2026                         FRESHFIELDS US LLP

                                              By: /s/ Doru Gavril
                                                    Doru Gavril

                                              *Attorneys for Defendants*

-1-

STATEMENT OF RECENT DECISION
CASE NO. 3:23-CV-01186-RFL (SK)