BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELENA HADJIMICHAEL, State Bar No. 355715
elena.hadjimichael@freshfields.com
CARL P. HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>Defendants. | Case No.: 3:23-cv-01186-RFL (SK)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

WHEREAS, on April 20, 2026, Defendants Alphabet Inc., Google LLC, and Sundar Pichai ("Defendants") filed their Motion for Summary Judgment (ECF No. 161) against Plaintiffs Menora Mivtachim Insurance Ltd., Menora Mivtachim Pensions and Gemel Ltd., AMI - Government Employees Provident Fund Management Company Ltd., and City of Fort Lauderdale Police & Fire Retirement System ("Plaintiffs");

WHEREAS, counsel for Plaintiffs and counsel for Defendants have met and conferred regarding scheduling and submit this stipulation for the Court's approval;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and respectfully submitted for the Court's approval, as follows:

1. Plaintiffs shall file their Opposition to the Motion for Summary Judgment no later than June 26, 2026.

2. Defendants shall file their Reply to the Motion for Summary Judgment no later than July 27, 2026.

3. The Motion for Summary Judgment hearing will be held August 25, 2026 at 10:00 AM.

STIPULATION RE MSJ BRIEFING SCHEDULE
CASE NO. 3:23-cv-01186-RFL (SK)

Respectfully submitted,

Dated: April 20, 2026           FRESHFIELDS US LLP

By: /s/ *Doru Gavril*
Doru Gavril

*Attorneys for Defendants*

Dated: April 20, 2026           POMERANTZ LLP

By: /s/ *Emma Gilmore*
Emma Gilmore (admitted pro hac vice)
Jeremy A. Lieberman (admitted pro hac vice)
Villi Shteyn (admitted pro hac vice)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
vshteyn@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

Orly Guy
Eitan Lavie
Ariel Sharon 4, 34th Floor
Givatayim, Israel 5320047
Telephone: +972 (0) 3 624 0240
Facsimile: +972 (0) 3 624 0111
oguy@pomlaw.com
eitan@pomlaw.com

*Counsel for Plaintiffs and for the Proposed Class*

KLAUSNER KAUFMAN JENSEN &
LEVINSON
Robert D. Klausner
7080 NW 4th Street
Plantation, FL 33317
Tel: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com
*Additional Counsel for Plaintiff City of Fort
Lauderdale Police & Fire Retirement System*

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: April 27, 2026

The Honorable Rita F. Lin
United States District Judge

3

**ATTESTATION**

I, Doru Gavril, am the ECF User whose identification and password are being used to file the attached Stipulation. In compliance, I hereby attest that all parties have concurred in this filing.

Dated: April 20, 2026                          FRESHFIELDS US LLP

By: /s/ *Doru Gavril*
Doru Gavril

*Attorneys for Defendants*

4

STIPULATION RE MSJ BRIEFING SCHEDULE
CASE NO. 3:23-cv-01186-RFL (SK)