POMERANTZ LLP
Jeremy A. Lieberman (admitted *pro hac vice*)
Emma Gilmore (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com

*Counsel for Plaintiffs and for the Proposed
Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET INC., GOOGLE LLC, and SUNDAR PICHAI<br><br>Defendants. | Case No. 3:23-CV-01186-RFL<br><br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF RECENT DECISION** |

Plaintiffs respond to Defendants' Statement of Recent Decision filed on April 24, 2026 (Dkt. No. 165) attaching the opinion in *In re Enovix Corp. Sec. Litig*., 2026 WL 1078569 (N.D. Cal. Apr. 21, 2026) ("Enovix"; Dkt. No. 165-1). Defendants' submission plainly violates L.R. 7-3(d)(2) because it was filed after the April 14, 2026 hearing (Dkt. No. 153) on Plaintiffs' Motion for Class Certification. Dkt. No. 134. Thus, with no ability to address Defendants' submission at the hearing, Plaintiffs briefly address *Enovix* here.

*Enovix* bears no resemblance to the facts alleged here. As the Court in *Enovix* underscored, "importantly" one revelation of the truth, which plaintiffs did *not* allege as a corrective disclosure, "closely matche[d]" the allegedly false and misleading statement, but "the stock price actually increased" when the news was revealed. *Id*. at 12. "Several proposed class representatives also confirmed [in their depositions]" that this revelation "disclosed the truth" allegedly concealed. *Id*. And the pleaded corrective disclosures said nothing about the issues allegedly misrepresented or concealed. *Id*. at 11-13. Here, in contrast, and as this Court already explained, the disclosures are "closely" and "directly" related to the alleged misrepresentation. Dkt. No. 152 at 1, 3.

Dated:  April 28, 2026

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Emma Gilmore*

Jeremy A. Lieberman (admitted *pro hac vice*)
Emma Gilmore (admitted *pro hac vice)*
Rupita Chakraborty (admitted *pro hac vice*)
Villi Shteyn (admitted *pro hac vice)*
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
rchakraborty@pomlaw.com
vshteyn@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024

Telephone: (310) 405-7190
jpafiti@pomlaw.com

Orly Guy
Eitan Lavie
Ariel Sharon 4, 34th Floor
Givatayim, Israel 5320047
Telephone: +972 (0) 3 624 0240
Facsimile: +972 (0) 3 624 0111
oguy@pomlaw.com
eitan@pomlaw.com

*Counsel for Plaintiffs and for the Proposed Class*

**KLAUSNER KAUFMAN JENSEN &
LEVINSON**
Robert D. Klausner
7080 NW 4th Street
Plantation, FL 33317
Tel: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Plaintiff City of Fort
Lauderdale Police & Fire Retirement System*

PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF RECENT DECISION
- 3:23-cv-01186-RFL