POMERANTZ LLP
Jeremy A. Lieberman (admitted *pro hac vice*)
Emma Gilmore (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com

*Counsel for Plaintiffs and for the Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET INC., GOOGLE LLC, and SUNDAR PICHAI<br><br>Defendants. | Case No. 3:23-CV-01186-RFL-SK<br><br>[PROPOSED] ORDER AS MODIFIED ESTABLISHING PROGRAM AND SCHEDULE FOR CLASS NOTICE |

Plaintiff's proposed exclusion deadline would provide insufficient time for class members to exclude themselves. Accordingly, that deadline is extended. In turn, the motion hearing is continued so that the exclusion deadline falls before that hearing.

By Order dated May 18, 2026 (ECF No. 168), this Court certified the following class in this action (the "Class"):

All persons and entities other than Defendants, members of the immediate family of the Individual Defendant, Alphabet Inc.'s ("Alphabet" or the "Company") subsidiaries and affiliates; any person who is or was an officer or director of the Company or any of the Company's subsidiaries or affiliates during the Class Period; any entity in which any Defendant has a controlling interest; and the legal representatives, heirs, successors, and assigns of any such excluded person or entity, who purchased or otherwise acquired Alphabet's Class A and/or Class C shares between September 15, 2020 and January 23, 2023, both dates inclusive (the "Class Period") on (i) any stock exchanges located in the United States, (ii) on any alternative trading systems located in the United States, or (iii) pursuant to other domestic transactions, seeking to recover damages caused by Defendants' alleged violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against Alphabet, Google LLC ("Google"), and Sundar Pichai.

The Court, having considered the Motion For an Order Establishing a Program and Schedule For Notice To The Class of Pending Class Action ("Motion"), hereby establishes the following program and schedule for notice to the Class of this pending class action:

1.     The Court approves the Postcard Notice of Pendency of Class Action, attached hereto as Exhibit A;

2.     The Court approves the Long-Form Notice of Pendency of Class Action, attached hereto as Exhibit B subject to the following modification in the Summary of the Action: "The Court also found that the alleged misrepresentation was made with scienter based on a number of circumstantial factors." shall be replaced with "The Court also found that SAC sufficiently alleged that this representation was made with scienter (that is, an intent to deceive, manipulate, or defraud) based on a number of circumstantial factors.";

1

3.      The Court approves the Summary Notice, attached hereto as Exhibit C;

4.      Pomerantz LLP ("Class Counsel") may employ Epiq Class Action & Claims Solutions, Inc. as notice administrator (the "Notice Administrator"), to assist with providing the class notice;

5.      The Notices meet the requirements of Rule 23(c)(2)(B), as they, collectively, clearly, and concisely state in plain, easily-understood language all of the following: (i) the nature of this Action; (ii) the definition of the Court-certified Class; (iii) the Class claims, issues, or defenses; (iv) a Class member's right to enter an appearance through his, her, or its own attorney if the Class member so desires; (v) that the Court will exclude from the Class any Class member who requests exclusion; (vi) the time and manner for requesting exclusion; and (vii) the binding effect of a Class judgment on Class members under Rule 23(c)(3);

6.      Within 5-10 business days of entry of this order (while undertaking best efforts to do so within 5 days, if possible), Alphabet shall instruct its securities transfer agent to produce to the Notice Administrator a list, in electronic form, of all persons who purchased or otherwise acquired Alphabet Class A and/or Class C shares during the Class Period (the "Transfer List");

7.      After the Notice Administrator receives the Transfer List, the Notice Administrator shall solicit information from brokers and other nominees who held any Alphabet Class A and/or Class C shares purchased or acquired during the Class Period as nominee for a beneficial owner. Brokers and other nominees, within 10 days of being contacted by the Notice Administrator, must either (1) request from the Notice Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and provide the Notice Administrator confirmation of the date that the Postcard Notice was sent or (2) provide a list of the names and addresses of such beneficial owners to the Notice Administrator, preferably in an MS Excel data table setting forth: (a) title/registration, (b) street address, (c) city/state/zip; on electronic mailing labels in MS Word file (label size Avery #5162), or printed out on physical mailing labels.  Within 30 days after the Notice Administrator contacts brokers and other nominees, the Notice Administrator shall file a status report describing when it, brokers, and other nominees mailed the Postcard Notices.  Upon full compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred, by providing the Notice Administrator with documentation supporting the expenses for which reimbursement is sought;

[PROPOSED] ORDER AS MODIFIED ESTABLISHING PROGRAM AND SCHEDULE FOR CLASS NOTICE
3:23-CV-01186-RFL

8.      Class Counsel shall cause to be mailed, by first class mail, the Postcard Notice of Pendency of Class Action, substantially in the form annexed hereto as Exhibit A, to each class member identified on the transfer agent records and all class members who can be identified through reasonable effort within 5 calendar days of the receipt of the Transfer List (the "Notice Date");

9.      Class Counsel shall cause copies of the Long-Form Notice of Pendency of Class Action, substantially in the form annexed hereto as Exhibit B to be posted on a website, www.AlphabetSecuritiesLitigation.com;

10.     Class Counsel shall cause the Summary Notice, substantially in the form annexed hereto as Exhibit C, to be disseminated via Investor's Business Daily and PR Newswire, within 3 calendar days after the Notice Date;

11.     Should any members of the Class wish to exclude themselves, they must postmark such requests for exclusions no later than September 16, 2026;

12.     The requests for exclusion must include the Class member's name, address, telephone number, and signature, as well as the total number of Alphabet Class A and/or Class C shares purchased or acquired and the date the shares were purchased or acquired;

13.     Class Counsel will direct the Notice Administrator to notify Defendants' counsel of record, in writing, of the requests for exclusion it receives, including the name and address of the person or entity, and the number of shares purchased.  The Notice Administrator will transmit this information to Defendants' counsel no later than thirty (30) calendar days after the deadline for exclusion; and

14.     The costs of the notice process shall be borne by Plaintiffs and/or Class Counsel, and not by Defendants.

15.     The hearing on Defendants' Motion for Partial Summary Judgment and Plaintiffs' FRCP 56(d) Motion is continued to September 22, 2026 at 10:00 a.m.

Dated: July 10, 2026

**SO ORDERED.**

_____

**The Honorable Rita F. Lin**

**United States District Judge**

3