BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELENA HADJIMICHAEL, State Bar No. 355715
elena.hadjimichael@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>Defendants. | Case No.: 3:23-cv-01186-RFL (SK)<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO. 3:23-CV-01186-RFL (SK)

## PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Freshfields US LLP, 855 Main St, Redwood City, CA 94063. On August 4, 2026 I served Dkt. Nos. 212 and 213 on all interested parties in this action by transmitting true and correct copies of the documents via secure electronic file transfer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 4, 2026.

/s/ Adrian Roseboro
Adrian Roseboro

-1-
PROOF OF SERVICE
CASE NO. 3:23-CV-01186-RFL (SK)

## ATTESTATION

I, Carl Hudson, am the ECF User whose identification and password are being used to file the attached Proof of Service. In compliance, I hereby attest that all signatories have concurred in this filing.

Dated: August 4, 2026

FRESHFIELDS US LLP

By: /s/ *Carl Hudson*
      Carl Hudson

*Attorneys for Defendants*

-2-

PROOF OF SERVICE
CASE NO. 3:23-CV-01186-RFL (SK)