UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., et al.,

Plaintiffs,

v.

ALPHABET INC., et al.,

Defendants.

Case No.  23-cv-01186-RFL   (SK)

**ORDER OF RECUSAL**

Regarding Docket Nos. 206, 208, 212

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action.  I hereby recuse myself from this case and request that the discovery disputes be reassigned to another magistrate judge.

**IT IS SO ORDERED**.

Dated: August 7, 2026



_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California