UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>Defendants. | Case No. 23-cv-01186-RFL   (KAW)<br><br>**ORDER RESOLVING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL; TERMINATING DISCOVERY LETTER**<br><br>Re: Dkt. Nos. 206, 208, 212 |

On July 28, 2026, Plaintiffs filed an administrative motion to consider whether another party's material should be sealed in connection with a joint discovery letter. (Dkt. No. 206.) On August 4, 2026, Defendants filed their own administrative motion to file under seal in connection with the same joint discovery letter, which sought narrower redactions. (Dkt. No. 212.)

The Court finds that Defendants have established good cause for sealing, and GRANTS Defendants' motion to file under seal. (Dkt. No. 212.) The Court TERMINATES Plaintiffs' administrative motion to consider whether another party's material should be sealed as moot. The parties are reminded that after the filing of an administrative motion to consider whether another party's materials should be sealed, the designating party should file a statement or declaration regarding the need for sealing, rather than a separate motion to file under seal. (*See* Civil Local Rule 79-5(f)(3).)

Additionally, the Court TERMINATES the July 28, 2026 discovery letter. While the discovery letter may comply with Judge Kim's standing order, discovery in this matter has since been reassigned to this Court. (*See* Dkt. No. 215.) Thus, the parties are required to submit a discovery letter that is consistent with the Court's Civil Standing Order, including the requirement

United States District Court
Northern District of California

that the letter include a section that "sets forth the unresolved dispute and any pertinent factual background." (*See* Judge Westmore Civil Standing Order ¶ 14.) This is particularly necessary as the Court is unfamiliar with the facts and claims of the instant case.

IT IS SO ORDERED.

Dated: August 13, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2