# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMI - GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>Defendants. | Case No. 3:23-CV-01186-RFL |

**PLAINTIFFS' THIRD SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS ALPHABET INC., GOOGLE LLC, AND SUNDAR PICHAI**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Lead Plaintiffs Menora Mivtachim Insurance Ltd. and Menora Mivtachim Pensions and Gemel Ltd. and additional Named Plaintiffs AMI - Government Employees Provident Fund Management Company Ltd. and City of Fort Lauderdale Police & Fire Retirement System (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby request that Defendants Alphabet, Inc. ("Alphabet" or the "Company"), Google LLC ("Google") and Sundar Pichai ("Pichai") (collectively, the "Defendants"), produce for inspection all Documents described below, within your actual or constructive possession, custody or control, in accordance with the following definitions and instructions at the offices of Pomerantz LLP, 600 Third Avenue, 20th Floor, New York, New York 10016 within thirty (30) days of the date of service or at such other location or on such other date as the parties may agree or the Court may order.

**DEFINITIONS**

1. "Action" refers to the above-captioned action.

2. "Ad Auction" shall mean any auction to sell advertising inventory.

3. "Adx" refers to Google's ad exchange.

4. "Agreement" means any oral or written contract, arrangement or understanding, whether formal or informal, between two or more persons, together with all modifications or amendments thereto.

5. "All," "any," and "each" shall be construed as encompassing any and all.

6. "Alphabet" or the "Company" means Alphabet Inc. and all of its present and former officers, directors, committees, employees, partners, corporate parents, predecessors, successors, subsidiaries (including Google), affiliates, divisions, branch offices, agents, representatives, and all other persons acting, or purporting to act, on behalf of any of the foregoing.

7. "Chat" refers to any short message format, including without limitation, Google Hangouts, Google Chat, SMS, Apple iMessage, Skype, Bloomberg, Signal, WhatsApp, Facebook Messenger, Telegram, Snapchat, Mattermost, Dust, Viber, Threema, Silence, Wire, Wickr, Line, Voxer, Smiley Private Texting, CoverMe, and Slack.

8. "Complaint" or "SAC" refers to the Second Amended Complaint, filed on September 24, 2024 (ECF No. 87) in the Action.

9. "¶ __" refers to paragraphs in the Complaint.

10. "Communication" and "Communications" are used in a comprehensive sense, and mean and include every conceivable manner or means of disclosure, transfer, transmittal, or exchange of oral, written, electronic, or other information, in the form of facts, ideas, inquiries,

or otherwise, between or among one or more persons or entities, and include, without limitation, all documents, writings, correspondence, memoranda, messages, meetings, conversations, discussions, conferences, agreements, e-mails, or other transmittal of information, whether face-to-face, by telephone, by mail, by facsimile, by computer, or otherwise, and further include, without limitation, all forms of electronic communications and messages.

11. "Concerning" means relating to, referring to, in connection with, pertaining to, describing, reflecting, discussing, analyzing, regarding, summarizing, evidencing, embodying, or constituting.

12. "CTR" refers to clickthrough rate.

13. "Date" means the exact day, month and year if ascertainable, or if not, the best approximation (including relationship to other events).

14. "Defendants" means Alphabet, Google, and Pichai.

15. "Document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a), including, without limitation, electronic or computerized data compilations. A draft or non-identical copy is a separate document within the meaning of this term. The term "document" further includes, but is not limited to, any and all forms of recorded information, whether handwritten, printed, typed, or otherwise visually reproduced, electronically recorded or orally recorded, including all originals, revisions, and markups of drafts, and all files, documents, databases, e-mails, and other data maintained in computer-readable form. The term "document" specifically includes, but is not limited to: working papers, communications, including intra-company communications; minutes and records of meetings; letters; facsimile transmissions; telegrams; telephone bills and records; cables; records; books; summaries or records of personal conversations or interviews; legal

pleadings; affidavits; deposition transcripts; trial transcripts; forecasts; statistical statements; accountants' work papers; brochures; pamphlets; circulars; press releases; agreements; contracts; telephone messages, slips and logs; diary entries; electronic mail and messages of every kind; calendars; reports; evaluations; assessments; analyses; test results; correspondence; memoranda; notes; video recordings of every kind; audio recordings of every kind; electronic recordings of every kind; drawings; graphics; graphs; maps; diagrams; charts; photographs; tables; indices; recordings; tapes; microfilms; reports of investigations; opinions or reports of consultants; data processing and computer printouts, tapes, disks, and data and information stored in computers or data processing equipment, together with programs and program documentation necessary to utilize or retrieve such data or information; all other mechanical or electronic means of storing or recording data or information; and any other data compilation from which information can be obtained and translated through detection devices into reasonably usable form.

16. "DV360" refers to Google's demand side platform Display & Video 360.

17. "Google" means Google LLC and all of its present and former officers, directors, committees, employees, partners, corporate parents, predecessors, successors, subsidiaries, affiliates, divisions, branch offices, agents, representatives, and all other persons acting, or purporting to act, on behalf of any of the foregoing.

18. "Google Ad Manager" or "DoubleClick for Publishers" or "DFP" refers to Google's publisher ad server.

19. "Google AdMob" refers to Google's tool which offers publisher ad server services in mobile apps as well as an in-app mediation tool.

20. "Google AdMob Network" refers to Google's demand-side buying platform for ads on mobile applications.

21. “Google Ads” refers to Google’s ad network.

22. “Google Display Network” refers to a collection of websites, apps, and Google-owned properties where advertisers can place ads.

23. “Facebook” refers to Meta Platforms, Inc. and its past and present officers, employees, agents and representatives, parents and predecessors, divisions, subsidiaries, affiliates, partnerships and joint ventures. For the avoidance of doubt, this terms shall be construed to include, without limitation, Facebook, Inc., the name by which Meta Platforms, Inc. was known before rebranding in October 2021, and TheFacebook, Inc., Facebook Ireland Limited, and Meta Platforms, Inc.

24. “Facebook Audience Network” or “FAN” refers to the Facebook Audience Network and to the Meta Audience Network described at https://www.facebook.com/audiencenetwork/. Thus, where either of these terms is used, it shall be construed conjunctively or disjunctively as necessary to bring within its scope either of these terms that might otherwise be construed to be outside its scope.

25. “Header Bidding” refers to using code embedded in a webpage’s “header” section to run real-time auctions amongst competing non-Google exchanges before (or even without) the publisher’s ad server inviting Google’s ad exchange to bid.

26. “Identify,” when referring to Documents, means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s) and recipient(s).

27. “Network Bidding Agreement” or “NBA” shall refer to the agreement entered into by Google LLC and Google Ireland Limited and Facebook, Inc. and Facebook Ireland Limited effective September 28, 2018.

28. "Open Bidding" or "Exchange Bidding" refers to Google's analog to Header Bidding, whereby publishers were allowed to route their inventory to more than one exchange at a time and non-Google exchanges were permitted to return live, competitive bids for publishers' impressions, alongside AdX.

29. "pCTR" refers to predicted clickthrough rate.

30. "Person" refers to any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

31. "Plaintiffs" mean Lead Plaintiffs Menora Mivtachim Insurance Ltd. and Menora Mivtachim Pensions and Gemel Ltd. and additional Named Plaintiffs AMI - Government Employees Provident Fund Management Company Ltd. and City of Fort Lauderdale Police & Fire Retirement System.

32. "Requests" means Plaintiffs' requests for production of documents.

33. "You" or "Your" refers to the party responding to this demand for production and any present and former officers, directors, committees, employees, partners, corporate parents, predecessors, successors, assigns, subsidiaries, affiliates, divisions, branch offices, agents, representatives, and all other persons acting, or purporting to act, on behalf of any of the foregoing.

34. The following rules of construction apply to all discovery requests:

a. The use of the singular form of any word includes the plural and vice versa.

b. The term "Including" shall be construed as "including but not limited to."

c. The specificity of any Request or part of a Request shall not limit the generality of any other Request or part of a Request.

d. Whenever necessary to bring within the scope of these Requests Documents that might otherwise be construed to be outside its scope, the use of a verb in any tense shall be construed as the use of that verb in all other tenses, and the use of the feminine, masculine or neuter genders shall include all genders.

## INSTRUCTIONS

1. In producing Documents and other materials, you are requested to furnish all Documents or other materials in your possession, custody or control or in the possession, custody or control of any of Your agents, representatives, employees, accountants or attorneys, wherever those documents might be located.

2. These Requests are continuing in nature. Under Rule 26(e) of the Federal Rules of Civil Procedure, you are required to supplement your responses and produce additional Documents if you obtain further or different information, and Plaintiffs specifically reserve the right to seek supplementary production of Documents before trial.

3. All documents that exist in electronic format are to be produced in their native format, or in another mutually agreeable format that provides Plaintiffs with all metadata associated with such electronic documents and allows Plaintiffs to search and organize such electronic documents in a manner that is as effective and efficient as that enjoyed by the producing party.

4. Provide all electronically stored information ("ESI") in the form and manner agreed upon by the parties to this Action for producing ESI when the parties meet and confer at a time to be agreed upon by the parties.

5. All Documents are to be produced as they are kept in the ordinary course of business or be organized and labeled to correspond to the categories in these Requests.

20. The present tense shall be construed to include the past tense, and the past tense shall be construed to include the present tense, as necessary, to bring within the scope of this demand for production any documents that might otherwise be construed as outside their scope.

**RELEVANT TIME PERIOD**

Unless otherwise indicated, the time period covered by these Requests is from February 1, 2017 through January 23, 2023 (the "Relevant Time Period"). To the extent any Request indicates that this time period does not apply, the Request is not limited by this time period. If, however, information generated before or after the Relevant Time Period is necessary for a correct or complete understanding of these Document Requests, the documents shall be disclosed. If any document is undated and the date of its preparation cannot be determined, the document shall be disclosed if otherwise responsive to these Document Requests.

**DOCUMENT REQUESTS**

1. All Documents and Communications Concerning architecture diagrams depicting Alphabet and/or Google's full advertising technology stack, including but not limited to AdX, DV360, Google Ads, Google Display Network, Google AdMob, Google AdMob Network, and Google Ad Manager and/or DFP, as well as integration points, data flows, and communication mechanisms between Alphabet and/or Google systems and third-party platforms.

2. All Documents and Communications Concerning software design specifications and software requirements specifications for all products, mechanisms and algorithms that comprise or support Alphabet and/or Google's ad technology stack, including but not limited to AdX, DV360, Google Ads, Google Display Network, Google AdMob, Google AdMob Network, and Google Ad Manager and/or DFP.

3. All Documents and Communications Concerning technical documentation,

presentations, and other materials that provide a comprehensive description of how data flows through Alphabet and/or Google's advertising stack, from the initial ad request through the final auction decision.

4. All Documents and Communications Concerning documentation and data relating to all of Alphabet and/or Google's prediction and optimization models used in the Ad Auction process, including but not limited to data used to train the models, model inputs and outputs, model objectives, and the impact and performance of such models in predicting relevant metrics, such as, for instance, the pCTR or rival bids.

5. All Documents and Communications Concerning pCTR.

6. All Documents and Communications Concerning CTR.

7. All Documents and Communications Concerning speed and latency metrics, including but not limited to quantitative measurements and technical specifications for response times afforded to the participants in Alphabet and/or Google's Ad Auctions, auction timing constraints, system timeout thresholds, and any related prioritization mechanisms implemented within the ad technology stack.

8. All Documents and Communications Concerning the collection, use, processing, and sharing of user-level and publisher-level data with all participants of Alphabet and/or Google's Ad Auctions, including documentation detailing user identification, profiling and targeting mechanisms.

9. All Documents and Communications Concerning Alphabet and/or Google's and Facebook's use of historical bid data, including data from competitors, and the collection, storage and utilization of such data within Alphabet and/or Google's ad technology systems.

10. All Documents and log data Concerning Alphabet and/or Google Ad Auction

participants' match rates, including any internal dashboards, reports, or analyses evaluating match rate statistics and trends over time, as well as the methodologies and configuration settings used to calculate match rates.

11. All Documents and log data Concerning Alphabet and/or Google Ad Auction participants' win rates, including any internal dashboards, reports, or analyses evaluating win rate statistics and trends over time, as well as the methodologies and configuration settings used to calculate win rates.

12. All reports and/or analyses Concerning Alphabet and/or Google's and Facebook's ad technology yield optimization, including any internal evaluations and performance assessments.

13. All source code repositories necessary for the operation of Alphabet and/or Google's Ad Auction, including but not limited to AdX, DV360, Google Ads, Google Display Network, Google AdMob, Google AdMob Network, and Google Ad Manager and/or DFP, together with all associated prediction and optimization models and related technical documentation. This Request includes, but is not limited to, a snapshot of the codebase on or around September 14, 2020.

14. All Documents and Communications Concerning tools used by Alphabet and/or Google engineers to access, navigate, search, and analyze the source code referenced in Request No. 13 above, along with documentation describing the associated tools.

15. All Documents and Communications Concerning any analyses, reviews, and/or projections of Alphabet and/or Google's business and prospects, including valuations, financial or other projections, investigations, or studies, Concerning AdX, DV360, Google Ads, Google Display Network, Google AdMob, Google AdMob Network, Google Ad Manager and/or DFP,

the NBA, Header Bidding, Facebook, and FAN, both as standalone businesses/products/services and relative to Alphabet as a whole. The relevant time period for this Request is from September 1, 2020 through April 30, 2023.

Dated: February 11, 2026

POMERANTZ LLP

By: */s/ Emma Gilmore*

Jeremy A. Lieberman (admitted *pro hac vice*)
Emma Gilmore (admitted *pro hac vice*)
Rupita Chakraborty (*admitted pro hac vice*)
Villi Shteyn (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
rchakraborty@pomlaw.com
vshteyn@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

Orly Guy
Eitan Lavie
Ariel Sharon 4, 34th Floor
Givatayim, Israel 5320047
Telephone: +972 (0) 3 624 0240
Facsimile: +972 (0) 3 624 0111
oguy@pomlaw.com
eitan@pomlaw.com

*Counsel for Plaintiffs and for the Proposed Class*

KLAUSNER KAUFMAN JENSEN & LEVINSON
Robert D. Klausner
7080 NW 4th Street
Plantation, FL 33317
Tel: (954) 916-1202
Fax: (954) 916-1232